USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

CITY OF RIVIERA BEACH GENERAL EMPLOYEES' RETIREMENT SYSTEM, *on behalf of itself and all others similarly situated*,

                      Plaintiff,

-v -

VERTIV HOLDINGS CO, ROB JOHNSON, DAVID FALLON, JASON FORCIER, GARY NIEDERPRUEM, DAVID COTE, JOSEPH VAN DOKKUM, ROGER FRADIN, JACOB KOTZUBEI, MATTHEW LOUIE, EDWARD L. MONSER, STEVEN S. REINEMUND, ROBIN L. WASHINGTON, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., VPE HOLDINGS, LLC, VERTIV JV HOLDINGS LLC, PE VERTIV HOLDINGS LLC, PLATINUM EQUITY, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS MANAGER, LLC, PLATINUM EQUITY INVESTCO, L.P., PLATINUM EQUITY INVESTMENT HOLDINGS IC (CAYMAN), LLC, PLATINUM INVESTCO (CAYMAN), LLC, PLATINUM EQUITY INVESTMENT HOLDINGS III, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS MANAGER III, LLC, *and* TOM GORES,

                      Defendants.

----------------------------------------------------------------X

1:22-cv-03572-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On May 23, 2022, members of the purported class filed motions to serve as lead plaintiff and to appoint lead counsel.

Responses to motions for the appointment of lead plaintiff and the appointment of lead counsel may be filed no later than June 8, 2022.  Replies, if any, may be filed no later than June 15, 2022.

SO ORDERED.

Dated:  May 25, 2022
New York, New York

                                      GREGORY H. WOODS
                                    United States District Judge