**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re Vertiv Holdings Co Securities Litigation* | No. 1:22-cv-03572-GHW-OTW |

**DECLARATION OF AUDRA J. SOLOWAY**

AUDRA J. SOLOWAY declares pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of this Court and a partner with Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Vertiv Holdings Co, Rob Johnson, David Fallon, Gary Niederpruem, David Cote, Joseph van Dokkum, Roger Fradin, Jacob Kotzubei, Matthew Louie, Edward L. Monser, Steven S. Reinemund, and Robin L. Washington in this action.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Consolidated Complaint (the "Amended Complaint").

3.      Attached as Exhibits to this declaration are copies of the documents listed below:

| Exhibit No. | Description |
|---|---|
| 1 | A chart titled "Exchange Act Alleged Misstatements" containing each statement that Plaintiffs allege was made in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 in the Amended Complaint and a list of the grounds for dismissal of the alleged misstatement corresponding with the grounds asserted in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Consolidated Complaint. |
| 2 | A chart titled "Securities Act Alleged Misstatements" containing each statement that Plaintiffs allege was made in violation of Sections 11, 12(a)(2), and 15 of |

| Exhibit No. | Description |
|---|---|
|  | the Securities Act of 1933 in the Amended Complaint and a list of the grounds for dismissal of the alleged misstatement corresponding with the grounds asserted in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Consolidated Complaint. |
| 3 | A chart titled "Alleged Forward-Looking Misstatements and Cautionary Language" containing each alleged forward-looking misstatement from the Amended Complaint and the accompanying cautionary language. |
| 4 | A true and correct copy of the U.S. Securities and Exchange Commission ("SEC") Form 4s filed on behalf of David Fallon on February 11, 2020, March 2, 2021, April 12, 2021, December 20, 2021, March 7, 2022, and March 18, 2022. |
| 5 | A true and correct copy of the SEC Form 4s filed on behalf of Rob Johnson on February 11, 2020, March 2, 2021, April 12, 2021, November 9, 2021, December 20, 2021, March 1, 2022, and March 7, 2022. |
| 6 | A true and correct copy of the SEC Form 4s filed on behalf of Gary Niederpruem on February 11, 2020, March 2, 2021, April 12, 2021, December 20, 2021, March 7, 2022, and March 22, 2022. |
| 7 | A true and correct excerpted copy of Vertiv's SEC Form 10-K for the fiscal year ended December 31, 2019, filed March 12, 2020.[1] |
| 8 | A true and correct excerpted copy of Vertiv's Fourth Quarter 2020 Earnings News Release, dated February 24, 2021. |
| 9 | A true and correct copy of a transcript of Vertiv's February 24, 2021 Fourth Quarter 2020 Earnings Call. |
| 10 | A true and correct copy of Vertiv's Fourth Quarter 2020 Earnings Presentation, dated February 24, 2021. |
| 11 | A true and correct excerpted copy of Vertiv's SEC Form 10-K for the fiscal year ended December 31, 2020, filed March 1, 2021. |
| 12 | A true and correct excerpted copy of Vertiv's First Quarter 2021 Earnings News Release, dated April 28, 2021. |
| 13 | A true and correct copy of a transcript of Vertiv's April 28, 2021 First Quarter 2021 Earnings Call. |
| 14 | A true and correct copy of Vertiv's First Quarter 2021 Earnings Presentation, dated April 28, 2021. |
| 15 | A true and correct excerpted copy of Vertiv's SEC Form 10-K/A for the fiscal year ended December 31, 2020, filed March 1, 2021 and amended April 30, 2021. |

---

[1] Defendants can provide complete versions of any excerpted documents if needed.

