# Exhibit 2

**Securities Act Alleged Misstatements**

| Alleged Misstatement (AC ¶) | Source & Exhibit Cite | Not False/Mis leading | Opinion | Forward Looking | Puffery |
|---|---|---|---|---|---|
| "We may not realize all of the sales expected from our backlog of orders and contracts. Our backlog consists of the value of product and service orders for which we have received a customer purchase order or purchase commitment and which have not yet been delivered. As of December 31, 2020 and December 31, 2019, Vertiv's estimated combined order backlog was approximately $1,844.8 and $1,401.2, respectively. The vast majority of our combined backlog is considered firm and expected to be delivered within one year. Our customers have the right in some circumstances, usually with penalties or termination consequences, to reduce or defer firm orders in backlog. If customers terminate, reduce or defer firm orders, whether due to fluctuations in their business needs or purchasing budgets or other reasons, our sales will be adversely affected and **we may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue**.[1] More generally, we do not believe that our backlog estimates as of any date are indicative of revenues for any future period." (AC ¶ 255).[2,3] | 2020 Form 10-K/A (April 30, 2021)  Ex. 15 at 18.[4] | ✓ | | ✓ | |
| "**Large** companies**, such as communication network and cloud/hyperscale and colocation data center providers**, often **require more favorable terms and conditions in our contracts** with such companies **that could result in downward pricing pressures on our business**. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. Accordingly, these customers often require more favorable terms and conditions in contracts from suppliers including us. Consolidation among such large customers can further increase their buying power and ability to require onerous terms . . . In addition, these customers may impose substantial penalties for any product or service failures caused by us. As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which **may include terms that affect** the timing of **our** cash flows and **ability to recognize revenue, and could have an adverse effect on our business, results of operations** | 2020 Form 10-K/A (April 30, 2021)  Ex. 15 at 16. | ✓ | | ✓ | |

[1] Bolded language reflects alleged misstatements in Plaintiffs' Amended Consolidated Complaint filed on September 16, 2022 (Dkt No. 25).

[2] Citations to "AC ¶ __" refer to Plaintiffs' Amended Consolidated Complaint.

[3] Plaintiffs allege that this purported misstatement was also made in violation of the Securities Exchange Act of 1934. (AC ¶ 120).

[4] Citations to "Ex. __" refer to the exhibits filed with the Declaration of Audra J. Soloway in Support of Defendants' Motion to Dismiss.

1

**Securities Act Alleged Misstatements**

| Alleged Misstatement (AC ¶) | Source & Exhibit Cite | Not False/Mis leading | Opinion | Forward Looking | Puffery |
|---|---|---|---|---|---|
| **and financial condition**.” (AC ¶ 257).[5] | | | | | |
| “This prospectus (including the documents incorporated by reference herein) contains statements that are forward-looking and as such are not historical facts. This includes, without limitation, statements regarding the financial position, capital structure, dividends, indebtedness, business strategy and plans and objectives of management for future operations. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. The Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Such statements can be identified by the fact that they do not relate strictly to historical or current facts . . . These **risk factors** and those identified elsewhere in this prospectus, among others, could cause actual results to differ materially from historical performance and include, but are not limited to . . . **less favorable contractual terms with large customers**; . . . **failure to mitigate risks associated with long-term fixed price contracts** . . . .” (AC ¶ 259). | Post-Effective Amend. to Registration Statement (filed May 5, 2021 and made effective on May 10, 2021)  Ex. 16 at iv-v. | ✔ | | ✔ | |
| “The forward-looking statements contained or incorporated by reference in this prospectus supplement are based on current expectations and beliefs concerning future developments and their potential effects on the Company. There can be no assurance that future developments affecting the Company will be those that the Company has anticipated . . . These **risk factors** and those identified elsewhere in this prospectus supplement, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: competition, the Company’s ability to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; and factors relating to the business, operations and financial performance of the Company and its subsidiaries, including . . . **Less favorable contractual terms with large customers;** . . . **Failure to mitigate risks associated with long-term fixed price contracts** . . . .” (AC ¶ 259). | Prospectus Supplement (November 1, 2021) to Prospectus dated May 10, 2021  Ex. 29 at S-iii. | ✔ | | ✔ | |

---

[5] Plaintiffs allege that this purported misstatement was also made in violation of the Securities Exchange Act of 1934. (AC ¶ 122).