# Exhibit 3

## Alleged Forward-Looking Misstatements and Cautionary Language

| Source & Exhibit Cite | Alleged Forward-Looking Misstatements (AC ¶) | Cautionary Language |
|---|---|---|
| 4Q 2020 Earnings Release (February 24, 2021)  Ex. 8 at 1. | **Adjusted operating profit guidance of $565 million to $585 million**,[1] up 68% at the mid-point of guidance compared to full year 2020. (AC ¶ 115).[2] | 4Q 2020 Release: This news release, and other statements that Vertiv may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Vertiv management for future operations, as well as statements regarding growth . . . .  These statements constitute projections, forecasts and forward-looking statements and are not guarantees of performance.  Vertiv cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. (Ex. 8 at 3). [3]  4Q 2020 Release: Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this news release, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: the future financial performance of Vertiv . . . ; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness and uncertainty . . . the unpredictability of Vertiv's future operational results . . . less favorable contractual terms with large customers . . . failure to mitigate risks associated with long-term fixed price contracts . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers. . . failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 8 at 4).  2019 10-K (filed 3/12/2020) (Ex. 7):  • Large companies, such as communication network and hyperscale/cloud and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. . . .  As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and |

---

[1] Bolded language reflects alleged misstatements in Plaintiffs' Amended Consolidated Complaint filed on September 16, 2022 (Dkt No. 25).

[2] Citations to "AC ¶ __" refer to Plaintiffs' Amended Consolidated Complaint.

[3] Citations to "Ex. __" refer to the exhibits filed with the Declaration of Audra J. Soloway in Support of Defendants' Motion to Dismiss.

**Alleged Forward-Looking Misstatements and Cautionary Language**

|  |  | could have an adverse effect on our business, results of operations and financial condition. *Id.* at 15. |
|  |  | <ul><li>We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects) . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 16.</li><li>Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations . . . . Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business. If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 17.</li><li>Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production . . . . Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices . . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components . . . . If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business. We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income. *Id.*</li></ul> |
| 4Q 2020 Earnings Call (February 24, 2021)<br><br>Ex. 9 at 9, 12–13. | Rob Johnson (CEO): Our sourcing capabilities have continued to improve. Our pricing initiatives have continued to yield favorable results, and our restructuring actions announced last quarter are now in full flight. The **foundation we have established and the trajectory that we are on gives me confidence in our ability to** | 4Q 2020 Presentation: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth . . . . These statements |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | |
|---|---|
| **achieve the expansion plans we laid out a year ago**. (AC ¶ 116). | constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time . . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: the future financial performance of Vertiv; . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness and uncertainty; . . . the unpredictability of Vertiv's future operational results; . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 10 at 2). |
| Q. <u>Nicole Deblase</u> (Deutsche Bank): [W]hat have you guys embedded for pricing for 2021? And I guess further to that, is the expectation that you can offset recent raw material inflation with pricing? Or is there any sort of price/cost headwind embedded in the guidance?<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): **So I would say, if you reflect back on pricing for 2019, we had a pretty good year. I think we've told everybody we were about $20 million still positive. In 2020, we were somewhere in that $15 million to $20 million range. And our expectation is that for '21, we will have positive price as well. Certainly some headwinds coming from commodity and inflationary aspects all around the globe. But we feel pretty good about where we sit right now to continue passing price along.** Whether it's going to be in the same range of what we're able to do in '19 or '20, not quite sure just yet, but **we'll certainly be on the plus side of that equation from where we sit today**. (AC ¶ 117). | <u>4Q 2020 Call</u> - Lynne M. Maxeiner (VP of Global Treasury & Investor Relations): Before we begin, I point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in today's earnings release, and you can learn more about these risks in our registration statement or proxy statement and other filings with the SEC. Any forward-looking statements that we make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events. (Ex. 9 at 4).<br><br><u>2019 10-K</u> (filed 3/12/2020) (Ex. 7):<br>• Large companies, such as communication network and hyperscale/cloud and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition. *Id.* at 15.<br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects) . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | | construction equipment . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 16.<br><br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business. If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 17.<br><br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production . . . . Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices . . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components . . . . If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business. We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income. *Id.* |
| 1Q 2021 Earnings Release (April 28, 2021)<br><br>Ex. 12 at 2. | In part due to our strong first quarter performance, **we are increasing our full year 2021 adjusted operating profit guidance to $595 million (at the mid-point), $20 million higher than our previous guidance. This full year guidance includes the expected negative net impact in the remainder of the year of higher commodity and freight costs**. (AC ¶ 124). | 1Q 2021 Earnings Release: This release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27 of the Securities Act, and Section 21E of the Securities Exchange Act. These statements are only a prediction. Actual events or results may differ materially from those in the forward-looking statement set forth herein. Readers are referred to Vertiv's filings with the Securities and Exchange Commission, including its most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q for a discussion of these and other important risk factors concerning Vertiv and its operations. Vertiv is under no obligation to, and expressly disclaims any obligation to, update or alter its forward- |

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | | |
|---|---|---|
| | | looking statements, whether as a result of new information, future events or otherwise. (Ex. 12 at 3–4). <br><br> 2020 10-K (filed 3/1/2021) (Ex. 11): <br> • Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities . . . .  As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 14. <br> • We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects) . . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* <br> • [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.  *Id.* at 15. <br> • Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production.  Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices . . . .  Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components . . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income.  *Id.* at 16–17. <br> • Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems, disruptions, delays or other issues in the design and implementation of these systems |

## Alleged Forward-Looking Misstatements and Cautionary Language

<table>
<tr>
<td></td>
<td></td>
<td>or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 16.

• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to: disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities . . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business. The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report.  *Id.* at 31–32.

• [W]e are unable to specifically predict the extent and length of time the COVID-19 pandemic will negatively impact our business . . . .  and we expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 39.</td>
</tr>
<tr>
<td>1Q 2021 Earnings Presentation (April 28, 2021)

Ex. 10 at 13.</td>
<td>

(AC ¶ 125).</td>
<td>1Q 2021 Earnings Presentation: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth . . . .  These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance.  Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports.  These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; . . . the unpredictability of Vertiv's future operational results[;] . . . less favorable contractual terms with large customers; . . . failure</td>
</tr>
</table>

