# Exhibit 10



# Fourth Quarter and Full Year 2020 Results

February 24, 2021

Architects of Continuity™

# Cautionary Statement Regarding Forward-Looking Statements

*This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects during Q4 2020, as well as expected cost savings associated with our restructuring program. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements. The Company undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.*

*The forward-looking statements contained or incorporated by reference in this presentation are based on current expectations and beliefs concerning future developments and their potential effects on Vertiv. There can be no assurance that future developments affecting Vertiv will be those that Vertiv has anticipated. Vertiv undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond Vertiv's control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: the future financial performance of Vertiv; the outcome of any legal proceedings that may be instituted against Vertiv or any of its directors or officers; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness and uncertainty; risks relating to the continued growth of Vertiv's customers' markets; failure to meet or anticipate technology changes; the unpredictability of Vertiv's future operational results; disruption of Vertiv's customers' orders or Vertiv's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; competition in the infrastructure technologies industry; failure to realize the expected benefit from any rationalization and improvement efforts; disruption of, or changes in, Vertiv's independent sales representatives, distributors and original equipment manufacturers; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from Vertiv's backlog of orders and contracts; changes to tax law; ongoing tax audits; risks associated with future legislation and regulation of Vertiv's customers' markets both in the United States and abroad; costs or liabilities associated with product liability; Vertiv's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of Vertiv's insurance coverage; a failure to benefit from future acquisitions; failure to realize the value of goodwill and intangible assets; the global scope of Vertiv's operations; risks associated with Vertiv's sales and operations in emerging markets; exposure to fluctuations in foreign currency exchange rates; Vertiv's ability to comply with various laws and regulations and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against us; Vertiv's ability to protect or enforce its proprietary rights on which its business depends; third-party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; risks associated with Vertiv's limited history of operating as an independent company; potential net losses in future periods; our ability to realize cost savings in connection with our restructuring program; and other risks and uncertainties indicated in Vertiv's SEC reports or documents filed or to be filed with the SEC by Vertiv.*

*This presentation also includes certain non-GAAP financial measures, such as EBITDA, adjusted EBITDA, adjusted EBITDA margin, organic net sales, adjusted operating profit, adjusted operating profit margin and free cash flow, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. The Company has provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures and our reconciliations on pages 19-30 of this presentation and our current earnings release dated February 24, 2021, which are available on the Company's website at www.vertiv.com. Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q1 and full year 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.*

 **VERTIV.**

# Fourth quarter 2020 key messages

**Demand remains strong with fourth quarter 2020 net sales up 11.4% and orders up 9.0% from 2019**

**Fourth quarter adjusted EBITDA of $187M up 25.7% and adjusted EBITDA margin up 160 bps from 2019**

**Fourth quarter free cash flow improves $86M to $175M driven by higher earnings (including the benefit of lower interest payments) and lower transformation spending**

**Fixed cost focus delivers $39M higher adj. EBITDA for full year 2020 despite sales decline of $60M. Adjusted EBITDA margin increases 110 bps to 13.3%.**

**2021 outlook: above-market sales growth driving significant improvement in adjusted operating profit while funding incremental R&D and growth investments**

**Demand remains strong - margin initiatives showing traction - investing for the future**

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

3

# Market environment

| SEGMENT | Vertiv Sales Exposure[1] | 🌎 AMERICAS | | 🌏 APAC | | 🌍 EMEA | |
|---|---|---|---|---|---|---|---|
| | | Oct-20 | Jan-21 | Oct-20 | Jan-21 | Oct-20 | Jan-21 |
| **CLOUD / HYPERSCALE** | ~20% | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 |
| **COLOCATION** | | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 |
| **ENTERPRISE / SMALL & MEDIUM BUSINESS** | ~50% | 🔴 | 🔴 | 🟡 | 🟡 | 🔴 | 🔴 |
| **COMMUNICATION NETWORKS** | ~20% | 🟢 | 🟢 | 🟡 | 🟡 | 🟡 | 🟡 |
| **COMMERCIAL & INDUSTRIAL** | ~10% | 🟡 | 🟡 | 🟡 | 🟡 | 🔴 | 🟡 |

Note: [1]Sales Revenue FY2020 estimated by customer segments

**Cloud, colocation markets continue to be robust across all regions;  Enterprise and SMB market still muted but slowly showing signs of early progress**



4

# Demand and supply update

| CUSTOMER DEMAND | PRODUCTION & SUPPLY CHAIN |
|---|---|

**CUSTOMER DEMAND**

- Overall market demand remains robust.  Fourth quarter orders up 9.0%.

- Continued strength in cloud and colocation markets with larger project-based orders

- Consistent performance from prior quarters in the enterprise segment, with some positive signs in the IT channel

- Backlog remains at record level of $1.85B

- Backlog ~$450M higher (+32%) than end of 2019

- Some uncertainty remains as COVID continues to impact markets around the globe

**PRODUCTION & SUPPLY CHAIN**

- COVID and weather issues having slight impact on operations
  - ➢ Eastern Europe continues to see increasing cases of COVID with minor disruptions to our operations
  - ➢ Managing through COVID cases and weather disruptions in U.S. and Mexico
  - ➢ China containing outbreak with no disruptions

- Despite constraints in a few specific areas, supply chain in relatively good shape

- Logistics are tight in certain locations; however, mitigation plans have been implemented to address

