# Exhibit 12

# News Release



## Vertiv Delivers 22.4% Net Sales Growth; Achieves Record Backlog; Raises Full Year Guidance

- Strong net sales growth of 22.4% and organic net sales growth of 19.5%[1] compared with last year's first quarter - with strength in all regions.
- Orders up 21% versus last year's first quarter fueling a record backlog of $2.1 billion.
- Operating profit of $80 million and adjusted operating profit of $112 million, with operating profit margin of 7.3% and adjusted operating profit margin of 10.2%. Adjusted operating margin 790 basis points higher than prior year first quarter.
- Net cash from operating activities of $61 million increased $255 million, and free cash flow of $43 million increased $246 million from prior year first quarter. Strong quarter-end liquidity of $1.1 billion.
- Earnings per share of $0.09 and adjusted earnings per share of $0.21 exceeding guidance.
- Vertiv raises full year 2021 net sales, adjusted operating profit and adjusted EPS guidance.

**COLUMBUS, Ohio**  April 28, 2021 – Vertiv Holdings Co (NYSE: VRT), a global provider of critical digital infrastructure and continuity solutions, today reported first quarter 2021 net sales of $1,098 million, an increase of $201 million, or 22.4%, compared with last year's first quarter, and up 19.5% excluding the impact of foreign currency. Increased net sales were fueled by continued strengthening of the company's global position in the growing cloud and colocation data center market segments. APAC regional net sales were up 59.6% (53.6% organic) favorably impacted by recovery from COVID-19 pressures compared to the prior year quarter, and lifted by continued growth in data center and telecommunication infrastructure projects. EMEA regional net sales increased 15.9% (8.8% organic) with strength in colocation markets. The Americas regional net sales increased 7.5% (7.9% organic) driven by strength in hyperscale data center demand for critical infrastructure and solutions. Orders in the first quarter were up 21% compared with last year's first quarter, lifted by continued growth in cloud and colocation markets. Vertiv's backlog continued to strengthen, reaching a record $2.1 billion at the end of March, increasing approximately $300 million from the end of December 2020 and $500 million from the prior year quarter.

Net income was $32 million, a $240 million improvement versus the prior year quarter, driven by a one-time $174 million loss from the extinguishment of debt that occurred in first quarter 2020, $71 million higher gross profit resulting from higher sales and $45 million lower interest expense, which was partially offset by a $74 million increase in the fair value measurement of warrant liabilities. Adjusted operating profit of $112 million increased $92 million and adjusted operating profit margin expanded 790 basis points, with favorable impacts from volume and lower fixed costs, all compared to the same quarter last year. Earnings per share of $0.09 and adjusted earnings per share of $0.21, an improvement of $0.96 and $0.86, respectively, from the prior year quarter, was driven by a $0.48 benefit from a one-time loss on debt extinguishment in the first quarter of 2020, a $0.25 benefit from higher adjusted operating profit and a $0.12 benefit from lower interest expense resulting from the debt paydown and refinancing that occurred in 2020.

"On the basis of a very strong first quarter, Vertiv's full year 2021 is off to a good start," said Rob Johnson, Vertiv's Chief Executive Officer. "During the period we generated strong sales, orders remained robust and we significantly expanded adjusted operating profit margins. Our approach to business remains sound as our 'One Vertiv' team around the world focuses on the needs and expectations of our customers, leverages innovation to introduce new marketplace solutions and consistently achieves favorable results across key facets of the value chain."

Dave Cote, Vertiv's Executive Chairman, added, "I continue to be encouraged by the opportunity in front of Vertiv and this quarter clearly demonstrates our ability to execute on this great opportunity. Vertiv is a great company, in a good industry and is able to differentiate with technology that focuses on solving real customer problems.  The digitization of our economy will constantly create new applications and data that will support the long-term growth of the industry and of Vertiv."

As previously disclosed, based upon April 12, 2021 SEC guidance regarding the technical accounting for warrants issued by SPACs, Vertiv will be restating its 2020 financial statements to account for this recent directive. There is no anticipated impact on Vertiv's non-GAAP operating metrics including adjusted operating profit, adjusted operating margin, adjusted earnings per share and free cash flow.

