# Exhibit 16

As filed with the Securities and Exchange Commission on May 5, 2021

Registration No. 333-236334

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# POST-EFFECTIVE AMENDMENT NO. 4
# TO
# FORM S-1
# ON
# FORM S-3
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

---

# Vertiv Holdings Co
### (Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **3679** | **81-2376902** |
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**1050 Dearborn Drive**
**Columbus, Ohio 43085**
**(614) 888-0246**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

---

**Stephanie Gill, Esq.**
**Chief Legal Officer and Corporate Secretary**
**Vertiv Holdings Co**
**1050 Dearborn Drive**
**Columbus, Ohio 43085**
**(614) 888-0246**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

---

*With copies to:*
**John C. Kennedy, Esq.**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**1285 Avenue of the Americas**
**New York, New York 10019**
**(212) 373-3000**

---

**Approximate date of commencement of proposed sale to the public:**
**From time to time on or after the effective date of this registration statement.**

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box: ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box: ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☐

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided to Section 7(a)(2)(B) of the Securities Act. ☐

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

**Explanatory Note and Deregistration of Securities**

On February 7, 2020, Vertiv Holdings Co. (the "*Company*") filed a registration statement with the Securities and Exchange Commission (the "*SEC*") on Form S‑1 (File No. 333‑236334) (the "*Registration Statement*"). The Registration Statement, as amended, was initially declared effective by the SEC on February 14, 2020 and initially registered for (1) sale by the Company of up to 33,533,303 shares of Class A common stock, par value $0.0001 per share (the "*Class A common stock*") and (2) resale by the selling stockholders identified in the prospectus of up to (a) 270,238,621 shares of Class A common stock, (b) 10,606,666 warrants to purchase Class A common stock (consisting of: (i) 10,533,333 private placement warrants (the "*Private Placement Warrants*") and (ii) 73,333 public warrants underlying certain of the units (the "*Public Warrants*")) and (c) 220,000 units, each consisting of one share of Class A common stock, par value $0.0001 per share, and one‑third of one redeemable warrant (the "*Units*").

This Post‑Effective Amendment No. 4 to Form S‑1 on Form S‑3 (the "*Post-Effective Amendment No. 4*") is being filed by the Company (i) to convert the registration statement on Form S‑1 into a registration statement on Form S‑3, (ii) to include updated information regarding the selling stockholders named in the prospectus, including a reduction in the number of shares of Class A common stock being offered by the selling stockholders to 156,228,942 shares of Class A common stock, and (iii) to withdraw and remove from registration certain securities that were registered on the Registration Statement that are no longer outstanding as described below. No additional securities are being registered under this Post‑Effective Amendment No. 4. All applicable registration fees were paid at the time of the original filing of the Registration Statement.

**Deregistration**

The Company has terminated all offerings of 73,333 Public Warrants and 220,000 Units registered for resale pursuant to the Registration Statement in connection with the redemption by the Company on January 19, 2021 of the Public Warrants in accordance with their terms (the "*Redemption*") and the separation on January 19, 2021 of the Units in connection with the redemption of the Public Warrants (the "*Separation*"). The Company has also terminated the primary offering of all shares of Class A common stock issuable upon exercise of the Public Warrants. In connection with the Separation and the Redemption, the New York Stock Exchange ("*NYSE*") filed Form 25 to delist the Company's Public Warrants and Units on January 19, 2021. The Registration Statement is hereby amended to remove and withdraw from registration (1) all of such Public Warrants and Units previously registered on the Registration Statement that are no longer outstanding and (2) all of such unissued shares of Class A common stock underlying the Public Warrants previously registered on the Registration Statement.

