# Exhibit 18

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

Bloomberg Transcript

# Cowen 49th Annual Technology, Media & Telecom Virtual Conference

## Company Participants

- David Fallon, Chief Financial Officer
- Gary Niederpruem, Chief Strategy and Development Officer

## Other Participants

- Lance Vitanza

## Presentation

### Lance Vitanza {BIO 16844960 <GO>}

Welcome everyone, I'm Lance Vitanza at Cowen's senior equity research analyst in TMT and I'm delighted to have with us our 49th Annual TMT Conference Vertiv today. So a very exciting time for the company. I'm thrilled to have with us David Fallon, the Chief Financial Officer as well as Gary Niederpruem, Chief Strategy and Development Officer.

And before we begin, let me just mention quickly that like many of you, I am still working from a remote location. So please bear with me, if we have any brief interruptions, dog barking, construction and so forth. But with that, Gary and David, thank you very much for being with us. We've got a lot to get to, so I hope we can just jump right in.

So let's cut to the chase and talk about the current environment. In the first quarter, I mean, I apologize if it sounds like history lesson here but I think this is important to start here. First quarter sales were up 22%. You talked about strength in all regions and verticals, record backlog. Could we start by talking about where you're seeing the strongest growth in terms of geography, product, channel or if it's easier, could you just sort of walk us through what you're seeing in terms of the current outlook, by region, by category, however you'd like to do it?

## Questions And Answers

### Q - Lance Vitanza {BIO 16844960 <GO>}
(Question And Answer)

### A - Gary Niederpruem {BIO 20450958 <GO>}
Yes. Absolutely. I can start and David certainly can add some additional colors well and by the way, there's no problem repeating history where we have numbers like 22% order and sales growth weekly. You know what we say that all day long, so it's great to have

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

good numbers that you're proud of. So from a demand side, let's break it down and by the end markets which is how we typically talk about particularly on our quarterly call. So cloud and colocation is really pretty strong still in every region in the world. So there will always be periods of digestion that occur from time to time.

But at this point in time, we see supply and demand in that cloud and colocation being pretty well aligned and be pretty well in equilibrium. So, we don't think as far as we can see over the next couple of quarters that there's going to be any pullback from the cloud and colocation demand. So that is really, really robust. The enterprise and IT channel, I'll talk a little bit about that for a second, that was a pretty big deal when we upgraded that from red to -- red to yellow in our last earnings call and that came about primarily because we did start to see signs of health in the enterprise and we've continued to see our IT channel business grow and have some momentum over the last three, four, five, quarters now. So that was the reason for the upgrade.

And then, when you talk about our telecom business, telecom has been pretty strong also, both, primarily in China and in the U.S., where there's pretty heavy 5G bills going on. We don't see quite the level of investment in sort of Southeast Asia or India or Europe just yet, but that will come over the course of the next couple of years. So we're not worried about it. That's just a timing standpoint. So really for the most part, Lance, I would say that we see most of our end markets being really pretty robust and pretty robust in each one of the major regions that we operate in. So I'm happy to have you double-click but I will start stop there so I don't ramble too long yet.

### Q - Lance Vitanza {BIO 16844960 <GO>}

No. No. That's great. So would you -- I guess one of the big questions that we hear a lot is, to what extent is this sort of a one-time COVID, either a COVID bounce or a one-time COVID acceleration that will wane now that we've got people returning to the office and so forth? You know, what are your thoughts on that?

### A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. I don't think it is. I mean, we don't see that happen. When we talk to our customers, yes, there always anecdotes around Zoom users went up or people did more gaming come home. So those are all anecdotal pieces of it certainly. But I think what we've experienced the last 12 to 15 months is just a way of life and how we're going to do these movement forward. So I don't think there's going to be any less data traffic that gets generated two years from now than where we sit today. And in fact, there's only going to be more.

So, I don't think that -- and the other question, we get asked quite a bit are people placing orders right now? Is there double counting in there? Are people pulling demand in or anything? And honestly, we don't see that either. We just see a relatively well balanced environment where the supply and demand in this cloud and colocation world are pretty good. We see enterprise continuing to ramp and with all the work we've done in the IT channel space, we think we're taking a little bit of share there and 5G and telecom will always be a little bit more volatile or lumpy than any of the other businesses, but we have

FINAL

Bloomberg Transcript

great presence and we have really good runway with the other regions in the world that haven't even started with 5G.

So, long story short, I don't think this is just a one-time mom and pop, I think, we're fundamentally in a pretty good market. And we're in a really good position in that market.

### Q - Lance Vitanza {BIO 16844960 <GO>}

Great. And then, I think you kind of answered this. But the long-term guidance that you'd given before COVID and I go back to when we launched on Vertiv over a year ago, the numbers had all reflected an underlying industry growth of 3% to 4%, which respectable but clearly the market over the past six months is growing a lot faster than that. And so it sounds like to -- it sounds like you're saying, you think that is sustainable. I'm not looking for new guidance, but essentially at the end of the day, we should -- I mean, should we be thinking about something greater than 3% to 4%? And therefore something greater than the, I think it was the 4% to 6% long-term revenue growth that you'd kind of laid out as a guidepost?

### A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. Great question. So, I would say at this point, we talked about that 3% to 4% growth, that's sort of a through the cycle number. So, last year would have been a little depressed, this year's going to be a little bit higher than that I certainly think so. It's hard to tell. We think the market last year was probably down 3% to 4% and organically we were down less than 1%. So we think there probably meant a little bit of good news from the share standpoint there.

This year, we think the market probably is going to be certainly in the upper end of that range probably actually closer to 5% to 6% at from what we can see right now. And I think David correct me if I'm wrong, I think with our latest guide organic sales for this year's probably going to be 9% to 10%. So squarely outpacing the market, squarely in that 1.5 times to 2 times market growth rate what we want to strive for. When we look out to '22 and '23, could it be a little bit north of 3% to 4% potentially, it could be, but probably a little early to call the ball. So I think the best way to say this, there's certainly nothing that we see that suggests that we couldn't be on a high end of that market growth range and there's nothing that's we see that suggests that it's going to be on the low end of that by any means.

### Q - Lance Vitanza {BIO 16844960 <GO>}

And I think that's an important clarification that you mentioned a minute ago that 3% to 4% was always meant to be a long -- I mean, through the cycle, certainly there will be multi-year periods where that could be above or below that. It sounds like we're just in one of those above multi-year periods now.

### A - Gary Niederpruem {BIO 20450958 <GO>}

Exactly. Right. Very, very well said.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

Bloomberg Transcript

### Q - Lance Vitanza {BIO 16844960 <GO>}

Okay. So, you mentioned the performance relative to peers or relative to the market, however you want to phrase it and clearly Vertiv is doing something right. Are your customers telling you anything in particular? I'm trying to get a sense for why you are winning? Is it superior product? Is it a broader portfolio of product? Is it reach and your ability to deliver globally? Is it pricing? Is it sales execution? I know you've been working on all of these areas, but what are you hearing?

### A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. So, hard to distill it down, so I can do my best and give you a different probably two or three bullets. So I think number one is, the revamp go-to-market efforts that we have been putting in place now for the better part of four or five years are clearly, clearly taking holt. And so, the way we see that is before there were -- before four, five years ago, there was opportunities that our customers that we weren't even seeing, we didn't have the visibility to it. Now, we see it and we ask ourselves, people to say, I don't care if there's a 1% chance of winning or a 100% chance of winning, that needs to go in the pipeline. So our pipeline is much bigger today than would have been years ago. A lot of that is because of the visibility that we have with the enhanced go-to-market efforts. So, that's clearly number one.

But number two is, once you have that visibility, then it's incumbent on you to do something about it. And so, what we've been able to do about it is the product development initiatives and we've been very public about wanting to take our R&D spend from 3.5% to up to almost 6%. Now, I think this year we're going to be 5.2%, 5.3%, 5.4% somewhere thereabouts, so now all the way up to 6%. But what's that allowed us to do is now that we have visibility what the customers are doing, we can jointly partner and collaborate with them particularly in that cloud and colocation space to build a product of what they need. And so, I think when you have that visibility, then you double down in the R&D dollars that you're able to commit to that only helps the product development cycle.

And when you can collaborate with the customers in that product development cycle, that's a pretty powerful circle of life that we can create there. So I think we're good. There's a lot of different things we can talk about efficiency and service technology and websites and all that type of stuff. But fundamentally is you got to see it's like in baseball. You see the ball, hit the ball. So we see the ball -- we see the customers and what we want to hit them with all of that collaboration innovation that we're developing.

### Q - Lance Vitanza {BIO 16844960 <GO>}

Well, I think, for me the key takeaway at least is that essentially by going in and doing a better job of understanding what your client's needs are (Technical Difficulty) size of your addressable market, so that you're able to basically tackle an opportunity where it is growing much more quickly than the 3% to 4% underlying growth.

### A - Gary Niederpruem {BIO 20450958 <GO>}

We have added billions of dollars for served market over the last three or four years, Lance, just because that's the visibility in the ways that we can see things today. Well, yes,

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

Bloomberg Transcript

the markets growing a little bit, but billions of dollars in a certain market just because now we see everything and now that we see it, we can run after pretty hard.

## Q - Lance Vitanza {BIO 16844960 <GO>}

Great. So what about margin performance? And you mentioned R&D and obviously that's an important part of growing the pie. 1Q saw a very nice increase in margin, not surprising given the sales growth. And in fact, I was going to ask you to what extent was that margin just the benefit of higher revenues given the operating leverage in the business for? Were there cost outs or operating efficiencies? I know that's obviously been a big part of the game plan here is to sort of bring your margins more in line with peers. I'm just trying to figure out to what extent it was specifically that versus just the growth in the underlying revenues?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes, I'll certainly let David chime in and can answer this beautifully, so.

## A - David Fallon {BIO 15025527 <GO>}

There you go. So as you know, Lance, a big philosophy that Dave Cote has brought to Vertiv is something that he really mastered and championed at Honeywell. And that's a concept that keeping fixed cost constant and it's fairly simple philosophy. You keep your fixed cost constant, you grow the top line and you benefit from leverage. The first quarter was a perfect case study of the benefits of that philosophy. So, I think the adjusted operating margin increased almost 800 basis points from the first quarter of last year.

Contribution margin, which we define as just sales less, maybe a bucket of 10 to 15 truly variable costs I think direct material, direct labor, freight commissions. Contribution margin percentage was relatively flat and fixed costs dollars were flat. So the entire increase in the adjusted operating margin in the first quarter this year versus last year was due to that sales leverage. And it's only one quarter and probably a little bit amplified just because the first quarter of last year was a relatively low sales quarter and pretty impressive 22% growth this year. But it's really a case study of the power of fixed costs.

Now we're not going to see that every quarter, but when you go from our guidance for adjusted operating margin for full year 2021 of 12% to 16% which is where we think our competitors are to eventually to 20%, that philosophy of fixed cost constant while growing that top-line consistent 1.5 times that industry growth, really should drop anywhere from 75 to 100 basis points if not more to that adjusted operating profit on an annual basis and even more if we outpace that growth.

So first quarter versus last year, certainly driven by that sales leverage. But going forward, we have some pretty significant plans to also improve that contribution margin. And the two areas that have been a focus over the last 24 months and certainly will continue going forward is productivity from purchasing. We really started to mature with a global purchasing organization over the last couple of years and a lot of the productivity we are seeing currently is based on leveraging $4.9 billion global spend, where historically we did not. We really purchased as 20 -- $200 million companies. And then also pricing, which I'm

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

sure you'll have some questions related to the recent inflationary pressures that everybody has been seeing. But we anticipate a continued ramp-up of contribution margin based on purchasing improvements and also pricing.

## Q - Lance Vitanza {BIO 16844960 <GO>}

Okay. And I do want to get more into the details on the cost side in a minute. But before we do something that comes up a lot and I think we have some new people on the line. So I'd like to cover hyperscale colo versus enterprise in more detail.

And first, I want to kind of continue to debunk this myth that Vertiv is somehow over index to enterprise and under index to hyperscale colo. I think people will often look and they'll see that most of your revenue comes from enterprise or more of your revenue comes from enterprise than it does from hyperscale colocation, and they just jump to that erroneous conclusion. Is it the fact that matter your business missed is -- your mix rather is really just reflecting the overall industry composition and that hyperscale colo is becoming a bigger source of revenue for Vertiv everyday?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Absolutely. And you're right, Lance, we do get this question quite a bit. So a couple of data points we can point to. So for the most part of the last five years or so, our business is consisted of about 70% data center. So, 70% data center. Five years ago, of that 70% of the data center, cloud and colocation businesses represented probably 5% to 10% of that, so a relatively small amount.

If you fast forward that to today, we're probably almost at 30% of that 70%. So, there's been huge, huge strides that we've made to close that gap over the last four or five years evidenced by the three or four years of successful organic growth here. So that's sort of data points one. And number two is, we think right now that in the data center industry probably has about 35% of the spend going to cloud and colocation and 65% going to enterprise. So, if the market is 35%, 65% we're probably 30%-70% so are we slightly under index the cloud and colocation? Yes, maybe slightly, but we've come from 5% to 30% in the last five years. So I have no doubt that we'll continue on that forward pace moving forward. So, yes, slightly lightly, under indexed but really made up a huge amount of ground and there is still plenty of room for runway as before.

## Q - Lance Vitanza {BIO 16844960 <GO>}

Yes. And that's the point I think, right, is that there's nothing structural about your business that makes you less competitive quite the opposite. And in fact on that point, could you talk about the differences, if any? I assume that there must be and what it takes to be successful in the colo hyperscale channel versus the enterprise channel? I mean, I heard that increasingly, it's the ability to offer broad integrated solutions across multiple geographies, right, which is where the big guys are playing. Is that right? And does that have implications for market versus maybe some of the smaller mom and pops going forward?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

Yes. There's no doubt about almost all of those points. So number one is, they certainly want to be collaborated with. You're not going to walk into the biggest and best customers and just say "hey, this is my white pencil, you're going to buy this", they're going to say, "no, let's make it happen -- white last week, this last week that", and when you have incremental R&D dollars coming into the business, you can do those types of things. So, innovative collaboration is at the top of the list, when you talk about those -- that classic customers without about.

Number two then is, they really do want companies in partners of global scale. So it would have been okay years ago to say I'm going to just deploy in America, so I can use some of that just as U.S. footprint, or I really just need somebody in Italy that does cool for me because that's where my next day too sensitive. Now they're building their data centers in every part of the world and in every region in the world. So they want to try to standardize the best they can and bring suppliers that are already global with them. So a lot of ways, we are in countries operating today that help the cloud and colocation customer already, because we know the local laws, we know the regulations, we know the general contractors and consults. So we help our customers a lot of times getting into that new country or new region.

So number two is, you really do need to be what we say not only global, but you need to be local everywhere and make sure you understand that. And number three is, the service organization has to be local everywhere. So there's another use your terminology before sort of common myth that the cloud and colocation folks don't use service and that's just not true at all. So there might be a different type of service, there might be a different service level agreement. Maybe we will only visit the site twice a year versus four times a year, but we have service contracts with every one of our biggest and best customers. And a lot of reason we do that is because we are global everywhere in local and people know that. And so, I think it's all about customer collaboration with innovation, it's all about being global, it's all about having a service organization that can take care of things when situations arise because the situations are going to arise. And so, you want to be on the ground when that happens, not find somebody in and having them get to the site 24 hours later.

## Q - Lance Vitanza {BIO 16844960 <GO>}

So -- and that makes intuitive sense why you would need those elements. It doesn't sound inexpensive to maintain all of those elements though. And at the same point, we've heard some concerns about pricing and margin pressure even before we think about the cost of doing business. But just as the business shifts to these larger more sophisticated conglomerate consolidated buyers, presumably they have greater negotiating leverage, they are offering you bigger orders. So, I would assume that -- read that unit pricing is lower, although interestingly I have yet to find that kind of evidence in the numbers. So, is that true or how should we think about unit pricing? Is it that unit pricing is lower bit a just mass because you're selling a wider assortment of products in larger volumes?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

Yes. I think one word we talked about quite a bit as, do we have competition? Yes, there's no doubt and that competition makes us better. But for the most part that competitors are rational. When you talk about the other two or three or four big firms in this space, we're all rational and public companies that have to generate a bottom line for the shareholders and so that helps in that conundrum. So the first thing, I think, I would note, Lance, is the competitive set is rational, that's number one.

Number two is, yes, there's no doubt when you have large customers that are buying in large quantities. There certainly is some push and pull from a negotiation standpoint, but prices like number four, five or six on the list when we go into a bit situation it really is, what's the technology like, what's the product availability? Have you been servicing me correctly? Do I know if you are where you are? And then, after you get to those four, five things, then price comes up. So price is certainly an element but it's not in the top three or four or five things by any means. That's number two.

Number three is, your point about right the evidence is in the numbers for the most part. We have not seen a deterioration as we go with more cloud and colocation customers. The only time that sometimes at large and story gets out there is, when you're going to do an integrated solution, you naturally just by the word solution, you have naturally a little bit more third-party content that is going to be in that envelope. And so, when you have more third-party content, you're obviously not going to get a margin profile on that, like you would just your organic pieces of it. So when we look at those solutions, we really want to make sure that one, the margin we are getting on our organic content is equivalent to fleet average if not higher and then the third party stuff is going to flow through at third-party tight margins which is very normal. So, that solution stuff tends to sometimes have a lower margin percent, but when you unpack that it's really the margin on our organic content is just like it would be at the fleet average if not a little bit higher.

So, dealing with those classic customers is nothing different for us, nothing new. We've learned how to compete and that does -- that might have made me stay away two years ago, but I think we've been very, very judicious and shrewd and on how we handle all of those negotiations at this point.

## Q - Lance Vitanza {BIO 16844960 <GO>}

And then, what about David mentioned earlier that component shortages. I mean, I'm reading a little bit into this, I don't know to what extent you've been sort of seeing this. And again, it doesn't really seem like it's been impacting the numbers but globally, right, we've seen shortages? And I'm just expecting that -- is it the case that your margins would have looked even better if that weren't the case? Or have you been able to sort of operate your way around those sort of supply chain issues that have been affecting so many companies?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes, I can start and then, David, please add in some additional color. But I would say, Lance, what we're certainly not immune to it. That is a day-to-day fight and one day it could be fans are an issue, the next day it could be some power electronic components, the next day could be something else. So it is definitely a day-to-day dogfight in that. But

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

there is over the years we've learned to dual source both from a vendor and from a component standpoint for the most part doesn't mean we still don't get stuck every once in a while but we've been pretty well schooled in how to do those things. So could the numbers have been better, maybe. But I think for the most part, we've learned how to handle these supply chain shortages with pretty good indebtedness as evidenced even by when we had COVID shutdowns last year, we still were pretty flexible in our supply chain and operations available service most of our customers.

So, David, I don't know if there's anything else you want to add or chime in there in addition to that.

### A - David Fallon {BIO 15025527 <GO>}

I think, probably, the most direct financial impact that we've seen and this is putting supply shortages and inflationary costs and in the same category or bucket. But I think, based on our guidance at the end of the first quarter, we had estimated maybe about $45 million of annual headwinds for inflation, that includes commodity and freight. Included in our guidance is only offsetting about $25 million of that $45 million with additional price. And we took our pricing bogey up about $10 million at the end of the first quarter versus the beginning of the year assumption. So we're probably about $20 million upside down, as it relates to recovering some of the higher costs with pricing.

But we also mentioned that we believe the $25 million we have is probably a low water mark for us. It's likely conservative. There's opportunity for us to recover additional pricing. What we're seeing now is just kind of a natural lag that the cost of us before we can actually enact some of the pricing initiatives.

If you went out nine months, we're fully confident we'd be able to certainly recover dollar for dollar, those commodity costs, but there could be a little bit of a lag when you look at full year 2021. But we remind the organization investors, the world doesn't end at 12:31[ph]. And if you look at it over a normal period of time, we believe we have developed that pricing muscle to offset periods of inflation like we're seeing right now.

### Q - Lance Vitanza {BIO 16844960 <GO>}

And the prices that you set for your customers tend to be sticky on the way down. So if anything over time, you can make a -- it's almost like you're making the margin on the price increase that you're experiencing. It just takes you some time to get there.

### A - Gary Niederpruem {BIO 20450958 <GO>}

Absolutely right. Prices are sticky upwards and if commodity costs subside and actually go the opposite way, that could be a tailwind heading into 2022.

### Q - Lance Vitanza {BIO 16844960 <GO>}

So, we have just a few minutes left and there's so much more that I want to get you, but I do want to open up for some of the audience questions that have come in. So maybe one that I find very interesting I was going to get to on my own anyway is about Microsoft

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

having recently posted their plan to build 50 to 100 new data centers per year for the foreseeable future, which according to the same blog posting on Microsoft's website is it's like a 25% to 50% increase per year in the number of data centers that it operates currently.

I know this is just one company of many, but the question that I'm getting is, what does that kind of explosive growth in data centers mean for Vertiv? Is that indicative of what other hyper scalars are doing or is that just sort of a one-off outlier that we just say, okay, that's a neat factoid, but doesn't really represent what we're seeing in the marketplace?

## A - Gary Niederpruem  {BIO 20450958 <GO>}

Yes. So a lot to unpack there. I think the biggest takeaway I have from announces like that, Lance, is this is a good market and there's nothing that underscores that more than when you see customers put out announcements like that. And we track pretty regularly. And I think we actually put it on LinkedIn account for every week. When people put a, I'm building a million square feet or I'm building a 100 MW facility or Microsoft's does, that mean those are all things that add to the goodness of this market. So, I won't comment specifically on the Microsoft numbers per say, but what I will say is sometimes it's hard to understand and dissect those because the cloud folks can either build the data center themselves or go to a colocation.

Sometimes the size range is different if you're building out on one megawatt facility versus a 50 megawatt facility, there's a lot of variation there. So it's hard to exactly pin point, you know, we did X last year and we're going to do Y this year because of that announcement that this

## Q - Lance Vitanza  {BIO 16844960 <GO>}

(Technical Difficulty) apples to apples.

## A - Gary Niederpruem  {BIO 20450958 <GO>}

Exactly. But I think the biggest takeaway is, that's a fundamentally good announcement for the industry, for Vertiv and we've seen a lot of other customers continue to. I mean even just today, there's a customer, so they're going to build up 1.5 million square foot data center in Texas, which is brand new. I mean, these are big massive sites, so it just all goes to the fact that data processing and storage is not going to slow down which means that the infrastructure to support it is in a pretty good spot as well.

## Q - Lance Vitanza  {BIO 16844960 <GO>}

Let me try to squeeze in two more audience questions if I can. The first is on the balance sheet where you've made some progress since you came public. Where would you like to be over the sort of medium to longer term in terms of your debt levels? Are you comfortable with the current leverage? You also have nearly $700 million in cash and we expect that ultimately is that just used to pay down your gross debt or at some point, should we be thinking about this as an addition to everything else as a return of capital story?

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

Bloomberg Transcript

### A - David Fallon {BIO 15025527 <GO>}

Yes. I'll take that one and inevitably the answer is going to involve M&A, so I think Gary can comment on that as well. To summarize, I think we've always said we'd be comfortable in the long run in that 2% to 3% range. We could get a little bit lower than that, if there isn't the right reinvestment opportunity. We'll get a little bit higher for the right M&A opportunity.

But I would say, if you look at the prioritization, I think, we're at a point with the balance sheet that we have the flexibility to be a little bit more aggressive with M&A. With that said, it's not a hammer looking for a nail. We don't feel like we have to do a deal. But there are opportunities out there and we've been pretty devout over the last 18 months tracking a pipeline to be ready for this opportunity and that's effectively what Gary and his team have been doing. So, we would like to use the balance sheet, put that money to work and I think, M&A would be a preferred landing spot for some of those dollars.

### Q - Lance Vitanza {BIO 16844960 <GO>}

And the last one from me, before we let you guys go as just did you discuss the change in metric from EBITDA to adjusted operating profit? And ultimately, do you expect the focus to be more on EPS anyway and what sort of drove that decision?

### A - David Fallon {BIO 15025527 <GO>}

Yes, I think it was a carryover. So we have prior to going public, we were owned by private equity shop and adjusted EBITDA is the most common metric used by private equity to translate into value.

When we marketed the business pre -- fact, we used adjusted EBITDA and we also telegraphed that we would be using adjusted EBITDA for the first year as a public company and then we would revisit that. And we think adjusted operating profit, it's a GAAP measure effectively. And the biggest move was removing all the adjustments with the focus on transparency.

We will let everybody know what the components of that profitability is and different investors have different philosophies for what to adjust. But we just believe that this is most transparent approach and the build credibility with investors and just to effectively facilitate that transition from PE to public.

### Q - Lance Vitanza {BIO 16844960 <GO>}

Gentlemen, thank you so much. I think we're about three minutes overtime right now. So I'm going to have to let you go, but I'm very grateful. I really look forward to following up with you offline and continuing the dialogue.

### A - Gary Niederpruem {BIO 20450958 <GO>}

Perfect.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-02

FINAL

This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg Transcript