# Exhibit 19

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

# Evercore ISI Inaugural TMT Conference

## Company Participants

- David Fallon, Chief Financial Officer
- Gary Niederpruem, Chief Strategy and Development Officer

## Other Participants

- Amit Daryanani

## Presentation

### Amit Daryanani {BIO 7113568 <GO>}

Perfect. Good afternoon, everyone. My name is Amit Daryanani, IP Hardware and Networking Analyst here at Evercore. Delighted to have with us Vertiv here for our next fireside chat, and from Vertiv, we have David Fallon, the Chief Financial Officer; and Gary Niederpruem, the Chief Strategy and Development Officer, with us today.

We will keep the fireside chat around 30 minutes, 35 minutes. I'm going to spend the first 20 minutes, 25 minutes, so I'm going through some of the questions I have prepared for them. I'm happy to open up to the audience from there. If you have any questions, feel free to email them to me, or better yet, use the chat function at the bottom of the webcast and you can send your questions that way and I can move them into our discussion as we go along.

So with that, thanks a lot gentlemen for being here, appreciate your time. I think before we kick-off the whole session and I get to all the questions I have, David and Gary, maybe we'll talk spending a few minutes just talking about Vertiv 101 a little bit and talk about some of the key financial targets that you tend to focus on.

### Gary Niederpruem {BIO 20450958 <GO>}

Sure. I can start just on the Vertiv 101, and then, David, I'll turn it over you certainly for the financial information. So Vertiv is a carve-out historically from Emerson. So we operated as Emerson Network Power for a number of years, and then about five years ago, we carved out Emerson Network Power from Emerson, rebranded ourselves as Vertiv, and at just that point in time, when Platinum Equity came in the picture and bought us, so we were effectively a self-contained entity of Platinum for the better part of three or three and a half years, and then about two years ago, almost to the day, we met Dave Cote in his Goldman Sachs' SPAC that we worked with probably the better part of six months to complete that transaction, and then in January, February of 2020, is when the deal closed and when we started trading on the New York Stock Exchange.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

So to bring you up to present day, we're just north of a $4.5 billion company, trading under the VRT ticker symbol, and really in that what we do is, what we tell everybody we do is, provide critical digital infrastructure for data centers, communication networks, and then light commercial industrial applications. We have a lot of things we do in the portfolio, but fundamentally the biggest pieces of it are, we provide clean power and battery backup for all of the sensitive electronics that are in data centers and telecommunications network, so there's power management piece.

Once you power all of those electronics, they certainly give off heat, so you need to remove that, so we have a big piece of our business that's in thermal management. We have a large chunk of our business that would be inside, what we would call, the white space of a data center, so racks in single-phase UPSs and rack PDUs is another part of our business, and then we have a really large service business that's almost $1.5 billion, that will monitor maintenance and install, maintain all of our products.

And then, we have -- from a geographic standpoint -- I'll just wrap that up and I'll turn it over to David -- about 50% of our revenue is in the Americas, about 30% of our revenue is in Asia Pacific, and then about 20% of our revenue is in Europe, Middle East, and Africa. So what we tell everybody really is, all the products and services that we offer are relevant to each one of the three end markets that we participate in and each one of those end markets are pervasive in each one of the regions and geographies we play in. So that's sort of a stitching and the glue that holds the portfolio together.

So David, with that, I'll turn it over to you to talk about our finances a little bit.

## David Fallon {BIO 15025527 <GO>}

Yes. And so, if you start at the very top and anytime we talk about financial targets, we talk about the targets that are tied to compensation. So from the perspective of the incentive compensation program that we have for executive management since several layers lower, the two metrics that drive the annual incentive comp is adjusted EPS and free cash flow. So not too different than many companies, but we are identifying metrics that are aligned with shareholder interests, and well, predominantly, our shareholders as well.

So performance, from a trailing perspective, on those metrics are for most in our planning sessions and what we do for the current year in the long run. Now, if you take it one level lower than that, from a profitability perspective, we obviously have the goal of growing 1.5x the market. That's the top-line goal for us, both short-run and long-run, and then when you look at the flow through from those sales, we have a margin expansion initiative. We're currently about 12% adjusted operating margin for 2021, our goal is to get that to 16%, which is where we think our competitors are, and then in the long-run to 20%. And that's probably another question, but there's a lot of different moving pieces to get there, and then, part of that is fixed costs and our goal is to keep fixed costs flat on an ongoing basis.

## Questions And Answers

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

FINAL

Bloomberg Transcript

## Q - Amit Daryanani {BIO 7113568 <GO>}

(Question And Answer)

Perfect. Thanks a lot for the overview. And David, I think there's more than actually one question on the margin expansion target that I've lined up for you, so we'll go through that in a bit. Maybe I want to go back to -- you talked about 1.5x -- your target to your top-line 1.5x of underlying industry which -- 3% to 5% is kind of what we've talked about historically. Maybe expand on that a little bit for us and help me understand, what is enabling that? Are you just going in the wide end markets that are growing faster than overall index or is it more share gains? Maybe touch some kind of what's driving that, and then, on the share gain side, where are they coming from the bigger guys, or regional guys, just any color there would be helpful.

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. Absolutely. I mean, I can take that and, David, please add any color as well. So I think there's a couple different dimensions to that, you touched on several of them on that. So the first is, we have put a really big focus in a company for the last couple years on growing in two specific segments. So we want to grow in all the segments, but when you look at where we are really have put additional horsepower is, one is, growing with the cloud and colocation folks in the data center.

So we think that the overall -- we think that the market for Vertiv's products and service plays is, to your point, growth probably 3% to 4%. The data center piece of that is probably in the 4% to 5%. But if you disaggregate even that data center piece, the enterprise piece of that, inclusive of some of the IT channel stuff, probably is about flattish. If you look at the cloud and colocation segment of that belt, that's probably growing at 10%, give or take a couple of percentage points. So we have clearly put a lot of horsepower and effort to grow fast in that cloud and colocation market and the numbers would demonstrate that we've been really successful in that, so we're going to continue to double down there. So it will certainly get some upgraph, because we are pivoting towards that fast-growing part of the market.

The other piece of the market that we're focused on is this IT channel piece and while that business probably grows at 3%, 4%, 5%, we have less than 8% or 10% share in that space. So there's a lot, a lot of runway for us to be able to take market share specifically in that IT channel space. So we think that with those two dynamics playing out at the same time, being -- learning how to be ambidextrous and calling on both, the big folks in the market and a little folks in the market, those two dynamics right there will naturally give us some uplift above and beyond just a regular market growth.

And then, in addition to that, we've been pretty vocal about our ability to add R&D to the portfolio where we sit today. So if you go back a couple of years, we've probably spent 3% of sales on R&D and we've been inching that up and we saw much over the last couple of years to the point where, I think, we're just above 5% or so, of engineering spend and sales right now and that is certainly more than the competitive set. So we feel that with the go-to-market initiatives that we've had for the last several years, pivoting towards the faster growing segments of the market, and then we've overlaid that with

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

increased investment in R&D, so we could be close to their customers and turn out more products that are more customer-focused, the combination of all of those things is what gives us a really pretty good feeling that that 1.5x the market is certainly obtainable, not to mention the fact that we've demonstrated over the last two years now, that we've been able to grow more than 1.5x the market and that was before a lot of this R&D investment came into the company. So put all those things together, we feel really good about that as our top-line growth trajectory.

## Q - Amit Daryanani {BIO 7113568 <GO>}

Perfect. Gary, that is really helpful and actually takes you to my next point, which is, a consistent discussion I end up having or folks end up having with me is, how are Vertiv's products different from their peers. I mean, I think about this R&D going from 3% to 5% to 6%, and I'm sure you could spend the next 30 minutes talking about how your products are different from everyone else's, but still, what are the two or three things that enables the differentiation that you call out? Where are these investments? Maybe just elaborate on that a bit more for us.

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. No, you're right. We could definitely set up a hold another fireside chat just on that one question without a doubt. When I think about -- I think there's a couple of big differentiators. One is the breadth of which we offer. So other people will offer power, other people will have bits and pieces of the portfolio, but nobody has a lot of what our customers come to us for besides power is the thermal management piece of it, and so, that's a very complex system that you need to make sure is tuned very, very specifically for the applications. So just having the breadth of those products in the thermal world and now we can do anything from talk to our customers about liquid cooling, which is an emerging, but very small technology, but we think is going to grow a little bit to do you want to cool something at the root level, at the rack level, at the row level, or at the site level, we're the really the only ones that can expand that entire gamete or spectrum of how you pull those data centers, which is super important, because a lot of the OpEx in the power consumption comes from the cooling unit, so you want to make sure you have an expertise around that. So that clearly is one.

Number two is, we think about the controls in our unit. So both the controls in our thermal unit and the controls that we have in our UPS unit. So where we're advancing to from a UPS standpoint is, we want to be able to -- today, the utility power comes in, that's what feeds the UPS. Tomorrow, we can definitely believe in a world where, whether you have solar, and/or wind, and/or fuel cells, and/or generators, and/or batteries, and/or energy storage devices, the UPS needs to have smart controls in algorithms to know when am I going to draw from which power source, so we're working on those real time right now.

So if you think about, we have the thermal units which -- the breadth in the portfolio that we have is definitely a differentiator, then secondly, we think about the controls and the algorithm that goes into the thermal and the power side, and then the last one would be, think about our service organization, having 3,200 field technicians around the world, that not only provides a nice uplift from a financial standpoint, but they're really sticky with their customers and we're in our customers location every day, learning about our products,

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

how they operate, our customers, what applications are running, and so, being that close to the customers, you just can't replace and that provides a really good feedback loop for us of what we need to do on the next product development cycle.

So again, I could talk for 30 more minutes on any given one of those, but I'll stop there with those three big things I guess and I'll turn it back to you.

## Q - Amit Daryanani {BIO 7113568 <GO>}

No, that is extremely helpful for me to actually answer this question when I get it next time, so thank you for saving -- making my life easier with my followed discussion inline. Maybe I'll go to the growth in part of the house, the cloud, the colo business that we have, right? It's about 30% I think of revenues give or take and it has really been very strong throughout the pandemic for you and for everyone else. Can you just talk -- maybe to understand what drives the strength in public cloud broadly, but can you talk about the durability of the growth you're seeing there and how much of the growth you're seeing specifically in cloud is end market versus share gain driven?

## A - David Fallon {BIO 15025527 <GO>}

Yes. So I'd say, a couple of things. So we definitely continue to lump cloud and colocation sort of in a grouping together, and the reason we do that is, the cloud classic customers can either choose to build their own data center or they can choose to lease that data center out to a colocation partner. So we'll always talk about those things pretty much in tandem, and that segment -- you're right, that has grown tremendously in the market. It's grown even faster for us inside of Vertiv over the last couple of years, and throughout the last three or four quarters and everything we see for the next couple of quarters suggests that there are no signs of slowing down right now.

When you take the fact that underlying data traffic is going to grow at 22%, 23%, 24% CAGR every year on a really large number, that data has to go somewhere and that is the biggest advent of what's driving cloud. We think about all of -- we say it so many times, but literally, these phone calls -- my family is on -- I think we had Netflix a year ago, now we have at Netflix, and ESPN+, and HBO+, and all these other things, and I don't want to look at my credit card bill anymore, because there's always these pluses that keep coming out of them, but all of that -- every time, somebody signs up, that's more demand for a data center and more demand to push power, and compute, and storage close to the consumer, so I don't think we're going to see this slowdown anytime soon.

Now, could there be a couple of quarters where a digestion occurs? Yes, that could be, but the -- as long as the underlying fundamentals of data traffic continuing to grow at 20%-plus rates, that will continue to signify that the market is in a really, really healthy position.

## Q - Amit Daryanani {BIO 7113568 <GO>}

Perfect. If I just stick to the cloud discussion for a bit, a constant concern which pokes in the heart is, margins, operating margins, broadly, gross or operating really low on the cloud side versus the rest of the industry, and I personally have examples of companies

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

FINAL

Bloomberg Transcript

that actually make more money in the cloud than anywhere else, but I'd love to know how to you guys -- how do you folks look at it? Is cloud a lower margin proposition gross and operating for Vertiv?

## A - David Fallon {BIO 15025527 <GO>}

Yes. I think there's a couple of interesting dynamics as we do get that question quite a bit. So the first thing I would say is, when you're dealing with that classic customers, more often than not, we're going to be selling them a solution, which oftentimes also means we're going to have a large part of third-party content that is in that solution. So we'll buy generators, and batteries, and some other third-party items that we know just can't mark up as much as you do your own organic content.

So from a solutions mentality, if you were to breakdown that bill of material, you would see our organic product at margins that are commensurate with sort of fleet average, but then you would see a lot of third-party gear that is only marked up an appropriate amount of 10% or 20% or something like that, so that's going to drive the overall margin of the solution down, just because of the third-party contents. So that's one thing that is really -- it's more of a percent game, but our organic content is within that solution, pretty healthy margin. So that's sort of number one.

Number two is, a straight-up UPS or straight up thermal unit. Yes, there's a little bit more price pressure in that domain, however, it's within a sort of a standard deviation. So in FR[ph], FR[ph] fleet average is 35%, it's not like the hyperscale, and cloud gross margins are at 15%, I mean it's 500 basis points lower or 700 basis points or something like that, so, it's sort of within the standard deviation. The offset to that though is, two things. One is, our service business still is relevant to the cloud and colocation folks, so we'll still get service contracts and it might look a little different than a traditional contract, but the margin rate of that service is still really pretty accretive to the overall company, and then lastly is, from a portfolio standpoint, that's also why we want to sell more into the IT channel, because the IT channel business, for us, operates at least 1,000 basis points higher than the fleet average, which more than offsets any headwinds that we see from some of the hyperscale folks.

So I would say, in general, as we answer the question, is a little bit more price competitive than hyperscale? Sure, it is. We don't have our head in the sand around that topic, but some of this because of the solution orientation nature of that sale, some of it is offset because of service, and some of it -- and the rest of it's going to be more than offset by our growth in the IT channel.

## Q - Amit Daryanani {BIO 7113568 <GO>}

Now, it's only fair here and I also got to imagine that, you're selling to a smaller number of people there, so hopefully, the sales and marketing expenses are somewhat lower than selling the thousands of enterprise, SMB customers, and so on.

## A - David Fallon {BIO 15025527 <GO>}

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

FINAL

Bloomberg Transcript

That's exactly right. So while the GP may be a little bit lower, the SG&A to service those customers is lower as well, so from an operating profit basis, it's still really, really good business for us, and think about a lot of our business, over the last four, five quarters, with enterprise hasn't been depressed was to telecom and cloud and colocation and we still exhibited margin expansion over the last couple of quarters, while most of the business was shifting towards cloud and colocation at the same time.

### Q - Amit Daryanani {BIO 7113568 <GO>}

Absolutely. And maybe if I move towards the enterprise and the small medium business kind of part of the house and it's about -- I think half of the revenue is actually come from this bucket, just talk about what are you seeing in this marketplace, because -- and really the question is around, what do you think in terms of a recovery piece in this marketplace as enterprise, SMB, was the hottest hit through the pandemic I think?

### A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. No doubt. And so, when David and I talk, we loosely will sort of put this into three buckets. Bucket one would be the class of enterprise customers that were spending even during COVID. So education, big box, retail, government, medical, those verticals within enterprise sort of spent even during -- amidst COVID.

Bucket two then are the classic customers that we have seen really now start to come back online after taking a 12-month pause, and so, that would be a lot of like manufacturing and service-oriented companies. So there's a lot of companies that have said, hey, either I'm just about to go back to work and so I need to upgrade my IT closets for my office facilities or I really didn't want to do anything in the manufacturing environment, because I wasn't sure what tomorrow is going to bring, but now, I know I'm going to institute more robotics, I know I'm going to have more IoT work, and so I want to upgrade my manufacturing facility. So that's sort of bucket two and we have seen that come back over the course of the last several months and that was the biggest thing that led us to really upgrade, on our last quarterly call, the enterprise market from red to yellow was this bucket two.

Bucket three then are the customers that we've not seen comeback just quite yet, but we think we're getting close. So that would be more regional or local retail environments. That would be hospitality, travel, and entertainment type of folks. So we haven't seen that come back just yet, but just seeing how the economy starting to open back-up when you look at occupancy rates in hotels and in airplanes, they're really starting to get much healthier than they were. So we would anticipate over the course -- sometime over the next couple of quarters, that third bucket of customers would start to come back as well. So that's really real-time where we're seeing it and why we chose to upgrade in the last quarterly announcements and this bucket three will probably be that last frontier, which we think -- we're starting to see a little bit sense of life, but still just too early to do anything about it.

### Q - Amit Daryanani {BIO 7113568 <GO>}

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

Got it. Perfect. I have all -- a few questions here from the audience on the call here, so maybe I'll try to bring some of these in. Maybe on the enterprise side, the couple of -- are using enterprises starting to move back away from the cloud back to on-premise, is that a trend you're seeing at all? And I'll tell you -- I mean those are really good wide -- but I mean the reason we grow with the talented -- this may be a sense of some companies recently, so here's one, are you seeing that, and then secondly, we've talked on parts of this, but if a customer moves the workload from the enterprise to the public cloud, what does that mean for Vertiv?

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. So, it is faster and the debate between for the on-prem and off-prem is almost a religious debate to some extent for a lot of people. But there's no doubt that customers, even like Vertiv, are moving more and more of our workloads to the cloud. With that said, there are so many customers now that are getting to a size and scale where they start to question, well, maybe I need to bring this back in house, because I don't want to behold and be beholding to just one cloud person or one colocation provider. So we really think that the reality of the situation is the hybrid environment is going to be where most of the stuff sells out. So you will always have things on-prem, you will always have things in cloud, and you'll always have things in colo for a company of any general size and scale.

So we have seen some companies that have pulled back from cloud deployments, it's like they want to do it themselves, I want to do it myself. We've seen other people accelerated. So I just think you can find an exception to any rule, but in general, this hybrid cloud computing environment is going to be in my mind where the answer is, because it's going to be -- you're going to have data everywhere for a number of different reasons, whether it's GDPR, whether it is for regulatory purposes, whether it's going to be for latency purposes, you're going to have data in a number of different locations and that's probably just the facts of it.

To your question about, if somebody moves an application from on-prem to off-prem, really all that does is just say, hey, we're together, it's going to be more workload that is in a cloud or colocation environment than somebody's on-prem. So what we see is, there is a limit to what people can move on-prem to off-prem for a number of different reasons, and so back to our other point before, the amount -- take a banking example, between the regulatory environment and between the vast amount of data that continues to come at them everyday, they are outsourcing more and more to cloud and colocation companies, but they are also having to build-out data centers themselves, just because the data is so immense, the amount of data so much, they have no choice but to use all three vehicles to be able to support their data needs. So that's -- the hybrid environment on that to me is really the answer, which is great for us, because that plays into edge, enterprise, cloud, colocation, and obviously, we service them all.

## Q - Amit Daryanani {BIO 7113568 <GO>}

Perfect. And then maybe go back to the operating margin discussion to the company, right? We're at 12% and as aspirations, David talked about going to 16%, long-term to 20%, I mean -- I would like to understand, how much of that margin expansion, let's just

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

FINAL

Bloomberg Transcript

say, 12-year to 16-year term is revenue driven versus sales out lever and what are the big sales out lever, the two treating you would call out?

### A - David Fallon {BIO 15025527 <GO>}

Yes. So as we were kind of discussing at the offset, the 12% to 16% -- the 16 is kind of a weighing station, right? We are looking at that only because that's where we think our competitors are at and there is no reason we should stop at 16% and our goal really is to get to that 20%-plus, but we got to get the 16% before we get to 20.

So internally, if you look at our financial statements, it's different from a GAAP financial statement. So, we breakdown our P&L between sales -- variable costs, which are probably 10 or 15 different accounts, including direct labor, direct materials, freight, commissions, a handful of others, and the result of that is a contribution margin and then we include all of our fixed costs in another bucket and those fixed costs include anything that is truly fixed or maybe a hybrid fixed and cost of sales are SG&A. Okay. And we see -- if you look at that fixed costs as a percentage of sale, that's where we will definitely get leveraged with the top-line growth.

And if you do the math, it's probably a separate call to kind of talk about the culture and how you execute fixed cost constant, but if you do the math there, even if we grew at a conservative 4.5%, 5%, you keep the fixed cost flat, you're going to get 75 to 100 bps of margin expansion each year just from that, and if you grow more aggressive than that, of course, the drop is going to be even better. So unquestionably, a central thesis to the margin growth is going to be correlative of the top-line growth, because of leveraging those fixed costs and I can get into the whole philosophy of the fixed cost constant, but we also see opportunity with the contribution margin.

And the two levers that we most frequently talk about is continued productivity on the purchasing side. It's -- we've only developed (Inaudible) global organization over the last couple of years and we're getting tens of millions of productivity each year from purchasing and effectively managing that organization and leveraging the $4.5 billion or $5 billion spend as opposed to previously, really looking at it as 20 -- the smaller purchasing organizations.

And then the other lever, which has been getting a lot of attention more recently is from a pricing perspective. That is something that this company historically kind of convinced itself that if we were a flat on a pricing perspective, it was a good year, we've leaned into that and taking a more of a strategic approach to the pricing, and as a result, we got about $25 million in pricing in 2019, last year, between 15 and 20, and certainly, partly because of -- due to a response with the inflation we're seeing in '21, we should be a lot higher than that this year and -- we've talked about the timing of the commodity and freight inflation has actually been somewhat beneficial to us, because it forced us to see what is the art of the possible from a pricing perspective, and I think what we've learned over the last three or four months is that, we probably have more pricing power than we had previously thought or when it's a risk with customers. So that's something that certainly is been benefit us going forward.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

**FINAL**

**Bloomberg Transcript**

### Q - Amit Daryanani {BIO 7113568 <GO>}

That is extremely helpful, David, and I can see the --winning now -- winning in a book and behind these, I'm sure there is a lot of insights over there in terms of how to manage the costs structure. You mentioned this towards end of discussion, but can you talk a little bit on the supply chain dynamics, right? What is happening over there? Are you able to hit the revenue what you want? Are you having some issues over there? And then maybe just continue this part in discussions, because to your point, you're always in pricing, do you think this could be a more durable dynamic that perhaps folks don't appreciate about the Vertiv narrative is, pricing power could start to come back in the model?

### A - David Fallon {BIO 15025527 <GO>}

Yes. So first of all, I think every industrial company has been impacted by inflation and probably every company and every industry, but we're certainly not immune from that, and just to kind of quantify what we had implied in our most recent guidance was, about $45 million headwind related to commodity and freight and probably more skewed to the commodity side, but freight in certain regions, notably the Americas, has been a little bit more of a challenge than in others. But what we had included in the guidance we shared after the first quarter was about $25 million of pricing to offset that. So that's about a $20 million hole if you will in 2021, but we do believe that that $25 million is probably a more of a floor than it is an expected value. So we believe there's more opportunity for us for pricing. We may not get to complete clarity in '21, but we do believe, as we exit Q1, Q2, we should be able to offset what we're seeing from a commodity side.

And then, from your perspective or from the perspective of your question, there is a potential tailwind for us. If inflation subside and we're starting to see some of that actually already from a pure commodity perspective, it's not going -- it's not declining or anything, but over the last several weeks, we've seen a little bit of a plateau. But to the extent, it does go the other way or it does rebound from a quality perspective. We actually could see a tailwind from a pricing perspective, because historically, when we done this, there is sticking upwards and we're certainly not anticipating commodity costs to subside anytime soon, but that could create a tailwind for us going forward.

So it's certainly a dynamic situation. We are leaning in a lot more aggressively now than we probably were six months ago, but we feel pretty confident with what we've implied with our guidance, but we'll give a little bit more of a robust update with our Q2 earnings.

### Q - Amit Daryanani {BIO 7113568 <GO>}

Perfect. I look forward to that, David. Unfortunately, I got my passed my time here and I have a few more questions still to go. I'll stop your nonetheless. I want to turn the floor back to you, Dave and Gary, and see if there's anything I did not touch and I did not cover that you think investors should really be cognizant about the Vertiv's story. I'll turn the of mic back to you folks to kind of cut some closing comments.

### A - David Fallon {BIO 15025527 <GO>}

Yes. I'll start and let Gary add. We're obviously very excited about this story and we probably could write a book, not as far as Dave Cote's book, but just the transformation

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-06-09

that we've gone through over the last three to four years and certainly has been accelerated since we had -- with this stat and a lot of that is due to the guidance from Dave Cote. But, we've run the business for the long run and we're in the right industry. If we do what we're supposed to do, the growth is going to be there. And then from a margin perspective, we do believe -- we trade at a discount for a multiple perspective, from a lot of our peers, a lot of the industrial peers, we think that's because of that margin gap and that's very high on our list to attack and exciting story and appreciate the support we get from you, Amit, and others to help spread that story.

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes. I think, David has ended up very well. My two things, I think I met would be we are in a good position in a great industry and/or great position in good industry, either one sort of works in a hard case, so that fundamentally will provide us runway on the top-line and then we're as proud as I think, David, and Lynn, and I are for what we've accomplished the last three or four years. There's that much more to do over the next couple of years. So, there's a runway is that -- there's more runway in front of us and there's sales behind us, which is the exciting part of the whole thesis. So couldn't be happier to be here and to see what we deliver on over the next couple of years. So, thanks for having us today.

## Q - Amit Daryanani {BIO 7113568 <GO>}

No, thanks a lot and I can't wait to see what you guys accomplished in next year's as well. But thanks a lot and we'll wrap it up with this.

## A - Gary Niederpruem {BIO 20450958 <GO>}

Thanks everyone.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*