# Exhibit 22



# Cautionary Statement Regarding Forward-Looking Statements

*This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects, as well as expected cost savings associated with our restructuring program. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements. The Company undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.*

*The forward-looking statements contained or incorporated by reference in this presentation are based on current expectations and beliefs concerning future developments and their potential effects on Vertiv. There can be no assurance that future developments affecting Vertiv will be those that Vertiv has anticipated. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: competition; the ability of the Company to grow and manage growth profitably; maintain relationships with customers and suppliers; retain its management and key employees; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; risks relating to the continued growth of Vertiv's customers' markets; failure to meet or anticipate technology changes; the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; disruption of Vertiv's customers' orders or Vertiv's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; competition in the infrastructure technologies industry; failure to realize the expected benefit from any rationalization and improvement efforts; disruption of, or changes in, Vertiv's independent sales representatives, distributors and original equipment manufacturers; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from Vertiv's backlog of orders and contracts; changes to tax law and the costs and liabilities associated with such changes and any tax audits that may arise; risks associated with future legislation and regulation of Vertiv's customers' markets both in the United States and abroad; costs or liabilities associated with product liability; Vertiv's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of Vertiv's insurance coverage; a failure to benefit from future acquisitions; failure to realize the value of goodwill and intangible assets; the global scope of Vertiv's operations; risks associated with Vertiv's sales and operations in emerging markets; exposure to fluctuations in foreign currency exchange rates; Vertiv's ability to comply with various laws and regulations, including but not limited to, laws and regulations relating to environmental, data protection, data privacy, anti-corruption and international trade and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against us; Vertiv's ability to protect or enforce its proprietary rights on which its business depends; third-party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; risks associated with litigation or claims against Vertiv; Vertiv's limited history of operating as an independent company; potential net losses in future periods; failure to remediate internal controls over financial reporting; our ability to realize cost savings in connection with our restructuring program; Vertiv's level of indebtedness and the ability to incur additional indebtedness; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements including restrictive covenants that restrict operational flexibility; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements is not fully within our control; Vertiv's ability to access funding through capital markets; the significant ownership and influence certain stockholders have; risks associated with Vertiv's obligations to pay portions of the tax benefits relating to pre-Business Combination tax assets and attributes; resales of Vertiv's securities may cause volatility in the market price of our securities; Vertiv's Organizational Documents contain provisions that may discourage unsolicited takeover proposals; Vertiv's Certificate of Incorporation includes a forum selection clause, which could discourage or limit stockholders' ability to make a claim against it; the ability of Vertiv's subsidiaries to pay dividends; volatility in Vertiv's stock price due to various market and operational factors; Vertiv's ability to maintain its listing on the NYSE and comply with listing requirements; risks associated with the failure of industry analysts to provide coverage of Vertiv's business or securities and other risks and uncertainties indicated in Vertiv's SEC reports or documents filed or to be filed with the SEC by Vertiv.*

*This presentation also includes certain non-GAAP financial measures, such as organic net sales, adjusted operating profit, adjusted operating profit margin, adjusted EPS and free cash flow, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. The Company has provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures and our reconciliations on pages 15-22 of this presentation and our current earnings release dated July 28, 2021, which are available on the Company's website at www.vertiv.com. Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q3 and full year 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.*

 VERTIV.

# Second quarter 2021 key messages

Demand continues to be strong with second quarter 2021 net sales up 25.3% and orders up 24.4% from second quarter 2020

Second quarter adjusted operating profit of $134M up $31M (+30%) and adjusted operating margin up 40 bps from second quarter 2020

Second quarter free cash flow of $41M.  Year-to-date free cash flow of $84M is $225M higher than same period last year.

Pricing actions in place to recover market based commodity and freight inflation and premiums for spot buys of electronic parts.  Pricing actions lag inflation but fully offset inflation in Q4 and provide tailwind in 2022.

Prioritizing customer pursuit and capture despite challenging supply chain.  Full year 2021 outlook versus prior guidance:  net sales +$100M and adjusted operating profit +$5M.

**Demand remains strong • supply environment challenging • investing for the future**

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

3

# Market environment

| SEGMENT | Vertiv Sales Exposure[1] | AMERICAS | | APAC | | EMEA | |
|---|---|---|---|---|---|---|---|
| | | Apr-21 | Jul-21 | Apr-21 | Jul-21 | Apr-21 | Jul-21 |
| CLOUD / HYPERSCALE | ~20% | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 |
| COLOCATION | | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 |
| ENTERPRISE / SMALL & MEDIUM BUSINESS | ~50% | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 |
| COMMUNICATION NETWORKS | ~20% | 🟢 | 🟢 | 🟢 | 🟢 | 🟡 | 🟡 |
| COMMERCIAL & INDUSTRIAL | ~10% | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 | 🟡 |

Note: [1]Sales Revenue FY2020 estimated by customer segments

**All markets in all regions remain steady.  Cloud and colocation markets continue to be robust and enterprise/SMB market continuing to progress.**

 VERTIV.

4

# Demand and growth investment update

### CUSTOMER DEMAND

- Overall market demand remains robust.  Second quarter orders up ~25% compared to same period last year.

- Continued strength in cloud and colocation markets with larger project-based orders.  Enterprise segment continues to develop as expected.

- Backlog increases to new record level of $2.3B, ~$525M higher (+30%) than end of second quarter 2020

- Seizing the opportunity to capture long-term customer commitments.  Satisfying current customer demand by investing in spot buys to procure electronic parts.

### GROWTH INVESTMENTS

**IT Channel Acceleration:**

- Seeing revenue growth in all regions

- Active reseller base up 50% from Q2 of 2020

- New reseller base up 400% from Q2 of 2020

- End to end digital efforts continue ramping (web portals, augmented reality sales tools, etc)

**VPD Initiatives Yielding Benefits:**



 Vertiv and Green Mountain Raise the Bar for Data Centre Sustainability

- 100% renewable hydropower data center

- Vertiv chosen for the highly efficient Vertiv Liebert PWC chilled water thermal solution and EXL S1 three-phase UPS with Li-ion batteries

**Robust demand environment continues.  Prioritizing customers for long-term success despite supply chain constraints.  Some short-term, incremental costs being added for these initiatives.**

 VERTIV.

# Pricing and supply chain update







- Targeting ~$65M full year pricing benefit vs. prior year
- Multiple list prices and freight increases implemented. Additional actions to be launched in 3Q.
- Tightening exception controls
- Pricing actions should benefit full year 2022

- Expect ~$110M full year impact vs. prior year

  ➤ ~$60M materials inflation primarily metals (steel, copper, aluminum) with largest impact in AMER

  ➤ ~$15M freight inflation driven by shipments to (ocean, air) and within AMER and EMEA

  ➤ ~$35M spot buys (largely electronics) and expedited freight (including channel inventory) to protect customer delivery; in some cases parts not available at any price causing delivery delays.

- Expect cost impacts to ramp down in 2022 driving net tailwind

- Timing of pricing actions vs. inflation causing dip in Q2
- Pricing actions accelerate in Q3 driving margin recovery
- Anticipate full recovery by Q4 as headwinds stabilize and pricing plan fully implemented
- Anticipate net tailwind in 2022

**Pricing actions in place with timing lag due to project backlog.  Contribution margin recovery in Q4.**

 VERTIV.

Note: Contribution margin equals net sales less variable costs.

6

# Second quarter 2021 financial results
*$Millions*

| | Net Sales | Adj. Operating Profit | Adj. Operating Margin | Adjusted EPS | Free Cash Flow |
|---|---|---|---|---|---|
| | **Up 25.3%**<br>Organic +20.4% | **Up 30%** | **Up 40 bps** | **Up $0.15** | **Down ($21M)** |
| 2Q 2020 | 1,006 | 103 | 10.2% | 0.16 | 62 |
| 2Q 2021 | 1,260 | 134 | 10.6% | 0.31 | 41 |

**Net Sales**
- + EMEA organic sales increase of +42%
- + AMER and APAC organic sales increased ~15% each
- + ~$50M FX tailwind
- + Orders +24% with increases in all regions (led by AMER and EMEA)

**Adj. Operating Profit**
- + ~$45M higher contribution margin:
  - + ~$80M organic volume growth
  - − ~($35M) primarily material and freight inflation partially offset by pricing
- − ~($20M) incremental fixed costs:
  - − ~($30M) headwind from Q2 2020 from COVID actions
  - − ~($20M) growth and ER&D investment
  - + ~$20M fixed cost savings (including net restructuring benefits)
  - + $12M benefit from 2020 capitalized software write-off

**Adjusted EPS**
- + $0.18 from operations
- + $0.04 lower income taxes
- + $0.03 lower interest expense
- + $0.03 Q2 2020 software write-off
- − ($0.08) Q2 2020 COVID actions
- − ($0.06) growth/ER&D investment

**Free Cash Flow**
- + $31M higher adj. operating profit
- + $7M lower cash interest
- − ($20M) higher cash taxes
- − ($18M) inventory build
- − ($7M) higher capex
- − ($14M) other

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.   Free cash flow equals cash from operations less net capital expenditures.

7

# Second quarter 2021 segment results

*$Millions*

**Americas**
- ➤ Sales growth strong across all product groups led by critical infrastructure and solutions demand
- ➤ Supply chain headwinds challenge contribution margins. Fixed cost reductions offset impact of 2020 COVID cost actions.

**APAC**
- ➤ Strong sales recovery from COVID in telecom, channel and service business (especially in India and SE Asia).
- ➤ Volume leverage offset by headwind from 2020 COVID cost actions (including one-time government subsidies).

**EMEA**
- ➤ Strong business recovery from 2020 lockdowns. Large colocation customers expanding in Tier 2 countries.
- ➤ Sales leverage, restructuring programs and other fixed cost reductions more than offset material and freight headwinds

**Corporate**
- ➤ Corporate fixed costs slightly higher due to one-time COVID related savings in Q2 2020 and incremental R&D investments

## Net sales



## Adjusted operating margin



Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.

**VERTIV.**

8

# Second quarter 2021 free cash flow & liquidity

*$Millions*



**Waterfall chart:**

| Q2 2020 actual | Adjusted operating profit | Cash interest | Cash taxes | Inventory | Capex | Other | Q2 2021 actual |
|---|---|---|---|---|---|---|---|
| 62 | 31 | 7 | (20) | (18) | (7) | (14) | 41 |

- Liquidity of $1,140M at quarter end
  - ➤ 2.2x net leverage

- Cash interest lower due to lower interest rates and debt paydown

- Cash taxes higher driven by timing and higher expected full year 2021 earnings compared to 2020

- Larger inventory build in Q2 2021 to protect customer deliveries given parts availability challenges

- Capex increase due to abnormally low spending level in Q2 2020 due to COVID-19

- Second quarter 2021 free cash flow negatively impacted by timing of ~$25M cash disbursement expected at the end of Q1 2021 that disbursed early in Q2. Excluding this impact, second quarter 2021 free cash flow in line with prior year.

**Second quarter free cash flow ($21M) lower than prior year. Year-to-date free cash flow of $84M is $225M higher than same period in 2020.**

VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

9

# Third quarter 2021 financial guidance

*$Millions; midpoint of guidance range unless otherwise specified*



| Net Sales | Adj. Operating Profit | Adj. Operating Margin | Adjusted EPS |
|---|---|---|---|
| **Up 10%** Organic +8% | **Up ~135%** | **Up 670 bps** | **Up $0.23** |

**Net Sales**
- Q3 2020: 1,162
- Q3 2021: 1,280
- Range: 1,260 - 1,300

**Adj. Operating Profit**
- Q3 2020: 68
- Q3 2021: 160
- Range: 155 - 165

**Adj. Operating Margin**
- Q3 2020: 5.8%
- Q3 2021: 12.5%
- Range: 12.3% – 12.8%

**Adjusted EPS**
- Q3 2020: $0.05
- Q3 2021: $0.28
- Range: $0.26 - $0.30

**Net Sales**
- + Expecting organic growth in all regions led by double-digit growth in EMEA
- + ~$25M FX tailwind
- + Includes ~$25M of pricing benefit vs. 3Q 2020

**Adj. Operating Profit**
- + ~$10M higher contribution margin:
  - + ~$30M organic volume growth
  - − ~($20M) largely material and freight inflation partially offset by pricing
- + ~$70M lower fixed costs:
  - + ~$80M benefit from 2020 restructuring reserve and asset write-off
  - + ~$20M lower fixed costs (including restructuring benefits)
  - − ~($30M) 2020 COVID cost actions and growth/ER&D investments

**Adjusted EPS**
- + $0.22 restructuring / asset impairment
- + $0.08 from operations
- + $0.04 FX
- − ($0.06) growth/ER&D investment
- − ($0.03) Q3 2020 COVID actions
- − ($0.02) taxes, interest, and other

## Projecting double-digit top line and strong adjusted operating profit growth compared to 2020

**VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Updated full year 2021 financial guidance

*$Millions; midpoint of guidance range unless otherwise specified*

| Net Sales | Adj. Operating Profit | Adj. Operating Margin | Adjusted EPS | Free Cash Flow |
|---|---|---|---|---|
| **Up 14% vs. 2020**<br>*(+12% organic)*<br>*Up $100M vs. prior guidance* | **Up 75% vs. 2020**<br>*Up $5M vs. prior guidance* | **Up 420 bps vs. 2020**<br>*Down 10 bps vs. prior guidance* | **Up $1.30 vs. 2020**<br>*Up $0.04 vs. prior guidance* | **Up $137M vs. 2020**<br>*Flat vs. prior guidance* |

**Net Sales**
- FY 2020: 4,371
- FY 2021: 5,000
- *Range: 4,970 – 5,030*

**Adj. Operating Profit**
- FY 2020: 342
- FY 2021: 600
- *Range: 590 - 610*

**Adj. Operating Margin**
- FY 2020: 7.8%
- FY 2021: 12.0%
- *Range: 11.8% - 12.2%*

**Adjusted EPS**
- FY 2020: ($0.15)
- FY 2021: $1.15
- *Range: $1.12 - $1.18*

**Free Cash Flow**
- FY 2020: 163
- FY 2021: 300
- *Range: 290 - 310*

**Net Sales**
- \+ Double digit organic growth in all regions
- \+ ~$110M tailwind from FX
- \+ $100M guidance increase:
  - $45M volume
  - $40M pricing
  - $15M FX

**Adj. Operating Profit**
- \+ $185M favorable organic volume impact
- \+ $113M 2020 pro-forma adjustments : restructuring ($71M), asset impairment ($21M), SPAC transaction costs ($21M)
- \+ $105M restructuring benefits, FX, and other
- – ($60M) growth and ER&D investment
- – ($45M) inflation net of pricing offsets
- – ($40M) one-time COVID savings actions in 2020

**Adjusted EPS**
- \+ $0.79 2020 pro-forma adjustments
- \+ $0.56 from operations
- \+ $0.18 lower interest expense
- \+ $0.12 FX
- – ($0.17) growth/ER&D investment
- – ($0.11) 2020 COVID actions
- – ($0.06) higher income taxes

**Free Cash Flow**
- \+ $145M higher adj. operating profit vs 2020 pro forma
- \+ $90M lower cash interest
- \+ $21M SPAC transaction costs
- – ~$50M higher capex
- – ~$35M higher cash taxes
- – ~$20M restructuring payments

## Projecting strong top line, adjusted operating profit and free cash flow growth compared to 2020

 VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.   Free cash flow equals cash from operations less net capital expenditures.

11

# Full year guidance bridge to prior guidance

*$Millions adjusted operating profit*



- Additional pricing actions implemented to offset commodity and logistics inflation

- Fixed cost reductions (excluding R&D) implemented to partially offset transitory supply chain headwinds

- Incremental sales growth of $100M includes $45M volume, $40M pricing and $15M FX tailwind.  Volume benefit to adjusted operating profit of $15M.

- Parts availability driving some incremental cost (spot buys and expedited freight) to protect customer deliveries

- Material inflation accelerated in Q2 and expected to persist through year end

- Prioritizing securing supply and satisfying customer deliveries over cost reductions pushes planned productivity benefits out of 2021

**Full year sales guidance improves +$100M to $5.0B and adjusted operating profit +$5M to $600M**

 **VERTIV.**   Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix..

12

# Second quarter 2021 key messages

**Demand continues to be strong with second quarter 2021 net sales up 25.3% and orders up 24.4% from second quarter 2020**

**Second quarter adjusted operating profit of $134M up $31M (+30%) and adjusted operating margin up 40 bps from second quarter 2020**

**Second quarter free cash flow of $41M.  Year-to-date free cash flow of $84M is $225M higher than same period last year.**

**Pricing actions in place to recover market based commodity and freight inflation and premiums for spot buys of electronic parts.  Pricing actions lag inflation but fully offset inflation in Q4 and provide tailwind in 2022.**

**Prioritizing customer pursuit and capture despite challenging supply chain.  Full year 2021 outlook versus prior guidance:  net sales +$100M and adjusted operating profit +$5M.**

**Demand remains strong • supply environment challenging • investing for the future**

 VERTIV.

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

# Non-GAAP financial reconciliations



# Non-GAAP financial measures - second quarter results

**Reconciliation of segment operating profit (loss) to operating profit (loss) and adjusted operating profit (loss)**

| ($M \| 2nd QUARTER) | 2Q21 | 2Q20 |
|---|---|---|
| Americas | $128.6 | $130.0 |
| Asia Pacific | 62.8 | 56.1 |
| Europe, Middle East & Africa | 62.4 | 27.5 |
| **Total reportable segments** | **$253.8** | **$213.6** |
| Foreign currency gain (loss) | (4.1) | (2.8) |
| Corporate and other | (115.6) | (108.0) |
| Total corporate, other and elimination | (119.7) | (110.8) |
| Amortization of intangibles | (31.9) | (32.2) |
| **Operating profit (loss)** | **$102.2** | **$70.6** |
| Amortization of intangibles | 31.9 | 32.2 |
| **Adjusted operating profit (loss)** | **$134.1** | **$102.8** |

**Reconciliation of Net Sales to Organic Net Sales**

| ($M \| 2nd QUARTER) | 2Q21 | 2Q20 | Δ% | Organic Δ% |
|---|---|---|---|---|
| Americas | $564.9 | $484.7 | 16.5% | 15.2% |
| APAC | 398.0 | 322.8 | 23.3% | 15.2% |
| EMEA | 297.4 | 198.2 | 50.1% | 41.5% |
| **Total** | **$1,260.3** | **$1,005.7** | **25.3%** | **20.4%** |

**Reconciliation from operating profit (loss) margin to adjusted operating profit (loss) margin**

| ($M \| 2nd QUARTER) | 2Q21 | 2Q20 | Δ |
|---|---|---|---|
| Net sales | $1,260.3 | $1,005.7 | $254.6 |
| Operating profit | 102.2 | 70.6 | 31.6 |
| **Operating margin** | **8.1%** | **7.0%** | **1.1%** |
| | | | |
| Amortization of intangibles | 31.9 | 32.2 | (0.3) |
| Adjusted operating profit | 134.1 | 102.8 | 31.3 |
| **Adjusted operating margin** | **10.6%** | **10.2%** | **0.4%** |

**Reconciliation of Net cash provided by (used for) operating activities to Free Cash Flow**

| ($M \| 2nd QUARTER) | 2Q21 | 2Q20 | 1H21 | 1H20 |
|---|---|---|---|---|
| Net cash provided by (used for) operating activities | $59.3 | $73.0 | $120.1 | ($121.7) |
| Less: Capital expenditures | (13.6) | (6.5) | (30.4) | (13.2) |
| Less: Investments in capitalized software | (4.3) | (4.4) | (5.4) | (6.2) |
| **Free cash flow** | **$41.4** | **$62.1** | **$84.2** | **($141.1)** |

Note: Segment operating profit (loss) is the measure of profitability disclosed in Note 12 to the unaudited condensed consolidated financial statements for the quarter ended June 30, 2021.

 **VERTIV.**

Source: Management estimates

Confidential. Property of Vertiv. 15

# Non-GAAP financial measures – second quarter results (cont.)

Second quarter 2021 reflects midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)**

| ($M, except EPS \| 2nd QUARTER 2021) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|
| GAAP | $102.2 | $20.0 | 71.2 | $1.3 | $9.7 | $0.03 |
| Intangible amortization | 31.9 | - | - | - | 31.9 | 0.09 |
| Change in warrant liability | - | - | (71.2) | - | 71.2 | 0.20 |
| Pro forma share count[1] | - | - | - | - | - | (0.01) |
| Non-GAAP Adjusted | $134.1 | $20.0 | - | $1.3 | $112.8 | $0.31 |

| ($M, except EPS \| 2nd QUARTER 2020) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|
| GAAP | $70.6 | $30.1 | $82.2 | $14.3 | ($56.0) | ($0.17) |
| Intangible amortization | 32.2 | - | - | - | 32.2 | 0.10 |
| Change in warrant liability | - | - | (82.2) | - | 82.2 | 0.25 |
| Pro forma share count[2] | - | - | - | - | - | (0.02) |
| Non-GAAP Adjusted | $102.8 | $30.1 | - | $14.3 | $58.4 | $0.16 |

(1)  GAAP Diluted EPS based on 356.7 million shares (includes 352.2 million basic shares and 4.5 million potential dilutive stock options and restricted stock units). Non-GAAP Adjusted EPS based on pro forma share count of 362.1 million diluted shares (includes 352.2 million basic shares and 9.9 million potential dilutive warrants, stock options and restricted stock units).  We believe that this presentation is more representative of operating results by removing the impact of warrant liability accounting and the associated impact on diluted share count.

(2)  GAAP Diluted EPS based on 328.4 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

**VERTIV.**

Source: Management estimates

Confidential. Property of Vertiv.   16

# Non-GAAP financial measures – third quarter guidance

Third quarter 2021 reflects midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)**

| ($M, except EPS | 3rd QUARTER 2021[3]) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|
| GAAP | $128.0 | $21.0 | – | $37.0 | $70.0 | $0.19 |
| Intangible amortization | 32.0 | – | – | – | 32.0 | 0.09 |
| Change in warrant liability | – | – | – | – | – | – |
| Non-GAAP Adjusted | $160.0 | $21.0 | – | $37.0 | $102.0 | $0.28 |

| ($M, except EPS | 3rd QUARTER 2020) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|
| GAAP | $35.1 | $26.4 | $87.7 | $24.5 | ($103.5) | ($0.32) |
| Intangible amortization | 32.5 | – | – | – | 32.5 | 0.10 |
| Change in warrant liability | – | – | (87.7) | – | 87.7 | 0.27 |
| Pro forma share count[2] | – | – | – | – | – | – |
| Non-GAAP Adjusted | $67.6 | $26.4 | – | $24.5 | $16.7 | $0.05 |

(1)  GAAP Diluted EPS and non-GAAP adjusted EPS based on 363.8 million shares (includes ~352.2 million basic shares and ~11.6 million potential dilutive warrants, stock options and restricted stock units).

(2)  GAAP Diluted EPS based on 328.4 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3)  Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q3 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.

 VERTIV.

Source: Management estimates

Confidential. Property of Vertiv.   17

# Fourth quarter 2021 financial guidance

*$Millions; midpoint of guidance range unless otherwise specified*

| **Net Sales** | **Adj. Operating Profit** | **Adj. Operating Margin** | **Adjusted EPS** |
|---|---|---|---|
| Up 4%<br>Organic +4% | Up ~28% | Up 260 bps | Up $0.05 |



Range: 1,330 - 1,390



Range: 185 - 205

Range: 13.9% – 14.5%



Range: $0.32 - $0.36

**Net Sales**
+ Single digit growth in all regions
+ ~$10M FX tailwind
+ Includes ~$35M of pricing benefit vs. 4Q 2020

**Adj. Operating Profit**
+ ~$35M higher contribution margin:
  + ~$5M organic volume growth
  + ~$30M pricing, productivity and other offset by material and freight inflation
− ~($5M) higher fixed costs:
  + ~$10M fixed cost savings (including restructuring benefits)
  − ~($15M) growth and ER&D investment

**Adjusted EPS**
+ $0.12 from operations
+ $0.03 FX
+ $0.01 lower interest expense
− ($0.04) growth/ER&D investment
− ($0.07) higher income taxes

## Significant margin enhancement as pricing actions gain traction

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 15 of the Appendix.   Free cash flow equals cash from operations less net capital expenditures.

Confidential. Property of Vertiv.   18

# Non-GAAP financial measures –fourth quarter guidance

Fourth quarter 2021 reflects midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)**

| ($M, except EPS \| 4th QUARTER 2021[3]) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|
| GAAP | $163.0 | $21.9 | – | $47.7 | $93.4 | $0.26 |
| Intangible amortization | 31.3 | – | – | – | 31.3 | 0.08 |
| Change in warrant liability | – | – | – | – | – | 0.01 |
| Non-GAAP Adjusted | $194.3 | $21.9 | – | $47.7 | $124.7 | $0.35 |

| ($M, except EPS \| 4th QUARTER 2020) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|
| GAAP | $120.1 | $25.0 | $34.4 | $20.2 | $40.5 | $0.12 |
| Intangible amortization | 31.6 | – | – | – | 31.6 | 0.10 |
| Change in warrant liability | – | – | 34.4 | – | 34.4 | 0.10 |
| Pro forma share count[2] | – | – | – | – | – | (0.03) |
| Non-GAAP Adjusted | $151.7 | $25.0 | – | $20.2 | $106.5 | $0.29 |

(1)   GAAP Diluted EPS and non-GAAP adjusted EPS based on 364.6 million shares (includes ~352.2 million basic shares and ~12.3 million potential dilutive warrants, stock options and restricted stock units).

(2)   GAAP Diluted EPS based on 333.3 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3)   Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q4 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.



Source: Management estimates

# Non-GAAP financial measures – updated full year guidance

Full year 2021 at midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)**

| ($M, except EPS | FULL YEAR 2021(3)) | Operating profit (loss) | Interest expense, net | Loss on extinguishment of debt | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS(1) |
|---|---|---|---|---|---|---|---|
| GAAP | $473.0 | $87.0 | $0.4 | $84.8 | $96.0 | $204.8 | $0.57 |
| Intangible amortization | 127.0 | - | - | | - | 127.0 | 0.35 |
| Change in warrant liability | - | - | - | (84.8) | - | 84.8 | 0.23 |
| Non-GAAP Adjusted | $600.0 | $87.0 | $0.4 | - | $96.0 | $416.6 | $1.15 |

| ($M, except EPS | FULL YEAR 2020) | Operating profit (loss) | Interest expense, net | Loss on extinguishment of debt | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS(2) |
|---|---|---|---|---|---|---|---|
| GAAP | $213.5 | $150.4 | $174.0 | $143.7 | $72.7 | ($327.3) | ($1.07) |
| Intangible amortization | 128.7 | - | - | - | - | 128.7 | 0.42 |
| Change in warrant liability | - | - | - | (143.7) | - | 143.7 | 0.47 |
| Pro forma share count(2) | - | - | - | - | - | - | 0.03 |
| Non-GAAP Adjusted | $342.2 | $150.4 | $174.0 | - | $72.7 | ($54.9) | ($0.15) |

(1)  GAAP Diluted EPS and non-GAAP adjusted EPS based on 362.3 million shares (includes ~351.6 million basic shares and ~10.7 million potential dilutive warrants, stock options and restricted stock units).

(2)  GAAP Diluted EPS based on 307.1 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3)  Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to FY 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.


VERTIV.
Source: Management estimates

Confidential. Property of Vertiv.   20

# Adjusted operating profit bridge: full year 2021 guidance

*$Millions*



The chart is a waterfall bridge showing:

| Category | Value |
|---|---|
| FY 2020 adjusted operating profit | 342 (7.8%) |
| Restructuring reserve and asset impairment | 92 |
| SPAC transaction costs | 21 |
| FY 2020 pro-forma | 456 (10.4%) |
| Organic volume | 185 |
| Fixed cost reductions (incl. restructuring benefits) | 50 |
| FX | 40 |
| Growth and R&D investment | (60) |
| 2020 COVID savings actions | (40) |
| Inflation net of pricing | (45) |
| Productivity, mix & other | 14 |
| FY 2021 adjusted operating profit | 600 (12.0%) |

Operating margin %

- Incremental sales growth of $100M vs. prior guidance includes $45M volume, $40M pricing and $15M FX tailwind. Volume benefit of $15M adj. OP.
- Unfavorable commodity and freight headwinds, product mix and spot buys partially offset by incremental pricing actions combine to reduce contribution margin by ($40M) compared to prior guidance

**VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 19 of the Appendix.    CM = Contribution Margin

Confidential. Property of Vertiv.   21

# Full year 2021 inflation and pricing evolution

*$Millions favorable / (unfavorable) vs. prior year*

|  | February Guidance (adj. OP = $575M) | April Guidance (adj. OP = $595M) | July Guidance (adj. OP = $600M) |
|---|---|---|---|
| Material and freight inflation | ($20) | ($45) | ($110) |
| Pricing actions | 15 | 25 | 65 |
| **Net material and freight inflation** | **($5)** | **($20)** | **($45)** |

- Reflects the year over year change in contribution margin attributable to material & freight inflation and pricing actions

- Material and freight inflation includes market impacts (higher commodity prices, freight rates, etc.) as well as premiums paid for spot-buys and expedited shipments due to parts availability challenges

- Pricing includes items such as list price increases, discount and rebate reductions, pass through pricing (lead) and pricing recovery on outbound freight

**VERTIV.**

22

