# Exhibit 24

**S&P Global**
Market Intelligence

# E & I Engineering Ireland Limited
# M&A Call
## Wednesday, September 08, 2021 2:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 11

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**David J. Fallon**
*Chief Financial Officer*
*Vertiv Holdings Co*

**David M. Cote**
*Executive Chairman*
*Vertiv Holdings Co*

**Gary John Niederpruem**
*Chief Strategy & Development
Officer*
*Vertiv Holdings Co*

**Lynne M. Maxeiner**
*Vice President of Global Treasury &
Investor Relations*
*Vertiv Group Corporation*

**Robert J. Johnson**
*CEO & Director*
*Vertiv Holdings Co*

## ANALYSTS

**Amit Jawaharlaz Daryanani**
*Evercore ISI Institutional Equities,
Research Division*

**Brandon Tyler Reagan**
*Wolfe Research, LLC*

**David Emerson Ridley-Lane**
*BofA Securities, Research Division*

**Jeffrey Todd Sprague**
*Vertical Research Partners, LLC*

**Lance William Vitanza**
*Cowen and Company, LLC,
Research Division*

**Nicole Sheree DeBlase**
*Deutsche Bank AG, Research
Division*

**Patrick Michael Baumann**
*JPMorgan Chase & Co, Research
Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, everyone. My name is Jamie, and I will be your conference operator today. At this time, I would like to welcome everyone to Vertiv's conference call announcing the E&I Engineering Group acquisition. [Operator Instructions] Please note that today's conference call is being recorded.

At this time, I'd like to turn the program over to your host for today's conference call, Lynne Maxeiner, Vice President of Investor Relations.

**Lynne M. Maxeiner**
*Vice President of Global Treasury & Investor Relations*

Great. Thank you. Good morning, and welcome to Vertiv's conference call to discuss the acquisition of E&I Engineering Group and to provide an update on the business outlook. Joining me today are Vertiv's Executive Chairman, David Cote; Chief Executive Officer, Rob Johnson; Chief Financial Officer, David Fallon and Chief Strategy and Development Officer, Gary Niederpruem.

Before we begin, I point out that during the course of this call, we will make forward-looking statements regarding future events, including the future financial and operating performance of Vertiv as well as its future financial performance when combined with the E&I Engineering Group. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. We refer you to the cautionary language included in today's announcement, and you can learn more about these risks in our registration statement, our proxy statement and other filings with the SEC.

Any forward-looking statements that we make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events.

During this call, we will also present both GAAP and non-GAAP financial measures of the half results and GAAP to non-GAAP reconciliations can be found in the announcement relating to the acquisition of the E&I Engineering Group and in the investor slide deck found on our website at investors.vertiv.com.

With that, I'll turn the call over to Executive Chairman, David Cote.

**David M. Cote**
*Executive Chairman*

While we have today a bit more of a complicated message because at the same time that we're announcing just a terrific acquisition, we have to take our numbers down because supply conditions have worsened significantly. Just a month ago, we were assured of supply by paying more, which we included in our estimates. A month later, that was no longer true. Now you can't get supply at any price, and we have to adjust for that. It is an unpleasant for you and for us, but them is the facts.

Importantly, one, demand remains very strong, reinforcing the perspective that we truly do have a great position in a good industry. And two, the supply situation is a temporary phenomenon. The acquisition we're announcing today is just superb, and will have a permanent and 1-plus-1-equals-3 effect on the company. Rob and his team followed the rigorous approach to acquisitions that we've discussed in the past. Starting with identification, they early on identified this space as critical to providing a total system for customers. Looking for many months at many candidates, they settled on E&I as having the best, most flexible technologies, strong profitability because of that differentiation, a customer-focused culture that matches ours, and a CEO who really wants to keep winning.

For the valuation step, the teams were able to arrive at a fair price and payment approach. Additionally, while the sales synergies are likely to far exceed the cost synergies, no sales synergies have been included in the financial model. We are also able to finance this in a way that maintains strong liquidity.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

The due diligence step has been intense and comprehensive, covering financials, legal, environmental, et cetera. All the steps you would expect a high-quality outfit to do. Given the significant rebound expected in 2022, Rob and his team spent a lot of time validating the backlog and profitability. Additionally, I went over to Northern Ireland last week to see things for myself, talking to the CEO and his team and touring the facilities.

The fourth and final phase integration is still largely to come, and we are approaching it with the same process rigor used for the other steps. A full-time integration team and what they need to do has already been identified, and they are raring to go.

Rob is also setting up the review cadence you'd expect with reviews pre-acquisition at 30, 60, 90 days and at least quarterly thereafter until fully integrated. I think when you've had a chance to hear more about it from Rob and his team, you'll be as excited as I am about where we're going. Permanent positive effect of this deal far outweighs the temporary supply issue we have to deal with now. I really am psyched about where this takes us in 2022 and beyond.

So with that, I'll turn it over to Rob.

**Robert J. Johnson**
*CEO & Director*

Thanks, Dave. Today's message and communication is certainly a bit more intricate than normal. But as we've demonstrated as a public company over the past 18 months, we want to be transparent and to ensure you see the business like we see it.

First, let me start by saying how excited I am about the acquisition of E&I. We have cultivated our relationship with E&I for quite some time, and we've gotten to know each other very, very well. As you'll hear from me, Dave, David and Gary, during the remarks and probably again, during Q&A. This deal squarely fits into our strategy and rounds out our portfolio.

We have, in common, a very customer-centric view of the world and have been -- and will be accretive on almost every financial metric. Before we get further into the deal, I want to address the business conditions being felt by Vertiv. Clearly, as Dave stated, no one wants to ever lower guidance at any point. But based on what we are seeing in the supply environment, we think it's prudent to do it at this time.

The supply issues will pass, and the team is working night and day to source every part possible, but it's a difficult environment and has gone even more difficult in the past 30 days.

Turning to Slide 5. I'll provide a bit more color. The demand side of our business continues to be robust. The order rate in Q3 is up approximately 12% compared to the same time period last year. We see continued strength in the cloud and colocation market and the enterprise market is behaving as anticipated. Our backlog has risen to a new high, reaching $2.4 billion at the end of August, which is 30% higher than that at the end of 2020. Demand is strong.

The supply side, however, is challenging us. Since our last earnings call at the end of July, we've seen the market tighten up significantly. In some cases, we can get parts just as normal. In other cases, we need to pay elevated prices on the spot market. What we're experiencing now is that, as Dave mentioned, just some parts aren't available.

Our pricing has continued to ramp. The backlog is healthy, but because of the way some of the shipments and timing occur, it looks like we'll capture more of the pricing in 2022 than in 2021. The Vertiv's team continues to address these issues, but there's no doubt the market is more constrained now than it was 30 days ago.

Despite the constraints, we continue to invest in product development and R&D to maximize our competitive advantage and innovation.

With that, I'll turn it over to David Fallon to discuss some of the financial implications. David?

**David J. Fallon**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

Yes. Good morning, everybody, and thanks, Rob. Turning to Page 6. This slide summarizes our revised financial guidance for the third quarter. As Rob mentioned, due to continued broad-based supply chain headwinds, we are revising our third quarter and full year expectations for both the top line and the bottom line. In particular, for the third quarter, we are reducing projected net sales by $50 million at the midpoint from $1.280 billion to $1.230 billion, $40 million of this reduction is related to parts availability and $10 million is due to a combination of lower expected pricing, as Rob mentioned, and foreign exchange.

We are lowering projected third quarter adjusted operating profit by $30 million, $16 million, driven by lower sales and $12 million from higher input costs as we continue to strategically execute spot buys where we can, which we consider a near- and long-term investment in our customer relationships.

In addition, we estimate that we will incur approximately $15 million in M&A costs in the third quarter, not included in our headline adjusted operating profit, in other words, adjusted out, but reflected in the far right bar in each of the charts on this page.

Finally, we are reducing projected third quarter EPS by approximately $0.10, primarily related to the reduction in adjusted operating profit.

Turning to Page 7. This slide summarizes our guidance revisions for the full year 2021. As implied, we anticipate third quarter supply chain headwinds to continue through year-end, with the negative impact for fourth quarter sales and adjusted operating profit to be relatively consistent with what we anticipate in the third quarter. In total, we are reducing full year net sales by $90 million and full year adjusted operating profit by $60 million.

We also anticipate approximately an additional $51 million of M&A costs in the fourth quarter for approximately $66 million for the full year. Based upon an assumed December 1 closing date, we project $45 million incremental net sales and $11 million adjusted operating profit in the fourth quarter from the E&I deal.

Finally, on the far right, we are reducing our full year projection for free cash flow from $300 million in our previous guidance to $205 million in our revised guidance, and this includes approximately $45 million of cash expenses related to M&A.

With that said, I turn it back over to Rob.

**Robert J. Johnson**
*CEO & Director*

Thanks, David. Turning to Slide 9. The acquisition of E&I complements our current portfolio and will expand our addressable market by approximately $7 billion. It's a very attractive market with underlying long-term market growth of 5-plus percent. E&I is a leader in the data center space. They focus on vital applications for modularity, flexibility and the speed of deployment differentiate them from their competitors. Adding E&I products and services to our portfolio will significantly enhance Vertiv's overall offering for our customers.

E&I wins because of their technology, their flexibility, their deep domain knowledge and their customer responsiveness. They have the same type of engineering-driven customer-focused culture that we have at Vertiv. The two organizations are a natural fit. We believe this enhanced offering will provide significant new revenue and growth opportunities for Vertiv, as we combine the portfolio with new relevancy for our cloud and colocation customers, the fastest-growing segment of our customer base. Cloud and colocation customers demand edge deployment capability, and Vertiv will now have the ability of growing them enhanced, integrated critical digital infrastructure for their application.

From a geographic perspective, there's an opportunity to leverage Vertiv's footprint and expand E&I into Asia. E&I is a highly profitable business with industry-leading margins over 25% EBITDA margin and strong cash generation. Our model includes only cost synergies. We've not modeled in any revenue

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

synergies, although we believe they will be very significant. The acquisition of E&I offers plenty of upside for Vertiv, and is consistent with our disciplined approach to M&A. The financial benefits will be immediate accretion to our growth, margins and EPS in year 1, with cash flow generated returning our leverage to slightly above current levels by about 1 year after close.

With that, David can walk through some of the pertinent details on their financials.

**David J. Fallon**
*Chief Financial Officer*

Perfect. Thanks, Rob. And looking here at Slide 11 (sic) [ 10 ]. This page provides a nice overview of the E&I transaction with deal details on the left and financial highlights on the right. Purchase price at closing will be $1.8 billion, including $1.170 billion in cash and $630 million in Vertiv shares. In addition, there will be a $200 million earn-out payable in cash based upon full year 2022 EBITDA performance, and we disclosed the specific EBITDA threshold through the earn-out on the next slide.

The $1.170 billion cash component at closing is expected to be funded by $800 million of new debt and $370 million of cash from our balance sheet. Clearly, we structured the financing of this transaction to be friendly to our balance sheet. We are using equity as currency. While we are also strategically using liquidity, we have accumulated over the last 18 months, including proceeds from the redemption of the public warrants at the beginning of the year.

Post transaction, we will still be in a strong liquidity position. And while our net leverage at closing will increase to approximately 3.4x, we anticipate exiting 2022 at close to 2x. And this lower -- this reduction in leverage based on the expectation of continued strong generation of Vertiv and E&I. We have received a financing commitment from Citibank to backstop the debt portion of the upfront purchase price, which provides substantial financing certainty at closing.

Looking ahead to 2022, we are projecting E&I net sales of approximately $570 million, more than 20% higher than 2021 and EBITDA of $150 million, translating into a 26% EBITDA margin. Clearly, E&I is a well-run profitable business, and this high EBITDA margin contributes to many of the favorable financial highlights on the right side of this page.

As investors and analysts are well aware, a critical initiative for us is to expand our adjusted operating margin to 16% in the intermediate term and 20% in the long term. This acquisition provides an immediate tailwind in our pursuit of these margin targets. We expect this acquisition to be accretive to adjusted EPS in the first year, and we have modeled a double-digit ROI in year 5 based upon what we believe are rather conservative assumptions, including the emission of sales synergies, which could be substantial and possibly impactful as we exit 2022.

Finally, as illustrated in the box at the far lower right, we believe we are executing this strategic acquisition at a fair price of approximately 11x, which assumes expected 2022 EBITDA of $150 million, plus year 3 expected run rate cost synergies of $18 million, on a purchase price of $1.9 billion, which includes a $100 million assumed earn-out payment based upon 2022 projected EBITDA of $150 million.

Turning to Slide 11. This page illustrates the strong historical growth profile of the E&I business. From 2017 through 2020, as the company expanded its U.S. business and continue to take share in the busbar market. The top line grew at a 23% annual rate. Profitability growth followed sales growth, with EBITDA increasing from $65 million in 2017 to $157 million in 2020.

Revenue, EBITDA and EBITDA margin for full year 2020 was opportunistically elevated due to several large, highly profitable projects at the beginning of 2020. The net sales and EBITDA reduction from 2020 to the current year 2021 is driven in part by these larger 2020 projects, but also a slowdown in C&I orders in 2020, primarily due to COVID, impacted this year's first half. In addition, revenue recognition in 2021 has been impacted by the timing of several longer-cycle modular solutions being built this year.

Looking forward to 2022, we are modeling a 23% top line increase with expected strong growth supported by an approximate $100 million increase in current backlog versus this time last year. Expected 2022 EBITDA of $150 million implies a 26% EBITDA margin, relatively consistent with prior periods, excluding

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the spike in 2020. For avoidance of doubt 2022 projections conservatively exclude any positive impact from sales synergies, which, as Rob mentioned, could be significant at some point within the year, but highly likely as we exit 2022.

With that said, I turn it back over to Rob.

**Robert J. Johnson**
*CEO & Director*

Thanks, David. Moving to Slide 12. E&I was founded in 1986 by Phil O'Doherty, who has grown the company since then with a very talented and committed team. Dave, David, Gary and I have spent a great deal of time with Phil and his leadership team. The relationship we have developed and the shared vision for growing E&I as a part of Vertiv are what drove this transaction. E&I is headquartered in Ireland, with facilities there in the U.S. and in UAE and has over 2,000 employees.

We are impressed with the manufacturing capabilities of the company. Their facilities are state of the art and the strength of their operations has been a key part of E&I's success over time. From a business mix perspective, you can see the current geographic footprint with Europe being the largest market, followed by North America. We think there's ample opportunity to reshape this pie over time by growing in Asia. In terms of product, E&I has world-class switchgear, busway and modular power solutions that are specifically geared towards data centers and C&I applications, more on both these points over the next few slides.

Turning to Slide 13. You've heard me and our Chairman used this phase before, a great position in a good industry. E&I, like Vertiv, has a great position in a good industry. Let me tell you more about why we are attracted to them. First, the switchgear and busbar market, targeting data centers and C&I vital applications is large, a $7 billion market, growing annually at 5%. The vital applications part of this is very important, where E&I plays is where customers will pay for quality and want only the best technology to ensure their success of their deployments.

This is why product differentiation is so important. Customers are demanding and want customized solutions with the best engineering and integration capabilities. E&I has dove into the capability to meet the customer demand to compete effectively against larger players. In many cases, winning business because of their strengths and their flexibility to deliver bespoke solutions.

Second, from an operating perspective, E&I is also advantaged by a vertical integration approach. Across 750,000 square feet of manufacturing, E&I leverages a vertically integrated approach to have the best product, the best speed to market capability and to provide solutions for their customers. Third, E&I has the capacity to handle more volume, and we know this is a market with significant organic growth opportunity.

Slide 14 gives you a very nice visual for how E&I fits hand in glove with Vertiv. During our strategic planning process, we identified critical power switchgear, busway and modular power solutions, including related software as key areas of interest for Vertiv from an M&A standpoint. We believe the complementary nature of the two businesses is what will allow us to have that, as Dave Cote said, 1-and-1-equals-3 type of outcome here.

With E&I, we know -- we now have the ability to offer end-to-end integrated solutions that could be managed through a single software suite and installed and maintained by our own Vertiv service organization. We believe having all these elements together will allow us to continue to differentiate for our customers.

The next page, Slide 15 gives you a great feel for where the switchgear and busway utilized within traditional and modular data center deployment. E&I is a great fit for our existing offerings, partly due to where the products are located. But there is also real areas of innovation where we can explore together, now that we have the entire powertrain.

As we've discussed, in addition to the switchgear and busway products, another huge benefit to this deal is significantly increasing our modular capability. More and more data centers are moving to modular type

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

construction. And while we do that today, E&I will bring another level of expertise in this rapidly growing area in both product and manufacturing locations.

Turning to Slide 16. This slide demonstrates the revenue opportunities that are in front of us. While we've not used any of the revenue synergies in the financial model, we do feel really good and confident that there is meaningful upside. And as we've already discussed with this broad view of our power infrastructure portfolio, it will allow for core Vertiv service businesses to start installing, maintaining the switchgear and modular solutions that E&I produces today.

We have already touched on the modular piece several times, but this piece cannot be undervalued. Sometimes these modular solutions would be more project oriented in nature, but bolstering our capability in this area will be fantastic. Finally, we believe the set of offerings we are adding to Vertiv with this acquisition aligned very well to some of the fastest growing market areas with our cloud and colocation customers.

Turning to Slide 17. From an integration perspective, as Dave mentioned, the planning has already begun. We have work streams developed and key leaders identified who are dedicated and ready to go. Gary is going to lead our integration efforts. In addition to the pre-acquisition integration reviews, we will be setting up 30-, 60- and 90-day reviews and then the quarterly cadence thereafter to thoroughly examine our progress.

We will certainly preserve the secret sauce Phil and his team have created around customers, solving complex issues, being flexible and being innovative. Phil will continue the lead E&I. He will join the Vertiv leadership team and will report directly to me. I'm excited to work alongside with him, taking the learning from E&I and incorporating those in Vertiv where they can be beneficial.

Let's take a look at Slide 18, and let me tell you what we see in terms of our initial synergy opportunities. We see cost synergies in procurement, manufacturing, and OpEx areas that should yield at least $18 million by the end of year 3. Combining our purchasing power, making strategic in-sourcing decisions, implementing BOSS in E&I facilities and a host of other actions will lead to meaningful savings.

From a revenue standpoint, we project we're being able to completely take the integrated solution to all of our customers, particularly the cloud and colocation companies that will drive this incremental revenue. We can expand E&I's customers reach to broader switchgear and busway throughout the entire enterprise space as well. We certainly see growing the E&I portfolio in the Asian region and is a very significant opportunity, which I'm very excited about. And finally, we expect to see growth in service revenue with a stronger switchgear offering. As you can tell, the cost synergies are solid, but I'm really excited about the revenue synergy possibility.

I'll now turn it back over to David to hit a few more financial highlights with this transaction. David?

**David J. Fallon**
*Chief Financial Officer*

Thanks, Rob. Turning to Page 19. This slide provides a good synopsis of the financial implications of the transaction. We expect the addition of E&I to be accretive to long-term organic growth, adjusted operating margin and 2022 adjusted EPS. Of particular importance are the benefits we expect to see with adjusted operating margins. Adding this high-margin business should be 150 basis points accretive in the long run when including cost synergies, but it should also be immediately accretive by approximately 120 basis points next year without regard to cost synergies, as we continued our drive within our long-term margin targets.

Finally, on this page, the chart to the right illustrates the acquisition impact on net leverage. We have consistently signaled that we plan to use our balance sheet as a tool for opportunistic strategic in an organic growth, and this deal serves as a great example of how we intend to execute that strategy. While net leverage increases modestly to 3.4x at the date of acquisition, based upon the expected cash generation over the next year or so, we anticipate that net leverage should return closer to 2x by the end of 2022.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

With that said, I'll turn it back over to Rob.

**Robert J. Johnson**
*CEO & Director*

Thanks, again, David. Coming for full circle, what we don't take reducing our guidance lightly, we wanted to provide you with the latest view that we have on the market. To reiterate what Dave said in his opening remarks. Parts and issue -- parts are a temporary issue for us. Demand is strong and the acquisition of E&I positions Vertiv very well for the long term. For all the E&I employees listening, thank you for building a strong and highly desirable company. We welcome you and look forward to working together. To all the Vertiv employees listening, let's watch, listen and learn what best practices E&I can teach us, as we start the integration process.

To the great combined team of E&I and Vertiv, I look forward to continuing what each of us has already started and build an even greater company together.
With that, I'll turn it over to the operator to open up the lines for any questions. Operator?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today comes from Nicole DeBlase from Deutsche Bank.

**Nicole Sheree DeBlase**
*Deutsche Bank AG, Research Division*

Congrats on the deal. So I' m going to ask one question on the guidance update and then one question on E&I. So on the guidance update, I guess, could you guys just provide a little bit more detail around what's going on with the pricing assumptions? And I mean, I think there's a timing issue here, but maybe just provide some more color around why the pricing is pushing into 2022 and your conviction that price cost can turn positive next year?

**Robert J. Johnson**
*CEO & Director*

Yes. Nicole, and thanks again for the question. Yes, what we're saying around pricing, we continue to have headwinds as it relates to cost in materials. We continue to drive pricing. And what we're really saying here is that a lot of that will be recognized in '20 -- beginning 2022, as we build that into the backlog. We're currently burning off our current backlog. And as we do that, we won't see that pricing effect. So it's kind of a delayed by a couple of quarters. But we feel good about our pricing process, getting price in the market and continue as inflationary measures impact us. Gary?

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes. Thanks, Rob. Nicole, I think the only other commentary I'd add to Rob is with what we're seeing in pricing is, it is really sticky. So the only piece here is not the fact that we can't get price, it is exactly what Rob said a large backlog and some of the timing of the shipments on the projects might slip out to where we have more meaningful increase in pricing going into next year. But you can see the pricing ramping every quarter, every month as we track this. And the pricing that we are getting, we do feel is really pretty sticky. So it's not really can we get price. It's just more of a timing issue than anything.

**Nicole Sheree DeBlase**
*Deutsche Bank AG, Research Division*

Okay. Got it. That's helpful color. And then on E&I, as you built your accretion assumptions, are there -- is there like a bit of a contingency in there for supply chain as well? And I guess maybe if you could go through what E&I is facing with respect to supply chain, if that's an issue for them as well.

**David J. Fallon**
*Chief Financial Officer*

Yes. Nicole. And of course that the supply chain issues is a hot topic, pretty much in every industry, every region. And it's one of the things that we have diligence with E&I. I'd say, based on where they stand today, they are not experiencing as significant of an issue. They are seeing -- certainly seeing some headwinds, but they're not seeing as a significant issue as we are based on some of their regional supply base.

However, I would say that, that is a potential risk as we head into 2022. But at this point, we're not highlighting that as a significant risk. And Rob, I don't know if there's anything you want to add on to the supply chain dynamics at E&I.

**Robert J. Johnson**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

No, David, I think you've nailed it. I mean the core products that they use in their gear is aluminum, copper, steel, those types of things,. breakers are certainly something traditionally don't use things like IGBTs that we're using in parts, that's why you're probably seeing a greater kind of supply issue for Vertiv because the types of parts we use in our UPS and in our thermal management products, which they won't experience.

**Operator**

Our next question comes from Jeff Sprague from Vertical Research.

**Jeffrey Todd Sprague**
*Vertical Research Partners, LLC*

Just a couple from me also. First, Rob, just picking up where you were on supply IGBTs you just called out -- on the Q2 call, you called out kind of more mundane things like fans and the like also -- I guess the question really is how widespread are the availability issues? And maybe elaborate a little bit on your view that it is temporary. I mean, I guess, over a long scope of time, it's temporary. But how long is temporary in your view? Are we talking months, quarters, maybe you're pursuing new sources of supply, maybe you're vertically integrating to address it yourself. But a little more color there, I think, would be helpful.

**Robert J. Johnson**
*CEO & Director*

Yes. Good question, Jeff. And but I'd love to be able to tell everyone today definitively when this is going to end. But as you can see, it's impacting multiple industries across the globe, not just us. As you mentioned earlier, you're absolutely correct. On the last call, we talked about IGBTs, our fans, all those things are still consistent. What primarily, a lot of the industry and industries are experiencing is chip shortages, in general. And you've seen announcements from several companies around that. That tends to take longer to be able to get that supply back up on playing.

So when we say temporary, various parts of our business, whether it's IGBTs might be a temporary thing, which could be a quarter or 2. Some of the chips and so forth could lag into latter part of 2022. I wish I had the perfect crystal ball for that, but we are seeing real time in the last 30 days, suppliers de-commit from commitments that they've already made and our willingness to actually spend more money to get those parts and then the parts aren't there, they're not able to ship them.

So when I say temporary, we'll look at it and we take it part by part. We're -- our engineers are hard at work looking at alternative sources and qualifying other parts that might be available out there. So we're not just giving up and throw our hands up in the air saying that it's an issue for us. We're really working hard to second source, third source and get other suppliers back online.

But the chip thing, in general, as you read in the news and hear everywhere is something that's going to take a little bit of time for the fabs to come up to speed. The demand is much higher. Unfortunately, a lot of the parts that we share or have and our products are shared across many of the electronics, whether it's the auto industry, whether it's other areas, and we're all buying for those vital components to put our things in order. But as I said, I feel confident that this will pass, and we continue to see the strong order growth, and we're fulfilling and taking care of our customer demand the best we can.

**Jeffrey Todd Sprague**
*Vertical Research Partners, LLC*

And then secondly, unrelated, David mentioned a couple of times what the deal does for your margins. I think the impression we all had was getting to 16% and then ultimately, the 20% was in the scope of the internal levers that you had at your disposal, the multiple things you've talked about. Is that still the case? Obviously, the arithmetic of the steel moves to margins, but that internal target opportunity that you saw and have been talking about, is that fully intact?

**David J. Fallon**
*Chief Financial Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Yes. Great question, Jeff. We can absolutely confirm that the opportunity that we see internally from margin expansion is the same after this deal as it was before the deal. And mathematically, we got to get to 16% one way or the other first and then the 20%. But as we look across the many opportunities that we've talked about over the last 18 months, we continue to remain very optimistic that those are still intact, and we'll continue to drive those. And this will help us at least from a numbers perspective, to get there more quickly. But from an overall ability to get to that 20% in the long run based on internal levers, we still remain very confident being able to do that.

**Operator**

Our next question comes from Lance Vitanza from Cowen.

**Lance William Vitanza**
*Cowen and Company, LLC, Research Division*

Congratulations on the transaction. I do have one question on the supply chain and then one on the merger. With respect to the supply chain stuff, what is the risk that your competitors would be better able to access supply and thus take share?

**Robert J. Johnson**
*CEO & Director*

This is Rob. That always could be a possible risk, but I believe the global nature and the local nature of our supply chain, but we're getting our fair share plus. I know as I look at the numbers and our growth rates are up greater than what we had originally expected, and we know that we're getting more than our fair share from some of the suppliers. So I don't wake up at night or wake up worried about that. I just want to take care of the customers that we have orders from today and get those shipped out.

So we're really aggressive, and the team is honestly not sleeping, working around the clock. So I feel like from a competitive perspective, we're going to be as competitive as anybody else getting those parts and supplies. And like I said earlier, we're continually looking at alternate sources so that we can broaden that supply base opportunity for us as well.

**Lance William Vitanza**
*Cowen and Company, LLC, Research Division*

Okay. Great. And then with respect to the merger, Rob, you mentioned that E&I isn't yet in Asia. Do you think you can take them there? Is that the primary source of the potential revenue synergies you alluded to? And could -- in any case, could you discuss sort of like the rough timing of your entry into Asia? And are there specific obstacles that you'd expect to face as you look to do that and penetrate that new market?

**Robert J. Johnson**
*CEO & Director*

Yes. So Lance, actually, I see a global opportunity. I highlighted Asia because they have some work that's being done actually in Australia. But we look at that as something that within 2022, we'll be taking orders and doing business over there, whether that all shifts from local sources in Asia, which takes time to bring factories online, but we'll be able to take our collective customer base and bring the E&I capabilities to that.

What really excited me about the deal is the fact we have customers in the enterprise space that we've had strong relationships for years. And in the colo space where maybe they haven't been as strong, where we can immediately bring this opportunity and capability together. So I really look at the entire globe as an opportunity with Asia being kind of a supercharger for us to get the revenue growth. The combination of bringing the entire powertrain together, the innovation that we can do together, now having to complete system, I think, puts us at a different level and allows us to compete quite well.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question comes from Nigel Coe from Wolfe Research.

**Brandon Tyler Reagan**
*Wolfe Research, LLC*

This is Brandon Reagan for Nigel Coe. I'm going to do the sort of the same style that everyone else has been doing one on guidance and one on E&I. I'll start with guidance. The drop in free cash flow is something that sort of came as a surprise to us. And other than that I think you point to like a $45 million hits free cash flows for the transaction. But is there any other working capital pressures coming in inventory? Or is it just really accounts receivable? And is this going to sort of liquidate normalize as we go into '22 when the cadence of inventory and supply are normalized?

**David J. Fallon**
*Chief Financial Officer*

Yes. Great question, Brandon. This is David. So if you look at the $95 million takedown, we bullet point that out on Slide 7, $50 million related to the operations directly attributable to the $60 million reduction in the adjusted operating profit. It's not the full $60 million because, of course, from a timing perspective with the working capital in the fourth quarter, those sales wouldn't have been received in the fourth quarter anyhow. So that would actually negatively impact the beginning of next year.

Your question about inventory is a good one. And as -- and we have included some provision in our updated numbers for increased investment in inventory based on where we are with the supply chain. So we have pretty much put our internal inventory metric aside in this environment, and we will continue to invest in inventory. If we can get our hands on parts, we will make that investment, and you could see that inventory balance increase as we get through the year.

The other component or the other half of that takedown is -- for the full year free cash flow is based on the M&A expenses, and $45 million of the $65 million approximately are cash related. The other $20 million is pursuant to some purchase accounting noncash entries that we expect in the fourth quarter associated with the transaction.

**Brandon Tyler Reagan**
*Wolfe Research, LLC*

Perfect. And then just one quickly on E&I. In the past, E&I had been a supplier at one part or another to Schneider and I was just -- in both the U.K. and the U.S., I was just wondering if there's going to be any sort of cannibalization of potential vert of all-in sales if E&I continues to support the Schneider project pipeline.

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes. Brandon, it's Gary. I think the short answer probably is we would not expect any dis-synergies at that point. And we -- there's always a little bit of a buy-sell relationship between all of our peer companies and whether that's [indiscernible] level or at a breaker level or UPS level, there's always some buy and resell relationship going on. So I would not expect any dis-synergies at this point in time.

**Operator**

Our next question comes from Andrew Obin from Bank of America.

**David Emerson Ridley-Lane**
*BofA Securities, Research Division*

This is David Ridley-Lane for Andrew Obin. Wondering what the biggest factors behind E&I's revenue growth over the last 4 years has been? Is there a specific product group that has been growing much faster with geographic expansion that they've done? It's gone very well.

**Robert J. Johnson**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

David. This is Rob. What I'd say the secret sauce is very similar, and that's why we like the company. They are very intimate in collaboration and innovation with our customers. And what I'd say as the customer base at [indiscernible] bespoke solutions, want things their way. They really value the collaboration and engineering and innovation aspects. And that's where E&I is really, really done a great job.

As you mentioned, they have expanded their footprint in Americas and have had success with taking that same model that they're very successful in Europe and bringing that to the Americas, which excites us because we've seen that now replicate and they've done it in the Middle East, and we'll do it in Asia as well. So I think they continue to be customer focused, continue to drive innovation as a core value and collaboration with the customers, speed is everything, but quality as well. And that's all the things that E&I represents. And that's why they're winning.

**David Emerson Ridley-Lane**
*BofA Securities, Research Division*

And then what's the aftermarket and services mix for E&I. Is it similar Vertiv? Lower than Vertiv? And then is there an opportunity to leverage your own existing service footprint for E&I products?

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes, David, it's Gary. Yes. I think that last part you probably answered it even more succinctly than I could. We do see that service piece as a huge lever here. So traditionally, E&I business does not have a lot of service that's attached to it. And we have a relatively large couple of hundred million dollar service business within our larger service business that is focused on switchgear, both installation, maintenance, deployment, aftermarket, spares. And so we think there's a real opportunity to be able to take that capability in go-to-market along with the E&I product side. So we should be able to have a fully integrated product set as well as be able to wrap that with our service business as well.

**Operator**

Our next question comes from Amit Daryanani from Evercore.

**Amit Jawaharlaz Daryanani**
*Evercore ISI Institutional Equities, Research Division*

I guess I have two as well. Maybe first on the E&I side. Can you just talk about when I look at this 20% plus growth rate of the company, historically, I think you're talking about that in 2022 as well. I guess, is that all organic number, at least from a historical basis that they've had? And is this likely to think about this business longer term at a 20% CAGR?

**Robert J. Johnson**
*CEO & Director*

Yes, Amit. What I'd say is it is all organic. And what I've done a really good job of is playing off their kind of foundation of busbar, busway and other solutions. So what they've really done is taken their core, what I would call, custom modular switchgear and the busway and now jumping into more complete solutions, what we call Power Skid houses are called on a global basis, and they've done a really good job of adding more value to the customer, delivering more complete solutions.

We talked about in the past and where the market is going, especially on a global basis because the shortage of talent is more solutions built in a factory and less assembly done out on site. So they just continue to grow within the adjacencies of their market space, adding also software and controls around all of that. So all of it's organic and we continue to see them taking share and growing as this category expands of modular data center solutions because of their real close collaboration with customers and the innovation and speed in which they move.

**Amit Jawaharlaz Daryanani**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Perfect. And then if I could just follow up on the revised full year guide, you said two components to this, but on the revenue side that you're knowing your revenue expectations by, just talk about your conviction that this is all going to go into perhaps a backlog and you realized at some point perhaps in 2022 versus it's gone away competitively to someone else. So just where do you see those orders going in the backlog or somewhere else would be helpful to understand.

And then I'm -- maybe just talk on pricing capabilities, right? I would have thought even how tight the demand environment -- supply environment is and how the demand is, you would have more pricing power versus not. So just why is that taking a bit longer to realize versus not?

**Robert J. Johnson**
*CEO & Director*

I'll start off and then let Gary jump in to the pricing side. But as it relates to backlog, what we've always talked, our backlog is really sticky, meaning when we get a purchase order, it's followed up with a contract and so on, so that we very rarely, if at all, see any of the backlog kind of go away. Typically, these jobs are custom in nature and designed around our products. And while we're doing everything we can to get product out to customers on time, everyone understands that the environment today is different than what it was, call it, 6 months ago and even 30 days ago.

So we see it very sticky. We see our customers continue to place orders as evidenced by the order growth rate that we mentioned for the first 2 months of this quarter. So we feel real confident about that sticky, and driving forward and just continue heads down, taking care of the customer. But Gary, talk a little bit about price?

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes, sure, Rob. Yes. Amit, I think on the pricing side, there certainly is the transactional flow business that we have, that stuff has been priced in for a while, and we certainly see that traction and that part is relatively easy. The only part that is being delayed is some of the project stuff. And again, it's not from an issue of being able to execute or being able to get price. It's purely the timing of when that is going to hit the revenue line.

So all of the customer conversations we've had have been very rational, very open minded. So we are executing the plan and the actions really pretty well. It's just a matter of it's probably going to be -- some of it's going to be a quarter delayed, primarily because of the large backlog we have and then the execution project timing.

**Operator**

[Operator Instructions] Our next question comes from Patrick Baumann from JPMorgan.

**Patrick Michael Baumann**
*JPMorgan Chase & Co, Research Division*

The -- one of the slides you show a 0.5 point increase in long-term organic growth expectations. Can you walk through what drives that? I think it also shows core Vertiv at 6.5%. And I was thinking, at least in prior communications, core Vertiv was being presented as more like 5%, which is 1.5x 3% to 4% market growth. So just if you could walk through that maybe Slide 19, kind of that long-term organic growth math from core Vertiv to the pro forma Vertiv?

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes. Patrick, it's Gary again here. So good catch. So I'd say 2 things. One is, we think the long term -- in mid to long term sort of through the cycle market growth is probably squarely in that 4% to 4.5% range at this point in time. So maybe just a little bit north of what we were even thinking a year ago when you communicated those market growth rates. We're calling that 4% to 4.5% through the cycle growth and 1.5x the market is still the goal for core Vertiv. So that's one piece.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The reason why it goes up about 50 basis points is we truly believe that the switchgear, busway, modular solutions market is going to grow in that more mid- to upper single-digit range from a market standpoint, and we would have the same expectations for E&I that they would be able to grow 1.5x that market as well. So you sort of do that math and you say, okay. We think that, for the most part, we should be in that 7% growth range. Some years will be more, some years it will be less than we've always talked about, but it really is we've upped a little bit the lower end of the guidance from a market growth standpoint and then you layer on the slightly faster growing areas where E&I is blend those out and that's how we get that.

**Patrick Michael Baumann**
*JPMorgan Chase & Co, Research Division*

In the upper single-digit number you just mentioned, I'm going back to Slide 13, it's showing a 5% CAGR for the market, but you're saying mid- to upper single digits. Is the upper single digit, like, I don't know, is that like including some synergies? Or just kind of curious what you -- why you're framing it that way?

Or maybe said differently as well, like what is the expectation for E&I's revenue growth ex-synergies over the next few years? Like what's the CAGR you expect?

**Gary John Niederpruem**
*Chief Strategy & Development Officer*

Yes. So I'll break it into a couple of parts, and David can chime in as well here. So I think that 5% market growth is really around the known switchgear, busway market that we can clearly wrap our arms around. The reason why we think it's going to go a little bit north of that is all of the modular business that Rob mentioned earlier. And quite honestly, it's just difficult to get our own term. What is that market size for modular power skid, modular data centers right now. But whatever the size of that market is, that's going to grow north of that 5% number. So therefore, we put that range in there.

In terms of E&I longer-term revenue projections, I don't know, Dave, if you have any thoughts about that?

**David J. Fallon**
*Chief Financial Officer*

Yes. So we've had to make certain assumptions when we did our ROI calculation. And I can tell you, we -- for the out years, we are assuming upper single digits. We will have a benefit, of course, in 2022, a little bit higher than normal. But over the next 5 years, '22, let's say, to '26, we are very definitively assuming upper single digits.

**Patrick Michael Baumann**
*JPMorgan Chase & Co, Research Division*

Okay. So you don't think 2022 is something like 2020 where the business benefited from some opportunistic projects and timing around that stuff, you think 2022 is a good run rate to grow off of?

**David J. Fallon**
*Chief Financial Officer*

Absolutely. That's absolutely correct.

**Patrick Michael Baumann**
*JPMorgan Chase & Co, Research Division*

Okay. That's helpful. And then my last one, also on E&I and just kind of the portfolio stands. I mean, do you see yourself as kind of competitively well positioned versus like Eaton and Schneider and Core Electrical? Or do you think there's more work to do on that front?

**Robert J. Johnson**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I really believe that we've got the powertrain that we need for our customers. E&I really fills the portfolio nicely. So we're happy with where we're positioned there. And really excited to take that [indiscernible] globally.

**Operator**

And ladies and gentlemen, with that, we'll conclude today's question-and-answer session. I'd now like to turn the floor back over to Rob Johnson for any closing remarks.

**Robert J. Johnson**
*CEO & Director*

Thank you. And as you can tell, we are very excited about the E&I acquisition as it is a key milestone in our strategy, and it strengthens our position as a pure-play critical digital infrastructure space. We appreciate all of your support, and thank you, and have a great day. This concludes the call.

**Operator**
Ladies and gentlemen, the conference has now concluded. We thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.