# Exhibit 25



# Cautionary Statement Regarding Forward-Looking Statements

*This presentation, and other statements that Vertiv Holdings Co. ("Vertiv" or "Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Company management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects, as well as expected cost savings associated with our restructuring program. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements. The Company undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.*

*The forward-looking statements contained or incorporated by reference in this presentation are based on current expectations and beliefs concerning future developments and their potential effects on Vertiv. There can be no assurance that future developments affecting Vertiv will be those that Vertiv has anticipated. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: the timing and consummation of the proposed acquisition of E&I Engineering Ireland Limited and Powerbar Gulf LLC (collectively, "E&I Engineering") (the "Transaction"); the risk that conditions to closing the Transaction may not be satisfied; the expected expenses related to the Transaction; the possible diversion of management time on issues related to the Transaction; competition; the ability of the Company to grow and manage growth profitably; maintain relationships with customers and suppliers; retain its management and key employees; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; risks relating to the continued growth of Vertiv's customers' markets; failure to meet or anticipate technology changes; the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; disruption of Vertiv's customers' orders or Vertiv's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; competition in the infrastructure technologies industry; failure to realize the expected benefit from any rationalization and improvement efforts; disruption of, or changes in, Vertiv's independent sales representatives, distributors and original equipment manufacturers; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from Vertiv's backlog of orders and contracts; changes to tax law and the costs and liabilities associated with such changes and any tax audits that may arise; risks associated with future legislation and regulation of Vertiv's customers' markets both in the United States and abroad; costs or liabilities associated with product liability; Vertiv's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of Vertiv's insurance coverage; a failure to benefit from future acquisitions; failure to realize the value of goodwill and intangible assets; the global scope of Vertiv's operations; risks associated with Vertiv's sales and operations in emerging markets; exposure to fluctuations in foreign currency exchange rates; Vertiv's ability to comply with various laws and regulations, including but not limited to, laws and regulations relating to environmental, data protection, data privacy, anti-corruption and international trade and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against us; Vertiv's ability to protect or enforce its proprietary rights on which its business depends; third-party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; risks associated with litigation or claims against Vertiv; Vertiv's limited history of operating as an independent company; potential net losses in future periods; failure to remediate internal controls over financial reporting; our ability to realize cost savings in connection with our restructuring program; Vertiv's level of indebtedness and the ability to incur additional indebtedness; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements including restrictive covenants that restrict operational flexibility; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements is not fully within our control; Vertiv's ability to access funding through capital markets; the significant ownership and influence certain stockholders have; risks associated with Vertiv's obligations to pay portions of the tax benefits relating to pre-Business Combination tax assets and attributes; resales of Vertiv's securities may cause volatility in the market price of our securities; Vertiv's Organizational Documents contain provisions that may discourage unsolicited takeover proposals; Vertiv's Certificate of Incorporation includes a forum selection clause, which could discourage or limit stockholders' ability to make a claim against it; the ability of Vertiv's subsidiaries to pay dividends; volatility in Vertiv's stock price due to various market and operational factors; Vertiv's ability to maintain its listing on the NYSE and comply with listing requirements; risks associated with the failure of industry analysts to provide coverage of Vertiv's business or securities and other risks and uncertainties indicated in Vertiv's SEC reports or documents filed or to be filed with the SEC by Vertiv.*

*This presentation also includes certain non-GAAP financial measures, such as organic net sales, adjusted operating profit, adjusted operating profit margin, adjusted EPS and free cash flow, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. Information reconciling certain forward-looking GAAP measures to non-GAAP measures, including net leverage, adjusted operating margin, free cash flow, 2021 and 2022 estimated EBITDA, EBITDA margin and long-term organic growth, are not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results. Further, the target financials are unaudited and are not prepared in accordance with GAAP and we do not currently have access to the information in order to reconcile. Material adjustments may need to be made to the target financials, on pages 10 and 11, to conform to GAAP and Vertiv's accounting methods and practices and therefore, you should not place undue reliance on target's historical financial results.*



Confidential. Property of Vertiv. 2

# Key Messages

**Announcing strategic acquisition of E&I Engineering, significantly expanding Vertiv's offering and expected to drive immediate financial benefits; an exciting opportunity for the company**

**Market demand environment for core Vertiv business remains strong, but temporary critical electronic part shortages have accelerated much more than we expected; revising 2021 guidance downward to reflect latest market conditions**

**Never been more excited about Vertiv's future – continuing to execute on our strategy and positioned to deliver exceptional value to our shareholders through organic actions and today's strategic transaction announcement**



Confidential. Property of Vertiv.   3

# Business Conditions Update



# Customer Demand and Supply Chain Update

## CUSTOMER DEMAND

- Overall market demand remains robust and consistent with expectations. *July and August orders up ~12% compared to same period last year*

- Continued strength in cloud and colocation markets with larger project-based orders.  Enterprise segment continues to develop as expected

- *Backlog a new record level of $2.4B at end of August, ~30% higher* than end of 2020

- Seizing the opportunity to capture long-term customer commitments.  Satisfying current customer demand by investing in spot buys to procure electronic parts

## SUPPLY CHAIN & PRICING UPDATE

- Supply chain challenges trending worse than expected

  ➢ Critical part shortages driving additional spot buys and customer delivery challenges impacting all regions, but more significantly in Americas
  ➢ In many cases parts not available at any price
  ➢ Anticipate pressure from supply chain and parts shortages to continue through first half 2022

- Progress with pricing continues. However, due to healthy backlog and sales timing, execution lagging initial expectations

- Likely will fall a bit short of 2021 pricing targets (primarily Americas), but still should be tailwind for 2022

**Market demand continues to be strong.  However, reducing third quarter and full year guidance due to continuing supply chain and delivery issues**



Confidential. Property of Vertiv.    5

# Revised Third Quarter 2021 Financial Guidance

*$Millions; midpoint of guidance range unless otherwise specified*

## Net Sales

**Down $50M**

1,280 — Prior
1,230 — Revised
1,230 — w/M&A

Revised Range: 1,210 – 1,250

- ($40M) headwind due primarily to parts availability challenges
- ($5M) lower pricing benefit
- ($5M) FX headwind

## Adj. Operating Profit

**Down $30M**
(Down $45M w/M&A)

160 — Prior
130 — Revised
115 — w/M&A

Revised Range: 125 – 135

- ($16M) volume reduction (primarily parts availability)
- ($12M) higher material inflation and spot buys
- ($5M) lower pricing benefit
- $3M fixed costs and other
- ($15M) M&A: one-time expenses

## Adj. Operating Margin

**Down 190 bps**
(Down 320 bps w/M&A)

12.5% — Prior
10.6% — Revised
9.3% — w/M&A

Revised Range: 10.3% – 10.8%

## Adjusted EPS

**Down $0.10**
(Down $0.14 w/M&A)

$0.28 — Prior
$0.18 — Revised
$0.14 — w/M&A

Revised Range: $0.17 – $0.20

- ($0.08) operations
- ($0.02) income tax timing
- ($0.04) M&A: one-time expenses

*Revised*
*w/M&A*

**Accelerating supply chain challenges and M&A expenses drive lower revised guidance**



Note: see "Non-GAAP Financial Measures" beginning on Slide 22 of the Appendix.

Confidential. Property of Vertiv.    6

# Revised Full Year 2021 Financial Guidance

*$Millions; midpoint of guidance range unless otherwise specified*

| Net Sales | Adj. Operating Profit | Adj. Operating Margin | Adjusted EPS | Free Cash Flow |
|---|---|---|---|---|
| **Down $90M**<br>(Down $45M w/M&A) | **Down $60M**<br>(Down $115M w/M&A) | **Down 100 bps**<br>(Down 220 bps w/M&A) | **Down $0.16**<br>(Down $0.32 w/M&A) | **Down $95M**<br>(Includes $45M from M&A) |

**Net Sales**

- Prior: 5,000
- Revised: 4,910
- w/M&A: 4,955

*Revised Range: 4,880 – 4,940*

**Adj. Operating Profit**

- Prior: 600
- Revised: 540
- w/M&A: 485

*Revised Range: 530 – 550*

**Adj. Operating Margin**

- Prior: 12.0%
- Revised: 11.0%
- w/M&A: 9.8%

*Revised Range: 10.9% – 11.1%*

**Adjusted EPS**

- Prior: $1.15
- Revised: $0.99
- w/M&A: $0.83

*Revised Range: $0.96 – $1.01*

**Free Cash Flow**

- Prior: 300
- Revised: 205

*Revised Range: 190 – 220*

### Revised / w/M&A

**Net Sales**
- ➤ ($75M) headwind due primarily to parts availability challenges
- ➤ ($10M) lower pricing benefit
- ➤ ($5M) FX headwind
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- ➤ +$45M M&A: E&I December sales

**Adj. Operating Profit**
- ➤ ($30M) volume reduction (primarily parts availability)
- ➤ ($22M) higher material inflation and spot buys
- ➤ ($10M) lower pricing benefit
- ➤ +$2M fixed costs and other
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- ➤ ($66M) M&A: one-time expenses
- ➤ +$11M M&A: E&I December sales

**Adjusted EPS**
- ➤ ($0.17) Operations
- ➤ +$0.01 income taxes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- ➤ ($0.18) M&A: one-time expenses
- ➤ +$0.03 M&A: E&I December sales

**Free Cash Flow**
- ➤ ($50M) Operations
- ➤ ($45M) M&A: one-time cash expenses

## Accelerating supply chain challenges and M&A expenses drive lower revised guidance

 **VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on Slide 22 of the Appendix.  Free cash flow equals cash from operations less net capital expenditures.

Confidential. Property of Vertiv.

# E&I Acquisition Update



# Acquisition Highlights

**Acquiring E&I Engineering ("E&I") for ~$1.8 billion (65% cash and 35% equity) plus potential earn-out of up to $200 million cash based on near-term profitability milestones**

**E&I is a leading independent provider of switchgear, busway and modular power units serving data center and C&I customers in Europe, North America and the Middle East with ~$570 million of expected net sales in 2022**

**Highly complementary and closely associated adjacency to Vertiv's current portfolio; will expand Vertiv's addressable market by ~$7 billion, which is expected to grow 5% annually over the medium term**

**E&I is focused in those vital applications where modularity, flexibility, speed of deployment and customer centricity are key differentiators**

**Provides significant new revenue opportunities by expanding cloud and colocation relationships, increasing edge deployment capability, growing our service and solutions business and expanding the E&I portfolio to Asia Pacific**

**Adds high margin (25%+ EBITDA margin), strong cash generation business to the portfolio with achievable cost synergies and very attractive revenue synergy potential that is all upside to the base model**

**Expected immediate financial benefits – accretive to growth, margins and adjusted EPS in year 1; strong cash flow of the combined business expected to return net leverage to 2.3x by year end 2022**



# Transaction Overview

## Financial Highlights

**Purchase Price**
- Enterprise value of $1.8 billion (upfront purchase price)
- Up to $200 million earn-out based on achievement of 2022E EBITDA thresholds

**Consideration Mix**
- Upfront: $1,170 million cash (65%), ~$630 million stock (35%)
  - Financed with debt and cash from balance sheet
  - ~23 million shares based on 60 day VWAP as of 9/7/21
- Earn-out: 100% cash

**Financing & Leverage**
- $1.1 billion of existing liquidity. Strong liquidity position after $370 million used for deal. Fully committed debt financing from Citi.
- Net leverage of 3.4x at close and 2.3x targeted by end of 2022, ~12 months after close

**Financials**
- E&I 2022E Net Sales: ~$570 million
- E&I 2022E EBITDA: ~$150 million (~26% margin)
- $18 million run rate cost synergies expected by Year 3
- Revenue synergy opportunity significant and not included in base financial model – presents substantial upside

**Timing & Execution**
- Expected to close in Q4 2021 subject to customary closing conditions
- Continuity of leadership and similar business cultures to support integration

### 25%+ EBITDA Margin

### ~150bps
increase to Vertiv's pro forma Adj. Operating Margin

### Accretive
to Year 1 Adjusted EPS

### Double-Digit ROI
in Year 5 before revenue synergies

### ~11x 2022E EBITDA
based on 2022E EBITDA + cost synergies


VERTIV

Confidential. Property of Vertiv.  10

# Strong Accretive Underlying Financials and Trajectory

## E&I Net Sales ($ Million)



## E&I EBITDA ($ Million)



Note: All figures converted from GBP to USD at exchange ratio of 1.390x USD/GBP.

## Commentary

| General Commentary | ▪ 23% net sales CAGR from 2017 – 2020 |
|---|---|
| | ▪ Earn-out based on 2022E EBITDA |
| | – $100 million if >$146 million |
| | – Additional $100 million if $156 million |

| 2020-2021 Dynamics | ▪ **Net Sales:** C&I market slowdown due to COVID; more modular solutions business with a longer project revenue cycle |
|---|---|
| | ▪ **EBITDA:** lower volume, a few one-time high margin projects did not repeat, manufacturing expansion projects |

| 2021-2022 Dynamics | ▪ **Net Sales:** supported by YTD order activity driving an increase of $100M+ in backlog from prior year and future pipeline activities |
|---|---|
| | ▪ **EBITDA:** increased volume and price realization |

### 25%+
EBITDA Margin (Before Synergies)

Confidential. Property of Vertiv. 11

# E&I – A Leading Provider of Electrical Switchgear, Busway and Modular Power Solutions

- Privately owned; founded in 1986 by Philip O'Doherty

- Focused on Data Center and Vital Commercial and Industrial Market Segments

- Headquartered in Burnfoot, Ireland

- Manufacturing facilities in Ireland, South Carolina and UAE; Products used in 30+ countries

- 2,100+ employees

- Founder and key leaders staying with the business and becoming part of Vertiv team

## Sales Breakdown



**Geography**
- Europe
- North America
- Middle East

~15%
~55%
~35%

**End Market**
- Data Center
- Commercial & Industrial

~20%
~80%

## Key Products








**Switchgear** | **Busway** | **Modular Electrical Rooms** | **Modular Power Solutions** | **Energy Management System** | **Remote Power Panel**



Note: Sales figures based on 2020A and rounded to the nearest 5%.

# Expands Vertiv's Addressable Market by $7 Billion

- *E&I is a **market leader** in providing Switchgear, Busway and Modular Power Solutions for **Data Center and vital C&I applications***
- *E&I competes effectively with larger players given **speed, product innovation and customer responsiveness***
- *Targeted, served market represents **~$7 billion** Switchgear and Busway markets with mid-single digit expected market growth; Modular Power Solutions markets will **grow rapidly** over the 2021-2024 period*

## Product Differentiators

**Switchgear**
- Highly customizable product offering allowing for seamless customer adaptations
- Independent and agnostic of breaker selection allowing for flexible integration of any breaker choice

**Busway**
- Highly flexible product offering with enhanced safety and user experience features

**Modular Power Solutions**
- Bespoke integration capabilities tailored to customer requirements

## Operating Differentiators

*Vertical integration in every product area, across 750,000 sq. ft., allows for enhanced speed to market capabilities with plenty of room for incremental volume*



**Strong Market Growth Expected ($ Billion)**

*Data Center and Served C&I Markets for Target Products*

~$7 (2021)
+5% CAGR
~$8 (2024)

**Pro Forma Total Addressable Market ($ Billion)**

Services & Software Solutions — $11

Switchgear and Busway — $7

Total: $37

Power Management — $8

Thermal Management — $3

IT + EDGE Infra. — $7



Confidential. Property of Vertiv.  13

# Meaningfully Completes Vertiv's Data Center Critical Infrastructure Portfolio

## Data Center Critical Power Infrastructure

| | Critical Power Switchgear | UPS Input Switchgear | UPS | UPS Output Switchgear | Static Transfer Switch | Power Distribution Unit | Busway | Remote Power Panel | Rack PDU | Modular Power Solutions | EMS Software | Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VERTIV** | | | ✓ | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **E+I ENGINEERING GROUP** | ✓ | ✓ | | ✓ | | | ✓ | | | ✓ | ✓ | |

**Meaningfully completes product and solution offering to enable delivery of integrated solutions for customers**

# Comprehensive Offering Provides Customers "One-Stop" Solution For All Types of Data Center Deployments



# Combination Enables Enhanced Power Growth Opportunities

*Significant revenue synergy potential from combination*



**Broadens Power Infrastructure Portfolio**

- Expands further upstream reach through power infrastructure
- Potential to provide comprehensive offering to customers



**Expands Services Opportunity**

- Additional upfront project start-up services
- Ongoing maintenance



**Enables Complete Integrated Power & Modular Solutions**

- Growing modular power solutions business for data centers – the future of data center design
- Greater customer engagement with integrated systems
- Reduces deployment and design time while improving integration and quality



**Aligns With Key Cloud & Colocation Customers**

- Continued participation with Hyperscale cloud providers
- Expand existing relationships and gain new customer wins with enhanced offering



**Flexible Power Deployment Options**

- Offers customers more options to distribute power at the rack
- Flexibility and scalability for future layout changes and growth






Confidential. Property of Vertiv.

# Integration Planning Activities Have Commenced

*Principles we are following:*

- Establishing regular cadence of meetings to review progress and key metrics: pre-acquisition, 30, 60, 90 day and quarterly thereafter

- Multiple workstreams already identified

- All workstreams will have one dedicated, full-time leader for accountability

- Majority of integration leads also worked on the diligence

- Preserve E&I's secret sauce of customer focus, application know-how and flexible design and manufacturing

- Inject E&I approaches into Vertiv to foster cross pollination

# Attractive Synergy Opportunities

## Cost Synergies

| | |
|---|---|
| **Procurement** | **~45%** |
| **Manufacturing** | **~45%** |
| **Opex** | **~10%** |
| **Total Year 3** | **$18 million** |

**Well run company with high margins; selected cost savings; <1x cost to achieve**

## Revenue Synergies

- Increase opportunity with large global strategic accounts particularly in modular solutions

- Expand E&I's customer reach to broader set of Colocation and Enterprise switchgear and Busway customers

- Grow regional share in India and Asia Data Center, Colocation and Telecom customers

- Grow services revenue with stronger switchgear offering

**Meaningful revenue synergy opportunity; not included in base model—all upside**



# Meaningfully Enhances Vertiv's Financial Profile



**Long-Term Organic Growth**

6.5%[1] → **7.0%**

Vertiv — Pro Forma

Significant **revenue synergy potential**

**Adj. Operating Margin**

11.0% → **12.5%**[2]

Vertiv 2021E — Pro Forma 2021E

E&I **~25%** margin plus **$18 million** expected Run rate cost synergies

**Adj. EPS**

**+10¢**

Pro Forma 2022E

**Immediately Accretive** to adjusted EPS

**Pro Forma Net Leverage**

3.4x[3] → **2.3x**

At Close — Year-End 2022E

Robust cash generation enables **rapid deleveraging**

Note: E&I estimates based solely on information provided by E&I and not verified by Vertiv or its auditors. (1) Reflects 1.5x expected market growth. (2) Based on full year contribution from E&I and run rate cost synergies of $18 million. Excludes M&A fees. (3) Includes 50% credit for run rate cost synergies and excludes one-time M&A expenses.

Confidential. Property of Vertiv.  19

# Key Messages

**Announcing strategic acquisition of E&I Engineering, significantly expanding Vertiv's offering and expected to drive immediate financial benefits; an exciting opportunity for the company**

**Market demand environment for core Vertiv business remains strong, but temporary critical electronic part shortages have accelerated much more than we expected; revising 2021 guidance downward to reflect latest market conditions**

**Never been more excited about Vertiv's future – continuing to execute on our strategy and positioned to deliver exceptional value to our shareholders through organic actions and today's strategic transaction announcement**



Confidential. Property of Vertiv.  20

# Non-GAAP financial reconciliations



# Non-GAAP Financial Measures – Revised Third Quarter Guidance

Third quarter 2021 reflects midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)**[4]

| ($M, except EPS \| 3rd QUARTER 2021[3]) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|
| GAAP | $83.0 | $20.0 | - | $43.0 | $20.0 | $0.05 |
| Intangible amortization | 32.0 | - | - | - | 32.0 | 0.09 |
| Change in warrant liability | - | - | - | - | - | - |
| M&A expenses and acquired sales | 15.0 | - | - | - | 15.0 | 0.04 |
| Non-GAAP Adjusted | $130.0 | $20.0 | - | $43.0 | $67.0 | $0.18 |

| ($M, except EPS \| 3rd QUARTER 2020) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|
| GAAP | $35.1 | $26.4 | $87.7 | $24.5 | ($103.5) | ($0.32) |
| Intangible amortization | 32.5 | - | - | - | 32.5 | 0.10 |
| Change in warrant liability | - | - | (87.7) | - | 87.7 | 0.27 |
| Pro forma share count[2] | - | - | - | - | - | - |
| Non-GAAP Adjusted | $67.6 | $26.4 | - | $24.5 | $16.7 | $0.05 |

(1)   GAAP Diluted EPS and non-GAAP adjusted EPS based on 363.8 million shares (includes ~352.2 million basic shares and ~11.6 million potential dilutive warrants, stock options and restricted stock units).

(2)   GAAP Diluted EPS based on 328.4 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3)   Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q3 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.

(4)   Management believes adjusting operating profit to exclude M&A expenses provides investors with additional meaningful financial information that should be considered when assessing our underlying business performance and trends, and more easily compares such results with our peers in evaluating the company's performance. Disclosing this non-GAAP financial measure allows investors and management to view our operating results excluding the impact of items that are not reflective of the underlying operating performance.



Confidential. Property of Vertiv.  22

Source: Management estimates

# Non-GAAP Financial Measures – Revised Fourth Quarter Guidance

Fourth quarter 2021 reflects midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)[4]**

| ($M, except EPS \| 4th QUARTER 2021[3]) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|
| GAAP | $92.8 | $21.9 | - | $39.7 | $31.3 | $0.08 |
| Intangible amortization | 31.3 | - | - | - | 31.3 | 0.08 |
| Change in warrant liability | - | - | - | - | - | - |
| M&A expenses and acquired sales | 40.0 | - | - | - | 40.0 | 0.11 |
| Non-GAAP Adjusted | $164.1 | $21.9 | - | $39.7 | $102.6 | $0.28 |

| ($M, except EPS \| 4th QUARTER 2020) | Operating profit (loss) | Interest expense, net | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|
| GAAP | $120.1 | $25.0 | $34.4 | $20.2 | $40.5 | $0.12 |
| Intangible amortization | 31.6 | - | - | - | 31.6 | 0.10 |
| Change in warrant liability | - | - | (34.4) | - | 34.4 | 0.10 |
| Pro forma share count[2] | - | - | - | - | - | (0.03) |
| Non-GAAP Adjusted | $151.7 | $25.0 | - | $20.2 | $106.5 | $0.29 |

(1) GAAP Diluted EPS and non-GAAP adjusted EPS based on 372.3 million shares (includes ~352.2 million basic shares before transaction, 7.7 million weighted average shares issued for the transaction and ~12.3 million potential dilutive warrants, stock options and restricted stock units). Assumes 23 million shares issued in conjunction with the transaction.

(2) GAAP Diluted EPS based on 333.3 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3) Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to Q4 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.

(4) Management believes adjusting operating profit to exclude M&A expenses provides investors with additional meaningful financial information that should be considered when assessing our underlying business performance and trends, and more easily compares such results with our peers in evaluating the company's performance. Disclosing this non-GAAP financial measure allows investors and management to view our operating results excluding the impact of items that are not reflective of the underlying operating performance.

VERTIV™

Source: Management estimates

# Non-GAAP Financial Measures – Revised Full Year Guidance

Full year 2021 at midpoint of guidance range

**Reconciliation of GAAP diluted EPS to Non-GAAP adjusted diluted EPS and operating profit (loss) to adjusted operating profit (loss)[4]**

| ($M, except EPS \| **FULL YEAR 2021**[3]) | Operating profit (loss) | Interest expense, net | Loss on extinguishment of debt | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[1] |
|---|---|---|---|---|---|---|---|
| GAAP | $358.0 | $86.0 | $0.4 | $84.8 | $94.0 | $92.8 | $0.25 |
| Intangible amortization | 127.0 | - | - | | - | 127.0 | 0.35 |
| Change in warrant liability | - | - | - | (84.8) | - | 84.8 | 0.23 |
| M&A expenses and acquired sales | 55.0 | - | - | - | - | 55.0 | 0.15 |
| Non-GAAP Adjusted | $540.0 | $86.0 | $0.4 | - | $94.0 | $359.6 | $0.99 |

| ($M, except EPS \| **FULL YEAR 2020**) | Operating profit (loss) | Interest expense, net | Loss on extinguishment of debt | Change in warrant liability | Income tax expense | Net income (loss) | Diluted EPS[2] |
|---|---|---|---|---|---|---|---|
| GAAP | $213.5 | $150.4 | $174.0 | $143.7 | $72.7 | ($327.3) | ($1.07) |
| Intangible amortization | 128.7 | - | - | - | - | 128.7 | 0.42 |
| Change in warrant liability | - | - | - | (143.7) | - | 143.7 | 0.47 |
| Pro forma share count[2] | - | - | - | - | - | - | 0.03 |
| Non-GAAP Adjusted | $342.2 | $150.4 | $174.0 | - | $72.7 | ($54.9) | ($0.15) |

(1) GAAP Diluted EPS and non-GAAP adjusted EPS based on 364.2 million shares (includes ~351.6 million basic shares before transaction, ~1.9 million weighted average shares issued for the transaction and ~10.7 million potential dilutive warrants, stock options and restricted stock units). Assumes 23 million shares issued in conjunction with the transaction.

(2) GAAP Diluted EPS based on 307.1 million shares. Non-GAAP Adjusted EPS based on pro forma share count of 362.0 million diluted shares (includes basic shares and potential dilutive warrants, stock options and restricted stock units). We believe that this presentation facilitates comparison to the current period due to the impact of the reverse merger.

(3) Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to FY 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.

(4) Management believes adjusting operating profit to exclude M&A expenses provides investors with additional meaningful financial information that should be considered when assessing our underlying business performance and trends, and more easily compares such results with our peers in evaluating the company's performance. Disclosing this non-GAAP financial measure allows investors and management to view our operating results excluding the impact of items that are not reflective of the underlying operating performance.

Source: Management estimates

