# Exhibit 26

# News Release



## Vertiv Reports 5.8% Net Sales Growth, 17.2% Orders Growth and Record Backlog in Third Quarter

- Robust end-market demand continued with double-digit order growth and record backlog of $2.4 billion.
- Net sales growth of 5.8% and organic net sales growth of 3.9% versus prior year third quarter.
- Third quarter operating profit of $82 million and adjusted operating profit of $131 million[1], with operating profit margin of 6.7% and adjusted operating profit margin of 10.7%. Adjusted operating profit margin 490 basis points higher than prior year third quarter.
- Diluted earnings per share of $0.15, up $0.47 and adjusted diluted earnings per share of $0.20[1] up $0.15 from prior year quarter.
- Year-to-date net operating cash flow of $174 million increased $160 million, and year-to-date free cash flow of $128 million increased $140 million from 2020 year-to-date.
- Portfolio enhancements continue – expect to close E+I acquisition by November 1, 2021, and announcement of sale of heavy industrial UPS business expected to close in fourth quarter 2021.

**COLUMBUS, Ohio** [October 27, 2021] – Vertiv Holdings Co (NYSE: VRT), a global provider of critical digital infrastructure and continuity solutions, today reported strong financial results for its third quarter ended September 30, 2021. Third quarter net sales were $1,229 million, an increase of $67 million, or 5.8%, compared with last year's third quarter and a 3.9% organic sales increase excluding the impact of foreign currency. EMEA net sales increased 18.7% and were up 17.8% organically, with continued strength in colocation data center projects. APAC net sales increased 4.0% and were down 0.4% organically, with positive impacts from COVID-19 recovery in India offset by elevated 5G and wind power investments in China in third quarter 2020, which created a challenging year-over-year comparison. Americas net sales increased 1.0% and were up 0.6% organically, with strong service sales offset by constrained product sales impacted by supply chain challenges. Orders in the third quarter increased 17.2% compared with the prior year quarter, and Vertiv's backlog reached a record level $2.4 billion at the end of September, increasing 34% from the end of 2020.

Third quarter operating profit of $82 million increased $47 million and adjusted operating profit of $131 million increased $64 million from the prior year quarter. Adjusted operating profit improvement was influenced by a one-time $80 million charge for a restructuring reserve and asset impairments recorded in third quarter 2020. The remaining $16 million reduction in adjusted operating profit was primarily driven by a $40 million year-over-year headwind from net material and freight inflation offset by $15 million net fixed cost reductions and a $10 million flowthrough benefit from higher organic sales. Supply chain issues have continued to accelerate in the third quarter and no improvement is expected in the fourth quarter, although our pricing response continues to meaningfully increase sequentially each quarter, and we anticipate another sequential increase in the fourth quarter. Cost containment actions have been accelerated heading into the fourth quarter to mitigate impacts from increased supply chain disruptions.

"We are pleased with our third quarter performance. We met our expectations for the period despite strong inflation and supply chain headwinds that continue," said Rob Johnson, Vertiv's Chief Executive Officer. "Despite the challenges, affecting virtually every sector of global business, we navigated our way through the quarter based upon the focus and persistence of our procurement organization that has strong relationships with suppliers and transportation providers that help to enable our success. Ultimately, the disruptions to our supply chain will pass, and we will be a stronger company in the long term because of our current efforts. On the inflation front, we continue to effectively balance appropriate pricing actions with a sharp focus on cost reductions. We will remain nimble and take the necessary actions to ensure that we continue to support our customers during this strong demand environment. Every day we are inspired and motivated by the knowledge that Vertiv helps to connect the world. We enable families, educators, healthcare and other vital organizations and businesses to connect, to communicate, to collaborate and to address needs, challenges and opportunities. We will always keep that responsibility at the forefront of what we do."

Dave Cote, Vertiv's Executive Chairman, added, "Vertiv is a growing, value-creating company with a great position in a good industry. The business challenges we face today are not unique to our company and are temporary in nature. The Vertiv team will work through these temporary challenges. Investments in new products, service offerings, the Vertiv Operating System and inorganic growth opportunities accelerate our ability to create value. We acted on that commitment during the third quarter when we announced the acquisition of E+I Engineering. The transaction will round out our portfolio of in-building power train offerings for data centers and vital commercial and industrial markets. The combination amplifies Vertiv's growth opportunities and profitability while enabling us to

deliver solutions that manage a customer's entire power infrastructure as an integrated system. It was our first acquisition as a public company, and we followed best practices throughout the process to ensure we were acting in the right way at the right time to power our future. I remain excited about our ability to fuel and deliver accretive growth."

### Free Cash Flow and Liquidity

Net cash provided by operating activities in the third quarter was $54 million, a decrease of $82 million from the prior year quarter, and free cash flow was $44 million, a decrease of $85 million from the prior year quarter, primarily driven by a $43 million incremental investment in inventory to secure parts in this challenging supply chain environment, $16 million lower adjusted operating profit (net of the non-cash restructuring and asset impairment charges in third quarter 2020), $10 million higher capital expenditures related to growth investments, $9 million in M&A transaction expenses, and $6 million higher taxes. Year-to-date 2021 operating cash flow of $175 million increased $160 million, and free cash flow of $128 million increased $140 million compared to the same prior year period. Liquidity at the end of the first quarter remained strong at $1.2 billion.

### Portfolio Enhancements

The previously announced strategic acquisition of E+I Engineering Group is expected to close no later than November 1, 2021. In addition, Vertiv has signed a definitive agreement to divest its heavy industrial UPS business. This business focuses mainly on upstream oil and gas markets and is not synergistic to Vertiv's strategy. The business being divested has annual revenue of approximately $80 million. Vertiv expects to complete the divestiture in fourth quarter 2021.

### Full Year and Fourth Quarter 2021 Guidance

Given the portfolio enhancements underway, we have updated our guidance to include impacts from the E+I acquisition, as well as the divestiture of the heavy industrial UPS business. The net impacts from these transactions are an additional $55 million in net sales and $13 million in adjusted operating profit and are included in the guidance table below for both fourth quarter and full year 2021. This guidance includes the expectation that supply chain headwinds continue at current levels for the remainder of the year.  We anticipate supply chain pressure to continue at least through the first half of 2022. Despite these headwinds, demand remains strong, and we anticipate net pricing and inflation actions will provide a tailwind for full year 2022.  In addition, we continue to accelerate additional cost containment actions.

|  | Prior FY2021 Guidance | FY2021 Guidance including M&A impacts | 4Q 2021 Guidance including M&A impacts |
|---|---|---|---|
| Net sales | $4,880M - $4,940M | $4,970M - $5,030M | $1,382M - $1,442M |
| Organic net sales growth[2] | 9.5% - 10.5% | 10.5% - 11.5% | 3.0% - 7.0% |
| Adjusted operating profit | $530M - $550M | $543M - $563M | $166M - $186M |
| Adjusted operating margin | 10.9% - 11.1% | 10.9% - 11.2% | 12.0% - 12.9% |
| Adjusted EPS | $0.96 - $1.01 | $0.97 - $1.03 | $0.24 - $0.30 |
| Free Cash Flow | $190M - $220M | $190M - $220M |  |

1    This release contains certain non-GAAP metrics. For reconciliations to the relevant GAAP measures and an explanation of the non-GAAP measures and reasons for their use, please refer to Exhibit 99.1.

2    This is a non-GAAP financial measure that cannot be reconciled for those reasons set forth under "Non-GAAP Financial Measures" of this news release.

**Third Quarter 2021 Earnings Conference Call**

Vertiv's management team will discuss the company's results during a conference call on Wednesday, Oct. 27, starting at 11 a.m. Eastern Time. The call will contain forward-looking statements and other material information regarding Vertiv's financial and operating results. A webcast of the live conference call will be available for interested parties to listen to by going to the Investor Relations section of the company's website at investors.vertiv.com. A replay of the conference call will also be available for 30 days following the webcast.

**About Vertiv Holdings Co**

Vertiv (NYSE: VRT) brings together hardware, software, analytics and ongoing services to ensure its customers' vital applications run continuously, perform optimally and grow with their business needs. Vertiv solves the most important challenges facing today's data centers, communication networks and commercial and industrial facilities with a portfolio of power, cooling and IT infrastructure solutions and services that extends from the cloud to the edge of the network. Headquartered in Columbus, Ohio, USA, Vertiv employs approximately 20,000 people and does business in more than 130 countries. For more information, and for the latest news and content from Vertiv, visit  Vertiv.com.

**Non-GAAP Financial Measures**

Financial information included in the news release to which this Exhibit is attached have been prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Vertiv has included certain non-GAAP financial measures in the news release, as further described above, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. These non-GAAP financial measures may include organic net sales growth (including on a segment basis), adjusted operating profit, adjusted operating profit margin, adjusted diluted EPS, and free cash flow, which management believes provides investors with useful supplemental information to evaluate the Company's ongoing operations and to compare with past and future periods. Management also uses certain non-GAAP measures internally for forecasting, budgeting and measuring its operating performance. These measures should be viewed as supplementing, and not as an alternative or substitute for, the Company's financial results prepared in accordance with GAAP. Pursuant to the requirements of Regulation G, Vertiv has provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures.

Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to fourth quarter and full-year 2021 guidance, including organic net sales growth and free cash flow, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.

See "Reconciliation of GAAP and Non-GAAP Financial Measures" on this Exhibit 99.1 for Vertiv's reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures.

**Cautionary Note Concerning Forward-Looking Statements**

This news release, and other statements that Vertiv may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes, without limitation, statements regarding the financial position, capital structure, indebtedness, business strategy and plans and objectives of Vertiv management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects during 2021, as well as expected cost savings associated with our restructuring program. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Vertiv cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements. Vertiv undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

3

The forward-looking statements contained or incorporated by reference in this presentation are based on current expectations and beliefs concerning future developments and their potential effects on Vertiv. There can be no assurance that future developments affecting Vertiv will be those that Vertiv has anticipated. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: competition; the ability of the Company to grow and manage growth profitably; maintain relationships with customers and suppliers; retain its management and key employees; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness, uncertainty and volatility; risks relating to the continued growth of Vertiv's customers' markets; failure to meet or anticipate technology changes; the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; disruption of Vertiv's customers' orders or Vertiv's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; competition in the infrastructure technologies industry; failure to realize the expected benefit from any rationalization and improvement efforts; disruption of, or changes in, Vertiv's independent sales representatives, distributors and original equipment manufacturers; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from Vertiv's backlog of orders and contracts; changes to tax law and the costs and liabilities associated with such changes and any tax audits that may arise; risks associated with future legislation and regulation of Vertiv's customers' markets both in the United States and abroad; costs or liabilities associated with product liability; Vertiv's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of Vertiv's insurance coverage; a failure to benefit from future acquisitions; failure to realize the value of goodwill and intangible assets; the global scope of Vertiv's operations; risks associated with Vertiv's sales and operations in emerging markets; exposure to fluctuations in foreign currency exchange rates; Vertiv's ability to comply with various laws and regulations, including but not limited to, laws and regulations relating to environmental, data protection, data privacy, anti-corruption and international trade and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against us; Vertiv's ability to protect or enforce its proprietary rights on which its business depends; third-party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; risks associated with litigation or claims against Vertiv; Vertiv's limited history of operating as an independent company; potential net losses in future periods; failure to remediate internal controls over financial reporting; our ability to realize cost savings in connection with our restructuring program; Vertiv's level of indebtedness and the ability to incur additional indebtedness; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements including restrictive covenants that restrict operational flexibility; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements is not fully within our control; Vertiv's ability to access funding through capital markets; the significant ownership and influence certain stockholders have; risks associated with Vertiv's obligations to pay portions of the tax benefits relating to pre-Business Combination tax assets and attributes; resales of Vertiv's securities may cause volatility in the market price of our securities; Vertiv's Organizational Documents contain provisions that may discourage unsolicited takeover proposals; Vertiv's Certificate of Incorporation includes a forum selection clause, which could discourage or limit stockholders' ability to make a claim against it; the ability of Vertiv's subsidiaries to pay dividends; volatility in Vertiv's stock price due to various market and operational factors; Vertiv's ability to maintain its listing on the NYSE and comply with listing requirements; risks associated with the failure of industry analysts to provide coverage of Vertiv's business or securities; the timing and consummation of the proposed acquisition of E+I (the "Transaction"); the risk that a condition to closing the Transaction may not be satisfied; the possible diversion of management time spent on issues related to the Transaction; and other risks and uncertainties indicated in Vertiv's SEC reports or documents filed or to be filed with the SEC by Vertiv.

**For investor inquiries, please contact:**

Lynne Maxeiner
Vice President, Global Treasury & Investor Relations
Vertiv
T +1 614-841-6776
E: lynne.maxeiner@vertiv.com

**For media inquiries, please contact:**

Scott Deitz
FleishmanHillard for Vertiv
T +1 336-908-7759
E: scott.deitz@fleishman.com

Source: Vertiv Holdings Co
Category: Financial News