# Exhibit 30

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

# Deutsche Bank Industrials Conference

## Company Participants

- David Fallon, CFO
- Gary Niederpruem, Chief Strategy and Development Officer
- Nicole DeBlase, Wall Street Analyst
- Rob Johnson, CEO

## Presentation

### Nicole DeBlase  {BIO 16935492 <GO>}

Good afternoon, everyone, and thanks for tuning into Deutsche Banks industrial conference. For those of you that don't know me, I am Nicole DeBlase, the lead analyst for both multi-industry and machinery at DB.

I am very pleased to introduce Vertiv. Today we have Rob Johnson, CEO; David Fallon, CFO; and Gary Niederpruem, Chief Strategy and Development Officer. The format of today's presentation is going to be fireside chat, although before we get started I am going to hand it to Rob for a few opening remarks.

Now before we get to that, though, there is a chat box right below our faces where you can enter in any questions that you might have, and if there are questions there I will read them anonymously to the entire management team, so with that said over to you, Rob.

### Rob Johnson  {BIO 19083956 <GO>}

Hi. Well thanks, Nicole, and thanks for you and D.B. hosting us today and thank you to all the investors and in company out there for taking the time to listen to our story. As I continue to say I'm very excited about the industry we're in, where we're going, and the continued progress that we have.

This has been -- I hate to use the word unprecedented because people don't like that, but it has been unprecedented times with COVID and on the back of inflation and then just a lack of -- lack of materials, but well get through it.

And the good news is from where we sit and what we see and what we talked about at the Q3 earnings call is the markets very strong for our products globally and continues to grow in that way in all the segments we participate in whether its the telecom industry, whether its commercial industrial, or whether its in the data center business.

We talk about enterprise now beginning to come back. Colo and hyper scale is growing as you guys know, and then at the end of the day were very happy with the progress and the

FINAL

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

rate that we're making in our channel business.

So in general as someone I think mentioned on the earnings call, hey, I'm pretty upbeat. I am. The industry's great. We've gotten hit with a lot of body blows as all other industrials are, but you know what? Were built to last and we're built to get through this and we will and continue to drive through that.

So back to you, Nicole. Thank you, again for having us on today.

## Questions And Answers

### A - Nicole DeBlase  {BIO 16935492 <GO>}

Of course and thanks all three of you for participating. So I guess maybe starting with the dreaded supply chain questions, well get those out of the way. So I guess when you step back and think about this unprecedented time, would you say that there are key learnings here where you would reconsider your -- the way your manufacturing footprint works, the way your supply chain looks, or do you think that you're positioned appropriately?

### A - Rob Johnson  {BIO 19083956 <GO>}

No, that's a -- that's a great question. I'll start off and then Gary and David can weigh in, but Nicole, what happened actually we learned a lot of lessons during COVID, right? And as COVID kicked in we learned where the weaknesses were if there were some within our supply chain, how many areas we rely on, where we had single source vendors, and learned something that regions do matter.

And one of the things that I love about the Vertiv footprint is we are truly not all the way but in country for country we do get raw components and things from China and Taiwan and from Vietnam and other places as everybody else would, but we do manufacture for the most part in the areas we do most part or at least final assembly.

But what we did learn through COVID is where we had weak links in our supply chain. We've moved and business pre-inflation and pre kind of lack of supply we began to move our footprint around based on what we learned during COVID, which I think ultimately will help us. We were in the middle of doing that.

I would say that the engineering teams and these supply chain teams have certainly understood, and you learn who are your real partners and who aren't your partners as you get into constrained time.

So that's a lesson we've learned, and then through all this we haven't been sitting still as a victim and saying oh my gosh, were just -- we can't get parts so we're just not going to shift. We've been reengineering boards. We've been reengineering and qualifying other parts and suppliers.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

So I think out of all of this certainly looking at a multi-vendor supply base, looking at regionally, for example, IGBT is a big supplier of those [ph] in Vietnam. Vietnam got hit hard by COVID several months back and shutdown for a month. So we really got to look at that and not only diversity in suppliers but where those suppliers have second and third locations.

You've all seen with the chip manufacturers a lot of build that's happening in the US now and a lot of promise for that and then a lot of promise in Europe. So I think everyone's kind of learned through this, but its -- I think we can come out of it stronger and continue to understand who are true partners are both from a customer perspective as we go get price, which I know well probably talk about, and from a supplier perspective, those that are willing to work with us and that we've been with and that will supply us with what we need.

### A - Nicole DeBlase {BIO 16935492 <GO>}

Got it. Okay. Very good answer. I guess you led me right into price cost, which happens to be the next topic. So I guess you guys have said that if you carry forward your pricing actions and your cost headwinds into 2022 we're looking at like baseline of a $5 million to $10 million net tailwind, but my understanding is that that doesn't include what you may do in 4Q.

So curious thoughts on the potential for more pricing actions here in the Fourth Quarter or even beyond if inflation remains an issue?

### A - Rob Johnson {BIO 19083956 <GO>}

Sure. I'll start off and then David, Gary -- Gary's actually our pricing czar globally and has really been chartered with this prior to this. And just for everyone out there we've talked about price for the last few years, year and a half, two years. It's a muscle that we didn't have a few years ago, and its something prior to all this inflation we were going after. We needed to be sure we're getting paid for the innovation, paid for what we do.

And for companies that don't have that culture or don't have that muscle it takes some time. So we actually had a lot of practice prior to this as we go through Eppington [ph]. It's not easy. It depends on one industry or what channels you go through. If you're direct selling its different than if you're going into the channel, which were in all the businesses. Our channels to market. We're in the IT side and so on.

What we said and we said it in Q3 earnings call, I said it that I was late to catch up price with inflation when we didn't expect it to be where it was at. So we are a Company that a portion of our business is direct sales, so we have a big backlog. A portion of it goes through a distribution where you can get price faster. Were probably more heavily weighted on the direct sales side, so it takes a little bit longer to work through that backlog and get that price.

That being said, we've been working that and we're going -- we'll continue, as I've told my team, and as we've talked to customers, that as inflation continues to rise, which who

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

FINAL

Bloomberg Transcript

knows what it's going to do, I wish I had that crystal ball, we'll continue to take pricing action. So whether we're here in Q4, we continue to take actions. In some cases its monthly, in some cases its quarterly and then working that with our customers.

Sometimes you've got MSA, Master Supply Agreements, that have a two or three year supply commitment and a price so you've got to thread those needles carefully. Again you find out who your partnerships really are there.

But in general I feel like we've got all regions engaged. China is normally a negative price for us and has been for years. That's an area where the teams had to learn, yes, you can actually get price in China with innovation and doing the right thing.

So we'll continue to do that and I've got to say that going into Q1, depending on what we see on the inflationary side of things, we'll do additional price increases and the -- I think the challenge or the right way to do is you really got to sit down with your customers and explain with them what's happening.

Everyone sees out the window inflation is everywhere, but they don't necessarily understand how it impacts their products and what it impacts us. Our stance has always been we want to be fair, but we want to be fair in recouping what we've lost. We're not looking to make money during this time, we're just looking to recoup what we've (inaudible) this company.

I don't know, David or Gary, any of your thoughts?

## A - Gary Niederpruem  {BIO 20450958 <GO>}

(inaudible) are two quick things I'd add Nicole, is Rob's right. We -- in hindsight we probably should have been a little bit more aggressive early in the year in coming out with price increase.

But just to put it in a little bit of context, we had said in '19 and then '20 the business got somewhere between $20 and $25 million of price on an annual basis. In Q4 alone based on the earnings call we had in Q3, we've already signaled that. We will have that much price at least just in Q4.

So when you think about it, should we have done more. Yes, absolutely. But from an absolute standpoint we're going to get a year's worth of price just in the Fourth Quarter and then that's the tailwind that David had spoken about earlier in that $5 to $10 million for next year.

The second point then would be in your question what else are we doing, we have just about launched additional pricing actions over the last two or three weeks in every region in the world. So we feel good that there is more tailwinds out there, how much that is yet to be seen but there's definitely more tailwinds with the actions that we've taken just in the last couple of weeks.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

### A - Nicole DeBlase {BIO 16935492 <GO>}

Okay got it. And at some point I feel like this has to be a little bit easier than normal because everyone sees how intense the inflation has been. But at some point do you start to bump against elasticity of demand issues? Are you hearing any pushback from customers about pushing through additional pricing yet or has that not really been part of the conversation?

Rob Johnson: It really hasn't been that. Our industry right now for data center growth is there's such a huge appetite. Certainly everybody gets compressed margins. If you're a colo [ph] company building data center or hyperscale certainly they got pricing pressure on them and then they ultimately have to live with these 15-year contracts. That being said, they still make pretty good money.

So I would say no, it hasn't slowed down the rate in which people have deployed things, because they've got to upgrade their networks if it's in the telcom side of things. And as it relates to fulfilling the need for hyperscale and colo [ph] the demand is there and they make take it on the chin right now a little bit.

If you take a look at the overall build I mean we're a piece of that puzzle, but they've concrete and they've got steel and everything, copper and plastics and prices going up. Roofing systems, you name it, it is out there. But we have not seen the demand slow down.

What we have seen people do, however is try to lock in longer term supply slots. They're more worried about not getting supply than maybe necessarily a price. Again that being said, nobody's just rolling over and giving us a price, it's something we have to work through, price escalations for future price and contracts where we haven't had them on commodities as commodities shift up or shift down from that perspective.

But we're also targeted, it's not just across the board. We've got to look at areas where we have strength, where we have innovation and are we getting paid our fair share for that. So you'll see a pricing disparity between product lines and verticals that we serve based on their ability to take in accept price.

Okay. Okay got it. Great answer. All right, and then just to confirm on pricing so that we can kind of get this issue behind us is this has all been list price increases, right? You guys haven't used surcharges as a component of the price increases?

Rob Johnson: We've done a combination of both. I would tell you that -- and you got to break it down in a couple of different areas. Freight is a big component of our overall pricing side of things and we've got to make sure that we're getting covered for that. That's an area that we just -- we got to make sure we cover.

Then as it relates to certain things in our backlog, if we have to go out and do spot buys we're getting smarter about it and saying, hey, I can go do a spot buy, I'm going to have to pay more and if I have to pay more then I need -- I need some more from you.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

FINAL

Bloomberg Transcript

Otherwise the lead times are this. So, we're getting better at it. I wouldn't say we're gone across the board and surcharged everybody.

What I'd say is we're working with our partners here to say hey, we've got an issue. Do we want to get this sooner? It's not a -- we're not playing the game we're going to jump the line if you give us price or give us a surcharge and others don't we're very much honoring what we've told people, but there are ways to get product to people faster if they're willing to pay for that spot buy so we don't take it on the chin and ultimately our investors take it on the chin.

I don't know, Gary?

## A - Gary Niederpruem  {BIO 20450958 <GO>}

Yes. I think that's spot on Rob. I think Nicole, it's fair to say that the majority of the price comes from list price increases. But to Rob's point, there are other points in the system, whether it be surcharges, freight increases, just controlling the discounts and multipliers that our own sales people are able to have.

There -- rebate clawback, MDF, Co-Op maybe we don't spend as much in lieu of getting some price through there. There's a number of levers that we've implemented. List prices is probably the biggest one, but it's certainly far from not the only one.

Nicole DeBlase: Got it. Okay very clear. I have several investor questions here that I want to get to, I've not seen this many questions in any of the presentations so far. So let's see, this one is kind of relevant to what we've talked about so far. So I'll start with this. Have you seen any loss in market share due to the supply chain issues or has -- or do you think this has been reflected across the entire competitive landscape?

## A - Rob Johnson  {BIO 19083956 <GO>}

Yes, so I think in general no major losses. That being said, everyone's affected across the globe no differently than us as it relates to the costs and or just the lack of supply. I interact with a lot of our major suppliers and I know in a lot of cases were getting more than our fair share than what we've contracted to get because we've had the long term relationship. And ultimately suppliers got to pick who they want to do business with.

They can't make everybody happy so they got to make some people happy. But in general people are doing, give you an example, IGBTs which is a main component in our UPS systems, all of our competitors use them, all of our competitors needs them and there's only a handful of suppliers globally that do that.

So we use -- tend to use a lot of those because we not only provide AC power but we're also in the DC power business globally where some of our larger competitors may be aren't playing.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

FINAL

So when I -- yes, we may lose a deal here and there to maybe some local suppliers or local companies that can maybe provide that. It's just because we couldn't provide it.

We're being very straight forward and honest with our customers. Because if we can't make the delivery and they've got to hit, hey, well do everything we can to help them go somewhere else to get that. That's rare cases but well do that because no use in me taking an order and then not delivering.

So -- but I don't think its a major theme and if you take a look at our overall orders growth rate it will show you that I think we're doing pretty well.

### A - Nicole DeBlase {BIO 16935492 <GO>}

Got it. Okay. Then I've had this question from a lot of investors over the past few weeks since you acquired [ph] earnings. So I think there is some concern that the 4Q does require a bit of a step up sequentially in both revenues and margins. Can you guys just give the quick explanation of what is driving that sequential improvement into the Fourth Quarter?

### A - Rob Johnson {BIO 19083956 <GO>}

Sure, David Fallon, would love to answer that questions, Nicole. So David.

### A - David Fallon {BIO 20517594 <GO>}

Well I guess there's two components and they're very much related. So the upset -- the step up in the sales side we've gotten the question ourselves saying, if you're participating in a market where supply is constrained and you're able to get a certain output in Q3 how can you feel confident that you can increase that output if you were capacity constrained in 3Q?

And the quick answer there is based on the planning -- the pre-planning with the suppliers as it relates to allocations. We've been in line for a certain amount of allocation in Q4 for quite some time. And we have really good visibility to the critical components that will support that higher volume to the extent that we feel very comfortable with the guidance we gave.

So if you look at the margin side and the set up in margin and this is very consistent with a theme that we talk about in the long run, is fixed cost constant. So not saying that fixed costs are going to be exactly constant in Q4 versus Q3 there's generally a normal step up just based on time of some year-end expenses.

But certainly the increase in sales Q4 versus Q3 is much higher than the percentage increase in any kind of fixed cost space [ph]. So the margin improvement we're seeing is definitely directly related to the leverage of those fixed costs.

### A - Nicole DeBlase {BIO 16935492 <GO>}

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

Okay that makes sense to me. Got it. Then I have a few questions from investors. On 2022 and I know its early to talk about this, don't shoot the message, they're not my questions. But I've got one here asking how should we think about data center market growth next year and going forward? Could 2022 be a year of digestion or does strong growth continue?

## A - Rob Johnson {BIO 19083956 <GO>}

I'll start off and then Gary's really good at this one. But I would say in general and I've been doing a lot of travel around. We see and we've talked about it in the past build out then digestion then build out and that's kind of a cycle that we see.

Were in a long build cycle right now and we think that's going to last for a bit of time because of the demand, the real demand. We take a look at absorption, capacity and all those types of things and this build out is different than what we've seen in the past. And everyone (inaudible) hyper scaler I talk to all agree that this is different.

And what makes it different is its global, it's every parts -- every part of the world we're seeing this happen, so. Then put in the additional affect of the recovery or kind of the strength coming back in the enterprise of closets and things that haven't been touched for two or three years now that have to be upgraded for the edge, if you will.

Even if you're in the cloud you still have to do that. So as enterprise comes back to the office that type of thing of latency is becoming even more and more important.

Then for us kind the third thing is the channel side of things. The channel -- IT channel is an area that we continue to launch products into. We continue to work to take share there. And continue to focus on that globally. Americus done a really good job of coming up on plane [ph] here. Mia is second kind of in line and then we're working Asia.

So we're working those kind of three factors and say hey, were pretty bullish on what we're seeing our there for the foreseeable future. And just based on the backlog today based on what we're seeing customers in the pipeline and the orders that are still yet to come this is -- this is -- this has got some legs for awhile.

(Inaudible), Gary.

## A - Gary Niederpruem {BIO 20450958 <GO>}

Yes, no, I think that's exactly right, Rob. And the only other thing I'd add to that, Nicole, is it is certainly hard to predict what the market next year is going to look like. But I think if we -- we always sort of said 3% to 4%, 3% to 5% data center growth in our space through the cycle. It probably is safe to say that it probably is going to be in the upper end of that range.

I don't think its going to be in the 2% to 3%. Whether it's 4%, 5%, 6% still too early to tell but I think our through the cycle range will probably be on the upper half of that range. It's

FINAL

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

certainly been the midpoint of the lower end from everything we see.

## A - Rob Johnson {BIO 19083956 <GO>}

And the final thing there would be, Nicole, that -- and company would be its all going to be dependent on supply. We've got the -- we've got the orders, we've got the backlog. Its really can we get the components and when do things free up. And that could make a big difference on book ending [ph] the year of how good it is or won't be is really dependent on access to the components.

## A - Nicole DeBlase {BIO 16935492 <GO>}

Sure, all that makes sense. And you sounded pretty good on all regions of the world but there is a question here about China. And is there anything that you're seeing concerning from a China standpoint, or is it still all green lights everywhere?

## A - Rob Johnson {BIO 19083956 <GO>}

Yes, so, China, we talked about it on the call last. One area that's been in a digesting mode is China had a real big 5G blowout incentive at the beginning -- the end of 2020 coming into 21. And we participated in that. I think we talked about a little digestion happening there.

There are a lot of dynamics in China, right, as you can imagine with the power outages and this and that. That hasn't necessarily affected us specifically, maybe some suppliers but we've had to work with them. In general Chinas robust, I know they've done some things with the hyperscalers there, the Alibabas, Tencents, Baidu where they're looking at their growth, how they're growing.

But the market there is really no different than the rest of the world. The number of cell phone users that are there, the number of people that want rich content. It's inevitably going to drive that build-out. So its -- China is always challenging, we've been there for a long while.

We're getting our fair share of growth, and it's an area that we continue to invest in. Because we believe that being local there, manufacturing local, engineering local, and selling local gives us the ability to be local there. And allows us to have that potential competitive advantage.

## A - Nicole DeBlase {BIO 16935492 <GO>}

Got it, okay great. Next question from an investor on 2022. Any early thoughts on contribution margins? However you guys want to frame that. But (inaudible) margins, underlying contribution margins, I'll leave it up to you.

## A - Rob Johnson {BIO 19083956 <GO>}

Nicole, I'd love to answer that but David Fallon would be really upset with me. So I'll let him take that one.

FINAL

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

### A - David Fallon  {BIO 20517594 <GO>}

Well I have the preliminary 2022 right here; I could probably just share that now.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

I'll take a copy of that, please.

### A - David Fallon  {BIO 20517594 <GO>}

Yes, exactly. It -- so, we -- analytically, externally we've always used 40% as a variable contribution margin. And that's different than a drop through margin just from a semantics perspective.

But variable contribution margin, so, if you look at our sales (inaudible) material direct freight, commission, and a few other things, generally we use on average 40%.

Some regions higher, some regions lower, some products higher, some products lower. But 40% is a good starting point. Exiting 20 -- 21 it will be less than that. And that's primarily if not entirely driven by the price-cost relationship. So getting back to that 40% is certainly dependent upon what we do with price -- pricing, and also what happens with inflation.

But as a starting point, were -- it -- probably a little less than 40%. Then the offset to that, of course is what happens with our fixed cost dynamic. In 2021 we proactively invested between 60 and 65 million in ER&D and although -- also growth initiatives. It is safe to expect that that reinvestment and not necessarily verifying it will be that exact amount, could be more, could be less.

But there's going to e some reinvestment in ER&D as we strive to get to 6%. And based on all of the market growth opportunities we will likely have further investment in growth initiatives.

So it's really -- the size of the reinvestment that will drive what the ultimate contribution margin is or the drop. So -- but it is similar dynamic to what we talked to in 2021.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

Understood. Okay very clear. Then we have a few questions on E&I. So the first is what made you decide to get into power distribution? In the past, you've said that you didn't need this. So yes, what drove the change in heart as this person is asking?

### A - Rob Johnson  {BIO 19083956 <GO>}

Yes, so, and Nicole I'll start and then Gary can come in over top here. What I'd say is what we said and I -- people often ask, but because some of your competitors potentially have this low and medium voltage switchgear do they have a competitive advantage over us?

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

And of course our answer always was they break out the solution and, yes, while we saw some bundling it wasn't a trend that was taking share away from us. That being said, it didn't mean that we didn't want to be in that segment of the business. And we were working on this property for over four years, just so you know.

But nothing we could signal to the market. We built a relationship here in order to get into the property. What we like about E&I, and its not just a switchgear company, its not like ASCO, which was switches for generators, this is actual power distribution, which you correctly said.

They also have a leading position globally in busbar distribution, which not everybody in the switchgear business has their own busbar or busway. And they're a leading provider of that, manufacturing that in over three locations around the globe.

Then, finally, the thing that was really intriguing for us besides -- and switching back real quick to the -- to switchgear, they are one of the few providers of custom switchgear. A lot of standard switchgear and, Gary's talked about the market for us being about $7 billion expansion, the switchgear markets much larger than that.

But we're talking about a market that we can play in and actually add value in and so custom switchgear with custom controls the spoke solutions for our customers is what's really needed. And there's more regional players, nobody that really has a global, with the exception of E&I really strong global position on that.

Then the final thing, so, we've got the switchgear then we've got a lead position in busway which we really like. Then we've got a really good position in modular. Well we did a lot of modular business, a lot of that was we went to third parties, had them put together, and assemble that.

With E&I it gives us locations in Europe, locations in the U.S., locations in the Middle East. And well be adding locations in India to service the region. So those three things really made this an exciting deal for us. I still hold the saying that a lot of times they're going [ph] to want you to unbundle the switch gear from the UPS and then put all that back together.

So -- but this actually gave us ability to participate in the market, a company that has higher than industry average margins due to the fact that they have these nice, custom, quick solutions and totally vertically integrated company. And I couldn't be happier, I'm actually -- Gary and I are broadcasting from Ireland today. We're over here with our folks and working through the integration activities which are going quite well.

Gary, anything else?

**A - Gary Niederpruem**  {BIO 20450958 <GO>}
Yes -- I think Nicole wrapped it up beautifully. If I could summarize the whole thing it would be, we would have been just fine if we never do a [ph] deal like this, so its not that we had to -- it's that we wanted to.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

FINAL

And we wanted to do it because the routes point, we think there's more value we can provide to the customer base than anybody has done before. And so that was the reason why, so it's different between -- was a defensive move? Absolutely not. Is it an offensive move? Absolutely, and I think there's a big difference in that.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

Okay. Got it. And another question from an investor. Timely [ph] since working on the integration as we speak. How is the integration going? Any major surprises so far?

### A - David Fallon  {BIO 20517594 <GO>}

Gary, since you're leading the integration why don't you comment there?

### A - Gary Niederpruem  {BIO 20450958 <GO>}

I'd say its going smoother than anything we've ever done, Nicole. It's going just fantastically. Look, it is -- its going really, really well. Like anything once you peel back the onion there's always things that you learn.

So we continue to learn a little bit more, we continue to know where we're going to have to put additional elbow grease and horsepower into. But in terms of the customer centricity, the vertical integration Rob mentioned -- the feedback from the customer base has been unbelievable and people know the engineers inside of E&I by name and say hey, make sure you keep Frank [ph], or make sure Sally [ph] stays on my account.

So you don't get that level of customer pull without really having a truly customer centric culture. So I think all of the strategic reasons why we wanted to buy it still stand today and when you look at our integration thesis around -- yes, we underwrote the deal on a couple of different cost synergies, but really what will make this deal sing is the revenue side of it.

And so between taking E&I to tier one (inaudible) between the additional busway opportunities and the enterprise segment that Rob mentioned, E&I doesn't really do anything in Asia at all so well be able to push them through our sales channels.

So I mean I think we're as bullish if not more than when we bought the deal -- when we bought the company. There will always be -- you know, hiccups and stumbles along the way but there hasn't been anything insurmountable by any means, and I think it has proven to be even better once we've been incited [ph] than even before.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

That's great to hear. One more investor question on E&I is here, and that's -- you've invented a bit of a hockey stick in your model for E&I revenues in 2022, how comfortable are you with that given the supply chain environment?

### A - Gary Niederpruem  {BIO 20450958 <GO>}

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

FINAL

Bloomberg Transcript

Yes. I'll start and Rob and David can chime in. So I would say no different than on the Vertiv side. So they're wrestling with some of the same electromechanical pieces, specifically breakers is what they're fighting for just like we are from time to time.

So I think the demand is there, the orders are there, the pipeline is there -- it will all be a matter of how the supply chain behaves in the first-half of the year. So I would say it's not the shortest part [ph] of the world, but it is also not a 30 foot flat [ph].

So the market just has to behave relative, and I think how Vertiv behaves will be how E&I behaves will be how E&I behaves when it comes to that. So I think generally, pretty good, but it will certainly depend on those electromechanical parts coming through.

### A - Nicole DeBlase {BIO 16935492 <GO>}

Okay. Understood. And I know we're almost out of time here, but I did want to ask one question on free cash flow. So is there a path for the business to be able to generate 100% free cash flow conversion regularly over time? And I guess what are the key drivers to get you there?

### A - David Fallon {BIO 20517594 <GO>}

Yes, that's a great question. I would say there's absolutely a path there. You can look at the individual components. You can look at -- you know, start with what we're doing in 2021 and I would say there's probably two major headwinds this year.

One we definitely would get relief for and that's the M&A cash expenses, so I think we guided to 205 free cash flow, 45 of outflow for M&A, so it gives you 250. If you look at our net income -- or adjusted net income its over 350, right?

So however the math works, it's probably 65, 70%. I would say the one outlier that we had this year is related to inventory, right? So we've done some really good things versus where we started several years ago with inventory levels. One year we took inventory down significantly.

It's grown about $130 million on a year-to-date basis and very strategically so, right? And it's based on the supply chain dynamics. We are not constraining ourselves to hit any specific inventory targets.

Now, maybe we had too much but we would much rather have -- you know 10 million too much, or 20 million too much, or 30 million too much than have a million not enough, right? So we look at that going forward -- and it may not be in 2023 -- or 2022, it may be 2023 as a significant source of rebalancing what we're seeing from a free cash flow perspective. And that's to get us closer to that 100%.

There's other things that we need to do. We've actually executed quite well this year with other components of working capital. You know, AR days are down, AP days are up. So I

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2021-11-16

would say the biggest hurdle right now is getting that inventory under control, and then we should be able to get closer to that 100%.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

Okay. Got it. Thanks, David.

So I think well go ahead and wrap it there. We're out of time. I really appreciate you guys attending today it was great to have this conversation, I really enjoyed it. And have a great rest of your day.

### A - Rob Johnson  {BIO 19083956 <GO>}

Thank you, Nicole, and thanks everyone for taking the time -- appreciate it. Take care. Until next time.

### A - Nicole DeBlase  {BIO 16935492 <GO>}

Thank you, [ph].

### A - David Fallon  {BIO 20517594 <GO>}

Thanks, everyone.

END

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*