# Exhibit 32

**FRED Producer Price Index: Cold Rolled Steel**

