# Exhibit 33

## LONDON METALS EXCHANGE – COPPER PRICES

