# Exhibit 34

## LONDON METALS EXCHANGE – ALUMINUM PRICES

