# Exhibit 35

**GLOBAL FREIGHT CONTAINER INDEX**

