# Exhibit 39

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

# Citi's 2022 Global Industrial Tech and Mobility Conference

## Company Participants

- David Fallon, Chief Financial Officer
- Robert Johnson, Chief Executive Officer

## Other Participants

- Andy kaplowitz, Analyst

## Presentation

### Andy kaplowitz {BIO 15179203 <GO>}

Good morning. So listen, we very much appreciate you joining our conference. We wish you were here in person, but we'll take this. You all look good.

So we do have with us Rob Johnson, who is the CEO. Rob joined Vertiv in December '16 as CEO; Dave Fallon, who is the CFO, CFO of Vertiv in July 2017. And I think I see Gary Niederpruem, who is the Chief Strategy and Development Officer as well.

So look, we very much appreciate you guys joining us. Obviously, we'll get into sort of the dynamics of price versus costs, as I'm sure you're aware, very shortly, but I am a glass half full guy. So I'm going to start with a glass half full question. Let's talk about demand just in the sense that, obviously, the call yesterday, there was a lot of focus on sort of the price versus costs side, but on the demand side, has there been a continued acceleration in orders? Because it does look like it, and how much of it is just you can deliver versus the actual markets have continued to improve and maybe talk about sort of the outlook amongst your markets because I think you actually turned some bubbles to green as well?

### Robert Johnson {BIO 19083956 <GO>}

Sure. I'll start off with that and then Gary can come in, and again, thank you for having us today. Sorry we can't be there in person, but yeah, the outlook is very strong. So the demand we saw, we were actually forecasting, I think in Q3, we talked about low single-digit order growth. And as you can see by our results, we are at 50% and 100% in Americas. What we've seen here is an acceleration really around the world in build-out. Things like meta that are driving datacenters everywhere. Meta alone has talked about forecasting 7 gigawatt datacenters over the next five years. So the demand is strong and robust. We typically meet with a group of hyperscalers and talk about where things are going from a supply base.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

So we're really seeing strength in all parts of the world. New parts that have popped up like India has become very strong. So it's not just a regional-based thing, but it's actually a global phenomenon. And data privacy is really driving datacenters to be local and then we're seeing a lot of demand being driven by latency. Therefore Tier 2, Tier 3 cities and countries would be then having datacenters deployed in them. So we see this not as just another 12 to 18 months. This is the next three to five years one.

### David Fallon  {BIO 15025527 <GO>}

So the only sort of negative thing I saw on the demand side was China hyperscale. So maybe just comments on sort of what's going on there? And I'll weave in the sort of geopolitical concerns that are obvious today. Like how might that impact Vertiv?

### Robert Johnson  {BIO 19083956 <GO>}

Absolutely. So with China, what we've seen with the government is some regulations on the hyperscalers getting them to actually fill the capacity that they have and drive higher efficiencies and PUEs. So they've actually slowed that industry down a little bit while they are causing them to absorb, and that gave us some concern. We also saw some growth earlier in 2021 around the whole 5G deployment as China basically boosted the economy by focusing on datacenters and focusing on 5G and those -- and that tend to slow down as well as they absorb that infrastructure that they've put in place.

### Andy kaplowitz  {BIO 15179203 <GO>}

And maybe just one more demand question for now in the Americas. We've seen this sort of gradual improvement in terms of reopenings all that kind of stuff. So as you look at your biggest business, which is enterprise, would you say that you're still seeing sort of positive momentum there? And how is that -- your organic growth guide for '22 was relatively good, but how is the enterprise business as a part of that growth metric working?

### Robert Johnson  {BIO 19083956 <GO>}

Yeah. So the enterprise, we've seen strength, return of -- people return back to the office for work. We've seen those enterprises upgrading infrastructure that's been old. More of that edge infrastructure like closet, not necessarily large data centers, but more of a channel type IT channel flow of business and we've seen growth in that area and see a positive trend on that as the enterprises come back.

The other area that we've seen growth in as it relates to, call it, enterprise is big box retail. As they began to prepare and battle with the likes of the Amazon, the infrastructure they are putting in the stores to ship locally, the compute power to be able to understand who is in the store, is driving more infrastructure upgrades there. So they're kind of leading the way, I would say. But in general, we've seen a lot of just core enterprise companies upgrading their infrastructure within their closets and that -- which we play, that's our lower end UPS, there is rack, rack PDUs.

FINAL

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Bloomberg Transcript

### Andy kaplowitz  {BIO 15179203 <GO>}

So Rob, maybe just to start off with on the pricing side, I knew you guys back sort of when you joined in sort of that 2016-17 timeframe, or talked to you guys back then. So it's a little surprising to me, the company seems like it had been changing and changing for the better. You had talked about sort of dynamic pricing. You were just sort of starting that. So maybe talk about, is this a function of you just -- you're not -- you weren't there yet because it just seemed to me like you had told us last quarter that, look, you got it, you're going to be -- get your arms around it, and then we find out this quarter that in fact you didn't. So it is disappointing in that respect because I thought one of the big areas of improvement at Vertiv was actually on pricing.

### Robert Johnson  {BIO 19083956 <GO>}

Sure. So a couple of things. Just stepping back to when we spun the company out, because I think that history matters there, and what I'd say first of all, we are disappointed too, I mean, very disappointed, as we said on the call, about the results and we don't take that lightly.

That being said, when we first spun this out of Emerson this business unit wasn't growing, right? This business unit was kind of shrinking in top line revenue. So the mantra then back under private equity was really -- and the culture was grow, grow, take share, any contribution margins, good contribution margin. And that was kind of the take share, grow mentality, and we did that under Platinum and got the machine growing.

And then as you said, rightfully so, we began to then look at, okay, now we've got to look at price. We've got -- we've upgraded our products. We've got differentiated technology. We have the right to go get price now. Pricing wasn't traditionally a backbone muscle that this company has had. We started to do that, but in a small way. If you talk about 2020, 2019, it was $20 million, $25 million in price versus what we're talking about now hundreds of millions in price.

And I think as we've gone through this and as we began to see the inflation, we've got behind on what we thought inflation was going to be, and primarily in Americas, right? Yes, we've had some spots in Europe and so forth, but primarily, I'd say in Americas. And what we found as we began to really push hard on the pricing accelerator was we had to drive culturally; we had to drive more systems and more processes. And as we began to see things degrade in December, we had a lot more, what I would call, spot buys in air freight to take care of our customers at a much greater magnitude. It wasn't necessarily the component from our normal supply chain. It was getting those spot buys in those parts that we chose to go do that to take care of our customers, and I would say, it got ahead of us versus our pricing.

And we carry a large backlog. We're not like a typical distribution company where I can go raise prices 30 days and then it's effective and we can hit it. We carry a backlog of nine months or so. So it takes a while for us to burn through. We recognized in December that we needed to raise prices again, and then based on the January results, we raised prices again in January in order to get ahead of it.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

And we feel like we now have the processes in place. It's not just raising the price, but you've got to get the price to stick. So you've got to put that discipline in the regions. You've got to put those approval processes and really incent people to go after that. So it's not as simple as that, but it is as simple as that. The costs got ahead of our pricing. And when people thought -- had said, hey, we're doing a lot of price, no, we've got to do a lot more because here's where our cost is. And we think we've got ahead of that now in what we've done in VSAT on a global basis.

### Andy kaplowitz  {BIO 15179203 <GO>}

So Rob, it's good color, but the number one question I get, like, so first of all, it's like how do you change culture overnight? Because it seems like, as you said, the company really didn't know to price. It was all about sort of market share and all that kind of stuff. So the number one question I'm getting from investors in the last day is, why should we believe you because if we look at sort of your Q4 run rate, it's obviously really strong for 2030. So if we believed you, things would be different, I think, with the stock price, right? So like -- but again, the biggest sort of challenge we have is, it seems like it's actually a real culture change that you have to do at the company. So how do you affect culture that quick?

### Robert Johnson  {BIO 19083956 <GO>}

Yeah. So it's been over the last quarter, and I would say it's a top-down thing and a bottoms up. I've actively been involved, all my L1s have been -- my executives have been involved in this. This isn't something that we just shout out a number and tell the regions to go get the price. My executives and myself are personally involved in these pricing negotiations. So you lead cultural change by leading with change and that's what we've been doing and driving that.

And part of shifting the culture is, as we look at the price discounting because that's where you lose price, is when people go and discount to win a deal. As you raise those levels and some of those levels -- a lot of those levels get up to David and myself for approval. So in order to change that culture, you've got to put some process in place; you've got to put rigid approvals in place, in order to make sure that that price sticks. I think we talked about on the call, we had about $130 million in price in the current backlog. Again, previous years would have been 25 -- for the entire year, we did 25 to 30 in Q1 -- our Q4 itself.

So I guess what I'd say is, the way people are going to believe is they're going to see it, right? They've got to see it. We've got to deliver, and you're right, culture doesn't change overnight, but there's things that you can do and that we've done systematically to put in place to make sure that that pricing is sticking, including a lot of communications, not just at my level, to my desk, but to the levels 2 and 3 and below, and it's a lot of work, I can tell you, but we've been -- that's what we've been at over the last 90 days.

### Andy kaplowitz  {BIO 15179203 <GO>}

I'm sure it's been a lot of work. I think we all appreciate that. Like is there -- are there other metrics that you can give us to sort of watch, like where, for instance, level of

FINAL

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

discounting? Can you tell us what you're doing now versus what you were doing before, so we see the change quantitatively? Is that possible?

### Robert Johnson {BIO 19083956 <GO>}

Yeah. So what I would say is like multipliers and discounts, the field had a lot more freedom to discount in a price range in the past and very afraid to lose a deal, right? That was kind of the culture; don't lose a deal. Losing deals are on my part. What we're finding is while you do lose some deals here and there, for the most part, those who value our innovation and what we're doing, they stick.

So we've tightened up though discounting ban specifically, so we don't lose price. Salespeople want to typically up, but if we tighten up that ban, we find that we're driving them to go get price. And when they do, they typically go get it. So culturally, we're not allowing them to do that and we've done that through our -- systematically through our regional process and pricing teams to make sure that the pricing is sticking.

And we've seen by evidence in the backlog, it's not at the level where you're going to see it at the end of the year, but we've taken those actions and we've seen that in January, orders continue to come in. Even though we raised price, orders still up year-over-year. So we believe that that's sticky. I mean, the key is it's got to stick and people have got to order and not go somewhere else. So the evidence is really we put the processes in place. We've told you what we saw in January and what we expect to see going forward. And I would say it is a different way of life here at Vertiv, and if you talk to any one of the salespeople, we -- we've got a very rigid process in place now.

### Andy kaplowitz {BIO 15179203 <GO>}

So Rob, one of the other beliefs was, Dave Cote, Executive Chair, saw Vertiv operating system kind of developed off the Honeywell operating system and then we find out that you're not getting -- something's going out with the ERPs. So you're not getting the information you need. So maybe talk about like, again, confidence level that the systems are going to tell you what you need to know and you're not going to be surprised. We're not going to be surprised too next (inaudible).

### Robert Johnson {BIO 19083956 <GO>}

Absolutely. So just to base-set here, or level set, no system changes in Asia or Europe. So we weren't seeing those. We had an ERP roll this year in August for the largest portions of our business, our large thermal and our large power. Signs were set that we could ship, it is go-live, but we missed some things within the system and it took us a while to work through, so we could have visibility to backlog, visibility to what was going on with the inflation side of things.

We since fixed that, the evidence by evidence and what we saw in January with the report. You continue to fine-tune your ERP systems, but the go-live was back in August and we've stabilized the system over the last several months. So I don't think we'll be on

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

here talking about systems as a hindrance or something that doesn't allow us to have visibility as we go fourth in the next several quarters.

We have other businesses that we've acquired that ultimately will go on the new platform, but not until we're 100% confident. So we'll push some of that and continue to focus on this, but the system syncs, and I don't know, David, if you want to comment there, feel like now we have control and the visibility to where things are.

### David Fallon {BIO 15025527 <GO>}

Yeah. I agree, Rob. I don't think any ERP implementation in the history of the world ever launched on time and under budget, but we did have some pretty acute challenges with the implementation we had. I wouldn't say it's 100% implemented, but it is absolutely much better than it was on day one and we would not anticipate any further surprises as it relates to being able to operate and forecast the business.

### Andy kaplowitz {BIO 15179203 <GO>}

And Rob, David, Gary, like, so what is David Cote doing now and going forward versus what he was doing before?

### Robert Johnson {BIO 19083956 <GO>}

As I mentioned on the call, Dave is really kind of a mentor more to me and a couple of my staff. Over the last, call it, 60-90 days, Dave has been more active on a daily basis within the business, more of helping me drive and work with the teams to drive price and to drive supply chain actions and so on. So he went from kind of a mentor and coach to more actively involved, which I expect to happen as I mentioned on the call and he expects to heavily into 2022 to make sure that all the sticks and what we're saying actually happens, and using his experience, things that he's learned, sharing that and pushing the teams together. So we're kind of jointly -- joined at the hip and driving the execution because this is all about execution. Right? This is where we're at.

### Andy kaplowitz {BIO 15179203 <GO>}

And you mentioned supplier de-commits on the call. I guess my question is why, because one of the things that's a little bit of a struggle for me is looking at Vertiv versus the competitors that are not -- they are owned by somebody else. So it's a little harder to sort of see them versus you guys, and I think investor fears have been, well, maybe Vertiv is not as strong as we think they are and so suppliers would rather work with one of the other companies than you guys. So maybe you can dispel that question.

### Robert Johnson {BIO 19083956 <GO>}

Yeah. So a couple of things. One of the things we've been talking about is fans, right? And those traditional competitors that you're mentioning that are part of bigger companies do not participate in the thermal business in any meaningful way. So if we look at that, where we've had trouble getting de-commits on supply, fans is one of those big things.

*FINAL*

*Bloomberg Transcript*

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Thermal business unit's about $1.3 billion, $1.4 billion of our overall revenue. Our competitors in that space don't have that issue or that problem specifically. It's -- the thing that I said on the call that actually kills us now, but aids us is the differentiated, the unique components that we put in these to make us not just a train or a carrier or some other comfort cooling system. Those components aren't commoditized as such that everybody in the world is buying them. We own about 40% of the market share in the space. So that would be one thing.

As we look at supplier de-commits, you won't see, and again, I won't mention any names, but you won't see, for example, people raising their hands saying breakers are on ration at this point. That was something that came to us mid-November and then began to really unfold that and understand deliveries, but breakers are -- lead times now in the market are well in excess of a year and there has been de-commits on supply across the board.

And while we see this happening, we don't just sit back. We use certain breaker vendors and we're now moving to other breaker vendors, but that hit us kind of out of left field, didn't expect that. When I was talking to you guys in October

-- September, October about the results, we had not seen that. And so that was something that was new to us as -- and we just ran into it.

And it continues to be a copper supplier here, our -- we have specific unique tubing that's ribbed for our thermal units. So the types of stuff we're seeing are kind of unique to the differentiation that we have in our products. And I would say that while we compete out there, we see our competitors' lead times going out, our competitors' lead times slipping, but our core competitors outside of some of the power stuff are regional based in thermal. So most of our -- you wouldn't even know them -- know of them or see them or they wouldn't be reporting out from a thermal perspective.

And then on a power perspective, I would say that the industry is struggling with IGBTs. That's not a new phenomenon. That's something that's affecting everybody because of the car industry. Electrification there uses the similar types of IGBTs.

So -- none of that's new. And so I wouldn't say it's unique to us. In fact, we consume more IGBTs than our competitors because we're in the DC power business. Maybe that's hurting us now because we do consume more. And when you go on allocation, we get less and it maybe hurts us more from that perspective, but I wouldn't say -- I know people continue to think that, well, Vertiv's not big enough. They're not of size or mass, but they're not going to get their fair share. I know personally, for example, with our fan manufacturers, we're getting more than our fair share, but not enough at that level as we go through the various supply issues.

### Andy kaplowitz {BIO 15179203 <GO>}

So Rob, let me ask you in the sense like, pricing is somewhat maybe all in your control, right? The cost side not really in your control. So again, you've got a very back-end loaded

Bloomberg Transcript

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Bloomberg Transcript

forecast for the year. So what are you factoring in for some of these issues getting better? Like, how do we think about that in the guide?

## Robert Johnson  {BIO 19083956 <GO>}

No, great question. So way we guided and way we thought about this is we really took what we got and what we saw in Q4 and said that's going to be normal. We can't expect things to get better in 2022. A lot of people are forecasting the back end of 2022 getting better in order to hit their numbers. From a supply base, we really took what we saw in Q4 and applied that, looked at our commits from our suppliers, what the supply base health look like, and said we're not going to factor in any improvements from supply that would all be upside from that perspective.

The things that are in our control is to continue to monitor and manage expedited freight, air freight, those types of things. We chose (inaudible) in 2021 to take care of our customers to make sure that they got the supply regardless. We're now working with them as we go forward. If we're going to air freight stuff in, how can they help participate in that because they really understand the supply issues.

We also built into the plan and talked about the fact that we would have anticipated additional inflation and above what we saw in Q4. This is what's killed us, right? We thought we had it, we priced, and then it got worse. And again, the two components we talked about that really killed us was freight and spot buys. So we put additional $100 million in the plan. We expect and have -- not expect, not in the plan, but we have seen commodities such as steel come down. Steel has been one of the difficult things here in the US more so than other parts of the world from a commodity perspective, but we've seen those prices begin to come down. Now, of course, with what's happening over in Europe, what's going to happen with aluminum and things like that based on what we've seen this morning, who knows, with that and fuel prices, and we're putting contingencies in place as we speak as to how we deal with those.

## Andy kaplowitz  {BIO 15179203 <GO>}

Rob, let me ask you just -- maybe two questions about Europe because Europe, you've done well. And to your point, you really haven't had the price versus cost issues there versus here. So is there anything you can sort of learn from what you're doing in Europe? Is it just a completely different market? And then do you worry about Europe at all given sort of geopolitical, as you just mentioned, given it's been sort of your bastion of strength, if I look at your profitability?

## Robert Johnson  {BIO 19083956 <GO>}

Yeah. So Europe -- yeah, from a parts and supply base, Europe, if you just look at the revenue, was more early quarter -- early year. They did begin to slow in Q4. So the growth wasn't as great. They had a lot of growth and they had a lot of commit on supply early on that they got in for some of the big orders that they've got out.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Bloomberg Transcript

Europe does use a different type of fan than the US. So they're able to get more of that and their strength has been around thermal, and that is a strength for us as a company. I would say that while the US and most industrials have reported, I believe that the US was hit harder with inflation than probably other parts of the world.

That being said, we have begun to see inflation pop up its head in Europe, but we understood from the US that we kind of get ahead on that pricing and bake that in. While they weren't seeing it, we signaled that you're going to see it and built in pricing over there to effect that. So I think Europe had advantage too to take a look at what was happening in the US and then deal with that from that perspective.

### Andy kaplowitz  {BIO 15179203 <GO>}

You don't -- I mean, it's too early to tell, but you don't have any direct sort of Russia-Ukraine exposure or anything like that?

### Robert Johnson  {BIO 19083956 <GO>}

We do business in those areas. It's not a huge part of what we do over in that part of the world, but what we've really got to watch and bake in, and I was already on the phone with our President of EMEA this morning, just talking about what aluminum might do. We do use aluminum and what that could have -- what could drive with that energy costs as it relates to operating the businesses, those types of things. But directly -- direct supply, there's not necessarily a significant portion of what we do over there coming from those parts. Who knows with how this evolves and as China gets involved, that's a different ballgame for a lot of us.

### Andy kaplowitz  {BIO 15179203 <GO>}

Yeah. Maybe one or two more questions on this topic, like. So I think you said you're adding capacity to your thermal business to help. What is that you're doing and how could that help?

### Robert Johnson  {BIO 19083956 <GO>}

Yeah. So a couple of things we're doing on the thermal business. We're qualifying additional suppliers for fans and we're actually redesigning our fans and separating -- the fan that we use, and I know people think well, fans are fans, so everybody can get them. These are pretty complex, controlled by microcontrollers to drive high efficiency, high effectiveness so that we drive very energy efficiency. And that's all built into the fan motor, which is ideal way, but we can separate that and buy what we call a non-intelligent fan and put it with a variable frequency drive. So we're redesigning and qualifying more so that we can see a ramp, and again, not in the plan, but begin to see a ramp in that -- in hopefully the second half and really go into 2023 off a broader supply base.

With that, anticipating what the orders are and what we need to do, having our expansion in Monterrey, we've been working on that not only from a factory footprint perspective, but also from an engineering perspective. There is a great talent base there, good

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

engineering school, and we've been moving over the last 12 to 18 months. As part of our whole COVID learnings, we needed to get another base, just not having China. And so we've moved resources, engineers into the Monterrey base. And Monterrey is coming up online now with its new labs and then with a significant footprint. As we get supply, we can meet demand.

## Andy kaplowitz {BIO 15179203 <GO>}

Rob, so can you talk about E&I a little bit? Because they came in, it looks a little smaller than we expected, I guess, in terms of their initial contributions. So what's going on there? Is that all supply chain or something else?

## Robert Johnson {BIO 19083956 <GO>}

Yeah, directly yes. Speaking on that, there's supply chain and price. I would say the same phenomenon that happened to us happened to E&I. The customer base is strong, the pipeline is strong, they got after price. Again, Europe saw things later than the US. They started to get after price in October, and not only pricing up to the base commodities and the BOMs, but also adding additional cost to the products and then passing that on. So we're still very thrilled with them to be part of the family. Early signs of the revenue synergies are looking good.

We -- they got caught off a bit in the whole pricing side, but also supply, right? They've got a decent backlog as well. Breakers is one of the main things they use. The availability of breakers in the market right now. Lead times are very long, and again, that just popped its head up. Prior to September, at closing the deal, they weren't seeing that. The breaker phenomenon really was more November, December timeframe.

## Andy kaplowitz {BIO 15179203 <GO>}

So maybe back to the end markets for a second. I think you shifted commercial industrial in the Americas to green. Sort of why did you do that? What's going on there to sort of talk about?

## Robert Johnson {BIO 19083956 <GO>}

We just see, from a manufacturing base and from the commercial side, as A, people go back to the office and as the manufacturing -- more manufacturing is driven here, we've just seen -- for example, you have TSMC putting a very large chip plant. You've got several other chip plants announced here that would be on kind of the commercial industrial side. They use very stable power. They use our type of battery and power conditioning, power distribution, and thermal management to drive that. So those types of activities are driving us to see industrial investing in automation and so forth, all that coupled with having power, having the appropriate power in order to operate those sophisticated IT systems, as they get more automated and driving more factory efficiency. So we turn that -- we saw that in both the power side of our business and also saw that in the side of thermal side. We have -- we purchased a company called Energy Labs back a

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

few years ago and part of that arm has a commercial side of it that we've just seen an uptick in orders and business there as well.

## Andy kaplowitz {BIO 15179203 <GO>}

Rob, so like maybe if I step back, you've got sort of the mid to high single digit organic growth forecast for '22, but obviously much stronger backlog than that. Like, how do you look at the sort of duration of the cycle? What's hard, right, is I think investors are a little nervous that you're just going to miss the cycle here, given sort of the issues that you have, not getting to profitability. So I think we've talked about backlogs extending for hyperscale and colo. Maybe what your customers are telling you about duration of the cycle and what growth could be, if you don't have supply chain issues.

## Robert Johnson {BIO 19083956 <GO>}

Sure. Again, the business that most people looked at and since we kind of own the property, you've seen a build and then fill cycle, right, and then a build and a fill. This cycle is different. It's not a build and fill. There is enough capacity need to market constrained right now, if you think about it as it relates to trade labor in order to put these facilities together.

The data center people are experiencing things like roofing systems at 48, 52-week lead times. So what I would say is, we're not the only constraint on the system. Getting field labor, getting core materials, concrete rather than wiring, all those types of things are affecting these, these -- as we've seen an increase in the datacenter build.

So I don't see -- again, as I mentioned earlier, I don't see this as a one 12-month cycle or an 18-month cycle and all, so we're going to miss it and then it goes away and then we've got to wait for it to come back. We really see this as a three to five-year cycle based on the demand as we go forward.

Backlog, yeah, we could -- if we were unconstrained, we would have been able to ship out hundreds of millions dollars more in business based on having parts and supplies. So it's not, again not having the orders and it's not customer demand. It's really supply strain limited.

## Andy kaplowitz {BIO 15179203 <GO>}

Let me ask you a two-pronged question in the sense that where are you directing now your R&D efforts? And with that, we've talked a lot before about the edge and sort of what the edge is doing for you and your datacenter customers. I think that's where you focused a lot of your efforts. So give us an update on sort of what Vertiv is doing in that area and how you're faring?

## Robert Johnson {BIO 19083956 <GO>}

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Bloomberg Transcript

Sure. Absolutely. Look, a couple of things. R&D in general right now, we've got a portion of them just working on supply, right? We're spending (inaudible) finding alternative vendors. We have put a fair amount of resources on that. So we're not just sitting here being a victim of what's going on. We actually are getting engineers and re-qualifying new components doing that.

If you look at how we think about our R&D spend, you're right about the edge and I'll talk about that in a second, but we continue to innovate in our -- in the thermal management side in the large thermal because that's important for us and that's an area that we feel like we've been gaining share and taking share.

Part of our strategy, as you know, has always been collaboration and collaboration with both colo and with hyperscale and designing and developing innovative solutions for them. So we've got a fair amount of resources in doing we call it the spoke or unique solutions for those where we can provide the value and the innovation they are looking for and we can get paid for that as we do that.

There is an R&D component that -- the research side that in the past, we have not spent as much time looking out three to five years, and we've directed resources and things like, let's call it, emerging cooling or alternative energy ways of powering things, the integration with fuel cells and things like that. So we've got some longer-term projects that we're working on.

When it comes to the Edge, and everybody wants to know what is the Edge. It could be -- for some people, it's a 1 megawatt datacenter and somebody else, it's a small closet within their facility. We continue to innovate and drive on the power side there and on the thermal side and combining those two together along with the power distribution side.

And so as we look at the Edge, we feel good about our progress in the IT distribution space where a lot of the Edge products are bought through. We continue to work with the carriers around modular Edge solutions. We are a large provider of complete new closures with thermal power. They get things integrated and then go out to the field.

So we're really happy with the progress on both complete solutions there and then the parts that we would sell and part of the Edge, as I mentioned earlier, retail big box building out, that's a big part of our story and providing a complete solution of racks and rack power distribution and thermal. So we feel good about our progress there. We continue to innovate in those spaces and hopefully take share as we've seen that happen in some of the channel space.

### Andy kaplowitz {BIO 15179203 <GO>}

Just a (Technical Difficulty) obviously a lot of cross-currents on cash too. I think you have a guide of $150 million. So what does it take to sort of get cash to normalize here versus sort of the headwinds that you have and get closer to sort of good cash conversion?

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

FINAL

Bloomberg Transcript

### David Fallon {BIO 15025527 <GO>}

Yeah. I think if you look at the ultimate goal, which is to get to 100% of adjusted net income, the most significant imbalance in 2022 is the CapEx has elevated over our run rate D&A, so -- or D, if you will. So depreciation is probably in that $90 million to $100 million range; CapEx is a little bit elevated in '22 at $130 million. I'm not prepared to give guidance for '23 and beyond, but a decent portion of that $130 million is capacity-related. We believe that would normalize more in the $100 million plus or minus range in the long run.

The other elements of our guide are not that imbalanced cash versus what's hitting the P&L, including from a tax perspective, but I think in the long run where we see some benefit, certainly at some point in '22 and into '23 is just with inventory reduction. So I think a lot of our guide is relatively conservative as it relates to supply chain elements, and I would say our balance sheet included. We've built about $120 million of inventory in '21. At some point, that figure is going to come down as we get more comfortable with the supply chain and the need to carry just-in-case stock. So I would say we get through 2022, I think we'll start seeing some real movement with working capital. And we guided heading into this year at $285 million, a normalized 2023 probably should be north of that.

### Andy kaplowitz {BIO 15179203 <GO>}

Helpful. And Rob, just maybe one more question for you. Like, when you realize sort of the issues that you had in December, did you -- like, has there been any move to sort of add more talent to the organization to help you with supply chain and/or systems or all that kind of stuff? Has there been any bigger changes sort of at the management level?

### Robert Johnson {BIO 19083956 <GO>}

Yeah. So a couple of things, and we talked about it on the call yesterday. Dave mentioned some cultural things that we had to do within Americas group. We have added resources to take a look at supply, scheduling, additional resources to follow up with suppliers to make sure that they are going to commit, they are going to deliver. So yes, we have added resources to do that.

On the ERP side and so forth, we've slowed some other projects down to focus and really put the resources behind finishing what we started and fixing that. So I think the combination of the insights of the teams working together and being One Vertiv, which we have that process in Europe and we have that process in Asia, is something that -- it does take time, I should say. Culture takes time to change, but we'll continue to manage that. Myself, David, Dave as we go through this, but yeah, we've added on the operations side, like I said, additional resources and a leader there that's just focused on kind of matching the supply and demand and scheduling that for our customers.

### Andy kaplowitz {BIO 15179203 <GO>}

Appreciate your time, everyone. Thank you very much. Appreciate it. We'll talk to you guys soon.

Company Name: Vertiv Holdings Co
Company Ticker: VRT US Equity
Date: 2022-02-24

## Robert Johnson {BIO 19083956 <GO>}

Thank you very much. Appreciate it.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript