# Exhibit 42

| | |
|---|---|
| **From:** | Jim Harrod |
| **To:** | Friedman, David P |
| **Cc:** | Soloway, Audra J; Christian.Word@LW.com; Adam.Harris@ropesgray.com; David.Hennes@ropesgray.com; Kyla Grant; jai@blbglaw.com; Jonathan Lamet; Dianne Pitre; Caitlin Bozman |
| **Subject:** | RE: In re Vertiv Holdings Co Securities Litigation |
| **Date:** | Monday, December 12, 2022 6:51:05 PM |

David:

The statements quoted in your letter, from the pre-motion conference, were unequivocally made in response to Defendants' broad characterization of the case as being about "forecasts" and "projections."   Tr. at 3-4 ("This case concerns, your Honor, a series of *projections that it made throughout that year, projections about how its cost would increase and projections* about whether it would be able to offset those increases through either price increases or other measures that it might be able to take.")(emphasis added); ECF No. 33 at 1 ("Plaintiffs' *core claim* is that Vertiv *provided overly optimistic forecasts* of its ability to raise prices to offset inflation, later allegedly revealed to be false in the face of unprecedented inflation in 2021.") (emphasis added).  As stated in our letter in response (ECF No. 39) and during the pre-motion conference, we disagree with Defendants' characterization of the *general nature of the case*, and wanted to make clear to the Court that the thrust of the allegations in the Complaint unquestionably concern statements of present fact.  *See* ECF No. 39 at 2 ("*All of these statements were objectively verifiable statements of then-present fact.* They concerned actions that *Defendants either already had taken or were presently taking*, **not** their opinions or predictions concerning the expected outcomes of future events.") (emphasis added).  The statements you reference from the pre-motion conference were therefore not a declaration or concession that any statement in the Complaint should be considered withdrawn or inactionable.  Indeed, as you note, after Judge Woods suggested the parties meet and confer, I made clear that we were not making a "blanket disavowal" of any statements.  *See* Tr. at 25.  We have also reviewed the statements you identified in your email, which are either not forward looking at all and in fact explicitly concern present or historical facts, or misleadingly omit present or historical facts–even if certain of such statements may have been made in the context of guidance or other forward-looking statements.

In light of the foregoing, Lead Plaintiffs do not intend to withdraw these allegations or otherwise amend the Complaint at this time.   Moreover, Lead Plaintiffs do not believe that a meet and confer is necessary, but if Defendants believe that a discussion would be helpful or is otherwise warranted, please provide us with some proposed times to discuss.

Thank you,

Jim

---

**From:** Friedman, David P <dfriedman@paulweiss.com>
**Sent:** Monday, December 12, 2022 10:38 AM
**To:** Jim Harrod <Jim.Harrod@blbglaw.com>; Jai Chandrasekhar <Jai@blbglaw.com>; Kyla Grant <kgrant@saxenawhite.com>

**Cc:** Soloway, Audra J <asoloway@paulweiss.com>; Christian.Word@LW.com;
Adam.Harris@ropesgray.com; David.Hennes@ropesgray.com
**Subject:** In re Vertiv Holdings Co Securities Litigation

**[External]**

Counsel:

At the pre-motion conference, you stated that in your "view of the case, it's not about projections or guidance or the defendant saying things about what they expected to happen in the future."  Tr. 9; *see id.* at 17 ("[W]e do feel very strongly that this is not a case about guidance, it's not a case about projection.").  While you subsequently stated you were not making a "blanket disavowal of statements and guidance in connection with providing guidance," *id.* at 25, we are reaching out in connection with Judge Woods's encouragement that the parties meet and confer on this issue given that our read of the amended complaint demonstrates that the majority of the allegations of false and/or misleading statements challenge, entirely or in part, guidance/forward-looking statements, including many financial projections.  *See, e.g.*, ¶¶ 115, 116, 117, 124, 127, 128, 130, 132, 136, 138, 142, 143, 144, 145, 147, 149, 150, 153, 159, 160, 162, 165, 166, 167, 172, 173.  Please let us know if you intend to amend to withdraw these allegations, or if you would like to meet and confer on this issue.

Best,
David
**David P. Friedman** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3935 (Direct Phone) | 212 492 0935 (Direct Fax)
dfriedman@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.