**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Vertiv Holdings Co Securities Litigation* | Case No. 1:22-cv-3572-GHW-OTW **CLASS ACTION** |

**DECLARATION OF JAMES A. HARROD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, James A. Harrod, declare pursuant to 28 U.S.C. §1746:

1.       I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for Lead Plaintiffs in the above-captioned action.

2.       I respectfully submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint, which is being filed contemporaneously herewith.

3.       Attached as Exhibit A is a chart containing Lead Plaintiffs' responses to the charts filed as Exhibits 1-2 to the Declaration of Audra J. Soloway (ECF No. 55) in support of Defendants motions to dismiss in this Action.

1

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 31, 2023
      New York, New York

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**

*/s/ James A. Harrod*
James A. Harrod
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs*