# Exhibit A

**LEAD PLAINTIFFS' EXHIBIT A**
**EXCHANGE ACT ALLEGED MISSTATEMENTS**

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 1 | Rob Johnson (CEO): "*Our business success was shaped by and accomplished in the face of strong economic headwinds due to the continuing global pandemic, which pressured economies worldwide. It was a year that tested our business model and our ability to serve customers in an ever-changing and quickly growing digital marketplace. The Vertiv approach to business worked. We continued to deploy the Vertiv Operating System (VOS), we've increased velocity of our Vertiv Product Development (VPD) technology programs, all while keeping a sharp focus on costs. We are a company with solid organic growth, and we have* **made good progress in achieving significant margin expansion** *and healthy cash flow.*" (AC ¶ 115). | Johnson; Vertiv | 4Q 2020 Earnings Release (February 24, 2021)<br><br>DX 8 at 1.3[4] | 1. Not False/ Misleading<br>2. Opinion<br>3. Puffery | 1. Statement is false and misleading; in reality, Vertiv was unable to achieve "significant margin expansion" because, among other things, as Defendants admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," had a "culture" of "giv[ing] away the pricing that we were getting through discounting," was locked into discounted pricing for the majority of the contracts in its over $2 billion backlog, and had got "behind on the inflation recovery curve with insufficient price and stayed there all year." Opp. § III.A.1.<br>2. Statement is not Opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3.<br>3. Statement is not Puffery, Vertiv's margins were critically important to investors. Opp. § III.A.5. |

[1] Citations to "AC ¶ __" refer to the numbered paragraphs of Lead Plaintiffs' Amended Consolidated Complaint ("Complaint" or "AC") (ECF No. 25); **Bolded** text is the text from the corresponding cited paragraphs of the Complaint that Lead Plaintiffs allege to be materially false and misleading; *Italicized* text identifies language that is incorporated into the "Statements" column of Defendants' Statements Charts (defined below) but which was not quoted or included in the corresponding paragraphs of the Complaint; Underlined text identifies language from the corresponding cited paragraphs of the Complaint that Lead Plaintiffs allege to be materially false and misleading and which was not included in Defendants' Statements Charts.

[2] *See* Exhibits 1-3 to the Declaration of Audra J. Soloway (ECF No. 55) ("Soloway Decl."), tables identifying the alleged false and misleading statements from the Complaint, and certain contextual language included by Defendants ("Defendants' Statements Charts").

[3] The responses in this column supplement and are intended to be read in conjunction with the arguments contained in Lead Plaintiffs' accompanying Memorandum of Law in Opposition to Defendants' Motions to Dismiss ("Opp.").

[4] Citations to "DX __" refer to the exhibits filed with the Soloway Declaration.

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 2 | Vertiv **"[a]djusted** [its] **operating profit guidance of $565 million to $585 million**, *up* **68%** *at the mid-point of guidance compared to full year 2020*." (AC ¶ 115).<br><br>Vertiv increased its "**adjusted earnings per share ("EPS") of $1.01 to $1.06, and an adjusted operating margin of 11.9% to 12.2%.**" (AC ¶ 115) | Vertiv | 4Q 2020 Earnings Release (February 24, 2021)<br><br>DX 8 at 1. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; in reality, Vertiv had no basis to raise its operating profit guidance, EPS, and adjusted operating margin because, among other things, as Defendants admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," had a "culture" of "giv[ing] away the pricing that we were getting through discounting," was locked into discounted pricing for the majority of the contracts in its over $2 billion backlog, and had got "behind on the inflation recovery curve with insufficient price and stayed there all year." Opp. § III.A.1.<br>2. Statement is actionable as a forward-looking statement because Defendants knew throughout the Class Period that Vertiv was unable to raise prices to keep pace with inflation. Opp. § III.A.4.<br>3. Statement is actionable as an Opinion under *Omnicare* because Defendants lacked a reasonable basis due to Vertiv's inability to raise prices. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 3 | Rob Johnson (CEO): "*Our* **pricing initiatives** have **continued to yield favorable results**, *and our restructuring actions announced last quarter are now in full flight.* The **foundation we have established and the trajectory that we are on gives me confidence in our ability to achieve the expansion plans we laid out a year ago**." (AC ¶ 116). | Johnson; Vertiv | 4Q 2020 Earnings Call (February 24, 2021)<br><br>DX 9 at 9. | 1. Not False /Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; as Defendants admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," had a "culture" of "giv[ing] away the pricing that we were getting through discounting," was locked into discounted pricing for the majority of the contracts in its over $2 billion backlog, and had got "behind on the inflation recovery curve with insufficient price and stayed there all year." Opp. § III.A.1-2.<br>2. Statement that "pricing initiatives **have continued** to yield favorable results" is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement that Vertiv had already implemented "pricing initiatives" is not Opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3.<br>4. Statement is not puffery because Vertiv's pricing ability and margin expansion plan were critical to investors. Opp. § III.A.5. |

3

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 4 | Q. Nicole DeBlase (Deutsche Bank): "Got it. And then just for the follow-up, what have you guys embedded for pricing for 2021? And I guess further to that, is the expectation that you can offset recent raw material inflation with pricing? Or is there any sort of price/cost headwind embedded in the guidance?"<br><br>A. Gary Niederpruem (Chief Strategy & Development Officer): "So I would say, if you reflect back on pricing for 2019, we had a pretty good year. I think we've told everybody we were about $20 million still positive. In 2020, we were somewhere in that $15 million to $20 million range. **And our expectation is that for '21, we will have positive price as well. Certainly some headwinds coming from commodity and inflationary aspects all around the globe. But we feel pretty good about where we sit right now to continue passing price along**. Whether it's going to be in the same range of what we're able to do in '19 or '20, not quite sure just yet, but **we'll certainly be on the plus side of that equation from where we sit today**." (AC ¶ 117). | Niederpruem; Vertiv | 4Q 2020 Earnings Call (February 24, 2021)<br><br>DX 9 at 12–13. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; as Defendants admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," had a "culture" of "giv[ing] away the pricing that we were getting through discounting," was locked into discounted pricing for the majority of the contracts in its over $2 billion backlog, and had got "behind on the inflation recovery curve with insufficient price and stayed there all year." Opp. § III.A.1-2.<br>2. Statement that "we feel pretty good *about where we sit right now* to continue passing price along" states past results and present conditions and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement that Company had ability to "pass[] price along" is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3.<br>4. Statement is not puffery; Vertiv's ability to "pass[] price along" was critical to investors. Opp. § III.A.5. |

4

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 5 | *"We may not realize all of the sales expected from our backlog of orders and contracts. Our backlog consists of the value of product and service orders for which we have received a customer purchase order or purchase commitment and which have not yet been delivered. As of December 31, 2020 and December 31, 2019, Vertiv's estimated combined order backlog was approximately $1,844.8 and $1,401.2, respectively. The vast majority of our combined backlog is considered firm and expected to be delivered within one year. Our customers have the right in some circumstances, usually with penalties or termination consequences, to reduce or defer firm orders in backlog. If customers terminate, reduce or defer firm orders, whether due to fluctuations in their business needs or purchasing budgets or other reasons, our sales will be adversely affected and* **we may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue**. *More generally, we do not believe that our backlog estimates as of any date are indicative of revenues for any future period."* (AC ¶¶ 120, 134, 170–71).  DX 10 at 15. | Johnson; Fallon; Vertiv | 2020 Form 10-K (March 1, 2021); 2020 Form 10-K/A (April 30, 2021)<br><br>DX 15 at 18. | 1. Not False/ Misleading<br>2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted and as multiple FEs confirmed, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period.  Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem.  We had to burn through that." Opp. § III.A.1-2.<br>2. Statement is not forward-looking because it omits present fact. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 6 | "**Large companies, such as communication network and cloud/hyperscale and colocation data center providers**, *often* **require more favorable terms and conditions in our contracts** *with such companies* **that could result in downward pricing pressures on our business.** *Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. Accordingly, these customers often require more favorable terms and conditions in contracts from suppliers including us. Consolidation among such large customers can further increase their buying power and ability to require onerous terms . . . In addition, these customers may impose substantial penalties for any product or service failures caused by us. As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which* **may include terms that affect the timing of our** *cash flows and* **ability to recognize revenue, and could have an adverse effect on our business, results of operations and financial condition**." (AC ¶¶ 122, 134, 170–71). | Johnson; Fallon; Vertiv | 2020 Form 10-K (March 1, 2021); 2020 Form 10-K/A (April 30, 2021)<br><br>DX 11 at 14; DX 15 at 16. | 1. Not False/ Misleading<br>2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted and as multiple FEs confirmed, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period. Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem. We had to burn through that." Opp. § III.A.1-2.<br>2. Statement is not forward-looking because it omits present fact; even if forward-looking, statement is actionable because Defendants had actual knowledge from the outset of the Class Period that the backlog was "off the charts unprofitable." Opp. § III.A.4. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 7 | "*In part due to our strong first quarter performance*, **we are increasing our full year 2021 adjusted operating profit guidance to $595 million (at the mid-point), $20 million higher than our previous guidance. This full year guidance includes the expected negative net impact in the remainder of the year of higher commodity and freight costs.**" (AC ¶ 124). | Vertiv | 1Q 2021 Earnings Release (April 28, 2021)<br><br>DX 12 at 2. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Defendants had no basis to raise guidance because, among other things, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement is not forward-looking because it omits present fact. Even if forward-looking, statement is actionable because Defendants had actual knowledge that Vertiv had no ability to raise prices to keep pace with inflation. Opp. § III.A.4.<br>3. Statement that "expected net negative impact" was factored into guidance raise is not an opinion; even if it is an opinion, statement is actionable under *Omnicare*. Opp. § III.A.3. |

Table within cell 7:

|  | Prior FY2021 Guidance | FY2021 Guidance | 2Q 2021 Guidance |
|---|---|---|---|
| Net sales | $4,750M - $4,800M | $4,875M - $4,925M | $1,190M - $1,230M |
| Organic net sales growth | 6.5% - 7.5% | 9.5% - 10.5% | 15.0% - 19.0% |
| Adjusted operating profit | $565M - $585M | $585M - $605M | $120M - $130M |
| Adjusted operating margin | 11.9% - 12.2% | 12.0% - 12.3% | 10.0% - 10.6% |
| Adjusted EPS | $1.01 - $1.06 | $1.08 - $1.14 | $0.22 - $0.24 |
| Free cash flow | $275M - $295M | $290M - $310M | |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 8 | Although Vertiv was "seeing some increased costs for materials and logistics," the Company was "**[m]anaging the disruptions**" and "**[i]nstituting pricing actions around the globe to partially pass though the increased costs**" (AC ¶ 125).<br><br> | Vertiv | 1Q 2021 Earnings Presentation (April 28, 2021)<br><br>DX 14 at 5. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; as Defendants later admitted, in reality, Vertiv had not "institute[ed] pricing actions" to "pass through the increased costs." To the contrary, Vertiv "didn't and wasn't set up to drive a lot of price" and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1.<br>2. Statements about pricing actions Vertiv was currently taking are not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's ability to "pass through the increased costs" and is not an opinion. Statement is also actionable as an opinion under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 9 | In discussing the full-year guidance improvement, Vertiv's presentation noted "supply challenges" of approximately $25 million but reassured investors that Vertiv was **"[i]mplementing pricing actions to partially offset these new headwinds."** (AC 125) | Vertiv | 1Q 2021 Earnings Presentation (April 28, 2021) DX 14 at 13. | 1. Not False/ Misleading 2. Forward Looking 3. Opinion | 1. Statement is false and misleading; as Defendants later admitted, Vertiv was not implementing pricing conditions to offset inflation.  Indeed, rather than implementing pricing actions, in reality Vertiv had a "culture" of "giv[ing] away the pricing that we were getting through discounting."  Opp. § III.A.1-2. 2. Statement about pricing actions Vertiv was currently taking is not forward-looking. Opp. § III.A.4. 3. Statement concerns Vertiv's pricing actions and is factual, not Opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| 10 | Rob Johnson (CEO): "[T]he market is facing supply chain and commodity cost challenges, and Vertiv is not exempt. We are aggressively working to secure supply needed so that we can provide on-time delivery to our customers, first and foremost, while developing strategies and **executing strategies to share the cost with our customers where possible.**" (AC ¶¶ 127, 129). | Johnson; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) DX 13 at 5. | 1. Not False/ Misleading 2. Puffery | 1. Statement is false and misleading; as FEs confirmed and as Defendants later admitted, Vertiv was unable to secure supply due to aggressive supplier "decommits" throughout 2021.  Furthermore, rather than "executing strategies to share the cost with our customers," Vertiv was instead routinely "giv[ing] away the pricing that we were getting" due to its "culture" of "los[ing] price through discounting." Opp. § III.A.1-2. 2. Statement is not puffery. Opp. § III.A.5. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 11 | Rob Johnson (CEO): "*We remain confident in our ability to serve our meet their needs. Yet, similar to other companies, we are facing some supply chain issues due to market conditions.* *There are a couple of things that are going on here. First, we find ourselves dealing with some parts shortages and materials. For the most part, we've identified solutions for those. Second, like many other companies, we are seeing* cost increases on both material and the logistics side. **This is being tracked and managed and closely monitored, and we are taking actions to offset the increased costs.**" (AC ¶ 127). | Johnson; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) DX 13 at 6. | 1. Not False/ Misleading | 1. Statement is false and misleading; as Defendants later admitted, Vertiv was not "taking actions to offset the increased costs" and instead was "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. |
| n/a | Rob Johnson (CEO): "*[W]e are **raising our 2021 sales guidance by $125 million**, such that the new sales guidance is between $4.8 billion and $4.9 billion. And raising our **adjusted operating profit guidance by $20 million**. So our operating guidance is now $585 million to $605 million.*" (AC ¶ 127). | Johnson; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) DX 13 at 5. | 1. Not False/ Misleading 2. Forward Looking 3. Opinion | Language is contextual to the other language set forth in the row above that Lead Plaintiffs specifically allege to be false and misleading. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 12 | Q. Nicole DeBlase (Deutsche Bank): "*And just for my follow-up, I know you guys are* **trying to offset some of these extra costs of pricing**. *Can you just talk about the general pricing environment and maybe the competitive landscape?*" <br><br> A. Rob Johnson (CEO): "That's a great question, Nicole. We have, as we've talked about before, been able to get price the last year, couple of years. I think we're getting pretty good at doing that. **When we've had times before where freight costs have gone up like they have been, we've been able to institute surcharges.** Sometimes that's lagging, and I mentioned a few—in some of my comments, some of the lagging to pick that up. **And then based on contracts and orders, working with our customers, everyone understands that commodity prices are going up, steel is doubled, that type of thing. Our customers are pretty good about working with us and going through that. Certainly, we're able to go forward price things at that higher cost rate. And we're able to get that. So we feel good.** We have $10 million, I think Dave showed in his bridge, of incremental additional pricing this year. While that's something we're striving for, we think we could probably do better than that. But based on what we see, based on where we're at, that's kind of what we built into our plan. But no, **we've got a pretty good process now in our ability to drive prices through with our customers on a global scale.**" **(AC ¶¶ 128–29).** | Johnson; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) <br><br> DX 13 at 13–14. | 1. Not False/ Misleading <br> 2. Forward Looking <br> 3. Opinion | 1. Statement is false and misleading; as Defendants later admitted, Vertiv was not "able to get" higher prices and in fact had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. <br> 2. Statements concerning pricing actions Vertiv had taken or was currently taking are not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. <br> 3. Statements concern Vertiv's pricing actions and pricing ability and are not opinions; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| 13 | Q. Lance Vitanza (Cowen): "And then just maybe one last one for me. On Slide 13, where you lay out the bridge and focusing on the cost pressures and sourcing and so forth, you show the $10 million kind of recovery from passing price-throughs and this $25 million hit from commodity and logistics headwinds. And I guess my question is, how are those 2 numbers related? In other words, if it turns out that the commodity and logistics turns out to be maybe a $50 million headwind, should we assume that you can pass on | Fallon; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) <br><br> DX 13 at 16–17. | 1. False/ Misleading <br> 2. Forward Looking <br> 3. Opinion | 1. Statement is false and misleading; as Defendants later admitted, Vertiv did not "have the ability to pass [inflation costs] through for higher pricing" and in reality "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. |

11

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | perhaps $20 million of the costs? Are they variable in that way? Or no, is it sort of like a hard stop? You think it's going to be tough to pass on more than $10 million so we just need to hope that the impact from the logistics isn't much greater than that? Could you comment on that?"<br><br>A. David Fallon (CFO): "Yes, Lance, this is David. I'll start, and Gary and Rob can jump in. I would definitely say the 2 are correlated, right? **The higher the commodity logistics headwind and inflation is, the more data we have and to reasonably take price up consistently with competitors, right? So there's definitely a high correlation.** The one thing that we're seeing here is that there's generally a lag. So we will see the negative impact from commodity and logistics sooner in our costs, then **we do have the ability to pass that through for higher pricing.**<br><br>Now one thing that we did see, which turns this into somewhat of a positive, the last time we saw significant commodity and logistics headwinds, what we found is that the pricing is actually a little bit sticky upwards. **So we actually look at this strategically as a way to get additional price.** And then if the commodity and logistics headwinds abate at some point this year or even early next year, generally, the pricing that we see remains where it's at. There's always some give and take. But on the way up, that pricing opportunity is certainly going to be correlated with the headwinds we're seeing.<br><br>And the other thing that I probably want to point out on this slide and remind folks is that this is versus prior guidance. So this is the overlay for additional commodity and logistics headwinds versus our beginning of the year assumptions. If you looked at this for a full year, we had about $20 million of headwinds for commodity and freight inflation in that beginning of the year guidance. So if you add the $20 million and the $25 million, you get about $45 million. We also had assumed about $15 million of pricing in that prior guidance as well. So full year pricing expectations are now right around | | | | 2. Statement concerns Vertiv's current ability to raise prices in response to inflation and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's ability to "pass [inflation costs] through" and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | $25 million. And **if there is additional inflation, we do believe there's opportunity to take those pricing assumptions up as well."** (AC ¶ 130). | | | | |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 14 | Q. *Nigel Coe (Wolfe Research): "I want to go back to the pricing. You covered that very well. So I'm not going to retread any new ground here. But 20 bps of additional price doesn't seem like a shoot-for-the moon scenario, but how does the backlog play into the pricing equation for the second half of the year? You've got $2.1 billion of backlog, it's about 2 quarters worth of sales, not quite 2 quarters. But are we thinking here that the price increases are mainly in the fourth quarter, given that backlog coverage? Or is there* **some mechanism** *in the backlog to push through some digital price?"* <br><br> A. Gary Niederpruem (Chief Strategy & Development Officer): ". . . So I'd say the answer is mixed and varied. I mean obviously, it's a little bit easier to get price on new orders. **But by no means are we just taking a look at that $2 billion of backlog and saying, well, there's nothing we can do. It's already in backlog. So we do have some other mechanisms, sometimes in larger contracts that have material clauses in them. Certainly, freight is another lever that we can utilize. That is a real-time mechanism. There's been times when we've instituted surcharges as well.** So I would say that, yes, it's easier to get price on new orders coming through the door. **But by no means are we going to just discount the $2 billion that we have and say there's nothing we can do there. We're looking at that, taking action on that as well.** With all that said, I do think price probably continues to ramp throughout the year, as David [Fallon] mentioned earlier. So I think in general, that pricing will ramp. But those are the different ways we're looking and trying to execute that pricing and freight scenario." (AC ¶ 132). | Niederpruem; Vertiv | 1Q 2021 Earnings Call (April 28, 2021) <br><br> DX 13 at 19. | 1. Not False/ Misleading <br> 2. Forward Looking <br> 3. Opinion | 1. Statement is false and misleading; as both Defendants Johnson and Niederpruem later admitted and as multiple FEs confirmed, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period.  Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem.  We had to burn through that." Opp. § III.A.1-2. <br> 2. Statement about Vertiv's current ability to retroactively raise prices in its backlog is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. <br> 3. Statement about Vertiv's use of "material clauses" and "surcharges" is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 15 | Q. Nigel Coe (Wolfe Research): "Great. There's one more question from the audience. But this will be a good time to take a pulse on pricing. And yes, I think there's a perception, probably going back to the Emerson ownership days, that pricing in this market is intrinsically weak. And in the [ phase and ] time, that creates some risks around margins. So maybe just address that, Gary. How do you see pricing power? Maybe just dissect that between enterprise and hyperscale or colo and what is your confidence that over time, you can cover the inflation that you're seeing?"<br><br>A. Gary Niederpruem (Chief Strategy & Development Officer): "Yes. No, we've been dealing with that, obviously, for real time. So I think a couple of things. So David says it very well that prior to 2017-ish or so, there really wasn't a focus on pricing, and I think the perception was exactly what you said. And maybe that was part perception, maybe it was even part reality back then. **But we kicked off some pretty serious pricing initiatives several years ago. And if you look at – in 2019, we got somewhere between $20 million to $25 million of positive price. In 2020, it was probably $20 million of price.** And it's from a number of different tactics and initiatives, and some of it is easy as well, you raise list prices every year in some places. But that don't only get to so far.<br><br>**After that, you need to become much more judicious with your multipliers and your discount levels and how are you handling rebates?** And let's make sure that we have scattered thoughts of, "like jobs to like customers," in the same region in the same category. We weren't doing those types of things before. So those are no[w] ou[r] things that we do almost every day, maybe not in every region, but sort of **Americas is the most mature.** Europe is the second mature. Asia is the least mature, **but they're all significantly advanced from where we were a couple of years ago**.<br><br>So we have 2 years of demonstrated track record of getting | Niederpruem; Vertiv | Wolfe Industrials and Transports Conference (May 26, 2021)<br><br>DX 17 at 12–13. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; Vertiv had not implemented "serious pricing initiatives" to recover inflation, nor was it "much more judicious" with "discount levels." Rather, as Defendants later admitted, the opposite was true: Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's past or current pricing actions and/or pricing ability and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's past or current pricing actions and/or pricing ability and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3.<br>4. Statement is not puffery as the effectiveness of Vertiv's pricing actions was critical to investors. Opp. § III.A.5. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | positive price. When you look at this year, in our Q1 report, we had a Q1 presentation. We had there was about $25 million of headwinds and $10 million is going to be offset by price. So I would say 2 things. One is that **$10 million clearly is the floor. I mean there is more upside and more runway on that number** even – and we sort of even knew that at the time, but we wanted to be a little bit conservative on that point. So there's clearly more upside and runway in-year than that $10 million.<br><br>**And David and I review pricing and the commodity stuff probably got – it seems like it's 8 days a week at this point in time**. That's because we want to make sure that we're doing all the right things. And I am sitting here right now, **I am really, really confident that we will be able to recover the vast, vast, vast majority of any inflationary stuff**. *Now some of it – you heard there's a lead lag there. So some of it may hit the P&L or maybe a quarter offset, just based on the time that you see the cost versus when we can get the price. So there might be a quarter lag there. But in terms of picking it up over the course of the year and then looking into next year, some of the commodities abate a little bit. Most times, our pricing is pretty sticky. So I think that even if we miss it by a quarter or so offset this year, that will turn into a nice tailwind for us as we go into next year. So I feel – bottom line is still really good, about being able to get the vast majority of it, maybe a little bit of a timing dimension associated with that, but I think overall, we're going to be in pretty good shape."*<br><br>*Q. Nigel Coe (Wolfe Research): "Just to be clear, so when you say the vast, vast majority, do you mean actually in this year, so that $25 million of incremental inflation do you think you can capture that this year? Or are we talking here about catching up on a run rate basis by the year-end?"* | | | | |

16

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | *A. Gary Niederpruem (Chief Strategy & Development Officer): "Yes, I don't want to get in too far into probably anything different than what we guided to already. I would just say, whatever the inflation number is going to be by the end of the year, maybe we don't get all of that in here, but we will certainly have recovered it on an annualized basis when you look at it over a 12-, 15-month window."* (AC ¶ 136) | | | | |
| 16 | Q. *Lance Vitanza (Cowen): "So what about margin performance? And you mentioned R&D and obviously that's an important part of growing the pie. 1Q saw a very nice increase in margin, not surprising given the sales growth. And in fact, I was going to ask you to what extent was that margin just the benefit of higher revenues given the operating leverage in the business for? Were there cost outs or operating efficiencies? I know that's obviously been a big part of the game plan here is to sort of bring your margins more in line with peers. I'm just trying to figure out to what extent it was specifically that versus just the growth in the underlying revenues?"*<br><br>A. *David Fallon (CFO): ". . . . So first quarter versus last year, certainly driven by that sales leverage. But going forward, we have* **some pretty significant plans to also improve that contribution margin**. *And the two areas that have been a focus over the last 24 months and certainly will continue going forward is productivity from purchasing . . . .* **And then also pricing, which I'm sure you'll have some questions related to the recent inflationary pressures that everybody has been seeing. But we anticipate a continued ramp-up of contribution margin based on purchasing improvements and also pricing."** (AC ¶ 138). | Fallon; Vertiv | 49th Annual TMT Conference / Cowen Conference (June 2, 2021)<br><br>DX 18 at 5–6. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; Vertiv was unable to improve contribution margins through pricing because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing ability and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion. Statement is actionable as an opinion under *Omnicare*. Opp. § III.A.3.<br>4. Statement is not puffery. Opp. § III.A.5. |

17

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 17 | *Q. Lance Vitanza (Cowen): "And then, what about David mentioned earlier that component shortages. I mean, I'm reading a little bit into this, I don't know to what extent you've been sort of seeing this. And again, it doesn't really seem like it's been impacting the numbers but globally, right, we've seen shortages? And I'm just expecting that – is it the case that your margins would have looked even better if that weren't the case? Or have you been able to sort of operate your way around those sort of supply chain issues that have been affecting so many companies?"*<br><br>*A. David Fallon (CFO): "I think, probably, the most direct financial impact that we've seen and this is putting supply shortages and inflationary costs and in the same category or bucket. But I think, based on our guidance at the end of the first quarter, we had estimated maybe about $45 million of annual headwinds for inflation, that includes commodity and freight. Included in our guidance is only offsetting about $25 million of that $45 million with additional price. And we took our pricing bogey up about $10 million at the end of the first quarter versus the beginning of the year assumption. So we're probably about $20 million upside down, as it relates to recovering some of the higher costs with pricing. But we also mentioned that we believe the $25 million we have is probably a low water mark for us. It's likely conservative. There's opportunity for us to recover additional pricing. What we're seeing now is just kind of a natural lag that the cost of us before we can actually enact some of the pricing initiatives.*<br><br>*If you went out nine months, we're fully confident we'd be able to certainly recover dollar for dollar, those commodity **costs,** but there could be a little bit of a lag when you look at full year 2021. But we remind the organization investors, the world doesn't end at 12 31. And if you look at it over a normal period of time, we believe **we have developed that pricing muscle to offset periods of inflation like we're seeing right now**.*" (AC ¶ 138). | Fallon; Vertiv | 49th Annual TMT Conference / Cowen Conference (June 2, 2021)<br><br>DX 18 at 8–9. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; Vertiv had no ability to "offset periods of inflation like we're seeing now" because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing ability that the Company "ha[d] developed" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing ability and is not an opinion; even if an opinion, statement is actionable as opinion under *Omnicare*. Opp. § III.A.3<br>4. Statement is not puffery because Vertiv's ability to effectively raise prices in response to inflation was critical to investors. Opp. § III.A.5. |

18

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 18 | *Q. Lance Vitanza "And the prices that you set for your customers tend to be sticky on the way down. So if anything over time, you can make a – it's almost like you're* **making the margin on the price increase** *that you're experiencing. It just takes you some time to get there."*<br><br>A. Gary Niederpruem (Chief Strategy & Development Officer): "**Absolutely right. Prices are sticky** *upwards and if commodity costs subside and actually go the opposite way, that could be a tailwind heading into 2022."* (AC ¶ 138). | Niederpruem; Vertiv | 49th Annual TMT Conference / Cowen Conference (June 2, 2021)<br><br>DX 18 at 9. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not "making the margin" through price increases because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing ability and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing ability and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| 19 | *Q. Amit Daryanani: "Perfect. And then maybe go back to the operating margin discussion to the company, right? We're at 12% and as aspirations, David talked about going to 16%, long-term to 20%, I mean – I would like to understand, how much of that margin expansion, let's just say, 12-year to 16-year term is revenue driven versus sales out lever and what are the big sales out lever, the two treating you would call out?"*<br>A. *David Fallon (CFO): ". . . . And the* **two levers** *that we most frequently talk about is continued productivity on the purchasing side. It's – we've only developed (Inaudible) global organization over the last couple of years and we're getting tens of millions of productivity each year from purchasing and effectively managing that organization and leveraging the $4.5 billion or $5 billion spend as opposed to previously, really looking at it as 20 – the smaller purchasing organizations.*<br>And then the other lever, which has been getting a lot of attention more recently is from a pricing perspective. That is | Fallon; Vertiv | Evercore ISI Conference (June 9, 2021)<br><br>DX 19 at 8–9. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv did not have "pricing power" that would cause pricing to be "a lot higher . . . this year" because the opposite was true:  Vertiv "didn't and wasn't set up to drive a lot of price" and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current "pricing power" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing ability and is not an opinion.  Statement is otherwise actionable as opinion under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | something that this company historically kind of convinced itself that if we were a flat on a pricing perspective, it was a good year, **we've leaned into that and taking a more of a strategic approach to the pricing**, and as a result, we got about $25 million in pricing in 2019, last year, between 15 and 20, and certainly, **partly because of—due to a response with the inflation we're seeing in '21, we should be a lot higher than that this year**—and we've talked about the timing of the commodity and freight inflation has actually been somewhat beneficial to us, because it forced us to see what is the art of the possible from a pricing perspective, and I think **what we've learned over the last three or four months is that, we probably have more pricing power than we had previously thought or when it's a risk with customers.** So that's something that certainly is been benefit us going forward." (AC ¶ 140). | | | | |
| n/a | "*Vertiv Holdings Co (NYSE: VRT), a global provider of critical digital infrastructure and continuity solutions, today reported* **strong financial results for its second quarter** *ended June 30, 2021.*" (AC ¶ 142). | Vertiv | 2Q 2021 Earnings Release (July 28, 2021)<br><br>DX 20 at 1. | 1. Not False/ Misleading<br>2. Opinion<br>3. Puffery | Language is contextual to the other language set forth in the row below that Lead Plaintiffs specifically allege to be false and misleading. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 20 | Rob Johnson (CEO): "Following a strong start to 2021, we are pleased to report that through the first half of the year, Vertiv performance remains on track. . . . On a quarterly basis, our headline results continue to highlight strong order growth and related sales, and our outlook remains very positive. While inflation is a challenge facing all companies, we are navigating this with additional pricing actions and fixed-cost reductions. We decided in the second quarter to increase spot buys of key electronic components and use expedited freight to best meet the customer requirements of an incredibly strong demand environment. We feel good about market activity levels and coupled with our growth programs, **pricing programs and margin improvement initiatives already underway, we are well positioned for the second half of 2021** *and we believe these items should provide tailwinds as we enter 2022.*" (AC ¶ 142). | Johnson; Vertiv | 2Q 2021 Earnings Release (July 28, 2021)  DX 20 at 1–2. | 1. Not False/ Misleading 2. Forward Looking 3. Opinion 4. Puffery | 1. Statement is false and misleading. Vertiv was not successfully "navigating" inflation "with additional pricing actions" because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. 2. Statement concerns Vertiv's current pricing actions and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. 3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. 4. Statement is not puffery because Vertiv's ability to effectively raise prices in response to inflation was critical to investors. Opp. § III.A.5. |

21

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 21 | "*Higher adjusted operating profit was driven by an $80 million benefit from the profit flowthrough from higher organic volume offset primarily by an approximate $25 million headwind from net material and freight inflation and $20 million higher fixed costs in part due to discrete COVID-19 cost actions taken in last year's second quarter. The $25 million of net material and freight inflation includes an approximate $10 million offset for year-over-year pricing.* **We expect pricing to ramp-up as we progress through 2021 and to completely offset gross material and freight inflation within the fourth quarter**." (AC ¶ 143). | Vertiv | 2Q 2021 Earnings Release (July 28, 2021)<br><br>DX 20 at 1. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv had no ability to "completely offset" inflation because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement is not forward-looking because it omits present fact. Even if forward-looking, statement is actionable because Defendants had actual knowledge that Vertiv had no ability to increase prices on pace with inflation. Opp. § III.A.4.<br>3. Statement is actionable as opinion under *Omnicare* because Defendants had no basis to expect that pricing could keep pace with inflation in light of the fact that Vertiv "didn't and wasn't set up to drive a lot of price." Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 22 | "Full Year and Third Quarter 2021 Guidance. End-market demand remains robust, and we are increasing our full-year net sales guidance to 14% growth at the midpoint (12% organic growth). **While material inflation and supply-chain challenges continue, we have implemented additional pricing actions and fixed cost reductions to help offset these challenges.** We are raising the midpoint of our full year adjusted operating profit guidance to $600 million. **This full year guidance includes the expected negative net impact in the remainder of the year of current commodity and freight costs as well as price recovery, which typically lags inflation**." (AC ¶¶ 142, 144). | Vertiv | 2Q 2021 Earnings Release (July 28, 2021)<br><br>DX 20 at 2. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv had not "implemented additional pricing actions" to keep pace with inflation. Rather, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns current pricing actions Vertiv "ha[d] implemented" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| n/a | The Company's revised, raised guidance for 2021 included adjusted operating profit of $590 million to $610 million (up from $585 million to $605 million) and adjusted EPS of $1.12 to $1.18 (up from $1.08 to $1.14) (AC ¶ 145).<br><br><table><tr><td></td><td>Prior FY2021 Guidance</td><td>Updated FY2021 Guidance</td><td>3Q 20</td></tr><tr><td>Net sales</td><td>$4,875M - $4,925M</td><td>$4,970M - $5,030M</td><td>$1,26</td></tr><tr><td>Organic net sales growth²</td><td>9.5% - 10.5%</td><td>11.5% - 12.5%</td><td>6.</td></tr><tr><td>Adjusted operating profit</td><td>$585M - $605M</td><td>$590M - $610M</td><td>$15</td></tr><tr><td>Adjusted operating margin</td><td>12.0% - 12.3%</td><td>11.8% - 12.2%</td><td>12.</td></tr><tr><td>Adjusted EPS</td><td>$1.08 - $1.14</td><td>$1.12 - $1.18</td><td>$0.</td></tr><tr><td>Free Cash Flow</td><td>$290M - $310M</td><td>$290M - $310M</td><td></td></tr></table> | Vertiv | 2Q 2021 Earnings Release (July 28, 2021)<br><br>DX 20 at 2. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | Language is contextual to the other language set forth in the row above that Lead Plaintiffs specifically allege to be false and misleading. |

23

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 23 | *The presentation's second quarter 2021 key messages included:* "**Pricing actions in place to recover market based commodity and freight inflation and premiums for spot buys of electronic parts**. *Pricing actions lag inflation but* **fully offset inflation in Q4 and provide tailwind** in 2022." (AC ¶ 147). | Vertiv | 2Q 2021 Earnings Presentation (July 28, 2021)<br><br>DX 22 at 3, 13. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv did not have "pricing actions in place" to "fully offset inflation in Q4 and provide tailwind" because the opposite was true: Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement is not forward looking because it concerns Vertiv's current "pricing actions in place" and omits present fact; even if forward-looking, statement is actionable because Defendants had actual knowledge that Vertiv could not "fully offset" inflation by Q4 and provide a "tailwind.". Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if opinion, statement is actionable under *Omnicare*. Opp. § III.A.3 |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 24 | The presentation also included a slide showing the "[f]ull year 2021 inflation and pricing evolution," which claimed that the Company's **"pricing actions," including "list price increases, discount and rebate reductions, pass through commodity pricing (lead) and pricing recovery on outbound freight,"** would yield significant results, substantially offsetting "material and freight inflation," including "premiums paid for spot-buys and expedited shipments due to parts availability challenges."(AC ¶ 147).<br><br> | Vertiv | 2Q 2021 Earnings Presentation (July 28, 2021)<br><br>DX 22 at 22 | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not implementing "pricing actions" to "substantially offset[]" inflation because, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing actions and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

25

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 25 | Rob Johnson (CEO): *"[W]e are dealing with supply chain issues and inflation issues. We encountered supply chain challenges in Q2 and experienced commodity and freight inflation. As Dave mentioned*, we made spot buys so that we can meet the delivery commitments to serve our customers and we've implemented strategies to recapture **cost**. *Pricing always lags cost by a quarter or 2, and that's exactly what we're seeing now . . . .*<br><br>*And finally*, the *key message, we're raising our 2021 guidance by $100 million in sales and $5 million in adjusted operating profit. This action demonstrates the confidence we have in our end markets and also reflects the priority we're placing on customer pursuit and capture . . . .*<br><br>[P]*ricing is never easy task, but this market has required it.* **We are estimating having $65 million of pricing actions for the full year versus 2020**. *As you can see, though*, **by the time we get to Q4, we will have pricing that fully offset inflationary costs** . . . . *Inflation is being felt by us in material, freight cost and spot buys. Approximately $60 million in materials, $15 million in freight and $35 million in spot buys. We expect the cost impacts to ramp down in 2022 driving net tailwinds . . . .*<br><br>*The timing of pricing versus inflation causing a dip in Q2.* **The pricing actions will accelerate in Q3, driving margin recovery**. *We anticipate* **full recovery by Q4** *as headwinds stabilize and* **the pricing plan is fully implemented**. *And as mentioned, we're expecting a net tailwind in 2022 for this activity . . . ."*<br><br>David Fallon (CFO): *"This adjusted operating profit guidance assumes that the third quarter benefit from pricing does not quite offset the negative impact from inflation. However,* **we do anticipate a full offset pricing versus inflation in the fourth quarter**." (AC ¶ 149). | Johnson; Fallon; Vertiv | 2Q 2021 Earnings Call (July 28, 2021)<br><br>DX 21 at 5–7. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv did not have the ability to "have pricing that fully offset inflationary costs" resulting in a "full recovery by Q4" because, in reality, Vertiv had a Company-wide "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statements are not forward-looking because they concern Vertiv's current pricing ability and omit present fact; even if forward-looking, statements are actionable because Defendants had actual knowledge that Vertiv "didn't and wasn't set up to drive a lot of price." Opp. § III.A.4.<br>3. Statements concern Vertiv's pricing actions and/or pricing ability and are not opinions; even if opinion, statements are actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 26 | Q. Nigel Coe (Wolfe Research): "So surprise, surprise, a question on price. So the $65 million, how do we interpret that? Are these actions already made to the customers? And Obviously, there's an assumption about how much fixed and how much is given away in, I don't know, concessions, et cetera. Is this $65 million sort of like what's been actioned and what we hope to get? *Or is this a conservative view on sort of how much of this price mix? And then maybe just talk about Americas versus APAC and EMEA.*"<br><br>A. Rob Johnson (CEO): ". . . . **Pricing actions were actually underway at the beginning of Q2 as we begin to see this inflationary environment.** As you know, we feed a lot off of our backlog. And some of those things in our backlog, we can look at price, we can look at freight. But for the most part, as we've indicated on the call, you'll see that really kind of come to life in Q3 and Q4. **So we know orders that we got in Q2 that we'll ship in Q3, Q4, Q1, we know we got price on those. So that's why we feel confident that we will get the price and we are getting the price.** So that's the first thing.<br><br>The second thing we've done which has been talked about widely with industrials is the ability to get price in the channel and distribution**.** *That's a much faster lever from that perspective. But for us, as a company compared to other industrials, we're a smaller player in that, but that's an area that we're growing fast.*<br><br>**So we have taken pricing actions in some cases, three times within that space that will – we've seen stick**, *and we've seen our order growth rates, as you can see in our channels beginning to grow at the pace that we've talked about in the past.* We expect to continue to take share in that space **while we continue to raise price and drive that**." (AC ¶ 150). | Johnson; Vertiv | 2Q 2021 Earnings Call (July 28, 2021)<br><br>DX 21 at 10. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv did not have "[p]ricing actions . . . underway" to offset inflation or address pricing in the Company's backlog because, as Defendants admitted, Vertiv "didn't and wasn't set up to drive a lot of price" and had a pervasive Company-wide "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement is not forward-looking because it concerns Vertiv's pricing actions that "were actually underway" and Vertiv's current ability to "get[] the price." Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement is not an opinion because it concerns Vertiv's pricing actions; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

27

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 27 | *Q. Andrew Kaplowitz (Citigroup): "Great. And then it's great that you reiterate your medium-term adjusted operating margin target at 16% and reaching 20% I know you mentioned that the net tailwind from pricing in '22 happens. But does the current operating environment lead you to question at all the timing of the improvement? And then we know one of the main longer-term initiatives for Vertiv is to improve its pricing ability. So how would you assess your increased focus on dynamic pricing and how it's been working in the current environment?"* A. Rob Johnson (CEO): ". . . . **[W]e're getting more and more sophisticated with our ways we get price. We've talked** about it in the past **where we've instituted some AI and really pricing tools that allow our salespeople to understand when we lose at what price and when we win.** *We're expanding those tools as we've talked in the past, throughout Europe and then Asia.* So this will continue to be a muscle that will flex and grow and get more and more mature and use more data analytics to drive it. So we continue to believe that pricing will be one of those levers that will continue to drive for years to come. **But I feel good about where we're at. I feel good about the methodologies that we have** and the ability to get that and really stemmed from a couple of years ago when we first started it, and we just continue to drive that." (AC ¶ 152). | Johnson; Vertiv | 2Q 2021 Earnings Call (July 28, 2021) DX 21 at 19. | 1. Not False/ Misleading 2. Forward Looking 3. Opinion 4. Puffery | 1. Statement is false and misleading; as Defendants would later admit and as FEs confirmed, Vertiv botched the implementation of its CPQ system, resulting in a "lack of visibility" and a "lack of available [pricing] data," including real-time information regarding increases in material inflation costs. Opp. § III.A.1-2. 2. Statement concerns Vertiv's current "methodologies" and ability to "get price" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. 3. Statement concerns Vertiv's pricing actions and methodologies and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. 4. Statement is not puffery because Vertiv's ability to "get price" was critical to investors. Opp. § III.A.5. |

28

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 28 | Q. *Andrew Kaplowitz (Citigroup): "Great. And then it's great that you reiterate your medium-term adjusted operating margin target at 16% and reaching 20% I know you mentioned that the net tailwind from pricing in '22 happens. But does the current operating environment lead you to question at all the timing of the improvement? And then we know one of the main longer-term initiatives for Vertiv is to improve its pricing ability. So how would you assess your increased focus on dynamic pricing and how it's been working in the current environment?"* <br><br> A. David Fallon (CFO): *". . . . So I think what – this year, it does not impact our plan to continue to increase adjusted operating margins in that 16% in the long term 20% range. And if anything,* **what we have seen this year has actually allowed us to develop some muscle from a pricing perspective**. So that's always been a part of the equation to improve margins. **And I think what we've seen this year gives us even more confidence that we can use that as a lever to – on our path to 16% and then 20% [margin].**" (AC ¶ 153). | Fallon; Vertiv | 2Q 2021 Earnings Call (July 28, 2021) <br><br> DX 21 at 19-20. | 1. Not False/ Misleading <br> 2. Forward Looking <br> 3. Opinion <br> 4. Puffery | 1. Statement is false and misleading; Vertiv was not able to "improve margins" through its pricing "muscle" and in fact the opposite was true: Vertiv "didn't and wasn't set up to drive a lot of price"and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. <br> 2. Statement concerns Vertiv's current pricing ability and "what we've seen this year" and therefore is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4. <br> 3. Statement concerns Vertiv's pricing ability and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. <br> 4. Statement is not puffery because Vertiv's pricing ability was critical to investors. Opp. § III.A.5. |
| 29 | Rob Johnson (CEO): *"The supply side, however, is challenging us. Since our last earnings call at the end of July, we've seen the market tighten up significantly. In some cases, we can get parts just as normal. In other cases, we need to pay elevated prices on the spot market. What we're experiencing now is that, as Dave mentioned, just some parts aren't available.* **Our pricing has continued to ramp**." (AC ¶ 157). | Johnson; Vertiv | E&I Acquisition Investor Call (September 8, 2021) <br><br> DX 24 at 5. | 1. Not False/ Misleading | 1. Statement is false and misleading because pricing had not "continued to ramp"; as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 30 | Q. *Nicole DeBlase (Deutsche Bank): "So on the guidance update, I guess, could you guys just provide a little bit more detail around what's going on with the pricing assumptions? And I mean, I think there's a timing issue here, but maybe just provide some more color around why the pricing is pushing into 2022 and your conviction that price cost can turn positive next year?"*<br><br>A. *Rob Johnson (CEO): "Yes. Nicole, and thanks again for the question. Yes, what we're saying around pricing, we continue to have headwinds as it relates to cost in materials.* **We continue to drive pricing.** *And what we're really saying here is that a lot of that will be recognized in '20 – beginning 2022, as we build that into the backlog. We're currently burning off our current backlog. And as we do that, we won't see that pricing effect. So it's kind of a delayed by a couple of quarters. But* **we feel good about our pricing process, getting price in the market and continue as inflationary measures impact us.** *Gary?"*<br><br>A. *Gary Niederpruem (Chief Strategy & Development Officer): "Yes. Thanks, Rob. Nicole, I think the only other commentary I'd add to Rob is with what we're seeing in pricing is, it is really sticky. So the only piece here is not the fact that we can't get price, it is exactly what Rob said a large backlog and some of the timing of the shipments on the projects might slip out to where we have more meaningful increase in pricing going into next year. But* **you can see the pricing ramping every quarter, every month as we track this. And the pricing that we are getting, we do feel is really pretty sticky. So it's not really can we get price.** *It's just more of a timing issue than anything."* (AC ¶ 157). | Johnson; Niederpruem; Vertiv | E&I Acquisition Investor Call (September 8, 2021)<br><br>DX 24 at 11. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion<br>4. Puffery | 1. Statement is false and misleading; Vertiv was not "continu[ing] to drive pricing" nor was it "getting price" to offset inflation—rather, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current efforts and ability to "get price" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3.<br>4. Statement is not puffery because Vertiv's ability to "get price" in response to inflation was critical to investors. Opp. § III.A.5. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 31 | "Supply chain issues have continued to accelerate in the third quarter and no improvement is expected in the fourth quarter, although **our pricing response continues to meaningfully increase sequentially each quarter, and we anticipate another sequential increase in the fourth quarter. Cost containment actions have been accelerated heading into the fourth quarter to mitigate impacts from increased supply chain disruptions**." (AC ¶ 159). | Vertiv | 3Q 2021 Earnings Release (October 27, 2021)<br><br>DX 26 at 1. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not able to institute pricing actions to "mitigate impacts" from supply chain disruptions. In reality, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current "pricing response" and "cost containment actions" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

31

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| n/a | *"Given the portfolio enhancements underway, we have updated our guidance to include impacts from the E+I acquisition, as well as the divestiture of the heavy industrial UPS business. The net impacts from these transactions are an additional $55 million in net sales and $13 million in adjusted operating profit and are included in the guidance table below for both fourth quarter and full year 2021. This guidance includes the expectation that supply chain headwinds continue at current levels for the remainder of the year. We anticipate supply chain pressure to continue at least through the first half of 2022. Despite these headwinds, demand remains strong, and we anticipate net pricing and inflation actions will provide a tailwind for full year 2022."* <br><br><br><br>(AC ¶ 160). | Vertiv | 3Q 2021 Earnings Release (October 27, 2021) <br><br> DX 26 at 2. | 1. Not False/ Misleading <br> 2. Forward Looking <br> 3. Opinion | Language is contextual to the other language set forth in the row below that Lead Plaintiffs specifically allege to be false and misleading. |

32

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 32 | "Full year 2021 inflation and pricing evolution . . .<br>• Reflects the year-over-year change in contribution margin attributable to material & freight inflation and **pricing actions**<br>• Material and freight inflation includes market impact (higher commodity prices, freight rates, etc.) as well as premiums paid for spot-buys and expedited shipments due to parts availability challenges.<br>• Pricing includes items such **as list price increases, discount and rebate reductions, pass through commodity pricing and pricing recovery on outbound freight**<br>• Excludes impact of acquired and divested businesses."<br>(AC ¶ 162).<br> | Vertiv | 3Q 2021 Earnings Presentation (October 27, 2021)<br><br>DX 28 at 19. | 1. Not Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not implementing "price increases" and "discount and rebate reductions" to offset inflation but instead was rampantly discounting to make sales. Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing actions and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. 3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

33

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 33 | "**Prior pricing guidance intact with additional actions being implemented in the fourth quarter and into 2022**." (AC ¶ 162).<br><br>Customer demand and supply chain update<br><br>CUSTOMER DEMAND<br>• Overall market demand remains robust and consistent with expectations. *Third quarter orders up 17% compared to same period last year and up 21% YTD.*<br>• Continued strength in cloud and colocation markets with larger project-based orders. Enterprise segment continues to strengthen<br>• Customers providing more visibility to future demand<br>• *Backlog a new record level of $2.4B at end of September, 34% higher* than end of 2020<br>• Very positive customer reaction to the E+I acquisition will also bolster our long-term growth prospects<br><br>SUPPLY CHAIN & PRICING UPDATE<br>• Supply chain challenges accelerated in the third quarter with no improvement expected in the fourth quarter<br>➤ Critical part shortages driving additional spot buys and customer delivery challenges<br>➤ Supply chain issues impacting all regions, but more significantly in Americas<br>➤ Anticipate pressure from supply chain and parts shortages to continue through first half 2022<br>• Prior pricing guidance intact with additional actions being implemented in the fourth quarter and into 2022<br>• Expect pricing actions to deliver net pricing/inflation tailwind for 2022<br><br>Market demand continues to be strong. However, supply chain constraints limit delivery.<br><br>VERTIV. | Vertiv | 3Q 2021 Earnings Presentation (October 27, 2021)<br><br>DX 28 at 5. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not implementing "additional actions" to offset inflation at this time; rather, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting"—such that it had only barely begun to implement "aggressive" pricing actions *after* this time, in "late 2021 and 2022." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing actions that were "being implemented" and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| 34 | *Rob Johnson (CEO): "[A]s Dave mentioned, we are dealing, like others, with supply chain and inflationary issues. We encountered supply chain challenges in Q3 and experienced commodity and freight inflation. We made spot buys so that we can meet our delivery commitments we've made to our customers, and **we have implemented strategies to recapture those costs**. Pricing always lagged cost by a few quarters, and that's exactly what we're seeing now. However, we believe, as we've mentioned before, pricing will be a tailwind in 2022.*<br>*. . .*<br>*As you heard from Dave in his opening comments, supply chain continues to pose challenges for us and many, many others in the industry. Each of the regions are experiencing it, but it is most acute in Americas, where material availability is most difficult and commodity prices have risen beyond* | Johnson; Vertiv | 3Q 2021 Earnings Call (October 27, 2021)<br><br>DX 27 at 5. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading. First, Vertiv was not able to meet its delivery commitments through "spot buys"; as FEs confirmed and as Defendants later admitted, Vertiv could not meet its delivery commitments due to aggressive supplier "decommits" that had increased throughout 2021. Second, Vertiv had not "implemented strategies" to recapture costs or to offset inflation; rather, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting"—such that it had only barely begun to implement |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | *expectations. Where necessary, we'll continue to use spot buys so that we can take care of our customers.* **From a pricing standpoint, we are in line with our prior guidance we provided for Q4**. *We'll continue with pricing actions throughout 2022."* (AC ¶ 165). | | | | "aggressive" pricing actions ***after*** this time in "late 2021 and 2022." Opp. § III.A.1-2.<br><br>2. Statement concerns Vertiv's current "implemented strategies" ability to meet its delivery commitments and is not forward-looking.  Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br><br>3. Statement concerns Vertiv's strategies and actions to recapture inflationary and supply chain costs and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |
| 35 | *Q. Jeffrey Sprague (Vertical Research): "First on price, if we could, and just a little more color on what you're thinking about for next year. So your prices looks like it's kind of doubles in Q4 versus what you had in Q3. But I'm just wondering if you can give us some sense of how much price is in backlog at this point? And when you talk about price cost positive in 2022. Are you talking on – I'm sure you at least me on a dollar basis, but I wonder if you also see it being positive on a margin rate basis?"*<br><br>*A. Rob Johnson (CEO): "Jeff, this is Rob. I'll start first, and then David and Gary can chime in. First of all, I'd like to start off by saying that we, and it's on me,* have *under-forecasted what inflation was going to do. And therefore, we haven't received the pricing level nec*essary *to offset inflation in previous quarters*. **I can assure you going forward with our robust pricing actions and what we are doing now and we'll be doing in 2022 that we will be positive in price based on what we're executing on**. *So again, I just wanted to let everyone know on the call today that under forecasted inflation, we understand where that's at*. **We're even** | Johnson; Fallon; Vertiv | 3Q 2021 Earnings Call (October 27, 2021)<br><br>DX 27 at 9. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1.  Statement is false and misleading; Vertiv had not implemented "robust pricing actions" such that it could "cover" even "potentially worse" inflation and achieve a $5-10 million tailwind by "the end of the fourth quarter."  Rather, as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting."  Opp. § III.A.1-2.<br><br>2. Statement concerns Vertiv's current "robust pricing actions" and is not forward-looking; to the extent statement is forward-looking, it is actionable because Defendants had actual knowledge that Vertiv's pricing actions could not keep pace with inflation. Opp. § III.A.4.<br><br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if an opinion, |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | **assuming that it could get potentially worse** *and we're* **making sure that our pricing actions now and going forward cover that**. David?" (AC ¶¶ 165–66).<br><br>A. David Fallon (CFO): *"Yes. Thanks, Rob. So I think if you look at the numbers and where we stand or where we expect to stand at the end of the fourth quarter is that in a do-nothing scenario, which is not going to happen, in a do nothing scenario the wraparound effect of net price inflation is probably a small* **tailwind in the $5 million to $10 million range**. *So we're* **certainly encouraged with what we're seeing in the pricing environment here in the fourth quarter**. *As you mentioned, it's about a $15 million step up from Q3, but we're certainly not satisfied.*<br><br>As Rob mentioned, we've left some dollars on the table this year because we've underestimated inflation. And we certainly are going **to be much more aggressive**, and we have current plans in action to continue those price increases fairly significantly into 2022. But from a wraparound impact looking at the numbers, a **floor** is probably a **$5 million to $10 million tailwind**. And of course, **we are in our pricing plans, anticipating that inflation will continue to accelerate**, *whether it does or not, I don't think anybody knows. But we're anticipating that it will accelerate. And of course, we* **anticipate a much more significant dollar tailwind**. (AC ¶ 167). | | | | statement is actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 36 | *Q. Nicole DeBlase (Deutsche Bank): "So I guess you guys have said that if you carry forward your pricing actions and your cost headwinds into 2022 we're looking at like baseline of a $5 million to $10 million net tailwind, but my understanding is that that doesn't include what you may do in 4Q. So curious thoughts on the potential for more pricing actions here in the Fourth Quarter or even beyond if inflation remains an issue?"*<br><br>*A. Rob Johnson (CEO): ". . . . And just for everyone out there* we've talked about price for the last few years, year and a half, two years. **It's a muscle that we didn't have a few years ago, and it's something prior to all this inflation we were going after. We needed to be sure we're getting paid for the innovation, paid for what we do**.<br><br>*And for companies that don't have that culture or don't have that muscle it takes some time.* **So we actually had a lot of practice prior to this as we go through** *Eppington [ph][it]. It's not easy. It depends on one industry or what channels you go through. If you're direct selling its different than if you're going into the channel, which were in a l the businesses. Our channels to market. We're in the IT side and so on.*<br><br>*What we said and we said it in Q3 earnings call, I said it that I was late to catch up price with inflation when we didn't expect it to be where it was at. So we are a Company that a portion of our business is direct sales, so we have a big backlog. A portion of it goes through a distribution where you can get price faster. Were probably more heavily weighted on the direct sales side, so it takes a little bit longer to work through that backlog and get that price.* | Johnson; Vertiv | Deutsche Bank Conference (November 16, 2021)<br><br>DX 30 at 3–4. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv had no ability to, for example, "recoup[] what we've lost" through pricing actions because Vertiv "didn't and wasn't set up to drive a lot of price" and had a "culture" of "giv[ing] away the pricing that we were getting through discounting." Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's current pricing plan or pricing actions and is not forward-looking; to the extent it is forward-looking, statement is actionable because Defendants had actual knowledge that Vertiv's pricing actions could not keep pace with inflation. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if an opinion, statement is actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| | *That being said, we've been working that and we're going – we'll continue, as I've told my team, and as we've talked to customers, that* **as inflation continues to rise,** *which who knows what it's going to do, I wish I had that crystal ball,* **we'll continue to take pricing action.**<br><br>So whether we're here in Q4, **we continue to take actions. In some cases its monthly, in some cases its quarterly and then working that with our customers.**<br><br>*Sometimes you've got MSA, Master Supply Agreements, that have a two or three year supply commitment and a price so you've got to thread those needles carefully. Again you find out who your partnerships really are there.*<br><br>**But in general I feel like we've got all regions engaged.** *China is normally a negative price for us and has been for years. That's an area where the teams had to learn, yes, you can actually get price in China with innovation and doing the right thing . . .*<br><br>*So we'll continue to do that* and I've got to say that going into Q1, depending on what we see on the inflationary side of things, **we'll do additional price increases** and the – I think– he challenge or the right way to do is you really got to sit down with your customers and explain with them what's happening.<br><br>*Everyone sees out the window inflation is everywhere, but they don't necessarily understand how it impacts their products and what it impacts us.* Our stance has always been we want to be fair, but we want to be fair in recouping what we've lost. *We're not looking to make money during this time, we're just looking to recoup what we've (inaudible) this company.* (AC ¶ 172) | | | | |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 37 | *I don't know, David or Gary, any of your thoughts?*<br><br>*A.  Gary Niederpruem (Chief Strategy & Development Officer): (inaudible) are two quick things I'd add Nicole, is Rob's right. We – in hindsight we probably should have been a little bit more aggressive early in the year in coming out with price increase.*<br><br>*But just to put it in a little bit of context, we had said* in '19 and then '20 the business got somewhere between $20 and $25 million of price on an annual basis. **In Q4 alone** *based on the earnings call we had in Q3*, we've already signaled that. **We will have that much price at least** *just in Q4.*<br><br>*So when you think about it, should we have done more. Yes, absolutely. But* **from an absolute standpoint we're going to get a year's worth of price just in the Fourth Quarter** *and then that's the tailwind that David had spoken about earlier in that $5 to $10 million for next year.*<br><br>*The second point then would be in your question what else are we doing,* **we have just about launched additional pricing actions over the last two or three weeks in every region in the world.** *So we feel good that there is more tailwinds out there, how much that is yet to be seen but* **there's definitely more tailwinds with the actions that we've taken just in the last couple of weeks.**" (AC ¶ 173). | Niederpruem; Vertiv | Deutsche Bank Conference (November 16, 2021)<br><br>DX 30 at 3–4. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1.  Statement is false and misleading; as Defendants later admitted, Vertiv "didn't and wasn't set up to drive a lot of price," was "never aggressive with pricing," and had a "culture" of "giv[ing] away the pricing that we were getting through discounting"—such that it had only barely begun to implement "aggressive" pricing actions ***after*** this time in "late 2021 and 2022." Opp. § III.A.1-2.<br>2. Statement concerns "additional pricing actions" Vertiv had "launched" and is not forward-looking.  Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's pricing actions and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 38 | *Q. Nicole DeBlase (Deutsche Bank): "All right, and then just to confirm on pricing so that we can kind of get this issue behind us is this has all been list price increases, right? You guys haven't used surcharges as a component of the price increases?"*<br><br>*A. Rob Johnson (CEO): "We've done a combination of both. I would tell you that – and you got to break it down in a couple of different areas. Freight is a big component of our overall pricing side of things and we've got to* **make sure that we're getting covered** *for that. That's an area that we just – we got to make sure we cover.*<br><br>*Then as it relates to certain things in our backlog,* if we have to go out and do spot buys we're getting smarter about it and saying, **hey, I can go do a spot buy, I'm going to have to pay more and if I have to pay more then I need** – I need **some more from you.** *Otherwise the lead times are this. So, we're getting better at it. I wouldn't say we're gone across the board and surcharged everybody . . . . I don't know, Gary?"* (AC ¶ 174).<br><br>*Gary Niederpruem (Chief Strategy & Development Officer): "Yes. I think that's spot on Rob. I think Nicole,* **it's fair to say that the majority of the price comes from list price increases.** *But to Rob's point, there are other points in the system, whether it be surcharges, freight increases*, **just controlling the discounts and multipliers that our own sales people are able to have.** There – rebate clawback, MDF, Co-Op maybe we don't spend as much in lieu of getting some price through there. There's a number of levers that we've implemented. **List prices is probably the biggest one,** but it's certainly far from not the only one." (AC ¶ 176). | Johnson; Niederpruem; Vertiv | Deutsche Bank Conference (November 16, 2021)<br><br>DX 30 at 5–6. | 1. Not False/ Misleading<br>2. Opinion | 1. Statements are false and misleading.  First, Vertiv had no ability to pass price along to "cover" "spot buys."  Second, Vertiv had not achieved its pricing goals by "controlling the discounts" that "our own sales people are able to have"—to the contrary, Vertiv had been "los[ing] price through discounting" because it had a Company-wide "culture" of "giv[ing] away the pricing that we were getting through discounting" and "a predisposition or a deference to not lose the order."  Opp. § III.A.1-2.<br>2. Statements concern Vertiv's specific actions to "cover" inflation and "control discounts" and are not opinions; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

40

| # | Alleged False and Misleading Statements (AC ¶)[1] | Defendant(s) / Speaker(s) | Source & Exhibit Cite | Defendants' Arguments[2] | Plaintiffs' Responses[3] |
|---|---|---|---|---|---|
| 39 | *Q. Nicole DeBlase (Deutsche Bank): "Got it. Okay. Then I've had this question from a lot of investors over the past few weeks since you acquired [ph] earnings. So I think there is some concern that the 4Q does require a bit of a step up sequentially in both revenues and margins. Can you guys just give the quick explanation of what is driving that sequential improvement into the Fourth Quarter?"* . . . . *A. David Fallon (CFO): "Well I guess there's two components and they're very much related. So the upset* – the step up in the sales side we've gotten the question ourselves saying, if you're participating in a market where supply is constrained and you're able to get a certain output in Q3 how can you feel confident that you can increase that output if you were capacity constrained in 3Q? And the quick answer there is based on the **planning** – **the preplanning with the suppliers as it relates to allocations.** We've been in line for a certain amount of allocation in Q4 for quite some time. **And we have really good visibility to the critical components that will support that higher volume to the extent that we feel very comfortable with the guidance we gave."** (AC ¶ 179). | Fallon; Vertiv | Deutsche Bank Conference (November 16, 2021)<br><br>DX 30 at 7. | 1. Not False/ Misleading<br>2. Forward Looking<br>3. Opinion | 1. Statement is false and misleading; Vertiv was not able to "pre-plan" with suppliers to cover its delivery commitments. To the contrary, as Defendants would later admit and as FEs confirmed, Vertiv had been experiencing aggressive supplier "de-commits" throughout 2021 that had resulted in increased costs it was unable to offset. Opp. § III.A.1-2.<br>2. Statement concerns Vertiv's past "pre-planning" and current ability to deal with supply chain challenges and is not forward-looking. Statement is also otherwise actionable as a forward-looking statement. Opp. § III.A.4.<br>3. Statement concerns Vertiv's specific actions to address supply chain challenges and is not an opinion; even if it was opinion it is actionable under *Omnicare*. Opp. § III.A.3. |

41

## SECURITIES ACT ALLEGED MISSTATEMENTS

| # | Alleged False and Misleading Statements (AC ¶) | Defendant(s)/ Speaker(s) | Source & Exhibit Cite | Defendants' Arguments | Plaintiffs' Responses |
|---|---|---|---|---|---|
| 1 | "*We may not realize all of the sales expected from our backlog of orders and contracts. Our backlog consists of the value of product and service orders for which we have received a customer purchase order or purchase commitment and which have not yet been delivered. As of December 31, 2020 and December 31, 2019, Vertiv's estimated combined order backlog was approximately $1,844.8 and $1,401.2, respectively. The vast majority of our combined backlog is considered firm and expected to be delivered within one year. Our customers have the right in some circumstances, usually with penalties or termination consequences, to reduce or defer firm orders in backlog. If customers terminate, reduce or defer firm orders, whether due to fluctuations in their business needs or purchasing budgets or other reasons, our sales will be adversely affected and* **we may not realize the revenue we expect to generate from our backlog or, if realized, may not result in profitable revenue.** *More generally, we do not believe that our backlog estimates as of any date are indicative of revenues for any future period.*" (AC ¶ 255). | Vertiv; Offering Defendants; Underwriter Defendants | 2020 Form 10-K/A (April 30, 2021)<br><br>DX 15 at 18.4 | 1. Not False/ Misleading<br>2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period. Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem. We had to burn through that." Opp. §III.C.1-3; *see also* § III.A.1-2.[5]<br>2. Statement is not forward-looking because it omits present fact. Statement is also otherwise actionable as a forward-looking statement. Opp. §III.C.1-3; *see also* § III.A.4. |

[5] Defendants' MTD specifically incorporates/references the arguments from the Exchange Act discussion as applicable to the Securities Act false statements.  MTD 41-42.

42

| # | Alleged False and Misleading Statements (AC ¶) | Defendant(s)/ Speaker(s) | Source & Exhibit Cite | Defendants' Arguments | Plaintiffs' Responses |
|---|---|---|---|---|---|
| 2 | "**Large** *companies*, **such as communication network and cloud/hyperscale and colocation data center providers**, often **require more favorable terms and conditions in our contracts** with such companies **that could result in downward pricing pressures on our business.** *Large companies, such as communication network and cloud/hyperscale and colocation data center providers, comprise a portion of our customer base and generally have greater purchasing power than smaller entities. Accordingly, these customers often require more favorable terms and conditions in contracts from suppliers including us. Consolidation among such large customers can further increase their buying power and ability to require onerous terms . . . In addition, these customers may impose substantial penalties for any product or service failures caused by us. As we seek to sell more products to such customers, we may be required to agree to such terms and conditions more frequently, which* **may include terms that affect** *the timing of* **our** *cash flows and* **ability to recognize revenue, and could have an adverse effect on our business, results of** *operations and financial condition.*" (AC ¶ 257). | Vertiv; Offering Defendants; Underwriter Defendants | 2020 Form 10-K/A (April 30, 2021) <br><br> DX 15 at 16 | 1. Not False/ Misleading <br> 2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period. Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem. We had to burn through that." Opp. §III.C.1-3; *see also* §III.A.1-2. <br> 2. Statement is not forward-looking because it omits present fact. Statement is also otherwise actionable as a forward-looking statement. Opp. §III.C.1-3; *see also* § III.A.4. |

| # | Alleged False and Misleading Statements (AC ¶) | Defendant(s)/ Speaker(s) | Source & Exhibit Cite | Defendants' Arguments | Plaintiffs' Responses |
|---|---|---|---|---|---|
| 3 | "*This prospectus (including the documents incorporated by reference herein) contains statements that are forward-looking and as such are not historical facts. This includes, without limitation, statements regarding the financial position, capital structure, dividends, indebtedness, business strategy and plans and objectives of management for future operations. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. The Company cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Such statements can be identified by the fact that they do not relate strictly to historical or current facts . . . These* **risk factors** *and those identified elsewhere in this prospectus, among others, could cause actual results to differ materially from historical performance and include, but are not limited to . . .* **less favorable contractual terms with large customer***s; . . .* **failure to mitigate risks associated with long-term fixed price contracts** *. . . .*" (AC ¶ 259). | Vertiv; Offering Defendants; Underwriter Defendants | Post-Effective Amend. to Registration Statement (filed May 5, 2021 and made effective on May 10, 2021)  DX 16 at iv-v. | 1. Not False/ Misleading 2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period.  Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem.  We had to burn through that."  Opp. §III.C.1-3; *see also* § III.A.1-2. 2. Statement is not forward-looking because it omits present fact. Statement is also otherwise actionable as a forward-looking statement. Opp. §III.C.1-3; *see also* § III.A.4. |

| # | Alleged False and Misleading Statements (AC ¶) | Defendant(s)/ Speaker(s) | Source & Exhibit Cite | Defendants' Arguments | Plaintiffs' Responses |
|---|---|---|---|---|---|
| 4 | "*The forward-looking statements contained or incorporated by reference in this prospectus supplement are based on current expectations and beliefs concerning future developments and their potential effects on the Company. There can be no assurance that future developments affecting the Company will be those that the Company has anticipated . . . These* **risk factors** *and those identified elsewhere in this prospectus supplement, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: competition, the Company's ability to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; and factors relating to the business, operations and financial performance of the Company and its subsidiaries, including . . .* **Less favorable contractual terms with large customers; . . . Failure to mitigate risks associated with long-term fixed price contracts** . . . ." (AC ¶ 259). | Vertiv; Offering Defendants; Underwriter Defendants | Prospectus Supplement (November 1, 2021) to Prospectus dated May 10, 2021 <br><br> DX 29 at S-iii. | 1. Not False/ Misleading <br> 2. Forward Looking | 1. Statement is false and misleading because the risk had already materialized; as both Defendants Johnson and Niederpruem later admitted, Vertiv had no ability to retroactively raise prices in its over $2 billion backlog to keep pace with inflation because its contracts were devoid of "escalation clauses"—causing the backlog to be "off the charts unprofitable" from the outset of the Class Period. Indeed, as Defendant Johnson directly admitted, "[w]e didn't get a lot of pricing on the backlog that we had[,] [t]hat was part of our problem. We had to burn through that." Opp. §III.C.1-3; *see also* § III.A.1-2. <br> 2. Statement is not forward-looking because it omits present fact. Statement is also otherwise actionable as a forward-looking statement. Opp. §III.C.1-3; *see also* § III.A.4. |

45