**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Vertiv Holdings Co Securities Litigation* | No. 1:22-cv-03572-GHW-OTW<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF AUDRA J. SOLOWAY**

Audra J. Soloway declares pursuant to 28 U.S.C. § 1746:

1.     I am a member of the bar of this Court and a partner with Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Vertiv Holdings Co, Rob Johnson, David Fallon, Gary Niederpruem, David Cote, Joseph van Dokkum, Roger Fradin, Jacob Kotzubei, Matthew Louie, Edward L. Monser, Steven S. Reinemund, and Robin L. Washington in this action.

2.     I submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Consolidated Complaint (the "Amended Complaint").

3.     Attached as Exhibits to this declaration are copies of the documents listed below:

4.     Attached hereto as "Supp. Ex. 1" is a true and correct excerpt of Vertiv's Fourth Quarter 2022 Earnings Presentation dated February 22, 2023.

5.     Attached hereto as "Supp. Ex. 2" is a true and correct excerpt of the

1

transcript of a Vertiv Company Conference Presentation held at the Goldman Sachs Industrials & Materials Conference on May 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2023.

*/s/ Audra J. Soloway*
Audra J. Soloway

2