# Supplemental Exhibit 1



# Cautionary Statement Regarding Forward-Looking Statements

*This presentation, and other statements that Vertiv Holdings Co. ("Company") may make in connection therewith, may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 with respect to Vertiv's future financial or business performance, strategies or expectations, and as such are not historical facts. This includes, without limitation, statements regarding Vertiv's financial position, capital structure, indebtedness, business strategy and plans and objectives of Vertiv management for future operations, as well as statements regarding growth, anticipated demand for our products and services and our business prospects during 2023 and future years, as well as expected impacts from our pricing actions, and our guidance for first quarter and full year 2023. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Vertiv cautions that forward-looking statements are subject to numerous assumptions, risks and uncertainties, which change over time. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this presentation, words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking.*

*The forward-looking statements contained or incorporated by reference in this presentation are based on current expectations and beliefs concerning future developments and their potential effects on Vertiv. There can be no assurance that future developments affecting Vertiv will be those that Vertiv has anticipated. Vertiv undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. These forward looking statements involve a number of risks, uncertainties (some of which are beyond Vertiv's control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Vertiv has previously disclosed risk factors in its Securities and Exchange Commission ("SEC") reports, including those set forth in Vertiv's Annual Report on Form 10-K, for the fiscal year ended December 31, 2021. These risk factors and those identified elsewhere in this presentation, among others, could cause actual results to differ materially from historical performance and include, but are not limited to: risks relating to the continued growth of Vertiv's customers' markets; disruption of Vertiv's orders or Vertiv's customers' markets; less favorable contractual terms with large customers; risks associated with governmental contracts; failure to mitigate risks associated with long-term fixed price contracts; competition in the infrastructure technologies industry; failure to obtain performance and other guarantees from financial institutions; failure to realize sales expected from Vertiv's backlog of orders and contracts; failure to properly manage Vertiv's supply chain or difficulties with third-party manufacturers; our ability to forecast changes in prices, including due to inflation in material, freight and/or labor costs, and timely implement measures necessary to mitigate the impacts of any such changes; risks associated with our significant backlog, including that the impacts of any measures taken to mitigate inflation will not be reflected in our financial statements immediately; failure to meet or anticipate technology changes; risks associated with information technology disruption or security; risks associated with the implementation and enhancement of information systems; failure to realize the expected benefit from any rationalization, restructuring and improvement efforts; Vertiv's ability to realize cost savings in connection with Vertiv's restructuring program; disruption of, or changes in, Vertiv's independent sales representatives, distributors and original equipment manufacturers; changes to tax law; ongoing tax audits; costs or liabilities associated with product liability; the global scope of Vertiv's operations; risks associated with Vertiv's sales and operations in emerging markets; risks associated with future legislation and regulation of Vertiv's customers' markets both in the U.S. and abroad; Vertiv's ability to comply with various laws and regulations, and the costs associated with legal compliance; adverse outcomes to any legal claims and proceedings filed by or against Vertiv; risks associated with current or potential litigation or claims against Vertiv; Vertiv's ability to protect or enforce its proprietary rights on which its business depends; third-party intellectual property infringement claims; liabilities associated with environmental, health and safety matters, including risks associated with the COVID-19 pandemic; failure to achieve Vertiv's environmental, social, and governance goals; failure to realize the value of goodwill and intangible assets; exposure to fluctuations in foreign currency exchange rates; exposure to increases in interest rates set by central banking authorities; failure to maintain internal controls over financial reporting; the unpredictability of Vertiv's future operational results, including the ability to grow and manage growth profitably; potential net losses in future periods; Vertiv's level of indebtedness and the ability to incur additional indebtedness; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements including restrictive covenants that restrict operational flexibility; Vertiv's ability to comply with the covenants and restrictions contained in our credit agreements that is not fully within our control; Vertiv's ability to access funding through capital markets; the significant ownership and influence certain stockholders have over Vertiv; risks associated with Vertiv's obligations to pay portions of the tax benefits relating to pre-business combination tax assets and attributes; resales of Vertiv's securities may cause volatility in the market price of our securities; Vertiv's organizational documents contain provisions that may discourage unsolicited takeover proposals; Vertiv's certificate of incorporation includes a forum selection clause, which could discourage or limit stockholders' ability to make a claim against it; the ability of Vertiv's subsidiaries to pay dividends; the ability of Vertiv to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; Vertiv's ability to manage the succession of its key employees; factors relating to the business, operations and financial performance of Vertiv and its subsidiaries, including: global economic weakness and uncertainty; Vertiv's ability to attract, train and retain key members of its leadership team and other qualified personnel; the adequacy of Vertiv's insurance coverage; a failure to benefit from future corporate transactions; risks associated with Vertiv's limited history of operating as an independent company; and other risks and uncertainties indicated in Vertiv's SEC reports or documents filed or to be filed with the SEC by Vertiv. Forward-looking statements included in this presentation speak only as of the date of this presentation or any earlier date specified for such statements. All subsequent written or oral forward-looking statements attributable to Vertiv or persons acting on Vertiv's behalf may be qualified in their entirety by this Cautionary Statement Regarding Forward-Looking Statements.*

*This presentation also includes certain non-GAAP financial measures, such as organic net sales growth, adjusted operating profit, adjusted operating margin, adjusted diluted EPS and adjusted free cash flow, that may not be directly comparable to other similarly titled measures used by other companies and therefore may not be comparable among companies. The Company has provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures and our reconciliations on pages 17-26 of this presentation and our current earnings release dated February 22, 2023, which are available on the Company's website at investors.vertiv.com. Information reconciling certain forward-looking GAAP measures to non-GAAP measures related to first quarter and full year 2023 guidance, including organic net sales growth and adjusted operating margin, is not available without unreasonable effort due to high variability, complexity and uncertainty with respect to forecasting and quantifying certain amounts that are necessary for such reconciliations. For the same reasons, we are unable to compute the probable significance of the unavailable information, which could have a potentially unpredictable, and potentially significant, impact on our future GAAP financial results.*

 VERTIV.

Confidential. Property of Vertiv.    2

# Full year 2022 financial results

*$Millions*

| Net Sales | Adj. Operating Profit | Adj. Operating Margin | Adj. Diluted EPS | Adj. Free Cash Flow |
|---|---|---|---|---|
| **Up 14%** Organic +13% | **Down (7%)** | **Down 170 bps** | **Down $0.23** | **Down (396)** |



**Net Sales**
- FY 2021: 4,998
- FY 2022: 5,692

**Adj. Operating Profit**
- FY 2021: 471
- FY 2022: 439

**Adj. Operating Margin**
- FY 2021: 9.4%
- FY 2022: 7.7%

**Adj. Diluted EPS**
- FY 2021: $0.76
- FY 2022: $0.53

**Adj. Free Cash Flow**
- FY 2021: 136
- FY 2022: (260)

---

**Net Sales**
- \+ ~$435M 2022 E&I sales
- \+ ~$365M pricing
- \+ ~$285M volume
- – ~($250M) FX headwind
- – ~($80M) divested sales
- – ~($65M) 2021 E&I sales

**Adj. Operating Profit**
- \+ ~$365M pricing
- \+ ~$100M volume
- \+ ~$45M net adjusted operating profit E&I (~$52M FY '22 less ~$7M FY '21)
- – ~($305M) material & freight inflation
- – ~($95M) FX, divestitures & other
- – ~($95M) fixed costs including operations/capacity & R&D investments
- – ~($45M) one-time fixed cost benefits in 2021

**Adj. Diluted EPS**
- \+ ~$0.03 lower income taxes
- – ~($0.15) interest expense
- – ~($0.09) lower adj. operating profit
- – ~($0.02) share count

*Net E&I impact ~($0.01) dilutive*

**Adj. Free Cash Flow**
- \+ ~$40M 2021 M&A costs
- \+ ~$25M payroll accrual timing
- \+ ~$15M lower restructuring payout
- – ~($340M) trade working capital
- – ~($60M) higher cash interest
- – ~($30M) higher net capex
- – ~($30M) lower EBITDA
- – ~($10M) higher cash taxes

---

**Transition year to enhance operations in light of inflation and supply chain challenges**

**VERTIV.**

Note: see "Non-GAAP Financial Measures" beginning on slide 17 of the Appendix.  Adjusted free cash flow equals cash from operations less net capital expenditures.

Confidential. Property of Vertiv.

# 2022 pricing and inflation by quarter

*$Millions – year-over-year impact excluding E&I*



- Fourth quarter pricing of $135M (+10%) consistent with prior guidance

- Fourth quarter inflation of $55M consistent with prior guidance

**Price-cost in the fourth quarter consistent with prior guidance**



Confidential. Property of Vertiv.    28

*Source: management estimates*