# Supplemental Exhibit 2

**S&P Global**
Market Intelligence

# Vertiv Holdings Co. NYSE:VRT
# Company Conference Presentation

**Friday, May 15, 2020 3:30 PM GMT**

**S&P Global**
Market Intelligence

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

From an organic perspective, the physical rack and enclosure where the actual servers and storage gear sits, we weren't a player in that market. We sold some here or there, but we didn't have a global platform. So we invested in developing that global enclosure and making that available.

Other areas of technology and innovation has been around looking at edge deployments and knowing that a lot of those deployments are going to be outside on top of buildings, near cell towers. How can we do that in a much easier way? How can we have fast deployment, have total systems? That means thermal management, security, power management and make it really easy to ship those and make it standardized and modularized? And what I mean by that, the world is going to how fast can I get it out there? How can I have a repeatable design? Can I mass produce it in the factory? Because one of the things we're short of today is technicians and skilled labor out there. Especially as you go global, as data centers are appearing everywhere in every parts of the world, having a modular design and modular capability and being able to do that in all parts of the world really allows for the acceleration of the Internet and of the edge side of it.

One other area market we invested in was in the custom -- large custom air handling unit. We bought a company called Energy Labs down in Tijuana, Mexico, which has allowed us to participate in some of the areas in the large thermal systems were custom that under previous ownership, that wasn't an area of focus. And for us, it's a huge area of focus, and we've gained share there.

So we continue to look at the entire -- we are the only company that's not part of another company that's solely focused on the critical infrastructure that keeps the telecom networks running, that keeps the data centers running, and we do it both in a large scale, and we do it in the edge. And I want people thinking further that the edge is a bigger opportunity ultimately than what we're seeing in the large mega center build-outs.

**Mark Trevor Delaney**
*Goldman Sachs Group Inc., Research Division*

I think another area the company is trying to better address is small to midsized customers and that channel where margins can be above corporate average. What will it take for Vertiv to be successful in the channel? And do customers and distributors already have providers that they're happy with?

**Robert J. Johnson**
*CEO & Director*

Sure. Yes. We were late, I just call it, late to the channel or not even a channel-friendly company pre-spinout. And this is an area where I spent most of my career focused early on in the data center space, maximizing what the channel needs. So the first thing we needed to have was a product set that wasn't just a MeToo, innovative products that did things that are the current leading competitors in that space didn't have. But more so than this that we needed access. We needed the channel to embrace and understand that Vertiv was going to not just be a direct company. Vertiv was going to utilize the channel and drive that.

So over the last 3 years, we've developed a suite of products that we think are innovative and provide more than just a MeToo to our -- to those channel partners. We've had channel programs. And so when you look at a total solution kit globally, we're the only provider that can do the same type of products in any part of the world. So some of our competitors that are in there might have thermal for U.S., but they don't have thermal available in India or in Singapore. And some of them don't even play on that. What the channel partners want to sell today is solutions, and that's how we've organized our company globally.

And one of the big changes -- I forgot to mention in the beginning when we bought the company or did the spin, products were developed differently and there weren't global platforms. That was a big change that we made, too, is to have centers of excellence and develop and understand that our customers want to buy the same product globally. And I think by providing both solutions, innovative products and working with them and helping them do that, we're differentiating and not just somewhere in a box, but allowing them to sell things that they haven't been able to sell before, like modular data centers or full complete edge data centers, and they like that because they can get services wrapped around that as well.

**Mark Trevor Delaney**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Goldman Sachs Group Inc., Research Division*

Okay. That's helpful. Even though Vertiv was owned by private equity for 4 years, the company was still investing in products and technology, including in ERP resources. Maybe, can you talk about what the company is doing with its ERP consolidation effort and what that means for how Vertiv can better manage both price and cost?

**Robert J. Johnson**
*CEO & Director*

Sure. As I've mentioned and talked to, and Dave has spoken to as well, we have completed our single ERP Oracle product line for Asia, ERP for Asia and for Europe. We're not complete with the U.S. Within -- by mid-2021, we'll have the U.S. Americas ERP complete. That being said, with the tools that we have today, we don't have to wait for that to get after things like pricing and understanding. We've got enough data lakes and so forth to be able to analyze the data and exercise that muscle, which the company hasn't had in the past on pricing. We did some in 2019. It's a part of our plan this year. It's one of the levers that Dave and I have talked about that using that pricing muscle. And while it's hard because sales people don't want to go raise price, naturally, they just want to sell the product. But by using some analytics, and even though we don't have a single instance ERP in the U.S., we're still able to get that data to drive that analysis to use pricing as one of our levers. And it is working. We did get price in Q1.

**Mark Trevor Delaney**
*Goldman Sachs Group Inc., Research Division*

And Dave, one of your key message has been about holding fixed cost constant in order to help drive margin expansion as the company grows the top line. Maybe give us a few examples of how you're seeing Vertiv implement that.

**David M. Cote**
*Executive Chairman*

Oh, yes. We're going to use the same kind of approach that we did at Honeywell. When you think about fixed costs, it comprises, let's see, I guess, about 35% of our total sales. And 60% to 80% of fixed costs in any organization that you're a part of is people. And the way to think about it is if you just have the same number of people and you do the normal raises, et cetera, benefits, it's 3% of a cost increase every year, which means just the whole margin is flat. You've got to grow sales 3%, which is not a great place to be. If you can hold those fixed costs flat and you've got a contribution margin rate of, say, 45%, which is about where we are, the fall-through, when you've got about, we'll say, a 10% operating margin, is huge. So the big thing is to figure out how you control all those people costs.

Some people kind of just go through and just start laying people off, which, yes, you can get away with that a little bit. And that's not to say we won't do that. But the big thing is to fundamentally change your processes. And if you recall, functional transformation in Honeywell, we had everybody pulled together strategic plans in -- for fixed costs with a real focus on the, say, corporate functions, but really, we did it for everybody. And as a result of that, if people pull together a strategic plan on how are they going to hold their fixed cost constant while at the same time improving their internal customer service, which we do -- we verified through anonymous surveys, then it's amazing where you can get yourself to. So we're just going through doing the same thing. And I know David Fallon, our CFO, has become a big proponent of it. He didn't quite buy my argument in the beginning. So he actually went and did the math himself and said, wow, this is pretty impressive. If we can do this, this would be great. So we've got that process started now. And everybody understands it, and they all have a vested interest in making sure that this works. So I'm feeling pretty bullish about where that's going to get us.

David, I don't know if there's anything you want to add.

**Robert J. Johnson**
*CEO & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.