# Appendix A

**Appendix A**

## Widening Gap in Forecasted Full-Year 2021 Inflation and Pricing

