**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
IN RE VERTIV HOLDINGS CO SECURITIES    :    22-CV-3572 (GHW) (OTW)
LITIGATION,                            :
:    **ORDER**
:
:
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to meet and confer and propose a supplemental briefing schedule by **April 19, 2024** for any briefing in light of the Supreme Court's decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, No. 22-1165, 2024 WL 1588706 (U.S. Apr. 12, 2024). The parties should propose one round of briefing each. There shall be no replies.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: April 12, 2024 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |