# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong

**MEMORANDUM ENDORSED**    Houston

1285 Avenue of the Americas
New York, NY 10019-6064

+1 212 373 3000

London
Los Angeles
San Francisco

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/9/2026

Tokyo
Toronto
Washington, DC
Wilmington

**Audra J. Soloway**
**Direct Dial:** +1 212 373 3289
**Email:** asoloway@paulweiss.com

June 8, 2026

Honorable Gregory H. Woods
United States District Judge for the
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Application granted.  Defendants' objections, if any must be filed no later than June 29, 2026.  Plaintiffs' response, if any, must be filed no later than July 22, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 109.

SO ORDERED.

Dated:  June 9, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*In re Vertiv Holdings Co Securities Litigation*, 22-cv-03572-GHW-OTW

Dear Judge Woods:

We write with the consent of Lead Plaintiffs to respectfully request an extension of the Defendants' deadline to file Objections to the Supplemental Report and Recommendation issued by Magistrate Judge Wang on June 5, 2026, and Plaintiffs' deadline to file a response to Defendants' Objections.  The parties request entry of the following proposed briefing schedule:

- Defendants' Objections to be filed by June 29;

- Plaintiffs' Response to Defendants' Objections to be filed by July 22.

The parties respectfully submit that this schedule—which contains the first sought extension for either deadline—will allow adequate time for the parties to provide objections briefing on the Supplemental Report and Recommendation in the most streamlined and efficient manner possible.  The requested schedule will also assist in managing the pre-existing commitments and obligations of counsel for the parties.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Audra J. Soloway*
Audra J. Soloway

cc:    Counsel of Record