# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Audra J. Soloway**
**Direct Dial:** +1 212 373 3289
**Email:** asoloway@paulweiss.com

## MEMO ENDORSED.

**The June 16, 2026 Status Conference is ADJOURNED to Tuesday, August 11, 2026 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**The parties shall submit a joint agenda setting forth the status of the case and addressing proposed next steps in the litigation by Thursday, August 6, 2026.**

**SO ORDERED.**

_____

**Ona T. Wang**                                                          **June 12, 2026**
**U.S.M.J.**

June 11, 2026

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*In re Vertiv Holdings Co Securities Litigation*, 22-cv-03572-GHW-OTW

Dear Judge Wang:

In light of the Supplemental R&R entered on June 5, 2026, the parties write to jointly request that the status conference scheduled for June 16, 2026, be adjourned pending Judge Woods's resolution of Defendants' soon-to-be-filed Objections to the Supplemental R&R. The status conference was initially scheduled for April 28, 2026, *see* ECF 102, which the Court adjourned to June 16, 2026, *see* ECF 107. This is the first adjournment of this status conference sought by the parties.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Audra J. Soloway*
Audra J. Soloway

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*/s/ James A. Harrod*
James A. Harrod

BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP

-and-

*/s/ Steven B. Singer*
Steven B. Singer

SAXENA WHITE P.A.

cc:     Counsel of Record