| Exhibit No. | Description |
|---|---|
| 16 | A true and correct excerpted copy of Vertiv's Post-Effective Amendment No. 4 to Form S-1 on Form S-3 Registration Statement, filed with the SEC on May 5, 2021, and made effective May 10, 2021. |
| 17 | A true and correct copy of a transcript of Vertiv's presentation at the May 26, 2021 Wolfe Industrials and Transports Conference. |
| 18 | A true and correct copy of a transcript of Vertiv's presentation at the June 2, 2021 Cowen 49th Annual Technology, Media & Telecom Virtual Conference. |
| 19 | A true and correct copy of a transcript of Vertiv's presentation at the June 9, 2021 Evercore ISI Inaugural Conference. |
| 20 | A true and correct excerpted copy of Vertiv's Second Quarter 2021 Earnings News Release, dated July 28, 2021. |
| 21 | A true and correct copy of a transcript of Vertiv's July 28, 2021 Second Quarter 2021 Earnings Call. |
| 22 | A true and correct copy of Vertiv's Second Quarter 2021 Earnings Presentation, dated July 28, 2021. |
| 23 | A true and correct copy of Vertiv's E&I Engineering Group Acquisition News Release, dated September 8, 2021. |
| 24 | A true and correct copy of a transcript of Vertiv's September 8, 2021 E&I Engineering Ireland Limited Investor Call. |
| 25 | A true and correct copy of Vertiv's E&I Engineering Acquisition Investor Presentation, dated September 8, 2021. |
| 26 | A true and correct excerpted copy of Vertiv's Third Quarter 2021 Earnings News Release, dated October 27, 2021. |
| 27 | A true and correct copy of a transcript of Vertiv's October 27, 2021 Third Quarter 2021 Earnings Call. |
| 28 | A true and correct copy of Vertiv's Third Quarter 2021 Earnings Presentation, dated October 27, 2021. |
| 29 | A true and correct excerpted copy of Vertiv's Prospectus Supplement (to Prospectus dated May 10, 2021), dated November 1, 2021. |
| 30 | A true and correct copy of a transcript of Vertiv's presentation at the November 16, 2021 Deutsche Bank Industrials Conference. |
| 31 | A true and correct copy of the Amended and Restated Registration Rights Agreement, dated February 7, 2020, and filed as Exhibit 4.6 to Vertiv's SEC Form 10-K for the fiscal year ended December 31, 2021, filed March 1, 2022. |
| 32 | A true and correct copy of the U.S. Bureau of Labor Statistics, Producer Price Index by Commodity: Metals and Metal Products: Cold Rolled Steel Sheet and |

| Exhibit No. | Description |
|---|---|
| | Strip [WPU101707], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/WPU101707, January 18, 2023. |
| 33 | A true and correct copy of the London Metals Exchange, Copper Official Prices Graph, retrieved from LME, An HKEX Company; https://www.lme.com/en/metals/non-ferrous/lme-copper#Price+graphs, January 19, 2023. |
| 34 | A true and correct copy of the London Metals Exchange, Aluminum Official Prices Graph, retrieved from LME, An HKEX Company; https://www.lme.com/en/Metals/Non-ferrous/LME-Aluminium#Price+graphs, January 19, 2023. |
| 35 | A true and correct copy of the Freightos Baltic Index (FBX): Global Container Freight Index, retrieved from Freightos Data; https://fbx.freightos.com/, January 17, 2023. |
| 36 | A true and correct excerpted copy of Vertiv's Fourth Quarter 2021 Earnings News Release, dated February 23, 2022. |
| 37 | A true and correct copy of a transcript of Vertiv's February 23, 2022 Fourth Quarter 2021 Earnings Call. |
| 38 | A true and correct copy of Vertiv's Fourth Quarter 2021 Earnings Presentation, dated February 23, 2022. |
| 39 | A true and correct copy of a transcript of Vertiv's presentation at Citi's February 24, 2022 Global Industrial Tech and Mobility Conference. |
| 40 | A true and correct copy of a transcript of Vertiv's March 16, 2022 presentation at the JPMorgan Chase & Co. Industrials Conference. |
| 41 | A true and correct copy of a transcript of Vertiv's April 27, 2022 First Quarter 2022 Earnings Call. |
| 42 | A true and correct copy of an Email from J. Harrod to D. Friedman et al. re *In re Vertiv Holdings Co Securities Litigation*, dated December 12, 2022. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2023.

/s/ *Audra J. Soloway*
AUDRA J. SOLOWAY