## Alleged Forward-Looking Misstatements and Cautionary Language

<table>
<tr>
<td></td>
<td></td>
<td>to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts; . . . . (Ex. 14 at 2).<br><br>2020 10-K (filed 3/1/2021): Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . .  Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income.  (Ex. 11 at 16–17).</td>
</tr>
<tr>
<td>1Q 2021<br>Earnings Call<br>(April 28, 2021)<br><br>Ex. 13 at 5, 13–14,<br>16–17, 19.</td>
<td>Rob Johnson (CEO): [W]e are <b>raising our 2021 sales guidance by $125 million</b>, such that the new sales guidance is between $4.8 billion and $4.9 billion. And raising our <b>adjusted operating profit guidance by $20 million</b>. So our operating guidance is now $585 million to $605 million. (AC ¶ 127).<br><br><br>Q. Nicole DeBlase (Deutsche Bank): I know you guys are trying to offset some of these extra costs of pricing. Can you just talk about the general pricing environment and maybe the competitive landscape?<br><br>A. Rob Johnson (CEO): <b>That's a great question, Nicole. We have, as we've talked about before, been able to get price the last year, couple of years. I think we're getting pretty good at doing that. When we've had times before where freight costs have gone up like they have been, we've been able to institute</b></td>
<td>1Q 2021 Call - Lynne M. Maxeiner (VP of Global Treasury & Investor Relations): Before we begin, I point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in this earnings release, and you can learn more about these risks in our registration statement, our proxy statement and other filings with the SEC. Any forward-looking statements that we make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events. (Ex. 13 at 4).<br><br>1Q 2021 Call - David Fallon (CFO):  We do assume that what we're seeing today pretty much continues through the remainder of the year, probably with a little bit of a throttle down in the fourth quarter. We think it could obviously get worse.  (Ex. 13 at 17).<br><br>2020 10-K (filed 3/1/2021) (Ex. 11):<br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in</td>
</tr>
</table>

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | |
|---|---|
| **surcharges. Sometimes that's lagging, and I mentioned a few— in some of my comments, some of the lagging to pick that up. And then based on contracts and orders, working with our customers, everyone understands that commodity prices are going up, steel is doubled, that type of thing.**<br><br>**Our customers are pretty good about working with us and going through that. Certainly, we're able to go forward price things at that higher cost rate. And we're able to get that. So we feel good. We have $10 million, I think Dave showed in his bridge, of incremental additional pricing this year. While that's something we're striving for, we think we could probably do better than that. But based on what we see, based on where we're at, that's kind of what we built into our plan. But no, we've got a pretty good process now in our ability to drive prices through with our customers on a global scale. (AC ¶ 128).**<br><br>Q. <u>Lance Vitanza</u> (Cowen and Co): On Slide 13, where you lay out the bridge and focusing on the cost pressures and sourcing and so forth, you show the $10 million kind of recovery from passing price-throughs and this $25 million hit from commodity and logistics headwinds. And I guess my question is, how are those 2 numbers related? In other words, if it turns out that the commodity and logistics turns out to be maybe a $50 million headwind, should we assume that you can pass on perhaps $20 million of the costs? Are they variable in that way? Or no, is it sort of like a hard stop? You think it's going to be tough to pass on more than $10 million so we just need to hope that the impact from the logistics isn't much greater than that? Could you comment on that?<br><br>A. <u>David Fallon</u> (CFO): **Yes, Lance, this is David. I'll start, and Gary and Rob can jump in. I would definitely say the 2 are correlated, right? The higher the commodity logistics headwind and inflation is, the** | our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition. *Id.* at 14.<br><br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 14.<br><br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue. *Id.* at 15.<br><br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. . . . Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. . . Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . . If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business. We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income. *Id.* at 16–17.<br><br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . . Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business. If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than |

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | |
|---|---|
| **more data we have and to reasonably take price up consistently with competitors, right? So there's definitely a high correlation. The one thing that we're seeing here is that there's generally a lag. So we will see the negative impact from commodity and logistics sooner in our costs, then we do have the ability to pass that through for higher pricing.**<br><br>**Now one thing that we did see, which turns this into somewhat of a positive, the last time we saw significant commodity and logistics headwinds, what we found is that the pricing is actually a little bit sticky upwards. So we actually look at this strategically as a way to get additional price. And then if the commodity and logistics headwinds abate at some point this year or even early next year, generally, the pricing that we see remains where it's at. There's always some give and take. But on the way up, that pricing opportunity is certainly going to be correlated with the headwinds we're seeing.**<br><br>**And the other thing that I probably want to point out on this slide and remind folks is that this is versus prior guidance. So this is the overlay for additional commodity and logistics headwinds versus our beginning of the year assumptions. If you looked at this for a full year, we had about $20 million of headwinds for commodity and freight inflation in that beginning of the year guidance. So if you add the $20 million and the $25 million, you get about $45 million. We also had assumed about $15 million of pricing in that prior guidance as well. So full year pricing expectations are now right around $25 million. And if there is additional inflation, we do believe there's opportunity to take those pricing assumptions up as well.** (AC ¶130). | anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 16.<br><br>• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . . Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . . In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business. The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 31–32.<br><br>• [W]e are unable to specifically predict the extent and length of time the COVID-19 pandemic will negatively impact our business . . . . and we expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 39. |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | Q. <u>Nigel Coe</u> (Wolfe Research): I want to go back to the pricing. You covered that very well. So I'm not going to retread any new ground here. But 20 bps of additional price doesn't seem like a shoot-for-the-moon scenario, but how does the backlog play into the pricing equation for the second half of the year? You've got $2.1 billion of backlog, it's about 2 quarters worth of sales, not quite 2 quarters. But are we thinking here that the price increases are mainly in the fourth quarter, given that backlog coverage? Or is there some mechanism in the backlog to push through some digital price?<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): So I'd say the answer is mixed and varied. **I mean obviously, it's a little bit easier to get price on new orders. But by no means are we just taking a look at that $2 billion of backlog and saying, well, there's nothing we can do. It's already in backlog. So we do have some other mechanisms, sometimes in larger contracts that have material clauses in them. Certainly, freight is another lever that we can utilize. That is a real-time mechanism. There's been times when we've instituted surcharges as well. So I would say that, yes, it's easier to get price on new orders coming through the door. But by no means are we going to just discount the $2 billion that we have and say there's nothing we can do there. We're looking at that, taking action on that as well. With all that said, I do think price probably continues to ramp throughout the year, as David mentioned earlier. So I think in general, that pricing will ramp. But those are the different ways we're looking and trying to execute that pricing and freight scenario**. (AC ¶ 132). | |
| Wolfe Industrials and Transports Conference (May 26, 2021)<br><br>Ex. 17 at 12–13 | Q. <u>Nigel Coe</u> (Wolfe Research):  And yes, I think there's a perception, probably going back to the Emerson ownership days, that pricing in this market is intrinsically weak. And in the [phase and] time, that creates some risks around margins. So maybe just address that, Gary. How do you see pricing power? Maybe just dissect that | <u>Wolfe Industrials Conference</u> - <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): When you look at this year, in our Q1 report, *we had a Q1 presentation*. We had there was about $25 million of headwinds and $10 million is going to be offset by price. . . . And I am *sitting here right now*, I am really, really confident that we will be able to recover the vast, vast, vast majority of inflationary stuff. (Ex. 17 at 13) (emphasis added). |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | |
|---|---|
| between enterprise and hyperscale or colo and what is your confidence that over time, you can cover the inflation that you're seeing?<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): . . . **So we have 2 years of demonstrated track record of getting positive price. When you look at this year, in our Q1 report, we had a Q1 presentation. We had there was about $25 million of headwinds and $10 million is going to be offset by price. So I would say 2 things. One is that $10 million clearly is the floor. I mean there is more upside and more runway on that number even – and we sort of even knew that at the time, but we wanted to be a little bit conservative on that point. So there's clearly more upside and runway in-year than that $10 million.**<br><br>**And David and I review pricing and the commodity stuff probably got – it seems like it's 8 days a week at this point in time. That's because we want to make sure that we're doing all the right things. And I am sitting here right now, I am really, really confident that we will be able to recover the vast, vast, vast majority of any inflationary stuff**.<br><br>Now some of it -- you heard there's a lead lag there. So some of it may hit the P&L or maybe a quarter offset, just based on the time that you see the cost versus when we can get the price. So there might be a quarter lag there. But in terms of picking it up over the course of the year and then looking into next year, some of the commodities abate a little bit.<br><br>Most times, our pricing is pretty sticky. So I think that even if we miss it by a quarter or so offset this year, that will turn into a nice tailwind for us as we go into next year. So I feel -- bottom line is still really good, about being able to get the vast majority of it, maybe a little bit of a timing dimension associated with that, but I think | <u>Wolfe Industrials Conference</u> - <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): Now some of it -- you heard there's a lead lag there. So some of it may hit the P&L or maybe a quarter offset, just based on the time that you see the cost versus when we can get the price. So there might be a quarter lag there . . .  So I think that even if we miss it by a quarter or so offset this year, that will turn into a nice tailwind for us as we go into next year. So I feel -- bottom line is still really good, about being able to get the vast majority of it, maybe a little bit of a timing dimension associated with that, but I think overall, we're going to be in pretty good shape. (Ex. 17 at 13).<br><br><u>Wolfe Industrials Conference</u> - <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): I don't want to get in too far into probably anything different than what we guided to already. (Ex. 17  at 13).<br><br><u>1Q 2021 Earnings Presentation</u>: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth . . . .  These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance.  Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports.  These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; . . . the unpredictability of Vertiv's future operational results[;] . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 14 at 2). |

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | | |
|---|---|---|
| | overall, we're going to be in pretty good shape. (AC ¶136). | |
| | Q. Nigel Coe (Wolfe): Just to be clear, so when you say the vast, vast majority, do you mean actually in this year, so that $25 million of incremental inflation do you think you can capture that this year? Or are we talking here about catching up on a run rate basis by the year-end? | |
| | A. Gary Niederpruem (Chief Strategy & Development Officer): Yes, I don't want to get in too far into probably anything different than what we guided to already. | |
| | I would just say, whatever the inflation number is going to be by the end of the year, maybe we don't get all of that in here, but we will certainly have recovered it on an annualized basis when you look at it over a 12-, 15-month window. | |
| 49th Annual TMT Conference (Cowen Conference) (June 2, 2021) Ex. 18 at 5–6, 8–9. | Q. Lance Vitanza (Cowen): . . . . So what about margin performance? And you mentioned R&D and obviously that's an important part of growing the pie. 1Q saw a very nice increase in margin, not surprising given the sales growth. And in fact, I was going to ask you to what extent was that margin just the benefit of higher revenues given the operating leverage in the business for? Were there cost outs or operating efficiencies? I know that's obviously been a big part of the game plan here is to sort of bring your margins more in line with peers. I'm just trying to figure out to what extent it was specifically that versus just the growth in the underlying revenues? A. David Fallon (CFO): . . . . Contribution margin, which we define as just sales less, maybe a bucket of 10 to 15 truly variable costs I think direct material, direct labor, freight commissions. Contribution margin percentage was relatively flat and fixed costs dollars were flat. So the entire increase in the adjusted operating margin in the first quarter this year versus last year was due to that sales leverage. And it's only one quarter and | Cowen Conference - David Fallon (CFO): So the entire increase in the adjusted operating margin in the first quarter this year versus last year was due to that sales leverage. And it's only one quarter and probably a little bit amplified just because the first quarter of last year was a relatively low sales quarter and pretty impressive 22% growth this year. But it's really a case study of the power of fixed costs. Now we're not going to see that every quarter . . . . (Ex. 18 at 5). Cowen Conference - David Fallon (CFO): *I think, based on our guidance at the end of the first quarter, we had estimated maybe about $45 million of annual headwinds for inflation, that includes commodity and freight.* Included in our guidance is only offsetting about $25 million of that $45 million with additional price. . . . But we remind the organization investors, the world doesn't end at 12:31[ph]. And if you look at it over a normal period of time, we believe we have developed that pricing muscle to offset periods of inflation like we're seeing right now. (Ex. 18 at 9) (emphasis added). 1Q 2021 Earnings Presentation: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company |

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | |
|---|---|
| probably a little bit amplified just because the first quarter of last year was a relatively low sales quarter and pretty impressive 22% growth this year. But it's really a case study of the power of fixed costs. Now we're not going to see that every quarter, but when you go from our guidance for adjusted operating margin for full year 2021 of 12% to 16% which is where we think our competitors are to eventually to 20%, that philosophy of fixed cost constant while growing that top-line consistent 1.5 times that industry growth, really should drop anywhere from 75 to 100 basis points if not more to that adjusted operating profit on an annual basis and even more if we outpace that growth. So first quarter versus last year, certainly driven by that sales leverage. But going forward, we have **some pretty significant plans to also improve that contribution margin**. And the two areas that have been a focus over the last 24 months and certainly will continue going forward is productivity from purchasing. We really started to mature with a global purchasing organization over the last couple of years and a lot of the productivity we are seeing currently is based on leveraging $4.9 billion global spend, where historically we did not. We really purchased as 20 -- $200 million companies. And then also pricing, which I'm sure you'll have some questions related to the recent inflationary pressures that everybody has been seeing. But we anticipate a continued ramp-up of contribution margin based on purchasing improvements and also pricing. (AC ¶ 138). | management for future operations, as well as statements regarding growth . . . .  These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance.  Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. . . .  Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports.  These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; . . . the unpredictability of Vertiv's future operational results[;] . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . .  (Ex. 14 at 2). |

13

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | Q. Lance Vitanza (Cowen): And then, what about David mentioned earlier that component shortages. I mean, I'm reading a little bit into this, I don't know to what extent you've been sort of seeing this. And again, it doesn't really seem like it's been impacting the numbers but globally, right, we've seen shortages? And I'm just expecting that -- is it the case that your margins would have looked even better if that weren't the case? Or have you been able to sort of operate your way around those sort of supply chain issues that have been affecting so many companies?<br><br>. . . .<br><br>A. David Fallon (CFO): I think, probably, the most direct financial impact that we've seen and this is putting supply shortages and inflationary costs and in the same or bucket. But I think, based on our guidance at the end of the first quarter, we had estimated maybe about $45 million of annual headwinds for inflation, that includes commodity and freight. Included in our guidance is only offsetting about $25 million of that $45 million with additional price. And we took our pricing bogey up about $10 million at the end of the first quarter versus the beginning of the year assumption. So we're probably about $20 million upside down, as it relates to recovering some of the higher costs with pricing.<br><br>But we also mentioned that we believe the $25 million we have is probably a low water mark for us. It's likely conservative. There's opportunity for us to recover additional pricing. What we're seeing now is just kind of a natural lag that the cost of us before we can actually enact some of the pricing initiatives.<br><br>If you went out nine months, we're fully confident we'd be able to certainly recover dollar for dollar, those commodity costs, but there could be a little bit of a lag when you look at full year 2021. But we remind the organization investors, the world doesn't end at | |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | 12:31[ph]. And if you look at it over a normal period of time, we believe we have **developed that pricing muscle to offset periods of inflation like we're seeing right now**. (AC ¶ 138). | |
| | Q. <u>Lance Vitanza</u> (Wolfe):  And the prices that you set for your customers tend to be sticky on the way down. So if anything over time, you can make a -- it's almost like you're making the margin on the price increase that you're experiencing. It just takes you some time to get there.<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): **Absolutely right. Prices are sticky upwards** and if commodity costs subside and actually go the opposite way, that could be a tailwind heading into 2022. (AC ¶ 138). | |
| Evercore ISI Conference (June 9, 2021)<br><br>Ex. 19 at 8–9. | Q. <u>Amit Daryanani</u> (Evercore): . . . .  And then maybe go back to the operating margin discussion to the company, right? We're at 12% and as aspirations, David talked about going to 16%, long-term to 20%, I mean -- I would like to understand, how much of that margin expansion, let's just say, 12-year to 16-year term is revenue driven versus sales out lever and what are the big sales out lever, the two treating you would call out?<br><br>A. <u>David Fallon</u> (CFO): . . . . So unquestionably, a central thesis to the margin growth is going to be correlative of the top-line growth, because of leveraging those fixed costs and I can get into the whole philosophy of the fixed | <u>Evercore Conference - David Fallon</u> (CFO): I think what we've learned *over the last three or four months* is that, we probably have more pricing power than we had previously thought or when it's a risk with customers. **(**Ex. 19 at 9) (emphasis added).<br><br><u>Evercore Conference - David Fallon</u> (CFO): *Just to kind of quantify what we had implied in our most recent guidance* was, about $45 million headwind related to commodity and freight and probably more skewed to the commodity side, but freight in certain regions, notably the Americas, has been a little bit more of a challenge than in others. But what we had included in the guidance we shared after the first quarter was about $25 million of pricing to offset that. So that's about a $20 million hole if you will in 2021, but we do believe that that $25 million is probably a more of a floor than it is an expected value. So we believe there's more opportunity for us for pricing. *We may not get to complete clarity* |

| | | |
|---|---|---|
| | cost constant, but we also see opportunity with the contribution margin.

And the two levers that we most frequently talk about is continued productivity on the purchasing side. It's – we've only developed (inaudible) global organization over the last couple of years and we're getting tens of millions of productivity each year from purchasing and effectively managing that organization and leveraging the $4.5 billion or $5 billion spend as opposed to previously, really looking at it as 20 -- the smaller purchasing organizations.

**And then the other lever, which has been getting a lot of attention more recently is from a pricing perspective. That is something that this company historically kind of convinced itself that if we were a flat on a pricing perspective, it was a good year, we've leaned into that and taking a more of a strategic approach to the pricing, and as a result, we got about $25 million in pricing in 2019, last year, between 15 and 20, and certainly, partly because of -- due to a response with the inflation we're seeing in '21, we should be a lot higher than that this year and – we've talked about the timing of the commodity and freight inflation has actually been somewhat beneficial to us, because it forced us to see what is the art of the possible from a pricing perspective, and I think what we've learned over the last three or four months is that, we probably have more pricing power than we had previously thought or when it's a risk with customers. So that's something that certainly is been benefit us going forward.** (AC ¶ 140). | *in '21, but we do believe, as we exit Q1, Q2, we should be able to offset what we're seeing from a commodity side.*  (Ex. 19 at 10) (emphasis added).

<u>1Q 2021 Earnings Presentation</u>: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth . . . .  These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance.  Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports.  These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; . . . the unpredictability of Vertiv's future operational results[;] . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 14 at 2). |
| 2Q 2021 Earnings Release (July 28, 2021)

Ex. 20 at 1–2. | **Increasing full year guidance for sales, adjusted operating profit and adjusted diluted earnings per share.** (AC ¶142). | <u>2Q 2021 Earnings Release</u>: This news release, and other statements that Vertiv may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | |
|---|---|
| Rob Johnson (CEO): **We feel good about market activity levels and coupled with our growth programs, pricing programs and margin improvement initiatives already underway, we are well positioned for the second half of 2021**, and we believe these items should provide tailwinds as we enter 2022. (AC ¶ 142). | plans and objectives of Vertiv management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects during 2021 . . . . These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. . . .  Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . .  the ability of the Company to grow and manage growth profitably; . . .  factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness and uncertainty and volatility; . . . the unpredictability of Vertiv's future operational results . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers[;] . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 20 at 3–4). |
| **We expect pricing to ramp-up as we progress through 2021 and to completely offset gross material and freight inflation within the fourth quarter**. (AC ¶ 143). | |
| **Full Year and Third Quarter 2021 Guidance. End-market demand remains robust, and we are increasing our full-year net sales guidance to 14% growth at the midpoint (12% organic growth). While material inflation and supply-chain challenges continue, we have implemented additional pricing actions and fixed cost reductions to help offset these challenges. We are raising the midpoint of our full year adjusted operating profit guidance to $600 million. This full year guidance includes the expected negative net impact in the remainder of the year of current commodity and freight costs as well as price recovery, which typically lags inflation**. (AC ¶ 144). | Amended 2020 10-K (filed 4/30/2021) (Ex. 15): <br><br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 16. |
| (AC ¶ 145). | • We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . .  Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* at 17. <br><br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.  *Id.* at 18. <br><br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems, disruptions, delays or other issues in the design and implementation of these systems |

The table embedded in the left cell (AC ¶ 145):

| | Prior FY2021 Guidance | Updated FY2021 Guidance | 3Q 2021 Guidance |
|---|---|---|---|
| Net sales | $4,875M - $4,925M | $4,970M - $5,030M | $1,260M - $1,300M |
| Organic net sales growth[2] | 9.5% - 10.5% | 11.5% - 12.5% | 6.5% - 9.5% |
| Adjusted operating profit | $585M - $605M | $590M - $610M | $155M - $165M |
| Adjusted operating margin | 12.0% - 12.3% | 11.8% - 12.2% | 12.3% - 12.8% |
| Adjusted EPS | $1.08 - $1.14 | $1.12 - $1.18 | $0.26 - $0.30 |
| Free Cash Flow | $290M - $310M | $290M - $310M | |

**Alleged Forward-Looking Misstatements and Cautionary Language**

|  |  |  |
|---|---|---|
|  |  | or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 19.<br><br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id*. at 19.<br><br>• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 34–35.<br><br>• [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42. |
| 2Q 2021 Earnings Presentation (July 28, 2021) | **Pricing actions in place to recover market based commodity and freight inflation and premiums for spot buys of electronic parts**. Pricing actions lag | 2Q 2021 Earnings Presentation: This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. |

18

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| Ex. 22 at 3, 22. | inflation but **fully offset inflation in Q4 and provide tailwind** in 2022. (AC ¶ 147).<br><br><br><br>(AC ¶ 147). | This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects . . . .  These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. [. . .] Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports.  These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . the ability of the Company to grow and manage growth profitably; . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; the unpredictability of Vertiv's future operational results; . . .less favorable contractual terms with large customers; . . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 22 at 2).<br><br>Amended 2020 10-K (filed 4/30/2021) (Ex. 15):<br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 16.<br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . .  Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* at 17.<br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.  *Id.* at 18. |

**Alleged Forward-Looking Misstatements and Cautionary Language**

|  |  | • Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 19.<br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . .  Other supply chain risks that we could face include, but are not limited to . . .  Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id.* at 19.<br>• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 34–35.<br>• [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42. |

20

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| 2Q 2021 Earnings Call (July 28, 2021)<br><br>Ex. 21 at 5–7, 10, 19–20. | Rob Johnson (CEO): [T]he **key message, we're raising our 2021 guidance by $100 million in sales and $5 million in adjusted operating profit**. This action demonstrates the confidence we have in our end markets and also reflects the priority we're placing on customer pursuit and capture. (AC ¶ 149).<br><br>Rob Johnson (CEO): [P]ricing is never easy task, but this market has required it. **We are estimating having $65 million of pricing actions for the full year versus 2020**. As you can see, though, **by the time we get to Q4, we will have pricing that fully offset inflationary costs** . . . . Inflation is being felt by us in material, freight cost and spot buys. Approximately $60 million in materials, $15 million in freight and $35 million in spot buys. We expect the cost impacts to ramp down in 2022 driving net tailwinds. (AC ¶ 149).<br><br>Rob Johnson (CEO): The timing of pricing versus inflation causing a dip in Q2. **The pricing actions will accelerate in Q3, driving margin recovery**. We anticipate **full recovery by Q4** as headwinds stabilize and **the pricing plan is fully implemented**. And as mentioned, we're expecting a net tailwind in 2022 for this activity. (AC ¶ 149).<br><br>David Fallon (CFO): This adjusted operating profit guidance assumes that the third quarter benefit from pricing does not quite offset the negative impact from inflation. However, **we do anticipate a full offset pricing versus inflation in the fourth quarter**. (AC ¶ 149).<br><br>Q. Nigel Coe (Wolfe): So the $65 million, how do we interpret that? Are these actions already made to the customers? And Obviously, there's an assumption about how much fixed and how much is given away in, I don't know, concessions, et cetera. Is this $65 million sort of like what's been actioned and what we hope to get? Or is this a conservative view on sort of how much of this price | 2Q 2021 Call - Lynne M. Maxeiner (VP of Global Treasury & Investor Relations): Before we begin, I point out that during the course of the call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in today's earnings release, and you can learn more about these risks in our registration statement, our proxy statement and other filings with the SEC. Any forward-looking statements that we make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events. (Ex. 21 at 4).<br><br>Amended 2020 10-K (filed 4/30/2021) (Ex. 15):<br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition. *Id.* at 16.<br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 17.<br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue. *Id.* at 18.<br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . . Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business. If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than |

## <u>Alleged Forward-Looking Misstatements and Cautionary Language</u>

<table>
<tr>
<td></td>
<td>

mix? And then maybe just talk about Americas versus APAC and EMEA.

A. <u>Rob Johnson</u> (CEO): . . .  **Pricing actions were actually underway at the beginning of Q2 as we begin to see this inflationary environment. As you know, we feed a lot off of our backlog. And some of those things in our backlog, we can look at price, we can look at freight. But for the most part, as we've indicated on the call, you'll see that really kind of come to life in Q3 and Q4. So we know orders that we got in Q2 that we'll ship in Q3, Q4, Q1, we know we got price on those. So that's why we feel confident that we will get the price and we are getting the price. So that's the first thing.**

**The same thing we've done which has been talked about widely with industrials is the ability to get price in the channel and distribution. That's a much faster lever from that perspective. But for us, as a company compared to other industrials, we're a smaller player in that, but that's an area that we're growing fast.**

**So we have taken pricing actions in some cases, 3 times within that space that will -- we've seen stick**, and we've seen our order growth rates, as you can see in our channels beginning to grow at the pace that we've talked about in the past. **We expect to continue to take share in that space while we continue to raise price and drive that**. (AC ¶ 150).

Q. <u>Andrew Kaplowitz</u> (Citigroup Inc., Research Division):  And then it's great that you reiterate your medium-term adjusted operating margin target at 16% and reaching 20% I know you mentioned that the net tailwind from pricing in '22 happens. But does the current operating environment lead you to question at all the timing of the improvement? And then we know one of the main longer-term initiatives for Vertiv is to improve its pricing ability. So how would you assess
</td>
<td>

anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 19.

- Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id.* at 19.

- Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 34–35.

- [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42.
</td>
</tr>
</table>

**Alleged Forward-Looking Misstatements and Cautionary Language**

| | | |
|---|---|---|
| | your increased focus on dynamic pricing and how it's been working in the current environment?<br><br>A. <u>Rob Johnson</u> (CEO): . . . **[W]e're getting more and more sophisticated with our ways we get price. We've talked about it in the past where we've instituted some AI and really pricing tools that allow our salespeople to understand when we lose at what price and when we win.** We're expanding those tools as we've talked in the past, throughout Europe and then Asia.<br><br>**So this will continue to be a muscle that will flex and grow and get more and more mature and use more data analytics to drive it. So we continue to believe that pricing will be one of those levers that will continue to drive for years to come. But I feel good about where we're at. I feel good about the methodologies that we have and the ability to get that and really stemmed from a couple of years ago when we first started it, and we just continue to drive that.** I don't know, David, any thoughts there?<br><br>A. <u>David J. Fallon</u> (CFO): No, 100% agree, Rob. So I think what -- this year, it does not impact our plan to continue to increase adjusted operating margins in that 16% in the long term 20% range. And **if anything, what we have seen this year has actually allowed us to develop some muscle from a pricing perspective.** So that's always been a part of the equation to improve margins. And **I think what we've seen this year gives us even more confidence that we can use that as a lever to -- on our path to 16% and then 20%.** (AC ¶¶ 152–153). | |
| Sept. 8, 2021<br>E&I Acquisition Investor Call<br>(Sept. 8, 2021) | Q. <u>Nicole DeBlase</u> (Deutsche Bank): So on the guidance update, I guess, could you guys just provide a little bit more detail around what's going on with the pricing assumptions? And I mean, I think there's a timing issue here, but maybe just provide some more color around | <u>E&I Acquisition Call - Lynne M. Maxeiner</u> (VP of Global Treasury & Investor Relations): Before we begin, I point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv as well as its future financial performance when combined with the E&I Engineering Group. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from |

**Alleged Forward-Looking Misstatements and Cautionary Language**

| Ex. 24 at 11. | why the pricing is pushing into 2022 and your conviction that price cost can turn positive next year?<br><br>A. <u>Rob Johnson</u> (CEO): Yes. Nicole, and thanks again for the question. Yes, what we're saying around pricing, we continue to have headwinds as it relates to cost in materials. **We continue to drive pricing.** And what we're really saying here is that a lot of that will be recognized in '20 -- beginning 2022, as we build that into the backlog. We're currently burning off our current backlog. And as we do that, we won't see that pricing effect. So it's kind of a delayed by a couple of quarters. But **we feel good about our pricing process, getting price in the market and continue as inflationary measures impact us**. Gary?<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): Yes. Thanks, Rob. Nicole, I think the only other commentary I'd add to Rob is with what we're seeing in pricing is, it is really sticky. So the only piece here is not the fact that we can't get price, it is exactly what Rob said a large backlog and some of the timing of the shipments on the projects might slip out to where we have more meaningful increase in pricing going into next year. But **you can see the pricing ramping every quarter, every month as we track this. And the pricing that we are getting, we do feel is really pretty sticky. So it's not really can we get price. It's just more of a timing issue than anything**. (AC ¶ 157). | those in the forward-looking statements. We refer you to the cautionary language included in today's announcement, and you can learn more about these risks in our registration statement, our proxy statement and other filings with the SEC. Any forward-looking statements that we make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events. (Ex. 24 at 4).<br><br><u>Amended 2020 10-K</u> (filed 4/30/2021) (Ex. 15):<br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition. *Id.* at 16.<br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 17.<br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue. *Id.* at 18.<br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . . Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business. If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 19.<br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, |

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | | depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . . If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business. We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id.* at 19.<br><br>• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . . Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . . In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business. The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 34–35.<br><br>• [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42. |
| 3Q 2021 Earnings Release (Oct. 27, 2021)<br><br>Ex. 26 at 1–2. | **Supply chain issues have continued to accelerate in the third quarter and no improvement is expected in the fourth quarter, although our pricing response continues to meaningfully increase sequentially each quarter, and we anticipate another sequential increase in the fourth quarter. Cost containment actions have been accelerated heading into the fourth quarter to mitigate impacts from increased supply chain disruptions.** (AC ¶ 159). | 3Q 2021 Earnings Release: This news release, and other statements that Vertiv may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Vertiv management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects during 2021 . . . . These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among |

25

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| | Given the portfolio enhancements underway, we have updated our guidance to include impacts from the E+I acquisition, as well as the divestiture of the heavy industrial UPS business. The net impacts from these transactions are an additional $55 million in net sales and $13 million in adjusted operating profit and are included in the guidance table below for both fourth quarter and full year 2021. This guidance includes the expectation that supply chain headwinds continue at current levels for the remainder of the year.  We anticipate supply chain pressure to continue at least through the first half of 2022. Despite these headwinds, demand remains strong, and we anticipate net pricing and inflation actions will provide a tailwind for full year 2022. In addition, we continue to accelerate additional cost containment actions. (AC ¶160). | others, could cause actual results to differ materially from historical performance and include, but are not limited to . . . the ability of the company to grow and manage growth profitably; maintain relationships with customers and suppliers; . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; . . . . the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . .risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . . (Ex. 26 at 3–4).

Amended 2020 10-K (filed 4/30/2021) (Ex. 15):
<ul><li>Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition. *Id.* at 16.</li><li>We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . . Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . . Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition. *Id.* at 17.</li><li>[W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue. *Id.* at 18.</li><li>Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . . Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than</li></ul> |

| | Prior FY2021 Guidance | FY2021 Guidance including M&A impacts | 4Q 2021 Guidance including M&A impacts |
|---|---|---|---|
| Net sales | $4,880M - $4,940M | $4,970M - $5,030M | $1,382M - $1,442M |
| Organic net sales growth[2] | 9.5% - 10.5% | 10.5% - 11.5% | 3.0% - 7.0% |
| Adjusted operating profit | $530M - $550M | $543M - $563M | $166M - $186M |
| Adjusted operating margin | 10.9% - 11.1% | 10.9% - 11.2% | 12.0% - 12.9% |
| Adjusted EPS | $0.96 - $1.01 | $0.97 - $1.03 | $0.24 - $0.30 |
| Free Cash Flow | $190M - $220M | $190M - $220M | |

26

## Alleged Forward-Looking Misstatements and Cautionary Language

<table>
<tr>
<td></td>
<td></td>
<td>anticipated, our business, results of operations and financial condition could be negatively impacted. <i>Id.</i> at 19.
<ul>
<li>Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . <i>Id.</i> at 19.</li>
<li>Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. <i>Id.</i> at 34–35.</li>
<li>[W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. <i>Id.</i> at 42.</li>
</ul>
</td>
</tr>
<tr>
<td>3Q 2021 Earnings Presentation (Oct. 27, 2021)</td>
<td><b>"Prior pricing guidance intact with additional actions being implemented in the fourth quarter and into 2022</b>."  (AC ¶ 162).</td>
<td><u>3Q 2021 Earnings Presentation</u>: This presentation, and other statements that Vertiv Holdings Co. ( "Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company</td>
</tr>
</table>

## Alleged Forward-Looking Misstatements and Cautionary Language

| Ex. 28 at 5, 19. |  (AC ¶ 162). | management for future operations, as well as statements regarding growth as well as statements regarding growth, anticipated demand for our products and services and our business prospects during 2021 . . . . Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: . . . the ability of the Company to grow and manage growth profitably; maintain relationships with customers and suppliers; . . . factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; risks relating to the continued growth of Vertiv's customers' markets; . . . the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; . . . less favorable contractual terms with large customers; . . . failure to mitigate risks associated with long-term fixed price contracts; . . . risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; . . . [and] failure to realize sales expected from Vertiv's backlog of orders and contracts . . . .  (Ex. 28 at 2). |
| --- | --- | --- |

(continued in the right column):

<u>Amended 2020 10-K</u> (filed 4/30/2021) (Ex. 15):
- Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 16.
- We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . .  Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* at 17.
- [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.  *Id.* at 18.
- Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems,

## Alleged Forward-Looking Misstatements and Cautionary Language

<table>
<tr><td></td><td></td><td>

disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted. *Id.* at 19.

- Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id*. at 19.

- Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id.* at 34–35.

- [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42.

</td></tr>
</table>

## Alleged Forward-Looking Misstatements and Cautionary Language

| | | |
|---|---|---|
| 3Q 2021 Earnings Call (Oct. 27, 2021)<br><br>Ex. 27 at 5–6, 9 | **Rob Johnson (CEO):** Fourth, as Dave mentioned, we are **dealing,** like others, **with supply chain and inflationary issues**. We encountered supply chain challenges in Q3 and experienced commodity and freight inflation. We **made spot buys so that we can meet our delivery commitments we've made to our customers, and we have implemented strategies to recapture those costs**. Pricing always lagged cost by a few quarters, and that's exactly what we're seeing now. However, we believe, as we've mentioned before, pricing will be a tailwind in 2022.  (AC ¶ 165).<hr>**Rob Johnson (CEO):** As you heard from Dave in his opening comments, supply chain continues to pose challenges for us and many, many others in the industry. Each of the regions are experiencing it, but it is most acute in Americas, where material availability is most difficult and commodity prices have risen beyond expectations. Where necessary, we'll continue to use spot buys so that we can take care of our customers. **From a pricing standpoint, we are in line with our prior guidance we provided for Q4**. (AC ¶165).<hr>Q. **Jeffrey Sprague** (Vertical Research): First on price, if we could, and just a little more color on what you're thinking about for next year. So your prices looks like it's kind of doubles in Q4 versus what you had in Q3. But I'm just wondering if you can give us some sense of how much price is in backlog at this point? And when you talk about price cost positive in 2022. Are you talking on -- I'm sure you at least me on a dollar basis, but I wonder if you also see it being positive on a margin rate basis?<br><br>**Rob Johnson (CEO):** Jeff, this is Rob. I'll start first, and then David and Gary can chime in. First of all, I'd like to start off by saying that we, and it's on me, have under-forecasted what inflation was going to do. And therefore, we haven't received the pricing level necessary to offset inflation in previous quarters. **I can assure you going forward with our robust pricing actions and what we are doing now and we'll be doing in 2022 that we will be positive in price based on what we're executing on.** | 3Q 2021 Call - Lynne M. Maxeiner (VP of Global Treasury & Investor Relations): Before we begin, I'd point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in today's earnings release and you can learn more about these risks in our registration statement, our annual report on Form 10-K and other filings with the SEC. (Ex. 27 at 4).<br><br>Amended 2020 10-K (filed 4/30/2021) (Ex. 15):<br><br>• Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 16.<br><br>• We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . .  Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* at 17.<br><br>• [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.  *Id.* at 18.<br><br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted.  *Id.* at 19. |

## Alleged Forward-Looking Misstatements and Cautionary Language

<table>
<tr>
<td></td>
<td>So again, I just wanted to let everyone know on the call today that under forecasted inflation, we understand where that's at. **We're even assuming that it could get potentially worse and we're making sure that our pricing actions now and going forward cover that**. David?

A. <u>David Fallon</u> (CFO): Yes. Thanks, Rob. So I think if you look at the numbers and where we stand or where we expect to stand at the end of the fourth quarter is that in a do-nothing scenario, which is not going to happen, in a do-nothing scenario the wraparound effect of net price inflation is probably a small tailwind in the $5 million to $10 million range. So we're **certainly encouraged with what we're seeing in the pricing environment here in the fourth quarter**. As you mentioned, it's about a $15 million step up from Q3, but we're certainly not satisfied.

As Rob mentioned, we've left some dollars on the table this year because we've underestimated inflation. And we certainly are going to be much more aggressive, and we have current plans in action to continue those price increases fairly significantly into 2022. But from a wraparound impact looking at the numbers, a **floor** is probably a **$5 million to $10 million tailwind**. And of course, we are in our pricing plans, **anticipating that inflation will continue to accelerate**, whether it does or not, I don't think anybody knows.

But we're anticipating that it will accelerate. And of course, we **anticipate a much more significant dollar tailwind**." (AC ¶¶ 165–167).</td>
<td>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . . Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials. Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . . If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business. We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id*. at 19.

• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . . Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . . In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business. The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report. *Id*. at 34–35.

• [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id*. at 42.</td>
</tr>
<tr>
<td>Deutsche Bank Conference (Nov. 16, 2021)

Ex. 30 at 3–4</td>
<td>Q. <u>Nicole DeBlase</u> (Deutsche Bank): I guess you led me right into price cost, which happens to be the next topic. So I guess you guys have said that if you carry forward your pricing actions and your cost headwinds into 2022 we're looking at like baseline of a $5 million to $10 million net tailwind, but my understanding is that that</td>
<td><u>Deutsche Bank Conference - Rob Johnson</u> (CEO): *What we said and we said it in Q3 earnings call* . . . as inflation continues to rise, which who knows what it's going to do, I wish I had that crystal ball, we'll continue to take pricing action. . . . Sometimes you've got MSA, Master Supply Agreements, that have a two or three year supply commitment and a price so you've got to thread those needles carefully. . . . So we'll continue to do</td>
</tr>
</table>

## Alleged Forward-Looking Misstatements and Cautionary Language

doesn't include what you may do in 4Q. So curious thoughts on the potential for more pricing actions here in the Fourth Quarter or even beyond if inflation remains an issue?

A. Rob Johnson (CEO): . . .  What we said and we said it in Q3 earnings call, I said it that I was late to catch up price with inflation when we didn't expect it to be where it was at. So we are a company that a portion of our business is direct sales, so we have a big backlog. A portion of it goes through a distribution where you can get price faster. Were probably more heavily weighted on the direct sales side, so it takes a little bit longer to work through that backlog and get that price.

That being said, we've been working that and we're going – we'll continue, as I've told my team, and as we've talked to customers, that **as inflation continues to rise**, which who knows what it's going to do, I wish I had that crystal ball, **we'll continue to take pricing action. So whether we're here in Q4, we continue to take actions. In some cases its monthly, in some cases its quarterly and then working that with our customers.**

Sometimes you've got MSA, Master Supply Agreements, that have a two or three year supply commitment and a price so you've got to thread those needles carefully. Again you find out who your partnerships really are there. Sometimes you've got MSA, Master Supply Agreements, that have a two or three year supply commitment and a price so you've got to thread those needles carefully. Again you find out who your partnerships really are there.

But in general I feel like we've got all regions engaged. China is normally a negative price for us and has been for years. That's an area where the teams had to learn, yes, you can actually get price in China with innovation and doing the right thing.

that and I've got to say that going into Q1, depending on what we see on the inflationary side of things, we'll do additional price increases . . . .  (Ex. 30 at 3–4).

Deutsche Bank Conference - Rob Johnson (CEO): We've got the -- we've got the orders, we've got the backlog. Its really can we get the components and when do things free up. And that could make a big difference on book ending [ph] the year of how good it is or won't be is really dependent on access to the components.  (Ex. 30 at 9).

Deutsche Bank Conference - Gary Niederpruem (Chief Strategy & Development Officer): [B]ased on the earnings call we had in Q3 . . . .  (Ex. 30 at 4).

3Q 2021 Earnings Call (10/27/2021) Lynne M. Maxeiner (VP of Global Treasury & Investor Relations) Before we begin, I'd point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in today's earnings release and you can learn more about these risks in our registration statement, our annual report on Form 10-K and other filings with the SEC.  (Ex. 27 at 4).

Amended 2020 10-K (filed 4/30/2021) (Ex. 15):
- Large companies, such as communication network and cloud/hyperscale and colocation data center providers, often require more favorable terms and conditions in our contracts with such companies that could result in downward pricing pressures on our business. Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. . . . As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which may include terms that affect the timing of our cash flows and ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition.  *Id.* at 16.
- We have, and we intend to continue pursuing, long-term, fixed-price contracts (including long-term, turnkey projects). . . .  Such contracts and projects involve substantial risks, which may result in excess costs and penalties, and include but are not limited to . . . changes in costs or shortages of components, materials, labor or construction equipment . . . .  Our failure to mitigate these risks may result in excess costs and penalties and may have an adverse effect on our results of operations and financial condition.  *Id.* at 17.

32

## Alleged Forward-Looking Misstatements and Cautionary Language

| | |
|---|---|
| So we'll continue to do that **and I've got to say that going into Q1, depending on what we see on the inflationary side of things, we'll do additional price increases and the -- I think the challenge or the right way to do is you really got to sit down with your customers and explain with them what's happening.**<br><br>Everyone sees out the window inflation is everywhere, but they don't necessarily understand how it impacts their products and what it impacts us. **Our stance has always been we want to be fair, but we want to be fair in recouping what we've lost.** We're not looking to make money during this time, we're just looking to recoup what we've (inaudible) this company. I don't know, David or Gary, any of your thoughts? (AC ¶172).<br><br>A. <u>Gary Niederpruem</u> (Chief Strategy & Development Officer): [I]n hindsight we probably should have been a little bit more aggressive early in the year in coming out with price increase.<br><br>But just to put it in a little bit of context, we had said in '19 and then '20 the business got somewhere between $20 and $25 million of price on an annual basis. In **In Q4 alone** based on the earnings call we had in Q3, **we've already signaled that. We will have that much price at least** just in Q4. So when you think about it, should we have done more. Yes, absolutely. But **from an absolute standpoint we're going to get a year's worth of price just in the Fourth Quarter** and then that's the tailwind that David had spoken about earlier in that $5 to $10 million for next year. The second point then would be in your question what else are we doing, **we have just about launched additional pricing actions over the last two or three weeks in every region in the world**. So we feel good that there is more tailwinds out there, how much that is yet to be seen but **there's definitely more tailwinds with the actions that we've taken just in the last couple of weeks.** (AC ¶¶ 172–173). | • [W]e may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue. *Id.* at 18.<br>• Implementations of new information systems and enhancements to our current systems may be costly and disruptive to our operations. . . .  Any problems, disruptions, delays or other issues in the design and implementation of these systems or enhancements could adversely impact our ability to process customer orders, ship products, . . . fulfill contractual obligations, accurately record and transfer information, recognize revenue, . . . or otherwise run our business.  If we are unable to successfully design and implement these new systems, enhancements and processes as planned, or if the implementation of these systems and processes is more lengthy or costly than anticipated, our business, results of operations and financial condition could be negatively impacted.  *Id.* at 19.<br>• Failure to properly manage our supply chain and inventory could result in higher costs of production and delays in fulfilling customer orders . . . or shortages and delays in production. Our operations, particularly our manufacturing and service operations, depend on our ability to accurately anticipate both our needs, including raw materials, components, products and services, from third-party suppliers, and such suppliers' ability to timely deliver the quantities and quality required at reasonable prices. . . .  Other supply chain risks that we could face include, but are not limited to . . . Volatility in the supply or price of raw materials.  Our products rely on a variety of raw materials and components, including steel, copper and aluminum and electronic components. . . .  If we are unable to secure necessary supplies at reasonable prices or acceptable quality, we may be unable to manufacture products, fulfill service orders or otherwise operate our business.  We may also be unable to offset unexpected increases in material and component costs with our own price increases without suffering reduced volumes, revenues or operating income . . . . *Id*. at 19.<br>• Our business, results of operations, financial position, cash flows and liquidity have been and could continue to be adversely affected by the COVID-19 pandemic or other similar outbreaks. . . .  Such effects may be material and may include, but are not limited to disruptions in our supply chain due to transportation delays, travel restrictions and closures of businesses or facilities. . . .  In addition, we cannot predict the impact that COVID-19 will have on our customers, subcontractors, suppliers, distributors, and employees and any adverse impacts on these parties may have a material adverse impact on our business.  The impact of the COVID-19 pandemic may also have the effect of exacerbating many of the other risks described in this annual report.  *Id.* at 34–35.<br>• [W]e expect that COVID-19 could continue to have a materially adverse impact on our business, results of operations, financial condition, cash flows and liquidity for at least the duration of 2021. *Id.* at 42. |