**Robust demand environment continues.  Supply chain constraints being managed.**

 VERTIV

5

# Fourth quarter 2020 financial results

*$Millions*

| Net Sales | Adjusted EBITDA | Adjusted EBITDA Margin | Free Cash Flow |
|---|---|---|---|

**Up 11.4%**
Organic +9.5%

**Up 25.7%**

**Up 160 bp**

**Up $86M**

| | Net Sales | Adjusted EBITDA | Adjusted EBITDA Margin | Free Cash Flow |
|---|---|---|---|---|
| 4Q 2019 | 1,172 | 149 | 12.7% | 89 |
| 4Q 2020 | 1,306 | 187 | 14.3% | 175 |

**Net Sales**
+ Organic sales increase of $112M driven by double-digit growth in APAC and EMEA
+ Orders increased 9% from prior year with strong gains in APAC and EMEA
+ $22M tailwind from FX

**Adjusted EBITDA**
+ $45M favorable volume impact
○ Contribution margin relatively flat to prior year with productivity gains offset by weaker customer mix in APAC
○ Fixed costs relatively flat despite funding incremental growth initiatives, R&D investments and public company costs
− $6M unfavorable impact of FX ($10M transaction loss partially offset by $4M translation benefit)

**Free Cash Flow**
+ Lower interest payments ($33M) from debt paydown and refinancing
+ Higher adjusted EBITDA ($38M)
+ Lower transformation-related spending ($29M)
− Smaller trade working capital benefit ($15M)



Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Fourth quarter 2020 segment results

*$Millions*

**Net Sales**



**Adjusted EBITDA as a % sales**



**Americas**

➢ Sales up slightly with higher telecom offset by lower services sales due to site access challenges

➢ Contribution margin improvements and fixed cost savings drive higher adjusted EBITDA margins

**APAC**

➢ Strong sales in China driven by data centers, 5G telecom and wind power.  Asia and India recovering.

➢ Contribution margin negatively impacted by product & customer mix and timing of large projects

**EMEA**

➢ Record sales led by deployment of large colocation projects, services growth and telecom 5G roll-out

➢ Sales leverage, operations and procurement savings drove substantial improvement on adj. EBITDA margins

**Corporate**

➢ Corporate fixed costs flat despite incremental R&D investments and public company costs

➢ Unfavorable impact of foreign exchange transaction loss

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

7

# Fourth quarter 2020 free cash flow & liquidity

*$Millions*



- Strong liquidity of $964M at year end
  - ➢ 2.8x net leverage

- Announced redemption of 23.0M public warrants in December 2020
  - ➢ Received proceeds of $157M in December on issuance of 13.6M shares
  - ➢ Received additional proceeds of $107M in January 2021 on issuance of 9.4M shares

- Significant reduction in cash interest expense due to debt paydown and refinancing in first quarter

- Working capital benefit lower than fourth quarter 2019 due to timing differences resulting from higher than expected benefit in third quarter 2020

**Fourth quarter free cash flow improves $86M to $175M driven by higher earnings (including the benefit of lower interest payments) and lower transformation spending**

 VERTIV

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Full year 2020 financial results
*$Millions*

| Net Sales | Adjusted EBITDA | Adjusted EBITDA Margin | Free Cash Flow |
|---|---|---|---|

**Net Sales**

**Down (1.4%)**
**Organic (0.9%)**

FY 2019: 4,431
FY 2020: 4,371

- − Organic sales decline of $38M driven by weakness in AMER offset by gains in APAC and EMEA
- + Orders increased 10% from prior year with improvement in all regions
- − $25M headwind from FX

**Adjusted EBITDA**

**Up 7.3%**

FY 2019: 542
FY 2020: 581

- − $15M unfavorable volume impact
- + $40M due to improved contribution margin from productivity, pricing, and favorable product mix in the Americas and EMEA
- + Fixed costs $40M lower with benefit from COVID reduction actions offset by growth investments and public company costs
- − Unfavorable impact of $26M transaction FX loss

**Adjusted EBITDA Margin**

**Up 110 bp**

FY 2019: 12.2%
FY 2020: 13.3%

**Free Cash Flow**

**Up $171M**

FY 2019: (8)
FY 2020: 163

- + Lower interest payments ($104M) from debt paydown and refinancing
- + Higher adjusted EBITDA ($39M)
- + Lower transformation-related spending ($83M)
- − Larger increase in trade working capital to support growth ($60M)

 **VERTIV**

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Change in primary operating metric for 2021 and forward

*$Millions*

- Transitioning primary operating metric from **adjusted EBITDA** to **adjusted operating profit**

- Adjusted operating profit = operating profit less intangible amortization expense – for all periods

- Differences between historical adjusted EBITDA and adjusted operating profit are depreciation, historical add-backs and two discrete one-time items in 2020

- Adjusted diluted earnings per share (EPS) calculation will be restated to remove historical add-backs – see slides 26-27

**CALCULATION OF ADJ OPERATING PROFIT**

|  | 2019 | 2020 |
|---|---|---|
| **Adj EBITDA (historically disclosed)** | **542** | **581** |
| Amortization of intangibles | (129) | (129) |
| Depreciation | (74) | (74) |
| Historical add-backs | (133) | (51) |
| Restructuring reserve and asset impairment | - | (92) |
| SPAC transaction costs | - | (21) |
| **Operating profit (face of income statement)** | **206** | **214** |
| Amortization of intangibles | 129 | 129 |
| **Adjusted operating profit** | **335** | **342** |



# Change in income statement presentation for 2021

*$Millions*

- Including components of *"Other deductions, net"* directly on face of income statement
- Adding GAAP measure of ***"Operating profit"*** on face of income statement
- Including reformatted 2018 – 2020 (on quarterly basis) in earnings release 8-K – Exhibit 99.2

### CURRENT PRESENTATION

| | 2019 | 2020 |
|---|---|---|
| Net sales - products | 3,356 | 3,309 |
| Net sales - services | 1,075 | 1,062 |
| Net sales | 4,431 | 4,371 |
| | | |
| **Cost and expenses** | | |
| Cost of sales - products | 2,349 | 2,291 |
| Cost of sales - services | 629 | 606 |
| Cost of sales | 2,978 | 2,897 |
| | | |
| Selling, general and adminitrative expenses | 1,101 | 1,008 |
| Other deductions, net | 146 | 252 |
| Loss on extinguishment of debt | - | 174 |
| Interest expense, net | 310 | 150 |
| **Earnings (loss) before income taxes** | (104) | (111) |
| Income tax expense | 37 | 73 |
| **Net loss** | **(141)** | **(184)** |

### PROSPECTIVE PRESENTATION

| | 2019 | 2020 |
|---|---|---|
| Net sales - products | 3,356 | 3,309 |
| Net sales - services | 1,075 | 1,062 |
| Net sales | 4,431 | 4,371 |
| | | |
| **Cost and expenses** | | |
| Cost of sales - products | 2,349 | 2,291 |
| Cost of sales - services | 629 | 606 |
| Cost of sales | 2,978 | 2,897 |
| | | |
| Selling, general and adminitrative expenses | 1,101 | 1,008 |
| Amortization of intangibles (B) | 129 | 129 |
| Restructuring costs | 21 | 74 |
| Foreign currency (gain) loss, net | (2) | 26 |
| Other operating expense, net | (2) | 23 |
| **Operating profit** (A) | **206** | **214** |
| Loss on extinguishment of debt | - | 174 |
| Interest expense, net | 310 | 150 |
| **Earnings (loss) before income taxes** | (104) | (111) |
| Income tax expense | 37 | 73 |
| **Net loss** | **(141)** | **(184)** |

### CALCULATION OF ADJ OPERATING PROFIT

| | 2019 | 2020 |
|---|---|---|
| **Operating profit** (A) | **206** | **214** |
| Amortization of intangibles (B) | 129 | 129 |
| **Adjusted operating profit** | **335** | **342** |



11

# Full year 2021 financial guidance

## Guidance

### Net sales

**$4,750 - $4,800**

*Up 6.5 – 7.5% organic from 2020*

### Adjusted operating profit

**$565M - $585M**

*Up 65 – 70% from 2020 and up 24% – 28% from 2020 pro-forma*

### Adjusted operating margin

**11.9% - 12.2%**

*Up 410 – 440 bps from 2020 and up 150 – 180 bps from 2020 pro-forma*

### Adjusted EPS

**$1.01 - $1.06**

*Up $1.16 – $1.21 from ($0.15) loss in 2020 see slides 26 - 29*

## What we expect in full year 2021

- Expecting upper single digit organic net sales growth in APAC and mid-to-upper single digit growth in AMER and EMEA

- Strong 68% growth in adjusted operating profit from 2020 (at the mid-point), up 26% on a pro-forma basis (see next page)

- Mid-point of 2021 adjusted operating profit guidance is equivalent to $660M adjusted EBITDA compared to $581M in 2020

  - 2020 adjusted EBITDA of $581M included $51M of historical addbacks ($530M excluding those addbacks)

  - 2021 and going forward we anticipate that intangible amortization will be the only adjustment

- 2021 full year free cash flow expected to be $275M - $295M, approximately $120M higher (at the mid-point) than $163M free cash flow in 2020

**Projecting strong top-line, adjusted operating profit and free cash flow growth compared to 2020.  However, uncertainty with COVID continues.**

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Adjusted operating profit bridge:  2020 to 2021

*$Millions – 2021 at mid-point of guidance range*



+68%

+26%

| | Values |
|---|---|
| 342 | |
| 92 | |
| 21 | |
| 456 | |
| 160 | |
| 40 | |
| 20 | |
| (65) | |
| (40) | |
| 4 | |
| 575 | |

**Operating margin %**

| FY 2020 adjusted operating profit | Restructuring reserve and asset impairment | SPAC transaction costs | FY 2020 pro-forma | Volume | Contribution margin expansion | Net restruct. benefits | Growth and R&D investment | 2020 COVID savings actions | Other | FY 2021 adjusted operating profit |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.8% | | | 10.4% | | | | | | | 12.0% |

**Expecting 68% improvement in adjusted operating profit and 26% (pro forma) improvement excluding impact of restructuring reserve, asset impairment and SPAC transaction costs in 2020**

VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

13

# Free cash flow bridge:  2020 to 2021

*$Millions*

Waterfall chart values:
- FY 2020 actual: 163
- Adj. operating profit (vs. 2020 pro-forma): 119
- Cash interest: 85
- Trade working capital: 20
- Restructuring cash payments: (40)
- Net capex: (49)
- Cash taxes: (25)
- Other: 12
- FY 2021 guidance (mid-point): 285

- Projected cash interest of $82M in 2021 is $85M lower than 2020 driven by debt paydown from SPAC transaction and subsequent refinancing

- Projected $55M cash outflow from trade working capital in 2021 is $20M lower than 2020

- Majority of the restructuring reserve taken in the third quarter of 2020 will be paid out in 2021

- Projected net capital expenditures of $95M in 2021 are $49M higher than 2020 driven by COVID related project delays in 2020, incremental IT and R&D investments in 2021 and a $7M asset sale in 2020

- Projected cash taxes of $85M in 2021 are $25M higher than 2020 due to higher projected international pre-tax income

**Expecting $122M (+75%) increase in free cash flow driven by higher earnings, including significantly lower cash interest**

 VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

14

# First quarter 2021 financial guidance

## Guidance

### Net sales

$1,020 - $1,060

*Up 11 – 15% organic from 1Q 2020*

### Adjusted operating profit

$70M - $80M

*Up $50 - $60M from 1Q 2020*

### Adjusted operating margin

6.9% - 7.5%

*Up 470 – 530 bps from 1Q 2020*

### Adjusted EPS

$0.09 - $0.12

*Up $0.74 – $0.77 from ($0.65) loss in first quarter 2020 see slides 26-30*

## What we expect in first quarter 2021

- Expecting double-digit organic net sales growth in APAC and mid single-digit growth EMEA. AMER expected to be flat.

- Adjusted operating profit up $55M at midpoint driven by higher volumes and lower transformation spending

- Mid-point of first quarter 2021 adjusted operating profit guidance is equivalent to $95M adjusted EBITDA:

  ➢ 2020 first quarter adjusted EBITDA of $70M included $11M of historical addbacks

  ➢ 2021 and going forward we anticipate that intangible amortization will be the only adjustment

- Adjusted EPS growth from first quarter 2020 includes $0.54 benefit from 2020 loss on debt extinguishment and SPAC transaction costs and $0.13 benefit from lower interest expense from debt paydown and refinancing

- Guidance assumes no significant change from current COVID situation

## Projecting strong top-line and adjusted operating profit growth compared to 2020

 VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix. Free cash flow equals cash from operations less net capital expenditures.

15

# Update on key initiatives

## Top Line Focus

- ➢ Increased customer intimacy with the cloud and colocation providers…led to fantastic order growth
- ➢ Revamped America's channel GTM efforts… increased momentum as the year went on

## Vertiv Operating System (VOS)

- ➢ Implemented in areas of 2 pilot plants with encouraging results…~30% productivity improvement and ~50% WIP reduction
- ➢ Continue implementation throughout these 2 facilities…functional planning has commenced…going slow to go fast

## Margin Expansion Opportunities

- ➢ Very good performance in supply chain…results exceeded internal targets
- ➢ Pricing initiatives outperformed internal plans for second year in a row
- ➢ Restructuring activities on track…multiple initiatives in flight driving increased profitability

## Vertiv Product Development (VPD)

- ➢ Vertiv User Experience (VUE) being deployed in all product areas…leading to fantastic customer insights
- ➢ Increased new product and service introductions by 50% in 2020 vs 2019…additional 25% more targeted in 2021
- ➢ Seed planting for future programs starting to materialize…will ultimately drive faster product development cycles

**Great traction on key imperatives in 2020 will continue to yield positive results in 2021 and beyond**

 VERTIV.

# Fourth quarter 2020 key messages

**Demand remains strong with fourth quarter 2020 net sales up 11.4% and orders up 9.0% from 2019**

**Fourth quarter adjusted EBITDA of $187M up 25.7% and adjusted EBITDA margin up 160 bps from 2019**

**Fourth quarter free cash flow improves $86M to $175M driven by higher earnings (including the benefit of lower interest payments) and lower transformation spending**

**Fixed cost focus delivers $39M higher adj. EBITDA for full year 2020 despite sales decline of $60M. Adjusted EBITDA margin increases 110 bps to 13.3%.**

**2021 outlook: above-market sales growth driving significant improvement in adjusted operating profit while funding incremental R&D and growth investments**

**Demand remains strong - margin initiatives showing traction - investing for the future**

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

17

# 2019 and 2020 non-GAAP financial reconciliations



# Non-GAAP Financial Measures

## Reconciliation from Net income (loss) to EBITDA and adjusted EBITDA

| ($M | 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Net income (loss) | $74.9 | $(33.9) | $(183.6) | $(140.8) |
| Interest expense | 25.0 | 76.2 | 150.4 | 310.4 |
| Income tax expense | 20.2 | 5.6 | 72.7 | 36.5 |
| Depreciation and amortization | 52.4 | 51.1 | 203.1 | 202.9 |
| EBITDA | 172.5 | 99.0 | 242.6 | 409.0 |
| Loss on extinguishment of debt (a) | - | - | 174.0 | - |
| SPAC transaction costs (b) | - | - | 21.4 | - |
| Equity-based compensation (c) | 6.0 | - | 13.0 | - |
| Subtotal transaction-related adjustments | 6.0 | - | 208.4 | - |
| Costs to achieve operational initiatives (d) | 1.9 | 17.2 | 7.1 | 51.8 |
| Digital project implementation costs (e) | 4.4 | 12.0 | 20.5 | 44.7 |
| Transition costs (f) | 2.5 | 0.7 | 8.1 | 16.1 |
| Foreign currency (gains) (g) | - | 5.2 | - | (1.4) |
| Advisory fee (h) | - | 1.3 | 0.5 | 6.2 |
| Acquisition costs (i) | - | 0.5 | - | 0.5 |
| Impact of purchase accounting (j) | 0.3 | 0.5 | 1.7 | 2.0 |
| Loss on asset disposals (k) | - | 0.2 | - | 0.5 |
| Subtotal transformation-related adjustments | 9.1 | 37.6 | 37.9 | 120.4 |
| Restructuring reserve (l) | - | - | 71.0 | - |
| Asset impairment (m) | (0.7) | - | 21.0 | - |
| Product line rationalization (n) | | 7.7 | - | 7.7 |
| Reserve for warranty item (o) | | 4.4 | - | 4.4 |
| Subtotal other adjustments | (0.7) | 12.1 | 92.0 | 12.1 |
| Total adjustments | $14.4 | $49.7 | $338.3 | $132.5 |
| **Adjusted EBITDA** | **$186.9** | **$148.7** | **$580.9** | **$541.5** |

Source: Company filings and Management estimates

## COMMENTARY

a)  Represents costs incurred in the refinancing and pay down of the Company's long-term debt. Includes $99.0M write-off of deferred financing fees and $75.0M early redemption premium on high interest notes, for a total refinancing cost of $174.0M.

b)  Represents transaction costs related to the reverse merger with GS Acquisition Holdings Corp (GSAH) which closed on February 7, 2020.

c)  Concurrent with the closing, represents compensation expense related to equity awards granted to certain employees and directors of the business.

d)  Cost to achieve operational initiatives encompass both transformation efforts and prior restructuring program efforts, as a result of major activities designed to enhance the efficiency of a business unit, department or function. Restructuring costs relate to completion of prior programs and include expenses associated with Vertiv's efforts to improve operational efficiency and deploy assets to remain competitive on a worldwide basis. Transformation efforts primarily include third party advisory and consulting fees that relate to activities contemplated in connection with the separation from Emerson Electric ("Emerson") in 2016 and are expected to be significantly complete by 2020. Due to the volatility of restructuring and transformation costs and because these costs were incremental and materially related to specific transformative activities after its separation from Emerson, Vertiv does not view these costs as indicative of future ongoing operations of the business.

e)  Investments in global digital and IT systems to drive efficiency, speed and cost reductions. These adjustments are substantially comprised of acquiring and implementing critical information and accounting systems required post separation from Emerson. The projects for each of these initiatives span multiple years due to the significance and complexity of the activities. However, Vertiv does not believe that these costs are indicative of ongoing operations.

f)  Beginning in the first quarter 2020, transition costs primarily relate to SOX implementation which is a public company cost resulting from the Reverse Merger.  Historically, transition costs were primarily made up of professional fees and other costs related to establishing the business as a stand-alone company, including rebranding, following the separation from Emerson. Expenses to facilitate the separation from Emerson were incurred the first three years post separation and therefore are not indicative of future ongoing operations of the business.

g)  Beginning in the first quarter 2020 and going forward, we are not adjusting for foreign currency gains and losses which were $(26.0) million and ($9.7) million during the three and twelve months ended December 31, 2020, respectively. Historically, we adjusted foreign currency gains and losses as well as losses on hedges of balance sheet exposures that did not receive deferral accounting in order to provide further clarity to trends in our business.

h)  Advisory fee paid to an affiliate of Vertiv, inclusive of fees associated with specific financing arrangements. The current period amount was pro-rated for the period prior to the Reverse Merger.  Such fee has not continued following the Reverse Merger.

i)  Represents a charge to cost of sales and inventory related to discontinuation of a product line as a result of the Geist acquisition.

j)  Represents the purchase accounting related to fair value adjustments to deferred revenue, inventory and rent expense on the opening balance sheets of business acquisitions. Vertiv believes that such adjustment is useful to investors to better identify trends in our business.

k)  Beginning in the first quarter 2020 and going forward, we have not adjusted for gains and losses on asset disposals.

l)  Represents global restructuring charges to align our cost structure to support our margin expansion targets.  The program is primarily related to headcount efficiencies, footprint optimization and other  activities that will support execution of our strategic initiative to hold fixed costs constant as we grow.

m)  Represents asset impairments of $8.7 million related to a certain product line in the Americas segment that was determined to be non-core as part of cost alignment activities, and capitalized software costs of $12.3 million that were incurred due to a strategic shift related to the Company's ERP platform that was being implemented in the Americas segment.

n)  Represents the reserve for obsolete inventory related to a strategic shift.

o)  Represents the warranty reserve for a specific, large unusual claim incurred during 2018.



Confidential. Property of Vertiv.   19

# Non-GAAP Financial Measures

Reconciliation of segment EBIT to adjusted EBITDA by region

**(A) Earnings From Continuing Operations Before Interest and Taxes**

| ($M | 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Americas | $118.7 | $90.0 | $396.8 | $358.1 |
| APAC | 58.6 | 37.6 | 168.3 | 152.5 |
| EMEA | 52.8 | 9.6 | 90.5 | 64.8 |
| Corporate and Other | (110.0) | (89.3) | (616.1) | (369.3) |
| **Earnings before interest and taxes** | **$120.1** | **$47.9** | **$39.5** | **$206.1** |
| Interest expense, net | (25.0) | (76.2) | (150.4) | (310.4) |
| Gain (loss) before income taxes | $95.1 | $(28.3) | $(110.9) | $(104.3) |

**(C) EBITDA Adjustments**

| ($M | 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Americas | $2.5 | $27.8 | $35.3 | $46.5 |
| APAC | 2.1 | 17.1 | 21.2 | 18.8 |
| EMEA | 1.4 | 19.7 | 52.8 | 35.9 |
| Global Business Units, IT & Corporate | 8.4 | (14.9) | 229.0 | 31.3 |
| Total | $14.4 | $49.7 | $338.3 | $132.5 |

**(B) Depreciation & Amortization**

| ($M | 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Americas | $29.2 | $30.8 | $118.4 | $122.2 |
| APAC | 9.9 | 8.6 | 35.5 | 34.8 |
| EMEA | 6.9 | 6.3 | 24.8 | 24.0 |
| Global Business Units, IT & Corporate | 6.4 | 5.3 | 24.4 | 21.9 |
| Total | $52.4 | $51.0 | $203.1 | $202.9 |

**(A) + (B) + (C) = Adjusted EBITDA by region**

| ($M | 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Americas | $150.4 | $143.3 | $550.5 | $526.8 |
| APAC | 70.6 | 59.6 | 225.0 | 206.1 |
| EMEA | 61.1 | 33.6 | 168.1 | 124.7 |
| Global Business Units, IT & Corporate | (95.2) | (87.8) | (362.7) | (316.1) |
| Total | $186.9 | $148.7 | $580.9 | $541.5 |

Note: Segment EBIT is the measure of profitability disclosed in Note 14 to the unaudited condensed consolidated financial statements for the quarter ended June 30, 2020.

**VERTIV.**

Source: Management estimates

Confidential. Property of Vertiv.   20

# Non-GAAP Financial Measures

Reconciliation of Organic Net Sales and Free Cash Flow

**Reconciliation of Net Sales to Organic Net Sales**

| ($M \| 12/31) | 4Q20 | 4Q19 | % | Organic % | FY20 | FY19 | % | Organic % |
|---|---|---|---|---|---|---|---|---|
| Americas | $557.2 | $553.7 | 0.6% | 1.7% | $2,040.6 | $2,229.1 | (8.5%) | (7.2%) |
| APAC | 442.0 | 371.9 | 18.8% | 14.8% | 1,368.4 | 1,278.0 | 7.1% | 7.4% |
| EMEA | 306.3 | 245.9 | 24.6% | 19.2% | 961.6 | 924.1 | 4.1% | 3.1% |
| Total | $1,305.5 | $1,171.5 | 11.4% | 9.5% | $4,370.6 | $4,431.2 | (1.4%) | (0.9%) |

**Reconciliation of Net cash provided by (used for) operating activities to Free Cash Flow**

| ($M \| 12/31) | 4Q20 | 4Q19 | FY20 | FY19 |
|---|---|---|---|---|
| Net cash provided by (used for) operating activities | $194.5 | $115.6 | $208.9 | $57.5 |
| Less: Capital expenditures | (23.1) | (19.7) | (44.4) | (47.6) |
| Less: Investments in capitalized software | (3.4) | (7.2) | (8.3) | (22.7) |
| Plus: Proceeds from disposition of PP&E | 7.0 | - | 7.0 | 5.0 |
| Free cash flow | $175.0 | $88.7 | $163.2 | $(7.8) |

 **VERTIV.**

Source: Management estimates

Confidential. Property of Vertiv.  21

# Non-GAAP Financial Measures

Reconciliation of GAAP Financial Performance to Non-GAAP Adjusted: **Full Year 2020**

| ($M, except EPS \| **FULL YEAR 2020**) | Net Sales | Gross margin less SG&A | Loss on Debt & Other deductions, net | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS[1] | EBITDA[2] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $4,370.6 | $465.3 | $425.8 | $150.4 | $72.7 | $(183.6) | $(0.60) | $242.6 |
| EBITDA adjustments[3] | - | 50.2 | 0.7 | - | - | 50.9 | 0.17 | 50.9 |
| Loss on extinguishment of debt[4] | - | - | 174.0 | - | - | 174.0 | 0.57 | 174.0 |
| Restructuring reserve | - | - | 71.0 | - | - | 71.0 | 0.23 | 71.0 |
| SPAC transaction costs[5] | - | 21.4 | - | - | - | 21.4 | 0.07 | 21.4 |
| Asset impairment | - | - | 21.0 | - | - | 21.0 | 0.07 | 21.0 |
| Intangible amortization | - | - | 128.7 | - | - | 128.7 | 0.42 | n/a |
| Pro forma share count [1] | - | - | - | - | - | - | (0.15) | n/a |
| Non-GAAP Adjusted | $4,370.6 | $536.9 | $30.4 | $150.4 | $72.7 | $283.4 | $0.78 | $580.9 |

| ($M, except EPS \| **FULL YEAR 2019**) | Net Sales | Gross margin less SG&A | Other deductions, net | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS[6] | EBITDA[7] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $4,431.2 | $352.2 | $146.1 | $310.4 | $36.5 | $(140.8) | $(1.19) | $409.0 |
| EBITDA adjustments | 2.0 | 114.6 | 17.9 | - | - | 132.5 | 1.12 | 132.5 |
| Intangible amortization | - | - | 129.2 | - | - | 129.2 | 1.09 | n/a |
| Pro forma share count [6] | - | - | - | - | - | - | (0.69) | n/a |
| Non-GAAP Adjusted | $4,433.2 | $466.8 | $(1.0) | $310.4 | $36.5 | $120.9 | 0.33 | $541.5 |



Source: Management estimates

# Non-GAAP Financial Measures

Reconciliation of GAAP Financial Performance to Non-GAAP Adjusted:  **Full Year 2020 (Continued)**

(1)  GAAP Diluted EPS based on 307.1 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes shares outstanding of 330.3 million, 25.0 million potential dilutive warrants and 6.7 million potential dilutive stock options and restricted stock units). While warrants and stock options were anti-dilutive for the twelve-month period, we believe that this presentation facilitates a more comprehensive view due to the impact of the reverse merger.

(2)  EBITDA of $242.6M is calculated as: net loss of $183.6M plus interest expense of $150.4M, plus income tax expense of $72.7M, plus depreciation and amortization of $203.1M.

(3)  Includes one-time transformational investments of $37.9M and non-cash equity compensation of $13.0M.

(4)  Includes $99.0M non-cash write-off of deferred financing fees and $75.0M early redemption premium on high interest notes.

(5)  One-time costs related to execution of the business combination with GSAH.

(6)  GAAP Diluted EPS based on $118.3 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes shares outstanding of 330.3 million, 25.0 million potential dilutive warrants and 6.7 million potential dilutive stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(7)  EBITDA of $409.0M is calculated as: net loss of $140.8M plus interest expense of $310.4M, plus income tax expense of $36.5M, plus depreciation and amortization of $202.9M.



Source: Management estimates

# Non-GAAP Financial Measures

Reconciliation of GAAP Financial Performance to Non-GAAP Adjusted:   **Fourth Quarter**

| ($M, except EPS \| 4th QUARTER 2020) | Net Sales | Gross margin less SG&A | Other deductions, net | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS(1) | EBITDA(2) |
|---|---|---|---|---|---|---|---|---|
| GAAP | $1,305.5 | $161.7 | $41.6 | $25.0 | $20.2 | $74.9 | $0.23 | $172.5 |
| EBITDA adjustments (3) | - | 15.1 | (0.7) | - | - | 14.4 | 0.04 | 14.4 |
| Intangible amortization | - | - | 31.6 | - | - | 31.6 | 0.10 | n/a |
| Pro forma share count (1) | - | - | - | - | - | - | (0.04) | n/a |
| Non-GAAP Adjusted | $1,305.5 | $176.8 | $10.7 | $25.0 | $20.2 | $120.9 | $0.33 | $186.9 |

| ($M, except EPS \| 4th QUARTER 2019) | Net Sales | Gross margin less SG&A | Other deductions, net | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS(4) | EBITDA(5) |
|---|---|---|---|---|---|---|---|---|
| GAAP | $1,171.5 | $95.4 | $47.5 | $76.2 | 5.6 | $(33.9) | $(0.29) | $99.0 |
| EBITDA adjustments | 0.5 | 34.8 | 14.9 | - | - | 49.7 | 0.42 | 49.7 |
| Intangible amortization | - | - | 32.5 | - | - | 32.5 | 0.27 | n/a |
| Pro forma share count (4) | - | - | - | - | - | - | (0.27) | n/a |
| Non-GAAP Adjusted | $1,172.0 | $130.2 | $0.1 | $76.2 | $5.6 | $48.3 | $0.13 | $148.7 |

(1)   GAAP Diluted EPS based on 330.3 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes 330.3 million shares outstanding, 25.0 million potential dilutive warrants and 6.7 million potential dilutive stock options and restricted stock units).
(2)   EBITDA of $172.5M is calculated as: net earnings of $74.9M, plus interest expense of $25.0M, less income tax benefit of $20.2M, plus depreciation and amortization of $52.4M.
(3)   Includes one-time transformational investments of $9.1M and non-cash equity compensation of $6.0M.
(4)   GAAP Diluted EPS based on $118.3 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes 330.3 million shares outstanding, 25.0 million potential dilutive warrants and 6.7 million potential dilutive stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.
(5)   EBITDA of $99.0M is calculated as: net loss of $33.9M, plus interest expense of $76.2M, less income tax expense of $5.6M, plus depreciation and amortization of $51.1M.



Source: Management estimates

# Go-forward financial metric reconciliation to historical presentation



# Reconciliation of go-forward financial metrics to historical presentation

**Full Year and First Quarter 2020**

| ($M, except EPS \| **FULL YEAR 2020**) | Adjusted operating profit (loss) | Adjusted net earnings (loss) | Pro-forma share count[1] | Adjusted EPS[1] |
|---|---|---|---|---|
| Historical presentation | $536.9[3] | $283.4 | 362.0 | $0.78 |
| Other deductions, net | (30.4) | n/a | n/a | n/a |
| Historical addbacks | (50.9) | (50.9) | n/a | $(0.14) |
| Restructuring reserve and asset impairment | (92.0) | (92.0) | n/a | $(0.25) |
| SPAC transaction costs | (21.4) | (21.4) | n/a | $(0.06) |
| Loss on extinguishment of debt | - | (174.0) | n/a | $(0.48) |
| Go-forward presentation | $342.2 | $(54.9) | 362.0 | $(0.15) |

| (Millions \| **FULL YEAR 2020**) | Share count |
|---|---|
| GAAP basic shares | 307.1 |
| Full year impact from timing of SPAC transaction | 21.8 |
| Full year impact from timing of exercise of warrants | 22.5 |
| Private warrants and stock based compensation | 10.6 |
| Pro-forma shares | 362.0 |

| ($M, except EPS \| **1st QUARTER 2020**) | Adjusted operating profit (loss) | Adjusted net earnings (loss) | Pro-forma share count[1] | Adjusted EPS[1] |
|---|---|---|---|---|
| Historical presentation | $54.9[4] | $(30.4) | 337.0 | $(0.09) |
| Other deductions, net | (2.6) | n/a | n/a | n/a |
| Historical addbacks | (10.7) | (10.7) | n/a | $(0.03) |
| SPAC transaction costs | (21.4) | (21.4) | n/a | $(0.06) |
| Loss on extinguishment of debt | - | (174.0) | n/a | $(0.52) |
| Pro-forma share count | - | - | 25.0 | $0.05 |
| Go-forward presentation | $20.2 | $(236.5) | 362.0 | $(0.65) |

(1) Non-GAAP adjusted EPS based on pro forma share count of 362.0 million diluted shares for all periods consistent with our estimated diluted share count for full year 2021 (~351 million basic shares outstanding and ~11 million potential dilutive shares)

(2) Adjusted EPS will not use a pro-forma share count in 2021 and subsequent years

(3) $536.9M represents adjusted Gross Margin less SG&A (see slide 22 for reconciliation to GAAP measures)

(4) $54.9M represents adjusted Gross Margin less SG&A (see slide 17 of the First Quarter 2020 Earnings Conference Call found at http://investors.vertiv.com for reconciliation to GAAP measures)

**VERTIV**
Source: Management estimates

# Reconciliation of go-forward financial metrics to historical presentation

## Full Year 2019

| ($M, except EPS \| **FULL YEAR 2019**) | Adjusted operating profit (loss) | Adjusted net earnings (loss) | Pro-forma share count[1] | Adjusted EPS[1] |
|---|---|---|---|---|
| Historical presentation | $466.8[3] | $120.9 | 362.0 | $0.33 |
| Other deductions, net | 1.0 | n/a | n/a | n/a |
| Historical addbacks | (132.5) | (132.5) | n/a | $(0.36) |
| Go-forward presentation | $335.3 | $(11.6) | 362.0 | $(0.03) |

(1)  Non-GAAP adjusted EPS based on pro forma share count of 362.0 million diluted shares for all periods consistent with our estimated diluted share count for full year 2021 (~351 million basic shares outstanding and ~11 million potential dilutive shares)

(2)  Adjusted EPS will not use a pro-forma share count in 2021 and subsequent years

(3)  $466.8M represents adjusted Gross Margin less SG&A (see slide 22 for reconciliation to GAAP measures)



Source: Management estimates

# Reconciliation of GAAP Financial Performance to Non-GAAP Adjusted

## First Quarter 2021 and Full Year 2021 guidance

*At mid-point of guidance range*

| ($M, except EPS | **FULL YEAR 2021**) | Net Sales | Operating Profit[1] | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS[2] | EBITDA |
|---|---|---|---|---|---|---|---|
| GAAP | $4,775 | $449 | $93 | $107 | $249 | $0.69 | $660[4] |
| Intangible amortization | - | 126 | - | - | 126 | $0.35 | n/a |
| EBITDA adjustments | - | - | - | - | - | - | - |
| Pro forma share count[3] | - | - | - | - | - | - | n/a |
| Non-GAAP Adjusted | $4,775 | $575 | $93 | $107 | $375 | $1.04 | $660 |

| ($M, except EPS | **1st QUARTER 2021**) | Net Sales | Operating Profit[1] | Interest expense, net | Income tax expense | Net earnings (loss) | Diluted EPS[2] | EBITDA |
|---|---|---|---|---|---|---|---|
| GAAP | $1,040 | $43 | $24 | $12 | $7 | $0.02 | $95[5] |
| Intangible amortization | - | 32 | - | - | 32 | 0.09 | n/a |
| EBITDA adjustments | - | - | - | - | - | - | - |
| Pro forma share count[3] | - | - | - | - | - | - | n/a |
| Non-GAAP Adjusted | $1,040 | $75 | $24 | $12 | $39 | $0.11 | $95 |

(1) Items previously included in Other deductions, net will now be included in Operating Profit (see Exhibit 99.2 dated February 24, 2021)
(2) First quarter and full year 2021 GAAP Diluted EPS and adjusted EPS based on an estimated 362 million shares (~351 million basic shares outstanding and ~11 million potential dilutive shares)
(3) Adjusted EPS will not use a pro-forma share count in 2021 and subsequent years
(4) EBITDA of $660M equals Operating Profit of $449M plus $211M of depreciation and amortization
(5) EBITDA of $95M equals Operating Profit of $43M plus $52M of depreciation and amortization



Confidential. Property of Vertiv.

# Adjusted earnings per share bridge: 2020 to 2021

*Assumes 362M diluted shares for both 2020 (proforma) and 2021*



*includes $174M of loss on debt extinguishment, $71M of restructuring reserve, $21M of asset impairment, and $21M of SPAC transaction costs

**Expecting 49% operational improvement in adjusted earnings per share**

VERTIV.    Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

Source: Management estimates

# Adjusted earnings per share bridge:  1st quarter 2020 to 2021

*Assumes 362M diluted shares for both 2020 (pro-forma) and 2021*

**0.09**

**0.11**

**0.02**

**0.54**

**(0.65)**

**0.13**

**0.00**

| Q1 2020 actual | Interest expense | Income taxes | Pro-forma adjustments* | Q1 2020 pro-forma | Operational improvements | Q1 2021 guidance (mid-point) |

*includes $174M of loss on debt extinguishment and $21M of SPAC transaction costs

**Expecting $0.09 operational improvement in adjusted earnings per share**

 **VERTIV.**    Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.

Confidential. Property of Vertiv.

Source: Management estimates