**Free Cash Flow and Liquidity**
Net cash flow provided by operating activities in the first quarter was $61 million, and free cash flow of $43 million was up $246 million from last year's first quarter, driven primarily by $92 million higher adjusted operating profit, $79 million lower cash interest, $24 million benefit due to timing associated with trade working capital receipts and payments, and $21 million benefit from one-time costs related to the SPAC transaction that occurred in first quarter 2020. Liquidity at the end of the first quarter remained strong at $1.1 billion.

**Full Year and Second Quarter 2021 Guidance**
In part due to our strong first quarter performance, we are increasing our full year 2021 adjusted operating profit guidance to $595 million (at the mid-point), $20 million higher than our previous guidance. This full year guidance includes the expected negative net impact in the remainder of the year of higher commodity and freight costs.

|  | Prior FY2021 Guidance | FY2021 Guidance | 2Q 2021 Guidance |
|---|---|---|---|
| Net sales | $4,750M - $4,800M | $4,875M - $4,925M | $1,190M - $1,230M |
| Organic net sales growth | 6.5% - 7.5% | 9.5% - 10.5% | 15.0% - 19.0% |
| Adjusted operating profit | $565M - $585M | $585M - $605M | $120M - $130M |
| Adjusted operating margin | 11.9% - 12.2% | 12.0% - 12.3% | 10.0% - 10.6% |
| Adjusted EPS | $1.01 - $1.06 | $1.08 - $1.14 | $0.22 - $0.24 |
| Free cash flow | $275M - $295M | $290M - $310M |  |

(1) This release contains certain non-GAAP metrics. For reconciliations to the relevant GAAP measures and an explanation of the non-GAAP measures and reasons for their use, please refer to Exhibit 99.1.

## First Quarter 2021 Earnings Conference Call

Vertiv's management team will discuss the company's results during a conference call on Wednesday, April 28, starting at 11 a.m. Eastern Time. The call will contain forward-looking statements and other material information regarding Vertiv's financial and operating results. A webcast of the live conference call will be available for interested parties to listen to by going to the Investor Relations section of the company's website at investors.vertiv.com. A replay of the conference call will also be available for 30 days following the webcast.

## About Vertiv Holdings Co

Vertiv (NYSE: VRT) brings together hardware, software, analytics and ongoing services to ensure its customers' vital applications run continuously, perform optimally and grow with their business needs. Vertiv solves the most important challenges facing today's data centers, communication networks and commercial and industrial facilities with a portfolio of power, cooling and IT infrastructure solutions and services that extends from the cloud to the edge of the network. Headquartered in Columbus, Ohio, USA, Vertiv employs approximately 20,000 people and does business in more than 130 countries. For more information, and for the latest news and content from Vertiv, visit Vertiv.com.

## Non-GAAP Financial Measures

Financial information included in the news release to which this Exhibit is attached have been prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Vertiv has included certain non-GAAP financial measures in the news release, as further described above, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. These non-GAAP financial measures include organic net sales growth (including on a segment basis), adjusted operating profit, adjusted operating profit margin, adjusted diluted EPS, and free cash flow, which management believes provides investors with useful supplemental information to evaluate the Company's ongoing operations and to compare with past and future periods. Management also uses certain non-GAAP measures internally for forecasting, budgeting and measuring its operating performance. These measures should be viewed as supplementing, and not as an alternative or substitute for, the Company's financial results prepared in accordance with GAAP. Pursuant to the requirements of Regulation G, Vertiv has provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures. Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to second quarter and full year 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results. See "Reconciliation of GAAP and Non-GAAP Financial Measures" on this Exhibit 99.1 for Vertiv's reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures.

## Cautionary Note Regarding Forward-Looking Statements

This release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27 of the Securities Act, and Section 21E of the Securities Exchange Act. These statements are only a prediction. Actual events or results may differ materially

3

from those in the forward-looking statement set forth herein. Readers are referred to Vertiv's filings with the Securities and Exchange Commission, including its most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q for a discussion of these and other important risk factors concerning Vertiv and its operations. Vertiv is under no obligation to, and expressly disclaims any obligation to, update or alter its forward-looking statements, whether as a result of new information, future events or otherwise.

**For investor inquiries, please contact:**
Lynne Maxeiner
Vice President, Global Treasury & Investor Relations
Vertiv
T +1 614-841-6776
E: lynne.maxeiner@vertiv.com

**For media inquiries, please contact:**
Sara Steindorf
FleishmanHillard for Vertiv
T +1 314-982-1725
E: sara.steindorf@fleishman.com

Source: Vertiv Holdings Co

Financial News