Table of Contents

**The information in this prospectus is not complete and may be changed. Neither we nor the Selling Holders may sell or distribute the securities described herein until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell and is not soliciting an offer to buy the securities in any jurisdiction where the offer or sale is not permitted.**

**SUBJECT TO COMPLETION, DATED May 5, 2021**



# Vertiv Holdings Co

## 156,228,942 Shares of Class A Common Stock

## 10,533,333 Private Placement Warrants to Purchase Class A Common Stock

————————————

This prospectus relates to: (1) the offer and sale, from time to time, by the selling holders identified in this prospectus (the "*Selling Holders*"), or their permitted transferees, of (i) up to 156,228,942 shares of Class A common stock, par value $0.0001 per share ("*Class A common stock*") and (ii) up to 10,533,333 private placement warrants to purchase Class A common stock at an exercise price of $11.50 per share of Class A common stock (the "*private placement warrants*"); and (2) the issuance by us of up to 10,533,333 shares of our Class A common stock that may be issued upon exercise of private placement warrants.

This prospectus provides you with a general description of such securities and the general manner in which we and the Selling Holders may offer or sell the securities. More specific terms of any securities that we and the Selling Holders may offer or sell may be provided in a prospectus supplement that describes, among other things, the specific amounts and prices of the securities being offered and the terms of the offering. The prospectus supplement may also add, update or change information contained in this prospectus.

We will not receive any proceeds from the sale of shares of Class A common stock or private placement warrants by the Selling Holders pursuant to this prospectus or of the shares of Class A common stock by us pursuant to this prospectus, except with respect to amounts received by us upon exercise of the private placement warrants to the extent such private placement warrants are exercised for cash. However, we will pay the expenses, other than underwriting discounts and commissions, associated with the sale of securities pursuant to this prospectus.

Our registration of the securities covered by this prospectus does not mean that either we or the Selling Holders will issue, offer or sell, as applicable, any of the securities. The Selling Holders may offer and sell the securities covered by this prospectus in a number of different ways and at varying prices. We provide more information in the section entitled "Plan of Distribution."

You should read this prospectus and any prospectus supplement or amendment carefully before you invest in our securities.

Our Class A common stock are traded on the New York Stock Exchange ("*NYSE*") under the symbols "VRT." On May 4, 2021, the closing price of our Class A common stock was $22.60 per share.

————————————

**Investing in our securities involves risks. See "Risk Factors" beginning on page 5 and in any applicable prospectus supplement.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

————————————

The date of this prospectus is          , 2021.

Case 1:22-cv-03572-GHW-OTW  Document 55-16  Filed 01/20/23  Page 5 of 7

Table of Contents

## TABLE OF CONTENTS

|  | Page |
| --- | --- |
| ABOUT THIS PROSPECTUS | ii |
| INFORMATION INCORPORATED BY REFERENCE | ii |
| WHERE YOU CAN FIND MORE INFORMATION | iv |
| CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS | iv |
| THE COMPANY | 1 |
| THE OFFERING | 3 |
| RISK FACTORS | 5 |
| USE OF PROCEEDS | 7 |
| SELLING HOLDERS | 8 |
| DESCRIPTION OF SECURITIES | 20 |
| PLAN OF DISTRIBUTION | 30 |
| LEGAL MATTERS | 32 |
| EXPERTS | 32 |

i

Table of Contents

**WHERE YOU CAN FIND MORE INFORMATION**

We have filed with the SEC this registration statement under the Securities Act with respect to the securities offered by this prospectus. This prospectus, which forms a part of such registration statement, does not contain all of the information included in the registration statement. For further information pertaining to us and our securities, you should refer to the registration statement and to its exhibits. The registration statement has been filed electronically and may be obtained in any manner listed below. Whenever we make reference in this prospectus to any of our contracts, agreements or other documents, the references are not necessarily complete. If a contract or document has been filed as an exhibit to the registration statement or a report we file under the Exchange Act, you should refer to the copy of the contract or document that has been filed. Each statement in this prospectus relating to a contract or document filed as an exhibit to a registration statement or report is qualified in all respects by the filed exhibit.

We file annual, quarterly and current reports, proxy statements and other information with the SEC. Our SEC filings are available to the public over the Internet at the SEC's website at www.sec.gov and on our website at www.vertiv.com. The information found on, or that can be accessed from or that is hyperlinked to, our website is not part of this prospectus (except for the SEC filings expressly incorporated by reference herein). You should not rely on any such information in making your decision whether to purchase the securities. You may inspect a copy of the registration statement through the SEC's website, as provided herein.

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus (including the documents incorporated by reference herein) contains statements that are forward-looking and as such are not historical facts. This includes, without limitation, statements regarding the financial position, capital structure, dividends, indebtedness, business strategy and plans and objectives of management for future operations. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. The Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this prospectus, words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements contained in this prospectus are based on current expectations and beliefs concerning future developments and their potential effects on the Company. There can be no assurance that future developments affecting the Company will be those that the Company has anticipated.

Forward-looking statements included in this prospectus speak only as of the date of this prospectus or any earlier date specified for such statements. The Company undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. All subsequent written or oral forward-looking statements attributable to the Company or persons acting on the Company's behalf are qualified in their entirety by this Cautionary Statement Regarding Forward-Looking Statements.

These forward-looking statements involve a number of risks, uncertainties (some of which are beyond the Company's control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. The Company has previously disclosed risks factors in its SEC reports, including those set forth in its Annual Report, which is incorporated by reference into this prospectus. These risk factors and those identified elsewhere in this prospectus, among others, could cause

iv

Table of Contents

actual results to differ materially from historical performance and include, but are not limited to: competition, the ability of the Company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; and factors relating to the business, operations and financial performance of the Company and its subsidiaries, including: global economic weakness and uncertainty; risks relating to the continued growth of the Company's customers' markets; failure to meet or anticipate technology changes; the unpredictability of the Company's future operational results, including the ability to grow and manage growth profitably; disruption of the Company's customers' orders or the Company's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to properly manage the Company's supply chain or difficulties with third-party manufacturers; competition in the infrastructure technologies industry; failure to realize the expected benefit from any rationalization, restructuring and improvement efforts; disruption of, or changes in, the Company's independent sales representatives, distributors and original equipment manufacturers; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from the Company's backlog of orders and contracts; changes to tax law; ongoing tax audits; risks associated with future legislation and regulation of the Company's customers' markets both in the United States and abroad; costs or liabilities associated with product liability; the Company's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of the Company's insurance coverage; a failure to benefit from future acquisitions; failure to realize the value of goodwill and intangible assets; the global scope of the Company's operations; risks associated with the Company's sales and operations in emerging markets; exposure to fluctuations in foreign currency exchange rates; the Company's ability to comply with various laws and regulations and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against us; the Company's ability to protect or enforce its proprietary rights on which its business depends; third party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; risks associated with litigation or claims against the Company; the Company's ability to realize cost savings in connection with its restructuring program; risks associated with the Company's limited history of operating as an independent company; potential net losses in future periods; failure to remediate internal controls over financial reporting; the Company's level of indebtedness and the ability to incur additional indebtedness; the Company's ability to comply with the covenants and restrictions contained in its credit agreements, including restrictive covenants that restrict operational flexibility; the Company's ability to comply with the covenants and restrictions contained in its credit agreements is not fully within the Company's control; the Company's ability to access funding through capital markets; the Vertiv Stockholder's significant ownership and influence over the Company; risks associated with the Company's obligations to pay the Vertiv Stockholder portions of the tax benefits relating to pre-Business Combination tax assets and attributes; resales of the Company's securities may cause volatility in the market price of its securities; the Company's organizational documents contain provisions that may discourage unsolicited takeover proposals; the Company's certificate of incorporation includes a forum selection clause, which could discourage or limit stockholders' ability to make a claim against it; the ability of the Company's subsidiaries to pay dividends; volatility in the Company's stock price due to various market and operational factors; the Company's ability to maintain its listing on the NYSE and comply with listing requirements; risks associated with the failure of industry analysts to provide coverage of the Company's business or securities; and other risks and uncertainties indicated in this prospectus, including those under the heading "Risk Factors" in our Annual Report, as amended or supplemented from time to time by any risk factors we include in subsequent annual or quarterly reports on Form 10-K or 10-Q, respectively, and incorporated by reference herein and that may be set forth in any applicable prospectus supplement under any similar caption. Should one or more of these risks or uncertainties materialize, or should any of the Company's assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements.